FILED IN OPEN COURT

6.17.2020

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v:                                          CASE NO. 3:20-cr- 86 -J- 34 PDB

CHRISTIAN FLETCHER

## MOTION FOR CAPIAS

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, moves this Court to issue a capias

for CHRISTIAN FLETCHER, against whom an indictment was returned in

the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tysen Duva
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   tysen.duva@usdoj.gov