UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-J-34JBT

CHRISTIAN FLETCHER

**[OWNER OF RECORD: 3540 WOODHAVEN ROAD, LLC]**

GOVERNMENT'S NOTICE OF *LIS PENDENS*

NOTICE IS HEREBY GIVEN that on June 17, 2020, the United States of America filed an Indictment in the United States District Court, Middle District of Florida, Jacksonville Division, between the parties named in the above referenced action.

The United States of America is seeking to forfeit the real property located at 3540 Woodhaven Road NW, Atlanta, Fulton County, Georgia 30305, including all improvements thereon and appurtenances thereto, being the same premises conveyed to 3540 Woodhaven Road, LLC on August 29, 2018, by virtue of that Quit Claim Deed recorded on September 6, 2018 in the public records of Fulton County, Georgia, Book 59204, Page 637, the legal description for which is as follows:

> All that tract or parcel of land lying and being in Land Lot 141, 17th District, Fulton County, Georgia as shown on that survey of 3540 Woodhaven Road for Donald M. Leeber, III by Georgia Land Surveying Co., Inc., certified by Josh L. Lewis, IV, Georgia

Registered Land Surveyor No. 3028, dated February 25, 2010, being more particularly described as follows: Beginning at a one-half inch rebar found on the northwestern Right-of-Way of Woodhaven Road (fifty foot right-of-way), said point being 969.810 feet as measured southwesterly along the northwestern right-of-way of said Woodhaven Road from the intersection of the northwestern right-of-way of said Woodhaven Road and the southwestern right of way Tuxedo Road (fifty foot right-of-way), leaving said right-of-way, thence North 65 degrees 49 minutes 54 seconds West along the southwestern boundary of Lot 1, Woodhaven Estates a distance of 562.33 feet to a three-quarter inch open top pipe found; thence South 01 degrees 46 minutes 29 seconds West along an existing fence line a distance of 423.41 feet to a three-quarter inch open to pipe found; thence South 77 degrees 56 minutes 55 seconds East along the northeastern boundary of Lot 3, Woodhaven Estates a distance of 446.87 feet to a three-quarter inch open top pipe found on the northwestern right-of-way of said Woodhaven Road; thence North 14 degrees 50 minutes 31 seconds East along the northwestern right-of-way of said Woodhaven Road a distance of 34.32 feet to a point; continuing thence in a northeasterly direction along the northwestern right-of-way of said Woodhaven Road an arc length of 265.65 feet (said arc being subtended by a chord having a chord bearing North 17 degrees 36 minutes 45 seconds East, a chord length of 266.66 feet, a radius of 2839.48 feet and a central angle of 05 degrees 21 minutes 37 seconds) to a one-half inch rebar found on the northwestern right-of-way of said Woodhaven Road, said point of Beginning; Being all of Lot 2, Woodhaven Estates, Plat Book 28, Page 57, Fulton County, Georgia Records; known as 3540 Woodhaven Road according to the current system of numbering houses in the City of Atlanta and containing 4.041 acres. Being the same property as described at Deed Book 1829, Page 5; Deed Book 48503; Page 237 and Deed Book 48503, Page 239, Fulton County, Georgia Records.

The United States seeks forfeiture of the above referenced real property, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(7) and 18 U.S.C. § 982(a)(1).

Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, U.S. Federal Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202-4270.

Dated: July 13, 2020.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:   *s/ Bonnie A. Glober*
    BONNIE A. GLOBER
    Assistant United States Attorney
    Florida Bar No. 0748307
    300 North Hogan Street, Suite 700
    Jacksonville, Florida 32202-4270
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: bonnie.glober@usdoj.gov