**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

Case No.: 3:20-CR-86-J-TJC-JBT

v.

CHRISTIAN FLETCHER
_____/

**PRELIMINARY MOTION TO SEVER**
**DEFENDANTS AND MEMORANDUM OF LAW**

Defendant Christian Fletcher files this preliminary motion to sever defendants under Fed. R. Crim. P. 14. Candidly, it is simply too early in the litigation to determine whether a Rule 14 severance will be required in this case.

### I.   Preliminary Statement of Facts

The several defendants in this case, including Mr. Fletcher, might rely on defenses that are antagonistic to the defenses other defendants might raise at trial. Further, the discovery makes clear that evidence the government might introduce against one defendant would be inadmissible against one or more other defendants. Moreover, the discovery makes clear that one defendant might exculpate one or more other defendants. Finally, cumulative and prejudicial "spill over" effect of the evidence the government would seek to introduce might prevent the jury from sifting through the evidence to make an individualized determination as to each defendant, even those innocent of the charges.

## II.     **Memorandum of Law**

Generally, defendants "who are indicted together are usually tried together." *United States v. Mosquera*, 886 F.3d 1032 (11th Cir. 2018); *United States v. Lopez*, 649 F.3d 1222, 1233–1234 (11th Cir. 2011). However, the Eleventh Circuit has generally recognized four situations where severance is appropriate: (1) where defendants rely on mutually antagonistic defenses; (2) where one defendant would exculpate the moving defendant in a separate trial, but will not testify in a joint setting; (3) where inculpatory evidence will be admitted against one defendant that is not admissible against the other; (4) where cumulative and prejudicial "spill over" effect may prevent the jury from sifting through the evidence to make an individualized determination as to each defendant. *Mosquera*, 886 F.3d at 1041–42; *United States v. Chavez*, 584 F.3d 1354, 1360–1361 (11th Cir. 2009).

## III.    **Conclusion**

WHEREFORE, Defendant Fletcher files this preliminary motion to preserve his right to argue for appropriate relief at a later time.

    Respectfully submitted,

    *s/ Steven H. Sadow*
    Steven H. Sadow
    STEVEN H. SADOW, P.C.
    Georgia Bar No. 622075
    260 Peachtree Street, N.W.
    Suite 2502
    Atlanta, Georgia 30303
    Telephone: (404) 577-1400
    Facsimile: (404) 577-3600
    stevesadow@gmail.com
    Admitted Pro Hac Vice

**LAW OFFICES OF HORWITZ & CITRO, P.A.**

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
vince@horwitzcitrolaw.com

Attorneys for Defendant Christian Fletcher

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
Attorney for Christian Fletcher