FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Summary of conference call with Anthem - 9/21/2018

**Date:** 10/31/2018

**From:** JACKSONVILLE
    JK-5
    **Contact:** Robert A Schwinger, 904-248-7496

**Approved By:** SSA GRESS KENDRA L

**Drafted By:** Robert A Schwinger

**Case ID #:** [redacted]  (U) PEOPLES CHOICE HOSPITAL (PCH);
    JORGE ALBERTO PEREZ,
    RICARDO JORGE PEREZ,
    MEDX GROUP;
    AARON ANDY ALONZO;
    FLORIDA BLUE - VICTIM;
    HEALTH CARE FRAUD - PRIVATE INSURANCE PROGRAM

**Synopsis:** (U) Enclosed for the file is a summary of a conference call which took place on 9/21/2018 with Anthem Blue Cross/Blue Shield.

**Administrative Notes:** (U) N/A

**Package Copy:** (U) N/A

**Details:**

On 09/21/2018, writer participated in a conference call between the investigative team for captioned investigation and Anthem Blue Cross/Blue Shield (Anthem). Participating on the call were the following individuals:

SA Robert A. Schwinger (FBI JK)

Kimberly Henderson (FBI JK)

SA Derek Holt (OPM OIG)

UNCLASSIFIED//FOUO

DOJCGH_0001204075

UNCLASSIFIED//FOUO

Title:  (U) Summary of conference call with Anthem - 9/21/2018
Re:    ███████████, 10/31/2018

   Tysen Duva (USAO JK)

   Gary Winters (DOJ Fraud Section)

   Jim Hayes (DOJ Fraud Section)

   Zachary Zabo (Anthem SIU)

   Linda Kearney (Anthem In-House Counsel)

   Nate Moore (Robins Kaplan)

   Trial Attorney Winters started the call with with a request for an explanation of the claims data fields. Anthem identified Zabo as the primary person answering questions about the data. Referring to the Chestatee Regional Hospital (CRH) data, Zabo stated that most claims were submitted to Anthem electronically. There is a notation on the claim specifying how it was received; however, Zabo was unable to locate it. Zabo advised he would have to verify how it claims were submitted and provide that information.

   Regarding how Anthem pulled the data and loaded it onto a CD, Anthem advised the data provided to the government under subpoena came from the main data warehouse, referred to as "Edward." Anthem has two teams they refer to as "ADF" and "DMS," which have direct access to the main data warehouse. These teams pull the claims information from the data warehouse. Anthem requested the information based on tax ID number. The data was then scrubbed based on the request and provided to Anthem.

   Trial Attorney Winters requested that Anthem provide guidance regarding what information is submitted by the providers when the claims are submitted. Anthem agreed to provide this information. Some information is based on the provider table, while other information is based on the member table. Anthem relied on the providers to provide the majority of the information that is on the spreadsheet.

UNCLASSIFIED//FOUO

2

UNCLASSIFIED//FOUO

Title: (U) Summary of conference call with Anthem - 9/21/2018
Re: ███████████████, 10/31/2018

Trial Attorney Winters asked exactly what claims information was provided by the requesting provider. Anthem stated they could not provide that information at that time, but Anthem could go back and obtain that information. The 1500 claim form contained generally what the provider reports to Anthem. Winters requested a separate call to discuss exactly what was provided to Anthem when they submit their claims.

The "141" code delineates the bill type for the claim. Anthem advised that each claim classified the bill type, which designated how the patient was seen by the billing provider. The common designations are "in patient," "out patient," or "non-patient." "141" identifies a non-patient lab specimen, meaning the specimen is from a patient who was never seen at the facility.

AUSA Duva asked Anthem for their understanding of the "141" code. Anthem believed that by using this code, the provider was attempting to hide where, when, and how the underlying specimens were processed. The 141 code tells Anthem the specimen was not a patient of the hospital and there was no patient and doctor relationship. This explanation of the 141 code is Anthem's interpretation after evaluating the urine drug testing (UDT) fraud scheme.

Trial Attorney Hayes asked whether there was a field in the data that would show a facility other than CRH tested the specimen. The claims forms submitted by the subjects in this case contained the NPI code for the the hospital conducting the billing. This code should only be submitted if the testing was actually conducted at that hospital, as the insurance company paid the claim based on the representation that the testing was conducted by the billing hospital.

Anthem advised it also has a reference lab fee schedule which sets the reimbursement for testing at non-network stand-alone labs. Any testing conducted by a out-of-network reference lab should be reimbursed under this schedule, and not the contract between the insurance provider and the billing hospital.

UNCLASSIFIED//FOUO

3

UNCLASSIFIED//FOUO

Title:  (U) Summary of conference call with Anthem - 9/21/2018
Re: ███████████, 10/31/2018

◆◆