UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

CASE NO. 3:20-CR-86-J-32JBT

　　Plaintiff,

v.

CHRISTIAN FLETCHER

　　Defendant.
_____/

## FLETCHER'S MOTION TO FILE A REPLY

Christian Fletcher moves for leave to file a reply in response to new arguments and factual claims the government made in its response [Dkt. 478]. These claims and arguments, specifically the business records exception, did not appear in a previous filing. Accordingly, Fletcher has not had an opportunity to respond.

Local Rule 3.01 permits filing a reply with leave of Court. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for the Ethical Treatment of Animals*, No. 2:09-cv-537, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). The government's response addresses the business records exception to hearsay, but only part of it. The reply need not exceed seven pages.

## CONCLUSION

Accordingly, Fletcher requests this Court permit a reply.

>Respectfully submitted,
>
>**STEVEN H. SADOW, P.C.**
>
>*s/ Steven H. Sadow*
>Steven H. Sadow
>Georgia Bar No. 622075
>260 Peachtree Street, N.W.
>Suite 2502
>Atlanta, Georgia 30303
>Telephone: (404) 577-1400
>Facsimile: (404) 577-3600
>stevesadow@gmail.com
>Admitted Pro Hac Vice
>
>**LAW OFFICES OF HORWITZ & CITRO, P.A.**
>
>*s/ Vincent A. Citro*
>Vincent A. Citro
>Florida Bar Number: 0468657
>17 East Pine Street
>Orlando, Florida 32801
>Telephone: (407) 843-7733
>Facsimile: (407) 849-1321
>vince@horwitzcitrolaw.com
>
>Attorneys for Defendant Christian Fletcher

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
Attorney for Christian Fletcher