UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                                      CASE NO. 3:20-CR-86-J-32JBT

    Plaintiff,

v.

CHRISTIAN FLETCHER,

    Defendant.
_____/

## DEFENDANT CHRISTIAN FLETCHER'S WITNESS LIST

Defendant Christian Fletcher hereby files his witness list. Mr. Fletcher reserves the right to amend, supplement, and revise his witness list as necessary. Mr. Fletcher may call the following witnesses:

1. Adam Walters
2. Mark C. Herbers
3. Any witness the government calls during its case-in-chief.

Respectfully submitted,

**STEVEN H. SADOW, P.C.**

*s/ Steven H. Sadow*
**Steven H. Sadow**
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303

Telephone: (404) 577-1400
Facsimile: (404) 577-3600
stevesadow@gmail.com
Admitted Pro Hac Vice

**LAW OFFICES OF HORWITZ & CITRO, P.A.**

*s/ Vincent A. Citro*
**Vincent A. Citro**
Florida Bar Number: 0468657
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
vince@horwitzcitrolaw.com
Attorneys for Christian Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
Attorney for Christian Fletcher