UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**          CASE NO.: 3:20-cr-00086

v.

**JORGE PEREZ,
RICARDO PEREZ,
SETH GUTERMAN,
AARON DURALL,
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO,
AARON ALONZO, AND
NESTOR ROJAS**
    **Defendants.**
_____/

## DEFENDANT SEAN PORTER'S WITNESS LIST

**COMES NOW** the Defendant, SEAN PORTER ("Defendant"), by and through undersigned counsel, and pursuant to this Court's various trial orders, provides the following witness list for trial:

## WITNESSES

1. Mark S. Thomas, Esquire,
2. Justin B. Turner, CPA,
3. Robert Schwinger
4. Nancy Oser
5. Rachel Wolk
6. Heather Burch
7. All witnesses listed by James Porter, Jr.;

8. All witnesses listed by the government;

                                                                                                          **ROWLAND LAW, LLC**

                                                                                                          ***/s/   Caleb D. Rowland***
Caleb D. Rowland, Esquire
Florida Bar No.: 49936
2130 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 667-4434
Email: crowland@rowlandlawfirm.net
Service: service@rowlandlawfirm.net
Attorney for Defendant Sean Porter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on April 28, 2022, a true and correct copy of the foregoing motion was filed with the Clerk of Court by using CM/ECF system, which will send notice of the electronic filing to all counsel of record in this matter.

                                                                                    **ROWLAND LAW, LLC**

                                                                                   ***/s/   Caleb D. Rowland***
Caleb D. Rowland, Esquire