**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ,
RICARDO PEREZ,
AARON DURALL,
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO and
AARON ALONZO

# O R D E R

Pursuant to Rules 4.11(b) and 1.01(c), Local Rules, United States District Court, Middle District of Florida, it is hereby

**ORDERED:**

The Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, is hereby waived and modified for the limited purpose of allowing **ASL Interpreters, Laura Clark and Julie Balassa,** to bring cell phones into the building to assist a potential juror, for the duration of his jury service, commencing on **May 9, 2022**. Cell phones must be turned off while in the courtroom and any live transmission from the courtroom is prohibited.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

kh
Copies:
U.S. Marshal Service
Court Security Officer
Division Manager