**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ,
RICARDO PEREZ,
AARON DURALL,
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO and
AARON ALONZO

### NOTICE OF TELEPHONE STATUS CONFERENCE

**TAKE NOTICE** that this case is hereby **SET** for a **telephone status conference** before the Honorable Timothy J. Corrigan, United States District Judge, on **May 6, 2022 at 1:00 p.m.**

The parties are directed to call the reserved conference line toll free at 1-888-684-8852. The access code for all participants is 2594705. The participants will then be prompted to enter the participant security code: 865622, followed by the # (pound) key. Defendant is not required to participate in the telephone status conference.

The conference line will be activated at 12:45 p.m. so the hearing may start promptly at 1:00 p.m.

To reduce background audio interference, the parties should not use the speaker function during the call. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions or any other sanction deemed necessary by the Court.

**DATED** this 3rd day of May, 2022.

                                                  **TIMOTHY J. CORRIGAN**
                                                United States District Judge
                                                s/ Kerri Hatfield
                                                Courtroom Deputy Clerk

Copies to:
Counsel of Record