UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ,
RICARDO PEREZ,
JAMES F. PORTER, JR., and
CHRISTIAN FLETCHER

## UNITED STATES' REQUEST FOR JUDICIAL NOTICE

The United States, pursuant to Federal Rule of Evidence 201, requests that the Court take judicial notice of the following facts, which can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned:

1. On April 5, 2016, Christian Fletcher and Amber Fletcher, as joint tenants with rights of survivorship, purchased the property located at 3540 Woodhaven Road, NW, Atlanta, Georgia 30305 (Property #1);

2. On June 16, 2016, James Porter purchased the property located at 4123 Little Point, Avon, Colorado 81620 (Property #2);

3. On May 6, 2016, Empower Investment Group LLC, a Florida Limited Liability Company, purchased the property located at 96000 Overseas Highway, Unit W-31, Key Largo, FL 33037 (Property #3);

4. On March 31, 2017, Jorge Perez & Liansy C. Carbonell, as joint tenants with the right of survivorship, purchased the property located at 96000 Overseas Highway, Unit M-4, Key Largo, FL 33037 (Property #4);

5. On September 15, 2016, Empower Investment Group LLC, a Florida Limited Liability Company, purchased the property located at 13820 SW 142 Avenue, Miami, Florida 33186 (Property #5);

6. On June 30, 2016, Empower Investment Group, a Florida Limited Liability Company, purchased the property located at 15424 SW 175th Street, Miami, Florida 33187 (Property #6); and

7. On June 30, 2016, Empower Investment Group, a Florida Limited Liability, purchased the property located at 15434 SW 175th Street, Miami, Florida 33187 (Property #7).

Federal Rule of Evidence 201(c)(2) provides that the court must take judicial notice if a party requests it and the court is supplied with the necessary information. The official property records as to each property (Composite Attachment A) provide the necessary information in support of this request.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Mai Tran*
MAI TRAN
Assistant United States Attorney
Florida Bar Number 100982
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Mai Tran*
MAI TRAN
Assistant United States Attorney