UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   Case No. 3:20-cr-86-TJC-JBT

JORGE PEREZ,
RICARDO PEREZ,
JAMES F. PORTER, JR., and
CHRISTIAN FLETCHER

## GOVERNMENT'S FORFEITURE WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case during the forfeiture proceedings:

1. John Hummel, Senior Financial Investigator, FBI;

2. Scott Skinner, Litigation Financial Analyst, USAO; and

3. Kimberley Henderson, Forensic Accountant, FBI.

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/Mai Tran*
    MAI TRAN
    Assistant United States Attorney
    Florida Bar Number 100982
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone: (904) 301-6300
    Facsimile: (904) 301-6310
    E-mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Mai Tran*
MAI TRAN
Assistant United States Attorney