UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,   Case No. 3:20-cr-86-TJC-JBT

  Plaintiff,                 ☐
  Government                 ☒            ☐ Evidentiary
                                          ☒ Trial
                                          ☐ Other

v.

JORGE PEREZ,
RICARDO PEREZ,
JAMES F. PORTER, JR., and
CHRISTIAN FLETCHER

  Defendants                 ☐

# ASSET FORFEITURE EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | **Exhibits for Real Property #1, located at 3540 Woodhaven Road NW, Atlanta Georgia 30305** |
| 1A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i. Aerial View (Back)<br>ii. Aerial View (Side)<br>iii. Aerial View (Property Line) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1B | | | Senior Financial Investigator John Hummel | Property Records:<br><br>i. Limited Warranty Deed dated April 5, 2016 (3540 Woodhaven Road NW LLC to Christian & Amber Fletcher)<br><br>ii. QuitClaim Deed dated August 29, 2018 (Christian & Amber Fletcher to 3540 Woodhaven Road LLC)<br><br>iii. Deed to Secure Debt for $11 million dated November 27, 2019 Borrower – 3540 Woodhaven Road LLC. Signed by Christian and Amber Fletcher)<br><br>iv. Fulton County Georgia Board of Assessors Property Records detailing financial transaction associated with deeds |
| 1C | | | Senior Financial Investigator John Hummel | Financial Records:<br><br>i. Loan Closing Statement for $11 million dated November 27, 2019. (Lender Bay Point Capital Partners II LP)<br><br>ii. Cost Plus a Fee Contract dated October 5, 2016 (showing $22 million) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1D | | | Senior Financial Investigator John Hummel | Flow Chart for 3540 Woodhaven Road NW, Atlanta, Georgia 30305 |
| 1E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 3540 Woodhaven Road NW, Atlanta, Georgia 30305 |
| 2 | | | | **Exhibits for Real Property #2, located at 4123 Little Point, Avon, Colorado 81620** |
| 2A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i.  Outside View (Side)<br>ii.  Outside View (Front)<br>iii.  Inside View (Bedroom)<br>iv.  Inside View (Bathroom)<br>v.  Inside View (Living Room) |
| 2B | | | Senior Financial Investigator John Hummel | Property Records:<br><br>Certified Warranty Deed dated June 16, 2016 (Debra Edwards to James F Porter, Jr.) |
| 2C | | | Senior Financial Investigator John Hummel | Financial Records:<br><br>Land Title Guarantee Company Statement of Settlement "Purchasers" signed by James F Porter Jr and dated June 16, 2016 |
| 2D | | | Senior Financial Investigator John Hummel | Flow Chart for 4123 Little Point, Avon, Colorado 81620 |
| 2E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 4123 Little Point, Avon, Colorado 81620 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3 | | | | **Exhibits for Real Property #3, located at 96000 Overseas Highway, Unit W-31, Key Largo, Florida 33037** |
| 3A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i. Outside View (Beach View)<br>ii. Outside View (Canal)<br>iii. Outside View (Boat Ramp)<br>iv. Inside View (Living Room)<br>v. Inside View (Kitchen) |
| 3B | | | Senior Financial Investigator John Hummel | Property Records<br><br>i. Warranty Deed dated May 6, 2016 (George & Marcia Richards to Empower Investment Group LLC)<br><br>ii. Consent to Sell dated April 26, 2016 |
| 3C | | | Senior Financial Investigator John Hummel | Financial Records<br><br>U.S. Department of Housing and Urban Development Settlement Statement and Closing Settlement Certification dated May 6, 2016 and signed by Jorge E Perez, Jorge A Perez and Ricardo J Perez. |
| 3D | | | Senior Financial Investigator John Hummel | Flow Chart for 96000 Overseas Highway, Unit W-31, Key Largo, Florida 33037 |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 3E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 96000 Overseas Highway, Unit W-31, Key Largo, FL 33037 |
| 4 | | | | **Exhibits for Real Property #4, located at 96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037** |
| 4A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i. Outside View (Water Front)<br>ii. Outside View (Balcony)<br>iii. Inside View (Living Rm)<br>iv. Inside View (Kitchen) |
| 4B | | | Senior Financial Investigator John Hummel | Property Records<br><br>i. Trustee's Deed dated March 31, 2017 (Roslyn Gordon Trust to Jorge Perez and Liansy C Carbonell)<br><br>ii. Consent to Sell dated March 24, 2017 |
| 4C | | | Senior Financial Investigator John Hummel | Financial Records<br><br>U.S. Department of Housing and Urban Development HUD-1 Settlement Statement and HUD-1 Settlement Statement Addendum dated March 31, 2017.  Signed by Jorge Perez and Liansy C. Carbonell |

EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4D | | | Senior Financial Investigator John Hummel | Flow Chart for 96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037 |
| 4E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet of Real Property located at 96000 Overseas Highway, Unit M-4, Key Largo, Florida 33037 |
| 5 | | | | **Exhibits for Real Property #5, located at 13820 SW 142 Avenue, Miami, Florida 33186** |
| 5A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i.   Aerial View<br>ii.  Outside View |
| 5B | | | Senior Financial Investigator John Hummel | Property Records:<br><br>Certified Warranty Deed dated September 15, 2016 (Humberto Pedroso and Zoraida Pedroso to Empower Investment Group LLC) |
| 5C | | | Senior Financial Investigator John Hummel | Financial Records<br><br>U.S. Department of Housing and Urban Development HUD-1 dated September 15, 2016, signed by Jorge E Perez, Jorge A Perez and Ricardo J Perez as Empower Investment Group LLC managers. |
| 5D | | | Senior Financial Investigator John Hummel | Flow Chart for 13820 SW142nd Avenue, Miami, Florida 33186 |
| 5E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 13820 SW 142 Avenue, Miami, FL 33186 |

## EXHIBIT LIST - Continuation Sheet

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 6 | | | | **Exhibits for Real Property #6, located at 15424 SW 175th Street, Miami, Florida 33187** |
| 6A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i. Outside View (Front)<br>ii. Outside View (Pool #1)<br>iii. Outside View (Pool #2)<br>iv. Inside View (Kitchen) |
| 6B | | | Senior Financial Investigator John Hummel | Property Records:<br><br>Certified Special Warranty Deed dated June 30, 2016. (Venetian Lennar LLC to Empower Investment Group) |
| 6C | | | Senior Financial Investigator John Hummel | Financial Records<br><br>U.S. Department of Housing and Urban Development Settlement Statement (HUD-1) Final dated June 30, 2016. Jorge E Perez signed as Manager of Empower Investment Group. |
| 6D | | | Senior Financial Investigator John Hummel | Flow Chart for 15424 SW 175th Street, Miami, Florida 33187 |
| 6E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 15424 SW 175th Street, Miami, Florida 33187 |
| 7 | | | | **Exhibits for Real Property #7, located at 15434 SW 175th Street, Miami, Florida 33187** |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 7A | | | Senior Financial Investigator John Hummel | Property Photographs<br><br>i.    Outside View (Front Street)<br>ii.   Aerial View |
| 7B | | | Senior Financial Investigator John Hummel | Property Records:<br><br>Certified Special Warranty Deed dated June 30, 2016 to Empower Investment Group. |
| 7C | | | Senior Financial Investigator John Hummel | Financial Records<br><br>U.S. Department of Housing and Urban Development Settlement Statement (HUD-1) Final dated June 30, 2016. Jorge E Perez signed as Manager of Empower Investment Group. |
| 7D | | | Senior Financial Investigator John Hummel | Flow Chart for 15434 SW 175th Street, Miami, Florida 33187 |
| 7E | | | Litigation Financial Analyst Scott Skinner | Tracing Spreadsheet for Real Property located at 15434 SW 175th Street, Miami, Florida 33187 |