UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                                           CASE NO. 3:20-CR-86-J-32JBT

           Plaintiff,

v.

CHRISTIAN FLETCHER,

           Defendant.

_____/

**DEFENDANT CHRISTIAN FLETCHER'S SUPPLEMENTAL EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | 837Is (CGH, RGH, PCMH) - 1PEREZ-0249441 BCBS.pdf (PEREZ-0249387 through PEREZ-0251338) |
| 2 | | | | Medicare Benefit Policy Manual 70.5 |
| 3 | | | | Medicare Claims Processing Manual – Chapter 16 – Laboratory Services & CMS Pub 100-04 Medicare Claims Processing |
| 4 | | | | LifeBrite – Co-branded Requisition Forms (and email) |
| 5 | | | | Attorney (Walters) – Client (Fletcher/LifeBrite) – email communications and legal memo |
| 6 | | | | LifeBrite – PCLife (PCMH) audit packets and EOBs |
| 7 | | | | LifeBrite Reconciliation spreadsheets – RGH |

| | | | | |
|---|---|---|---|---|
| 8 | | | | Herber's Exhibits |
| 9 | | | | CMS – January 2014 Update of the Hospital Outpatient Prospective Payment System (OPPS) – page 11 through 141 Billing |
| 10 | | | | LifeBrite Hospital Group of Stokes Termination Letter dated 07/24/17 |
| 11 | | | | Putnam County Memorial Hospital Board of Trustees Closed Session dated 09/01/16 (DOJCGH_0001517025 – 0001517026) |
| 12 | | | | Putnam County Memorial Hospital Board of Trustees Closed Session dated March 2017 (DOJCGH_0001517106 – 0001517108) |
| 13 | | | | Letter to the Missouri State Auditor, Nikki Galloway, dated 06/16/17 (DOJCGH_0001517112 – 0001517115) |
| 14 | | | | Letter from Joe Bednar, Esquire to the Missouri State Auditor, Nikki Galloway, dated 07/17/17 (DOJCGH_0001517116 – 0001517149) |
| 15 | | | | Press release issued by Hospital Partners, Inc. (DOJCGH_0001517150 – 0001517151) |
| 16 | | | | LifeBrite – Orders Processed Spreadsheets for CGH, RGH and PCMH (DOJCGH 16727892) |
| 17 | | | | LifeBrite – PCMH Providers |
| 18 | | | | LifeBrite – PCMH EDI |
| 19 | | | | Empower H.I.S, LLC and LifeBrite Billing Services Agreement |
| 20 | | | | CGH – LifeBrite requisition forms - samples |

| 21 | | | | UB-04 claim form |
|----|--|--|--|------------------|

Respectfully submitted,

**STEVEN H. SADOW, P.C.**

_s/ Steven H. Sadow_
**Steven H. Sadow**
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Telephone: (404) 577-1400
Facsimile: (404) 577-3600
stevesadow@gmail.com
Admitted Pro Hac Vice

**LAW OFFICES OF HORWITZ & CITRO, P.A.**

_s/ Vincent A. Citro_
**Vincent A. Citro**
Florida Bar Number: 0468657
17 East Pine Street
Orlando, Florida 32801
Telephone: (407) 843-7733
Facsimile: (407) 849-1321
vince@horwitzcitrolaw.com
Attorneys for Christian Fletcher

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will

send a notice of electronic filing to all counsel or parties of record.

*s/ Vincent A. Citro*
Vincent A. Citro
Florida Bar Number: 0468657
Attorney for Christian Fletcher
