**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
v.
JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.    CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| Mai Tran | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield    Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL (Day One): Jury Selection**

Jury selected.

Jury excused, to report back at 8:45 a.m. on May 10, 2022.

**DATE:** May 9, 2022                                **TIME:** 9:07 a.m. – 5:54 p.m.
                                                            (Recess 1:55 p.m. – 2:36 p.m.)