**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR().            CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
|  | Seth Schwartz (James F. Porter, Jr.) |
|  | Caleb D. Rowland (Sean Porter) |
|  | Steven H. Sadow (Christian Fletcher) |
|  | Vince Citro (Christian Fletcher) |
|  | Joshua Sabert Lowther (Neisha Zaffuto) |
|  | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles            Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF TELEPHONIC STATUS CONFERENCE:**

Discussion regarding when and how to proceed with the trial.

Another telephonic status conference is set for **Monday, May 23, 2022, at 2:00 p.m. Notice to enter**.

**DATE:** May 19, 2022                    **TIME:** 2:00 p.m. – 3:02 p.m.