**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                Case No.   3:20-cr-86-TJC-JBT

JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

## NOTICE OF TELEPHONE STATUS CONFERENCE

**TAKE NOTICE** that this case is hereby **SET** for a **telephone status conference** before the Honorable Timothy J. Corrigan, United States District Judge, on **May 23, 2022, at 2:00 p.m.**

The parties are directed to call the reserved conference line toll free at 1-888-684-8852.  The access code for all participants is 2594705.  The participants will then be prompted to enter the participant security code: 5232 followed by the # (pound) key.  Defendants are required to participate in the telephone status conference.

The conference line will be activated at 1:50 p.m. so the hearing may start promptly at 2:00 p.m.

To reduce background audio interference, the parties should not use the speaker function during the call. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions or any other sanction deemed necessary by the Court.

**DATED** this 19th day of May, 2022.

> **TIMOTHY J. CORRIGAN**
> United States District Judge
>
> By:   s/ Jodi L. Wiles
> Courtroom Deputy Clerk

Copies to:
Counsel of Record