**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
v.
JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.                       CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
| | Seth Schwartz (James F. Porter, Jr.) |
| | Caleb D. Rowland (Sean Porter) |
| | Steven H. Sadow (Christian Fletcher) |
| | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Darcy Galnor (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles                Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF TELEPHONIC STATUS CONFERENCE:**

Further discussion regarding when and how to proceed with the trial.

The Government will respond in writing this week to Aaron Durall's Renewed Motion to Enforce Due Process Protection Act (Dkt. No. 703).

Trial will reconvene in Courtroom 13A at 9:00 a.m. on Tuesday, May 31, 2022. The parties shall be in place and prepared to proceed at 8:45 a.m.

**DATE:** May 23, 2022                                **TIME:** 2:04 p.m. – 3:10 p.m.