# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
v.
JORGE PEREZ
RICARDO PEREZ
AARON DURALL
JAMES F. PORTER, JR.　　　　　CASE NO. 3:20-cr-86-TJC-JBT
SEAN PORTER
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Thomas M. Bell (Jorge Perez) |
| Gary A. Winters | Richard J. Landes (Ricardo Perez) |
| James Hayes | Brian T. Rafferty (Aaron Durall) |
|  | Seth Schwartz (James F. Porter, Jr.) |
|  | Caleb D. Rowland (Sean Porter) |
|  | Steven H. Sadow (Christian Fletcher) |
|  | Vince Citro (Christian Fletcher) |
|  | Joshua Sabert Lowther (Neisha Zaffuto) |
|  | Darcy Galnor (Aaron Alonzo) |

## HONORABLE TIMOTHY J. CORRIGAN
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Kerri Hatfield　　　Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

Closing arguments.

**Defendant's Exhibit** –
　　　　　S. Porter - 2

Jury recessed, to report back at 8:45 a.m. on June 22, 2022.

**DATE:** June 21, 2022            **TIME:** 8:52 a.m. –: 5:12 p.m.
(Recess 12:44 p.m. –1:32 p.m.)