UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86-MMH-JBT

CHRISTIAN FLETCHER
_____/
**[OWNER OF RECORD: 3540 WOODHAVEN ROAD, LLC]**

### GOVERNMENT'S RELEASE OF *LIS PENDENS*

The United States of America hereby releases and discharges the Government's Notice of *Lis Pendens* recorded on July 14, 2020 in Official Records of Fulton County, Georgia, Lien 4897, PG 550, 2020-0252533, and the Renewal of *Lis Pendens* recorded on July 7, 2021 in Official Records of Fulton County, Georgia, Lien 5134, PG 190-193, 2020-0252533, giving notice of the pendency of a forfeiture action against real property located at **3540 Woodhaven Road NW, Atlanta, Fulton County, Georgia 30305**, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

> All that tract or parcel of land lying and being in Land Lot 141, 17th District, Fulton County, Georgia as shown on that survey of 3540 Woodhaven Road for Donald M. Leeber, III by Georgia Land Surveying Co., Inc., certified by Josh L. Lewis, IV, Georgia Registered Land Surveyor No. 3028, dated February 25, 2010, being more particularly described as follows: Beginning at a one-half inch rebar found on the northwestern Right-of-Way of Woodhaven Road (fifty foot right-of-way), said point being 969.810 feet as measured southwesterly along the northwestern right-of-way of said Woodhaven Road from the intersection of the northwestern right-of-way of said Woodhaven Road and the southwestern right of way Tuxedo Road (fifty foot right-of-way), leaving said right-of-way, thence North 65 degrees 49 minutes 54 seconds

West along the southwestern boundary of Lot 1, Woodhaven Estates a distance of 562.33 feet to a three-quarter inch open top pipe found; thence South 01 degrees 46 minutes 29 seconds West along an existing fence line a distance of 423.41 feet to a three-quarter inch open to pipe found; thence South 77 degrees 56 minutes 55 seconds East along the northeastern boundary of Lot 3, Woodhaven Estates a distance of 446.87 feet to a three-quarter inch open top pipe found on the northwestern right-of-way of said Woodhaven Road; thence North 14 degrees 50 minutes 31 seconds East along the northwestern right-of-way of said Woodhaven Road a distance of 34.32 feet to a point; continuing thence in a northeasterly direction along the northwestern right-of-way of said Woodhaven Road an arc length of 265.65 feet (said arc being subtended by a chord having a chord bearing North 17 degrees 36 minutes 45 seconds East, a chord length of 266.66 feet, a radius of 2839.48 feet and a central angle of 05 degrees 21 minutes 37 seconds) to a one-half inch rebar found on the northwestern right-of-way of said Woodhaven Road, said point of Beginning; Being all of Lot 2, Woodhaven Estates, Plat Book 28, Page 57, Fulton County, Georgia Records; known as 3540 Woodhaven Road according to the current system of numbering houses in the City of Atlanta and containing 4.041 acres. Being the same property as described at Deed Book 1829, Page 5; Deed Book 48503; Page 237 and Deed Book 48503, Page 239, Fulton County, Georgia Records.

This real property remains subject to forfeiture as a substitute asset in the captioned case.

>Respectfully submitted,
>
>ROGER B. HANDBERG
>United States Attorney
>
>By:   *s/ Mai Tran*
>      MAI TRAN
>      Assistant United States Attorney
>      Florida Bar No. 100982
>      300 North Hogan Street, Suite 700
>      Jacksonville, Florida 32202-4270
>      Telephone: (904) 301-6300
>      Facsimile: (904) 301-6310
>      E-mail: mai.tran2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*s/ Mai Tran*
MAI TRAN
Assistant United States Attorney
