UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 3:20-cr-86-TJC-JBT

CHRISTIAN FLETCHER

## VERDICT

1.     With regard to Count One of the Indictment, which charges Conspiracy to Commit Health Care Fraud and Wire Fraud, we, the Jury, find CHRISTIAN FLETCHER:

NOT GUILTY _____     GUILTY _____

If you found CHRISTIAN FLETCHER not guilty of Count One, skip the next question and proceed to consider Count Eight below.

If you found CHRISTIAN FLETCHER guilty of Count One, answer this question: We, the Jury, unanimously find the following to be the Object of the Conspiracy (choose one):

_____ Health Care Fraud

_____ Wire Fraud

_____ Both Health Care Fraud and Wire Fraud

2.     With regard to Count Eight of the Indictment, which charges Conspiracy to Commit Money Laundering, we, the Jury, find CHRISTIAN FLETCHER:

NOT GUILTY _____     GUILTY _____


3.     With regard to Count Fifteen of the Indictment, which charges Money Laundering, we, the Jury, find CHRISTIAN FLETCHER:

NOT GUILTY _____     GUILTY _____


4.     With regard to Count Eighteen of the Indictment, which charges Money Laundering, we, the Jury, find CHRISTIAN FLETCHER:

NOT GUILTY _____     GUILTY _____


SO SAY WE ALL,

███████████████████     _____6/27/2022_____

FOREPERSON'S SIGNATURE          DATE