**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                        CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

---

**O R D E R**

This case is before the Court on Defendant Fletcher's Motion for Permission to Communicate with Jurors Post-Trial (Doc. 777)[1] and upon information that the government has already communicated with one juror. Local Rule 5.02(d)(1) states "[n]o party may communicate with a juror or respond to a juror's unsolicited communication during or after trial." The Court has not yet permitted any party under the Local Rules to communicate with any juror. However, due to the pending motion and the government's communication with a juror, the Court will hold a hearing to resolve the motion and investigate the government's contact with the juror.

Accordingly, it is hereby

**ORDERED:**

1.      This case is set for a **telephone hearing** before the undersigned

---

[1] Several defendants have moved to join his motion. (Docs. 778, 779).

on **July 5, 2022 at 2:00 p.m.**[2] The conference line will be activated at 1:50 p.m. so the hearing may start promptly at 2:00 p.m. To participate in the call, the parties are directed to call the reserved conference line toll free at 1-888-684-8852. The access code for all participants is 2594705 and the participant security code is 070522.

      2.     No party may have any further contact with any juror at this time.

      3.     If a party other than Defendant Fletcher or the government does not want to participate in the hearing, that party may file a waiver of appearance.

      **DONE AND ORDERED** in Jacksonville, Florida this 30th day of June, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendants

---

[2] To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.