UNITED STATES DISTRCT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**            CASE NO.: 3:20-cr-00086

v.

**JORGE PEREZ,
RICARDO PEREZ,
SETH GUTERMAN,
AARON DURALL
JAMES F. PORTER, JR.,
SEAN PORTER,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO,
AARON ALONZO, AND
NESTOR ROJAS**
       **Defendants.**
_____/

## MOTION TO ADOPT CO-DEFENDANT CHRISTIAN FLETCHER'S AMENDED MOTION FOR SANCTIONS AGAINST THE GOVERNMENT

Defendant SEAN PORTER, by and through undersigned counsel, hereby moves the Court for leave to adopt the *Amended Motion for Sanctions Against the Government* filed by co-defendant Christian Fletcher (Docket # 782). In an effort to not burden the Court with unnecessary repetition, Mr. Porter moves to adopt the motion.

ROWLAND LAW, LLC

 */s/   Caleb D. Rowland*
Caleb D. Rowland, Esquire
Florida Bar No.: 49936
2130 Riverside Avenue
Jacksonville, Florida 32204
Tel: (904) 667-4434
Email: crowland@rowlandlawfirm.net
Service: service@rowlandlawfirm.net
Attorney for Defendant Sean Porter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on July 1, 2022, a true and correct copy of the foregoing motion was filed with the Clerk of Court by using CM/ECF system, which will send notice of the electronic filing to all counsel of record in this matter.

**ROWLAND LAW, LLC**

*/s/  Caleb D. Rowland*
Caleb D. Rowland, Esquire