**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.     CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

**O R D E R**

Pursuant to the Court's previous Order (Doc. 800), the government has provided in camera a copy of a memorandum recapitulating its previous conversation with a juror. Accordingly, it is hereby

**ORDERED:**

1. The Clerk shall file under seal a copy of the government's memorandum and electronically send a copy of the memorandum to defense counsel. Defense counsel may share the memorandum with their clients, but no party or lawyer should further disseminate the memorandum or its contents and should treat the memorandum as being under seal.

2. The Clerk shall file under seal a copy of a list containing the contact information for the jurors who have informed the Court's jury administrator that counsel may contact them (three jurors asked not to be contacted so their contact information is not included). The Clerk will electronically send a copy of the list to defense counsel. Defense counsel may not disseminate the list or

the information contained therein to anyone else. Note that the contact information for the juror who previously spoke to the government will be included, even though he indicated to the government he did not wish to speak to defense counsel. Defense counsel may contact the juror, but as stated in the Court's prior Order (Doc. 800), if that juror (or any other juror) does not wish to speak, counsel must cease the conversation immediately, and must not contact the juror any further. Also, as stated in the previous Order (Doc. 800), defense counsel is reminded that they may communicate with a juror about his or her individual impressions of the proceedings and the evidence, but they may not inquire about the jury's deliberation process or internal discussions. Further, defense counsel should caution any juror not to talk about the deliberation process or any internal discussions.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of July, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies of Order to:

Counsel of Record
Defendants

Copies of Unsealed Documents to:

Thomas Bell, Esq.
Richard Landes, Esq.
Brian Rafferty, Esq.
Seth Schwartz, Esq.
Albert J. Tasker, Esq.
Caleb Rowland, Esq.
Steven Sadow, Esq.
Vincent Citro, Esq.
Joshua Lowther, Esq.
Darcy Galnor, Esq.