**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                         CASE NO. 3:20-cr-86-TJC-JBT

JORGE PEREZ, et al.

## NOTICE OF TELEPHONE STATUS CONFERENCE

**TAKE NOTICE** that this case is hereby **SET** for a **TELEPHONE STATUS CONFERENCE** to address setting a trial schedule before the Honorable Timothy J. Corrigan, United States District Judge on **July 29, 2022 at 10:00 AM**. The conference line will be activated at 9:50 AM so the conference may start promptly at 10:00 AM. To participate in the call, the parties are directed to call the reserved conference line toll free at **1-888-684-8852**. **The access code for all participants is 2594705 and the participant security code is 072922.**[1]

---

[1]**To reduce background audio interference, the parties should not use the speaker function during the call and are encouraged to use landlines if possible. Further, parties must put their phones on mute when not speaking. Each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

**DATED** this 19th day of July, 2022.

          TIMOTHY J. CORRIGAN
          United States District Judge

          By: /s/ Kelly Milliron
          Kelly Milliron
          Law Clerk
          (904) 549-1300

Copies to:
Counsel of Record
Defendants