# Facility Participation Agreement

This Agreement is entered into by and between UnitedHealthcare Insurance Company, contracting on behalf of itself, UnitedHealthcare of Florida, Inc. and the other entities that are United's Affiliates (collectively referred to as "United") and Cypress Health Systems Florida, Inc. DBA Tri County Hospital - Williston ("Facility").

This Agreement is effective on the later of the following dates (the "Effective Date"):

i)   August 1, 2012 or

ii)  the first day of the first calendar month that begins at least 30 days after the date when this Agreement has been executed by all parties.

Through contracts with physicians and other providers of health care services, United maintains one or more networks of providers that are available to Customers. Facility is a provider of health care services.

United wishes to arrange to make Facility's services available to Customers. Facility wishes to provide such services, under the terms and conditions set forth in this Agreement.

The parties therefore enter into this Agreement.

## Article I.
## Definitions

The following terms when used in this Agreement have the meanings set forth below:

1.1   **Benefit Plan**  means a certificate of coverage, summary plan description, or other document or agreement, whether delivered in paper, electronic, or other format, under which a Payer is obligated to provide coverage of Covered Services for a Customer.

1.2   **Covered Service**  is a health care service or product for which a Customer is entitled to receive coverage from a Payer, pursuant to the terms of the Customer's Benefit Plan with that Payer.

1.3   **Customary Charge**  is the fee for health care services charged by Facility that does not exceed the fee Facility would ordinarily charge another person regardless of whether the person is a Customer.

1.4   **Customer**  is a person eligible and enrolled to receive coverage from a Payer for Covered Services.

1.5   **Payment Policies**  are the guidelines adopted by United outside of this Agreement for calculating payment of claims to facilities (including claims of Facility under this Agreement). The Payment Policies may change from time to time as discussed in section 5.1 of this Agreement.

1.6   **Payer**  is an entity obligated to a Customer to provide reimbursement for Covered Services under the Customer's Benefit Plan, and authorized by United to access Facility's services under this Agreement.

Highly Confidential
Subject to Protective Order
FOIA Exempt

1.7 **Protocols** are the programs, protocols and administrative procedures adopted by United or a Payer to be followed by Facility in providing services and doing business with United and Payers under this Agreement. These Protocols may include, among other things, credentialing and recredentialing processes, utilization management and care management processes, quality improvement, peer review, Customer grievance, concurrent review, or other similar United or Payer programs. The Protocols may change from time to time as discussed in section 4.4 of this Agreement.

1.8 **United's Affiliates** are those entities controlling, controlled by, or under common control with UnitedHealthcare Insurance Company.

## Article II.
## Representations and Warranties

2.1 **Representations and Warranties of Facility.** Facility, by virtue of its execution and delivery of this Agreement, represents and warrants as follows:

i) Facility is a duly organized and validly existing legal entity in good standing under the laws of its jurisdiction of organization.

ii) Facility has all requisite corporate power and authority to conduct its business as presently conducted, and to execute, deliver and perform its obligations under this Agreement. The execution, delivery and performance of this Agreement by Facility have been duly and validly authorized by all action necessary under its organizational documents and applicable corporate law. This Agreement has been duly and validly executed and delivered by Facility and (assuming the due authorization, execution and delivery of this Agreement by United) constitutes a valid and binding obligation of Facility, enforceable against Facility in accordance with its terms, except as such enforceability may be limited by the availability of equitable remedies or defenses and by applicable bankruptcy, insolvency, reorganization, moratorium or similar laws affecting the enforcement of creditors' rights generally.

iii) The execution, delivery and performance of this Agreement by Facility do not and will not violate or conflict with (a) the organizational documents of Facility, (b) any material agreement or instrument to which Facility is a party or by which Facility or any material part of its property is bound, or (c) applicable law.

iv) Facility has obtained and holds all registrations, permits, licenses, and other approvals and consents, and has made all filings, that it is required to obtain from or make with all governmental entities under applicable law in order to conduct its business as presently conducted and to enter into and perform its obligations under this Agreement.

v) Facility has been given an opportunity to review the Protocols and Payment Policies. See the Additional Manuals Appendix for additional information regarding the Protocols and Payment Policies applicable to Customers enrolled in certain Benefit Plans.

iv) Each submission of a claim by Facility pursuant to this Agreement shall be deemed to constitute the representation and warranty by it to United that (a) the representations and warranties of it set forth in this section 2.1 and elsewhere in this Agreement are true and

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285204

correct as of the date the claim is submitted, (b) it has complied with the requirements of this Agreement with respect to the Covered Services involved and the submission of such claim, (c) the charge amount set forth on the claim is the Customary Charge and (d) the claim is a valid claim.

2.2 **Representations and Warranties of United.** United, by virtue of its execution and delivery of this Agreement, represents and warrants as follows:

i) United is a duly organized and validly existing legal entity in good standing under the laws of its jurisdiction of organization.

ii) United has all requisite corporate power and authority to conduct its business as presently conducted, and to execute, deliver and perform its obligations under this Agreement. The execution, delivery and performance of this Agreement by United have been duly and validly authorized by all action necessary under its organizational documents and applicable corporate law. This Agreement has been duly and validly executed and delivered by United and (assuming the due authorization, execution and delivery of this Agreement by Facility) constitutes a valid and binding obligation of United, enforceable against United in accordance with its terms, except as such enforceability may be limited by the availability of equitable remedies or defenses and by applicable bankruptcy, insolvency, reorganization, moratorium or similar laws affecting the enforcement of creditors' rights generally.

iii) The execution, delivery and performance of this Agreement by United do not and will not violate or conflict with (a) the organizational documents of United, (b) any material agreement or instrument to which United is a party or by which United or any material part of its property is bound, or (c) applicable law.

iv) United has obtained and holds all registrations, permits, licenses, and other approvals and consents, and has made all filings, that it is required to obtain from or make with all governmental entities under applicable law in order to conduct its business as presently conducted and to enter into and perform its obligations under this Agreement.

## Article III.
## Applicability of this Agreement

3.1 **Facility's Services.** This Agreement applies to Covered Services provided at Facility's service locations set forth in Appendix 1. In the event Facility begins providing services at other locations, or under other tax identification number(s), (either by operating such locations itself, or by acquiring, merging or affiliating with an existing provider that was not already under contract with United or one of United's Affiliates to participate in a network of health care providers), such additional tax identification numbers, or locations will become subject to this Agreement only upon the written agreement of the parties.

In the event Facility acquires or is acquired by, merges with, or otherwise becomes affiliated with another provider of health care services that is already under contract with United or one of United's Affiliates to participate in a network of health care providers, this Agreement and the other agreement will each remain in effect and will continue to apply as they did prior to the acquisition, merger or affiliation, unless otherwise agreed to in writing by all parties to such agreements.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285205

Facility may transfer all or some of its assets to another entity, with the result that all or some of the Covered Services subject to this Agreement will be rendered by the other entity rather than by Facility, but only if Facility requests that United approve the assignment of this Agreement as it relates to those Covered Services and only if the other entity agrees to assume this Agreement. This paragraph does not limit United's right under Section 9.4 of this Agreement to elect whether to approve the assignment of this Agreement.

**3.2** **Payers and Benefit Plan types.**  United may allow Payers to access Facility's services under this Agreement for the Benefit Plan types described in Appendix 2.  Appendix 2 may be modified by United upon 30 days written or electronic notice.

Section 8.3 of this Agreement will apply with respect to Customers enrolled in Benefit Plan type(s) that are moved from Appendix 2, section 1 to Appendix 2, section 2.

**3.3** **Services not covered under a Benefit Plan.**  This Agreement does not apply to services not covered under the applicable Benefit Plan.  Facility may seek and collect payment from a Customer for such services, provided that the Facility first obtain the Customer's written consent.

This section does not authorize Facility to bill or collect from Customers for Covered Services for which claims are denied or otherwise not paid.  That issue is addressed in sections 6.5 and 6.8 of this Agreement.

**3.4** **Patients who are not Customers.**  This Agreement does not apply to services rendered to patients who are not Customers at the time the services were rendered.  Section 6.6 of this Agreement addresses circumstances in which claims for services rendered to such persons are inadvertently paid.

**3.5** **Health Care.**  Facility acknowledges that this Agreement and Customer Benefit Plans do not dictate the health care provided by Facility, or govern Facility's determination of what care to provide its patients, even if those patients are Customers.  The decision regarding what care is to be provided remains with Facility and with Customers and their physicians, and not with United or any Payer.

**3.6** **Communication with Customers.**  Nothing in this Agreement is intended to limit Facility's right or ability to communicate fully with a Customer and the Customer's physician regarding the Customer's health condition and treatment options.  Facility is free to discuss all treatment options without regard to whether or not a given option is a Covered Service.  Facility is free to discuss with a Customer any financial incentives Facility may have under this Agreement, including describing at a general level the payment methodologies contained in this Agreement.

## Article IV.
## Duties of Facility

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285206

4.1    **Provide Covered Services.** Facility will provide Covered Services to Customers. Facility must be in compliance with section 2.1(iv) of this Agreement and credentialed by United or its delegate prior to furnishing any Covered Services to Customers under this Agreement.

4.2    **Nondiscrimination.** Facility will not discriminate against any patient, with regard to quality of service or accessibility of services, on the basis that the patient is a Customer.

4.3    **Accessibility.** Facility will be open 24 hours a day, seven days a week.

4.4    **Cooperation with Protocols.** Facility will cooperate with and be bound by United's and Payers' Protocols. The Protocols include but are not limited to all of the following:

i)    Facility will use reasonable commercial efforts to direct Customers only to other providers that participate in United's network, except as permitted under the Customer's Benefit Plan or otherwise authorized by United or Payer.

ii)    Facility will make its best efforts to assure that all Facility-based physician groups participate in United's network as long as this Agreement is in effect.

In the event that a Facility-based physician group is not a participating provider with United, Facility's Chief Financial Officer or equivalent senior level officer ("Facility Representative") will assist United in its efforts to negotiate an agreement with such group. Upon request by United, Facility Representative will:

a)    meet with Facility-based physician group to encourage participation. Facility Representative shall provide United with meeting minutes of any such meeting within 15 days. Meeting minutes will include a summary of the key discussion points and an outline of any actionable resolution options deemed by Facility Representative.

b)    write letter(s) to Facility-based physician group encouraging the group to negotiate in good faith with United. The letter will also outline any contractual requirements in the agreement between Facility and Facility-based physician group that requires Facility-based physician group to (1) negotiate in good faith with third party payers, (2) participate in third party payer networks, and (3) other provisions related to Facility-based physician group's participation with third party payers.

c)    invoke any applicable penalties or other contractual terms in its agreement with Facility-based physician group related to its non-participating status with a third party payer.

d)    allow independent legal counsel (mutually agreeable to all relevant parties) to review Facility/Facility-based physician agreement to ensure Facility is fully invoking all the relevant terms and conditions of such agreement to require or promote Facility-based physician group's participation status with United.

United warrants that it will negotiate with Facility-based physician groups in good faith. Facility acknowledges that United will have no responsibility for the credentialing of any employed or sub-contracted Facility-based provider.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285207

iii)     Facility will provide notification for certain Covered Services, accept and return telephone calls from United staff, and respond to United requests for clinical information, as required by United or Payer as described in the Protocols.

The Protocols will be made available to Facility online or upon request.  Some or all Protocols also may be disseminated in the form of an administrative manual or guide or in other communications.

United may change the Protocols from time to time.  United will use reasonable commercial efforts to inform Facility at least 30 days in advance of any material changes to the Protocols. United may implement changes in the Protocols without Facility's consent if such change is applicable to all or substantially all of the facilities in United's network located in the same state as Facility.  Otherwise, changes to the Protocols proposed by United to be applicable to Facility are subject to the terms of section 9.2 of this Agreement applicable to amendments.

4.5     **Employees and subcontractors.**  Facility will assure that its employees, affiliates and any individuals or entities subcontracted by Facility to render services in connection with this Agreement adhere to the requirements of this Agreement.  The use of employees, affiliates or subcontractors to render services in connection with this Agreement will not limit Facility's obligations and accountability under this Agreement with regard to such services.  Facility affiliates are those entities that control, are controlled by or are under common control with Facility.

4.6     **Licensure.**  Facility will maintain, without material restriction, such licensure, registration, and permits as are necessary to enable Facility to lawfully perform this Agreement.  In addition, Facility shall either: (i) obtain and maintain The Joint Commission accreditation; or (ii) in lieu of The Joint Commission accreditation, adopt CMS National Hospital Voluntary Reporting Initiative (NQF Core Measures).

4.7     **Liability Insurance.**  Facility shall procure and maintain liability insurance.  Except to the extent coverage is a state mandated placement, Facility's coverage must be placed with responsible, financially sound insurance carriers authorized or approved to write coverage in the state in which the Covered Services are provided.  Facility's liability insurance shall be, at a minimum, of the types and in the amounts set forth below.  Facility's medical malpractice insurance shall be either occurrence or claims made with an extended period reporting option.  Prior to the Effective Date of this Agreement and within 10 days of each policy renewal thereafter, Facility shall submit to United in writing evidence of insurance coverage.

| TYPE OF INSURANCE | MINIMUM LIMITS |
| --- | --- |
| Medical malpractice and/or professional liability insurance | Five Million Dollars ($5,000,000.00) per occurrence and aggregate |
| Commercial general and/or umbrella liability insurance | Five Million Dollars ($5,000,000.00) per occurrence and aggregate |

Highly Confidential
Subject to Protective Order
FOIA Exempt

In lieu of purchasing the insurance coverage required in this section, Facility may, with the prior written approval of United, self-insure its medical malpractice and/or professional liability, as well as its commercial general liability. Facility shall maintain a separate reserve for its self-insurance. Prior to the Effective Date, Facility shall provide a statement, verified by an independent auditor or actuary, that its reserve funding levels and process of funding appears adequate to meet the requirements of this section and fairly represents the financial condition of the fund. Facility will provide a similar statement during the term of this Agreement upon United's request, which will be made no more frequently than annually. Facility will assure that its self-insurance fund will comply with applicable laws and regulations.

**4.8**  **Notice.** Facility will give notice to United within 10 days after any event that causes Facility to be out of compliance with section 4.6 or 4.7 of this Agreement, or of any change in Facility's name, ownership, control, or Taxpayer Identification Number. This section does not apply to changes of ownership or control that result in Facility being owned or controlled by an entity with which it was already affiliated prior to the change.

**4.9**  **Customer consent to release of medical record information.** Facility will obtain any Customer consent required in order to authorize Facility to provide access to requested information or records as contemplated in section 4.10 of this Agreement, including copies of the Facility's medical records relating to the care provided to Customer.

**4.10**  **Maintenance of and Access to Records.** Facility will maintain adequate medical, financial and administrative records related to Covered Services rendered by Facility under this Agreement, including claims records, for at least 6 years following the end of the calendar year during which the Covered Services are provided, unless a longer retention period is required by applicable law.

Facility will provide access to these records as follows:

i)  to United or its designees, in connection with United's utilization management/ Care Coordination[SM], quality assurance and improvement and for claims payment and other administrative obligations, including reviewing Facility's compliance with the terms and provisions of this Agreement and appropriate billing practice. Facility will provide access during ordinary business hours within fourteen days after a request is made, except in cases of a United audit involving a fraud investigation or the health and safety of a Customer (in which case, access shall be given within 48 hours after the request) or of an expedited Customer appeal or grievance (in which case, access will be given so as to enable United to reasonably meet the timelines for determining the appeal or grievance); and

ii)  to agencies of the government, in accordance with applicable law, to the extent such access is necessary to comply with regulatory requirements applicable to Facility, United, or Payers.

Facility will cooperate with United on a timely basis in connection with any such audit including, among other things, in the scheduling of and participation in an audit exit interview within 30 days of United's request.

If such information and records are requested by United, Facility shall provide copies of such records free of charge.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285209

**4.11    Access to Data.**  Facility represents that in conducting its operations, it collects and reviews certain quality data relating to care rendered by Facility that is reported in a manner which has been validated by a third party as having a clear, evidence-based link to quality or safety (e.g., AHRQ standards) or which has been created by employer coalitions as proxies for quality (e.g., Leapfrog standards).

United recognizes that Facility has the sole discretion to select the metrics which it will track from time to time and that Facility's primary goal in so tracking is to advance the quality of patient care.  If the information that Facility chooses to report on is available in the public domain in a format that includes all data elements required by United, United will obtain quality information directly from the source to whom Facility reported.  If the Facility does not report metrics in the public domain, on a quarterly basis, Facility will share these metrics with United as tracked against a database of all discharged, commercial patients (including patients who are not United customers).  United may publish this data to entities to which United renders services or seeks to render services, and to Customers.  Notwithstanding the foregoing, Facility agrees that it will participate in The Leapfrog Group's annual patient safety survey.

**4.12    Compliance with law.**  Facility will comply with applicable regulatory requirements, including but not limited to those relating to confidentiality of Customer medical information.

**4.13    Electronic connectivity.**  When made available by United, Facility will do business with United electronically.  Facility will use www.unitedhealthcareonline.com to check eligibility status, claims status, and submit requests for claims adjustment for products supported by UnitedHealthcare Online® or other online resources as supported for additional products.  Facility agrees to use www.unitedhealthcareonline.com for additional functionalities (for instance, notification of admission) after United informs Facility that such functionalities have become available for the applicable Customer.

**4.14    Implementation of Patient Safety Programs.**  Facility will implement quality programs recommended by nationally recognized third parties (such as The Leapfrog Group and CMS) as designated by United from time-to-time such as The Leapfrog Group's programs related to Computer Physician Order Entry (CPOE), Evidence-based Hospital Referral (EHR), ICU Physician Staffing (IPS), and the 27 other patient safety practices arrived at by national consensus (National Quality Forum Safe Practices).

**4.15    Never Events.**  In the event a "never event" occurs in connection with Facility rendering services to a Customer, Facility will take the steps recommended by the Leapfrog Group.  At present, these steps are set forth in the Leapfrog Group's "Position Statement on Never Events" (http://www.leapfroggroup.org) and are as follows:

i)        Apologize to the patient and/or family affected by the never event;

ii)       Report the event to United and to at least one of the following agencies: The Joint Commission, as part of its Sentinel Events policy; state reporting program for medical errors; or a Patient Safety Organization (e.g. Maryland Patient Safety Center);

iii)      Perform a root cause analysis, consistent with instructions from the chosen reporting agency; and

Highly Confidential
Subject to Protective Order
FOIA Exempt

iv)     Waive all costs directly related to the event.  In order to waive such costs, Facility will not submit a claim for such costs to United or Payer and will not seek or accept payment for such costs from the Customer or anyone acting on behalf of the Customer.

For purposes of this section 4.15, a "never event" is an event included in the list of 28 "serious reportable events" published by the National Quality Forum (NQF) in October 2006, as the list may be updated from time to time by the NQF and adopted by Leapfrog.

## Article V.
## Duties of United and Payers

**5.1     Payment of Claims.**  As described in further detail in Article VI of this Agreement, Payers will pay Facility for rendering Covered Services to Customers.  United will make its Payment Policies available to Facility online or upon request.  United may change its Payment Policies from time to time.

**5.2     Liability Insurance.**  United will procure and maintain professional and general liability insurance and other insurance, as United reasonably determines may be necessary, to protect United and United's employees against claims, liabilities, damages or judgments that arise out of services provided by United or United's employees under this Agreement.

**5.3     Licensure.**  United will maintain, without material restriction, such licensure, registration, and permits as are necessary to enable United to lawfully perform this Agreement.

**5.4     Notice.**  United will give written notice to Facility within 10 days after any event that causes United to be out of compliance with section 5.2 or 5.3 of this Agreement, or of any change in United's name, ownership, control, or Taxpayer Identification Number.  This section does not apply to changes of ownership or control that result in United being owned or controlled by an entity with which it was already affiliated prior to the change.

**5.5     Compliance with law.**  United will comply with applicable regulatory requirements, including but not limited to those relating to confidentiality of Customer medical information and those relating to prompt payment of claims, to the extent those requirements are applicable.

**5.6     Electronic connectivity.**  United will do business with Facility electronically by providing eligibility status, claims status, and accepting requests for claim adjustments, for those products supported by www.unitedhealthcareonline.com.  United will communicate enhancements to www.unitedhealthcareonline.com functionality as they become available, as described in Section 4.13, and will make information available as to which products are supported by www.unitedhealthcareonline.com.

**5.7     Employees and subcontractors.**  United will assure that its employees, affiliates and any individuals or entities subcontracted by United to render services in connection with this Agreement adhere to the requirements of this Agreement.  The use of employees, affiliates or subcontractors to render services in connection with this Agreement will not limit United's obligations and accountability under this Agreement with regard to such services.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285211

## Article VI.
## Submission, Processing, and Payment of Claims

6.1     **Form and content of claims.**  Facility must submit claims for Covered Services in a manner and format prescribed by United, as further described in the Protocols.  Unless otherwise directed by United, Facility shall submit claims using current UB04 or successor forms for paper claims and HIPAA standard professional or institutional claim formats for electronic claims, as applicable, with applicable coding including, but not limited to, ICD-9-CM, CPT, Revenue and HCPCS coding.

6.2     **Electronic filing of claims.**  Within six months after the Effective Date of this Agreement, Facility will use electronic submission for all of its claims under this Agreement that United is able to accept electronically.

6.3     **Time to file claims.**  All information necessary to process a claim must be received by United no more than 90 days from the date of discharge or 90 days from the date all outpatient Covered Services are rendered.

In the event United requests additional information in order to process the claim, Facility will provide such additional information within 90 days of United's request.  If Payer is not the primary payer, and Facility is pursuing payment from the primary payer, the 90 day filing limit will begin on the date Facility receives the claim response from the primary payer.

6.4     **Payment of claims.**  Payer will pay claims for Covered Services as further described in the applicable Payment Appendix to this Agreement and in accordance with Payment Policies.

Claims for Covered Services subject to coordination of benefits will be paid in accordance with the Customer's Benefit Plan and applicable state and federal law.

The obligation for payment under this Agreement is solely that of Payer, and not that of United unless United is the Payer.

6.5     **Denial of Claims for Not Following Protocols, Not Filing Timely, or Lack of Medical Necessity.**  Payment may be denied in whole or in part if Facility does not comply with a Protocol or does not file a timely claim under section 6.3 of this Agreement.  Payment may also be denied for services provided that are determined by United to be medically unnecessary, and Facility may not bill the Customer for such services unless the Customer has, with knowledge of United's determination of a lack of medical necessity, agreed in writing to be responsible for payment of those charges.

In the event that payment of a claim is denied for lack of notification or for untimely filing, the denial will be reversed if Facility appeals within 12 months after the date of denial and can show all of the following:

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285212

i)       that, at the time the Protocols required notification or at the time the claim was due, Facility did not know and was unable to reasonably determine that the patient was a Customer,

ii)      that Facility took reasonable steps to learn that the patient was a Customer, and

iii)    that Facility promptly provided notification, or filed the claim, after learning that the patient was a Customer.

**6.6**    **Retroactive correction of information regarding whether patient is a Customer.**  Prior to rendering services, Facility shall ask the patient to present his or her Customer identification card. In addition, Facility may contact United to obtain the most current information on the patient as a Customer.

However, Facility acknowledges that such information provided by United is subject to change retroactively, under the following circumstances, (i) if United has not yet received information that an individual is no longer a Customer; (ii) if the individual's Benefit Plan is terminated retroactively for any reason including, but not limited to, non-payment of premium; (iii) as a result of the Customer's final decision regarding continuation of coverage pursuant to state and federal laws; or (iv) if eligibility information United receives is later proven to be false.

If Facility provides health care services to an individual, and it is determined that the individual was not a Customer at the time the health care services were provided, those services shall not be eligible for payment under this Agreement and any claims payments made with regard to such services may be recovered as overpayments under the process described in section 6.10 of this Agreement.  Facility may then directly bill the individual, or other responsible party, for such services.

**6.7**    **Payment under this Agreement is payment in full.**  Payment as provided under section 6.4, together with any co-payment, deductible or coinsurance for which the Customer is responsible under the Benefit Plan, is payment in full for a Covered Service.  Facility will not seek to recover, and will not accept, any payment from Customer, United, Payer or anyone acting in their behalf, in excess of payment in full as provided in this section 6.7, regardless of whether such amount is less than Facility's billed charge or Customary Charge.

**6.8**    **Customer "Hold Harmless."**  Facility will not bill or collect payment from the Customer, or seek to impose a lien, for the difference between the amount paid under this Agreement and Facility's billed charge or Customary Charge, or for any amounts denied or not paid under this Agreement due to:

i)      Facility's failure to comply with the Protocols,

ii)      Facility's failure to file a timely claim,

iii)    Payer's Payment Policies,

iv)    inaccurate or incorrect claim processing,

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285213

v)      insolvency or other failure by Payer to maintain its obligation to fund claims payments, if Payer is United, or is an entity required by applicable law to assure that its Customers not be billed in such circumstances, or

vi)     a denial based on medical necessity or prior authorization, except as provided in section 6.5.

This obligation to refrain from billing Customers applies even in those cases in which Facility believes that United or Payer has made an incorrect determination.  In such cases, Facility may pursue remedies under this Agreement against United or Payer, as applicable, but must still hold the Customer harmless.

In the event of a default by a Payer other than those Payers covered by clause v) of this Section 6.8, Facility may seek payment directly from the Payer or from Customers covered by that Payer. However, Facility may do so only if it first inquires in writing to United as to whether the Payer has defaulted and, in the event that United confirms that Payer has defaulted (which confirmation will not be unreasonably withheld), Facility then gives United 15 days prior written notice of Facility's intent to seek payment from Payer or Customers.  For purposes of this paragraph, a default is a systematic failure by a Payer to fund claims payments related to Customers covered through that Payer; a default does not occur in the case of a dispute as to whether certain claims should be paid or the amounts that should be paid for certain claims.

This section 6.8 and section 6.7 will survive the termination of this Agreement, with regard to Covered Services rendered prior to when the termination takes effect.

6.9    **Consequences for failure to adhere to Customer protection requirements.**  If Facility collects payment from, brings a collection action against, or asserts a lien against a Customer for Covered Services rendered (other than for the applicable co-payment, deductible or coinsurance), contrary to section 6.7 or 6.8 of this Agreement, Facility shall be in breach of this Agreement.  This section 6.9 will apply regardless of whether Customer or anyone purporting to act on Customer's behalf has executed a waiver or other document of any kind purporting to allow Facility to collect such payment from Customer.

In the event of such a breach, Payer may deduct, from any amounts otherwise due Facility, the amount wrongfully collected from Customers, and may also deduct an amount equal to any costs or expenses incurred by the Customer, United or Payer in defending the Customer from such action and otherwise enforcing sections 6.7 through 6.9 of this Agreement.  Any amounts deducted by Payer in accordance with this provision shall be used to reimburse the Customer and to satisfy any costs incurred.  The remedy contained in this paragraph does not preclude United from invoking any other remedy for breach that may be available under this Agreement.

6.10   **Correction of overpayments or underpayments of claims.**  In the event that either Party believes that a claim has not been paid correctly, or that funds were paid beyond or outside of what is provided for under this Agreement, either party may seek correction of the payment, except that Facility may not seek correction of a payment more than 12 months after it was made.

Facility will repay overpayments within 30 days of notice of the overpayment.  Facility will promptly report any credit balance that it maintains with regard to any claim overpayment under

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285214

this Agreement, and will return such overpayment to United within 30 days after posting it as a credit balance.

Facility agrees that recovery of overpayments may be accomplished by offsets against future payments.

### Article VII.
### Dispute Resolution

The parties will work together in good faith to resolve any and all disputes between them (hereinafter referred to as "Disputes") including but not limited to all questions of arbitrability, the existence, validity, scope or termination of the Agreement or any term thereof.

If the parties are unable to resolve any such Dispute within 60 days following the date one party sent written notice of the Dispute to the other party, and if either party wishes to pursue the Dispute, it shall thereafter be submitted to binding arbitration before a panel of three arbitrators in accordance with the Commercial Dispute Procedures of the American Arbitration Association, as they may be amended from time to time (see http://www.adr.org).  Unless otherwise agreed to in writing by the parties, the party wishing to pursue the Dispute must initiate the arbitration within one year after the date on which notice of the Dispute was given or shall be deemed to have waived its right to pursue the dispute in any forum.

Any arbitration proceeding under this Agreement shall be conducted in Hillsborough County, FL.  The arbitrator(s) may construe or interpret but shall not vary or ignore the terms of this Agreement and shall be bound by controlling law.  The arbitrator(s) shall have no authority to award punitive, exemplary, indirect or special damages, except in connection with a statutory claim that explicitly provides for such relief.

The parties expressly intend that any dispute relating to the business relationship between them be resolved on an individual basis so that no other dispute with any third party(ies) may be consolidated or joined with the dispute.  The parties agree that any arbitration ruling by an arbitrator allowing class action arbitration or requiring consolidated arbitration involving any third party(ies) would be contrary to their intent and would require immediate judicial review of such ruling.

If the Dispute pertains to a matter which is generally administered by certain United procedures, such as a credentialing or quality improvement plan, the policies and procedures set forth in that plan must be fully exhausted by Facility before Facility may invoke any right to arbitration under this Article VII.

The decision of the arbitrator(s) on the points in dispute will be binding, and judgment on the award may be entered in any court having jurisdiction thereof.  The parties acknowledge that because this Agreement affects interstate commerce the Federal Arbitration Act applies.

In the event that any portion of this Article or any part of this Agreement is deemed to be unlawful, invalid or unenforceable, such unlawfulness, invalidity or unenforceability shall not serve to invalidate any other part of this Article or Agreement.  In the event any court determines that this arbitration procedure is not binding or otherwise allows litigation involving a Dispute to proceed, the parties hereby waive any and all right to trial by jury in, or with respect to, such litigation.  Such litigation would instead proceed with the judge as the finder of fact.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285215

In the event a party wishes to terminate this Agreement based on an assertion of uncured material breach, and the other party disputes whether grounds for such a termination exist, the matter will be resolved through arbitration under this Article VII. While such arbitration remains pending, the termination for breach will not take effect.

This Article VII governs any dispute between the parties arising before or after execution of this Agreement, and shall survive any termination of this Agreement.

## Article VIII.
## Term and Termination

8.1 **Term.** This Agreement shall take effect on the Effective Date. This Agreement shall have an initial term of three years and renew automatically for renewal terms of one year, until terminated pursuant to section 8.2.

8.2 **Termination.** This Agreement may be terminated under any of the following circumstances;

    i)       by mutual written agreement of the parties;

    ii)      by either party, upon at least 180 days prior written notice, effective at the end of the initial term or effective at the end of any renewal term;

    iii)    by either party upon 60 days written notice in the event of a material breach of this Agreement by the other party, except that such a termination will not take effect if the breach is cured within 60 days after notice of the termination; moreover, such termination may be deferred as further described in Article VII of this Agreement;

    iv)    by either party upon 10 days written notice in the event the other party loses licensure or other governmental authorization necessary to perform this Agreement, or fails to have insurance as required under section 4.7 or section 5.2 of this Agreement; or

    v)      by United upon 10 days written notice in the event Facility loses accreditation;

    vi)    by United, upon 90 days notice, in the event:

        a)    Facility loses approval for participation under United's credentialing plan, or

        b)    Facility does not successfully complete the United's re-credentialing process as required by the credentialing plan.

8.3 **Ongoing Services to Certain Customers After Termination Takes Effect.** In the event a Customer is receiving any of the Covered Services listed below, as of the date the termination takes effect, Facility will continue to render those Covered Services to that Customer, and this Agreement will continue to apply to those Covered Services, after the termination takes effect, for the length of time indicated below:

| | |
|---|---|
| Inpatient Covered Services | 30 days or until discharge, whichever comes first |
| Pregnancy, Third Trimester – Low Risk | Through postpartum follow up visit |
| Pregnancy, First, Second or Third | Through postpartum follow up visit |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285216

| Trimester – Moderate Risk and High Risk | |
|---|---|
| Non-Surgical Cancer Treatment | 30 days or a complete cycle of radiation or chemotherapy, whichever is greater |
| End Stage Kidney Disease and Dialysis | 30 days |
| Symptomatic AIDS undergoing active treatment | 30 days |
| Circumstances where Payer is required by applicable law to provide transition coverage of services rendered by Facility after Facility leaves the provider network accessed by Payer. | As applicable |

## Article IX.
## Miscellaneous Provisions

9.1 **Entire Agreement.** This Agreement is the entire agreement between the parties with regard to the subject matter herein, and supersedes any prior written or unwritten agreements between the parties or their affiliates with regard to the same subject matter.

9.2 **Amendment.** This Agreement may only be amended in a writing signed by both parties, except that this Agreement may be unilaterally amended by United upon written notice to Facility in order to comply with applicable regulatory requirements. United will provide at least 30 days notice of any such regulatory amendment, unless a shorter notice is necessary in order to accomplish regulatory compliance.

9.3 **Nonwaiver.** The waiver by either party of any breach of any provision of this Agreement shall not operate as a waiver of any subsequent breach of the same or any other provision.

9.4 **Assignment.** This Agreement may not be assigned by either party without the written consent of the other party, except that this Agreement may be assigned by United to any of United's Affiliates.

9.5 **Relationship of the Parties.** The sole relationship between the parties to this Agreement is that of independent contractors. This Agreement does not create a joint venture, partnership, agency, employment or other relationship between the parties.

9.6 **No Third-Party Beneficiaries.** United and Facility are the only entities with rights and remedies under the Agreement.

9.7 **Delegation.** United may delegate (but not assign) certain of its administrative duties under this Agreement to one or more other entities. No such delegation will relieve United of its obligations under this Agreement.

9.8 **Notice.** Any notice required to be given under this Agreement shall be in writing, except in cases in which this Agreement specifically permits electronic notice, or as otherwise permitted or required in the Protocols. All written or electronic notices shall be deemed to have been given when delivered in person, by electronic communication, by facsimile or, if delivered by first-class United States mail, on the date mailed, proper postage prepaid and properly addressed to the

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285217

appropriate party at the address set forth on the signature portion of this Agreement or to another more recent address of which the sending party has received written notice.  Notwithstanding the previous sentence, all notices of termination of this Agreement by either party must be sent by certified mail, return receipt requested.  Each party shall provide the other with proper addresses, facsimile numbers and electronic mail addresses of all designees that should receive certain notices or communication instead of that party.

**9.9     Confidentiality.**  Neither party will disclose to a Customer, other health care providers, or other third parties any of the following information (except as required by an agency of the government):

i)      any proprietary business information, not available to the general public, obtained by the party from the other party; or

ii)     the specific reimbursement amounts provided for under this Agreement, except for purposes of administration of benefits.

At least 48 hours before either party issues a press release, advertisement, or other media statement about the business relationship between the parties, that party will give the other party a copy of the material the party intends to issue.

**9.10    Governing Law.**  This Agreement will be governed by and construed in accordance with the laws of the state in which Facility renders Covered Services, and any other applicable law.

**9.11    Regulatory Appendices.**  One or more regulatory appendix may be attached to this Agreement, setting forth additional provisions included in this Agreement in order to satisfy regulatory requirements under applicable law.  These regulatory appendices, and any attachments to them, are expressly incorporated into this Agreement and are binding on the parties to this Agreement. In the event of any inconsistent or contrary language between a regulatory appendix and any other part of this Agreement, including but not limited to appendices, amendments and exhibits, the regulatory appendix will control, to the extent it is applicable.

**9.12    Severability.**  Any provision of this Agreement that is unlawful, invalid or unenforceable in any situation in any jurisdiction shall not affect the validity or enforceability of the remaining provisions of this Agreement or the lawfulness, validity or enforceability of the offending provision in any other situation or jurisdiction.

**9.13    Survival.**  Sections 4.10, 6.7, 6.8, Article VII and sections 8.3 and 9.9 (except for the last paragraph) of this Agreement will survive the termination of this Agreement.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION THAT MAY BE ENFORCED BY THE PARTIES.

| Cypress Health Systems Florida, Inc. DBA Tri County Hospital - Williston | Address to be used for giving notice to Facility under the Agreement: |
|---|---|
| Signature _____ | Street 125 SW 7th Street |
| Print Name Jerry Gillmon | City Williston |
| | |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285218

| Title | State FL Zip Code 32696 |
|---|---|
| Date 05/29/2012 | Email |

UnitedHealthcare Insurance Company, on behalf of itself, UnitedHealthcare of Florida, Inc. and its other affiliates, as signed by its authorized representative:

| Signature |
|---|
| Print Name Dennis A Leon |
| Title VP Network Management |
| Date 06/21/2012 |

| Address to be used for giving notice to United under the Agreement |
|---|
| Street 9009 Corporate Lake Drive, Suite 200 |
| City Tampa |
| State FL   Zip Code 33634 |

| Contract Number: 746383<br>For Plan Use Only:<br><br>Month and year in which agreement is first effective: 08/01/2012 |
|---|

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285219

**Attachments as of the Effective Date**

[ X ]  Appendix 1:  Facility Location and Service Listings
[ X ]  Appendix 2:  Benefit Plan Descriptions
[          ]  Additional Manuals Appendix

**Payment Appendices:**
[ X ]  All Payer Appendix (ices)
[ X ]  Medicare Advantage Payment Appendix
[ X ]  Medicare Select Payment Appendix
[ X ]  Medicaid and/or CHIP Payment Appendix(ices)
[          ]  Options PPO Payment Appendix
[          ]  OneNet PPO Payment Appendix
[          ]  Other
     [          ]
     [          ]
     [          ]

**Regulatory Appendices:**
[ X ]  State Regulatory Requirements Appendix (list all states as applicable)
     [ FL ]
     [          ]
     [          ]
[ X ]  Medicare Advantage Regulatory Requirements Appendix
[ X ]  Medicaid and/or CHIP Regulatory Requirements Appendix(ices)
     [          ]
     [          ]
     [          ]

**Other:**
     [          ]
     [          ]
     [          ]

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285220

**Appendix 1**
**Facility Location and Service Listings**

IMPORTANT NOTE: Facility acknowledges its obligation under Section 4.8 to promptly report any change in Facility's name or Taxpayer Identification Number. Failure to do so may result in denial of claims or incorrect payment.

## BILLING ADDRESS

Facility Name: Cypress Health Systems Florida, Inc. DBA Tri County Hospital - Williston
Street Address: 125 SW 7th Street
City: Williston State: FL Zip: 32696
Tax ID Number (TIN): 752782071  National Provider ID (NPI):

### FACILITY LOCATIONS (complete one for each service location)

| Facility Name | Facility Name | Facility Name |
|---|---|---|
| Street Address | Street Address | Street Address |
| City | City | City |
| State and Zip Code | State and Zip Code | State and Zip Code |
| Phone Number | Phone Number | Phone Number |
| TIN ( *If different from above*) | TIN ( *If different from above*) | TIN ( *If different from above*) |
| National Provider ID (NPI) | National Provider ID (NPI) | National Provider ID (NPI) |

### OTHER SERVICE LOCATIONS (complete one for each service location)

| Facility Name | Facility Name | Facility Name |
|---|---|---|
| Street Address | Street Address | Street Address |
| City | City | City |
| State and Zip Code | State and Zip Code | State and Zip Code |
| Phone Number | Phone Number | Phone Number |
| TIN (*If different from above*) | TIN (*If different from above*) | TIN (*If different from above*) |
| National Provider ID (NPI) | National Provider ID (NPI) | National Provider ID (NPI) |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285221

**Appendix 2**
**Benefit Plan Descriptions**

1.      United may allow Payers to access Facility's services under this Agreement for the Benefit Plan types described in each line item below, unless otherwise specified in section 2 of this Appendix 2:

-      Benefit Plans where Customers are offered a network of participating providers and must select a primary physician.  Such Benefit Plans may or may not include an out-of-network benefit.

-      Benefit Plans where Customers are offered a network of participating providers but are not required to select a primary physician.  Such Benefit Plans may or may not include an out-of-network benefit.

-      Benefit Plans where Customers are not offered a network of participating providers from which they may receive Covered Services.

-      Evercare/SecureHorizons Medicare Advantage Benefit Plans.

-      UnitedHealthcare Florida Medicaid Benefit Plans.

-      UnitedHealthcare Florida Healthy Kids CHIP Benefit Plans.

-      Benefit Plans for Medicare Select.

2.      Notwithstanding the above section 1, this Agreement will not apply to the following line items:

-      Personal Care Plus or UnitedHealthcare Dual Complete Medicare Advantage Benefit Plans.

-      Evercare At Home Medicaid Benefit Plans.

-      Workers' compensation Benefit Plans.

-      Evercare Health & Home Connection Medicaid Benefit Plans.

-      TRICARE Benefit Plans.

Highly Confidential
Subject to Protective Order
FOIA Exempt

- Florida Other Governmental Benefit Plans.

- Medicare Advantage Private Fee-For-Service Benefit Plans and Medicare Advantage Medical Savings Account Benefit Plans.

- Any of the following Benefit Plans of states other than Florida: Medicaid, CHIP or Other Governmental Benefit Plans.

*This Agreement does not supersede any existing agreements between the parties or their affiliates with regard to Benefit Plans other than those described in section 1 of this Appendix, or prevent the parties or their affiliates from entering into such agreements in the future.*

3.    **Definitions:**

Note- Certain Benefit Plans defined below are defined with reference to specific identifiers on the Customer identification card.  Those Benefit Plans may adopt a different identification card identifier in the future, and this Appendix will continue to apply to those Benefit Plans; if that happens, United will provide Facility with information regarding the new Customer identification cards.

**MEDICARE:**

A.    **Evercare/SecureHorizons Medicare Advantage Benefit Plans** means Medicare Advantage Benefit Plans that are not Personal Care Plus Medicare Advantage Benefit Plans.

B.    **Medicare Advantage Benefit Plans** means Benefit Plans sponsored, issued or administered by a Medicare Advantage organization as part of the Medicare Advantage program or as part of the Medicare Advantage program together with the Prescription Drug program under Title XVIII, Part C and Part D, respectively, of the Social Security Act (as that program name may change from time to time).

C.    **Personal Care Plus or UnitedHealthcare Dual Complete Medicare Advantage Benefit Plans** means Medicare Advantage Benefit Plans that include a reference to "Personal Care Plus" or "UnitedHealthcare Dual Complete" on the face of the valid identification card of any Customer eligible for and enrolled in those Benefit Plans.

**MEDICAID AND OTHER STATE PROGRAMS:**

D.    **Children's Health Insurance Program Benefit Plans ("CHIP")** are Benefit Plans under the program authorized by Title XXI of the federal Social Security Act that are jointly financed by the federal and state governments and administered by the state.

E.    **Evercare At Home Medicaid Benefit Plans** means Florida Medicaid Benefit Plans issued or administered by United through its business unit Evercare, as indicated by a reference to "Evercare At Home" on the face of the valid identification card of any Customer eligible for and enrolled in that Benefit Plan.

F.    **Evercare Health & Home Connection Medicaid Benefit Plans** means Florida Medicaid Benefit Plans issued or administered by United through its business unit Evercare, as indicated by a reference to "Evercare Health & Home Connection" on the face of the valid identification card of any Customer eligible for and enrolled in that Benefit Plan.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285223

G.    **Medicaid Benefit Plans** means Benefit Plans that offer coverage to beneficiaries of a program authorized by Title XIX of the federal Social Security Act, and jointly financed by the federal and state governments and administered by the state.

H.    **Other Governmental Benefit Plans** are Benefit Plans that are funded wholly or substantially by a state or district government or a subdivision of a state (such as a city or county), but excluding Benefit Plans for (1) employees of a state government or a subdivision of a state and their dependents; and (2) students at a public university, college or school.  However, Medicaid and CHIP Benefit Plans are not "Other Governmental Benefit Plans."

I.    **UnitedHealthcare Florida Medicaid Benefit Plans** are those Florida Medicaid  Benefit Plans issued or administered by United, as indicated by a reference to "M*Plus" on the face of the valid identification card of any Customer eligible for and enrolled in that Benefit Plan.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285224

# MS-DRG

## All Payer Appendix

**Facility Name(s):** Regional Health Partners LLC DBA Regional General Hospital Williston
**Effective Date of this Appendix:** 04/01/2016

### APPLICABILITY

Unless another appendix to the Agreement applies specifically to a particular Benefit Plan as it covers a particular Customer, the provisions of this Appendix apply to Covered Services rendered to Customers covered by Benefit Plans sponsored, issued or administered by all Payers.

### SECTION 1
### Definitions

Unless otherwise defined in this Section 1, capitalized terms used in this Appendix have the meanings assigned to them in the Agreement.

**Admission:** The admittance of a Customer to a licensed hospital bed, excluding Observation. Admission applies only to those services provided by order of a Physician.

**CMS:** Centers for Medicare and Medicaid Services.

**Covered Service:** A health care service or product for which a Customer is entitled to receive coverage from a Payer, pursuant to the terms of the Customer's Benefit Plan with that Payer.

**Customary Charge:** The fee for health care services charged by Facility that does not exceed the fee Facility would ordinarily charge another person regardless of whether the person is a Customer.

**Customer Expenses:** Copayments, deductibles, or coinsurance that are the financial responsibility of the Customer according to the Customer's Benefit Plan.

**Eligible Charges:** The Customary Charge for Covered Services, except for Covered Services listed under Sections 3.4 and/or 3.6 of this Appendix.

**Institutional Claim:** Any UB-04 or electronic version or successor form.

**MS-DRG or Medicare Severity Diagnosis-Related Groups:** A system of classification for inpatient hospital services based on the principal and secondary diagnoses (including the Present on Admission indicator), surgical procedures, sex, and discharge status. For purposes of determining the contract rate under this Appendix, the MS-DRG at discharge, as that term is defined in the Final Rule, as published by CMS and most recently made effective under this Appendix, will be controlling. All changes in the definition of MS-DRGs specified in the Final Rule will be implemented under this Appendix on or before January 1, following publication in the Federal Register. Until changes in the definitions are implemented under this Appendix (as described in the previous sentence), the previous definitions will apply.

Highly Confidential
Subject to Protective Order
FOIA Exempt

The Payment Method designated "MS-DRG" in this Appendix is applicable to Covered Services rendered to a Customer for an entire Admission. The contract rate is determined by applying the MS-DRG relative weight to the contracted base rate. Unless otherwise specified in this Appendix, payment under the MS-DRG Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occurs within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Observation:** Services furnished by Facility on the Facility's premises, regardless of the length of stay, including use of a bed and periodic monitoring by Facility's nursing or other staff, which are reasonable and necessary to evaluate an outpatient condition or determine the need for a possible Admission to Facility as an inpatient. Observation applies only to those services provided by order of a Physician.

**Outpatient Encounter:** Covered Services rendered to a Customer by Facility on an outpatient basis from the time of registration for outpatient services until discharge.

**Payment Method:** A methodology for determining contract rates under this Appendix.

**Per Case:** The Payment Method designated "Per Case" in this Appendix and applicable to Covered Services rendered to a Customer during an entire Admission or one Outpatient Encounter. Unless otherwise specified in this Appendix, payment under the Per Case Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occur within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Per Diem:** The Payment Method designated "Per Diem" in this Appendix and applicable to Covered Services rendered to a Customer for each day of an Admission of a Customer. Unless otherwise specified in this Appendix, payment under the Per Diem Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer during each day of the Admission including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occur within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Per Unit via Facility Fee Schedule:** The Payment Method designated "Per Unit via Facility Fee Schedule" in this Appendix, based on the CPT/HCPCS specific fee listed in the applicable fee schedule

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285178

for each unit of service and applicable to Covered Services rendered to a Customer for which a Per Unit via Facility Fee Schedule Payment Method is indicated in this Appendix.  Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment.  The number of units for each procedure or service rendered will be billed in accordance with the guidelines in the latest edition of the Current Procedural Terminology (CPT) manual as published by the American Medical Association or the latest edition of the HCPCS manual as published by CMS.  Unless otherwise specified in this Appendix, payment under the Per Unit via Facility Fee Schedule Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), nursing care, diagnostic and therapeutic services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and Facility and ancillary services.  The units reported for Covered Services for which the contract rate is a Per Unit via Facility Fee Schedule must always equal the number of times a procedure or service is performed.

**Per Visit:**  The flat rate Payment Method designated "Per Visit" in this Appendix and applicable to Covered Services rendered to a Customer on one-calendar day period, for each Service Category within Section 2 for which a Per Visit Payment Method is indicated in this Appendix.  Unless otherwise specified in this Appendix, payment under the Per Visit Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services),  nursing care, diagnostic and therapeutic services, durable medical equipment, supplies (including, but not limited to anesthesia supplies), medications, and Facility and ancillary services.  Facility is required to identify each date of service when submitting claims spanning multiple dates of service.

**PPR (Percentage Payment Rate):**  The percentage applied to Facility's detail line item Eligible Charge to determine the contract rate for those Covered Services for which the contract rate is calculated as a percentage of Eligible Charges.

**Physician:**  A Doctor of Medicine ("M.D.") or a Doctor of Osteopathy ("D.O.") or another health care professional as authorized under state law and Facility bylaws to admit or refer patients for Covered Services.

## SECTION 2
## Contract Rate for Covered Services

2.1     **Contract Rate.**  For Covered Services rendered by Facility to a Customer, the contract rate will be the lesser of (1) Facility's aggregate Eligible Charges, or (2) the aggregate applicable contract rate determined in accordance with Sections 2.2, 2.3, 3 and/or 4 of this Appendix.  Payment by Payer of the contract rate under this Appendix will be less any applicable Customer Expenses, and is subject to the requirements set forth in the Agreement.

2.2     **Inpatient Covered Services.**  For the provision of Covered Services to a Customer during an Admission, the contract rate is determined as described in this Section 2.2.  Unless otherwise specified in this Appendix, the contract rate for an Admission is the contract rate in effect on the date the Admission begins.

**Table 1: Inpatient Service Category Table**

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285179

| | | |
|---|---|---|
| **All MS-DRGs**<br>However, this service category does not apply where one of these services is billed in connection with Covered Services included in any of the other service categories on this Inpatient Service Category Table or Section 3.6░░░░░░░) | **MS-DRG** | **Base Rate**<br>**$4,500.00** |

| | | |
|---|---|---|
| **Hospice**~ *(see note ~ below)*<br>Revenue Codes 0115, 0125, 0135, 0145, 0155, 0655-0656<br><br>However, this service category does not apply where one of these revenue codes is billed in connection with any service category defined by Bill Types on this Inpatient Service Category Table. | **Per Diem** | **$0.00** |

| | | |
|---|---|---|
| **Rehabilitation**~ *(see note ~ below)*<br>Revenue Codes 0118, 0128, 0138, 0148, 0158<br><br>However, this service category does not apply where one of these services is billed in connection with any service category defined by Bill Types on this Inpatient Service Category Table. | **Per Diem** | **$0.00** |

| | | |
|---|---|---|
| **Inpatient Skilled Nursing Services** ~ (see note ~ below)<br>Bill Types 211-219 | **Per Diem** | **$475.00** |

United will group each claim to an MS-DRG based on the applicable and correct coding information provided on the claim, subject to the review of the medical records by United in accordance with the Agreement.  The contract rate is determined by (i) applying the Base Rate in effect on the date of Admission, (ii) identifying the final MS-DRG (as determined by United from the coding information) to determine the applicable relative weight ░░░░░░░, and (iii) multiplying the Base Rate by the relative weight for the MS-DRG in effect under this Appendix as of the date of discharge (except for the time period between CMS' update and the United update, where the final MS-DRG and the relative weight will be based on relative weight ░░░░░░░ loaded in the United claims platform on the date the claim is processed).

*Covered Services rendered to a mother and her newborn child will be paid as separate Admissions.

~ If Facility has a separate Inpatient Skilled Nursing unit, Hospice unit, or Rehabilitation unit, the charges for the Inpatient Skilled Nursing, Hospice, or Rehabilitation stay are to be submitted separately from the acute hospital stay.

@ The contract rate for a new, replacement, or modified MS-DRG code(s) will be at the existing contract rate for the appropriate MS-DRG(s) it replaced or modified.

**2.2.1   Transfer of Customer.**  This Section applies only when a MS-DRG Payment Method applies to all or some of the Covered Services rendered by Facility, with regard to an Admission in which Facility makes a transfer of the Customer.  A transfer (as defined by CMS) is when a Customer is

Highly Confidential<br>Subject to Protective Order<br>FOIA Exempt

DOJCGH_0001285180

admitted to Facility and is subsequently transferred for additional treatment. If the length of stay of the Admission in Facility is less than the National Geometric Mean Length of Stay (GMLOS) (as published by CMS) less one, the contracted rate will be determined according to this Section 2.2.1, rather than the contract rate that would otherwise apply under this Appendix.

If Facility receives a transferred Customer, the contract rate is determined under this Appendix without regard to this Section 2.2.1.

**2.2.1.1**   **Transfer from Facility to a short term acute care facility or to post acute care (for those MS-DRGs designated as qualified discharges by CMS except for MS-DRGs designated by CMS as "special pay" MS-DRGs).**   The contract rate under this Section 2.2.1.1 is determined based on an imputed per diem rate (the "Imputed Per Diem Rate") as described in the next sentence.   The Imputed Per Diem Rate is determined by dividing i) the applicable contract rate that would otherwise apply under this Appendix by ii) the GMLOS.   The contract rate for the first day of the Admission is two times the Imputed Per Diem Rate and the contract rate for each subsequent day of the Admission is the Imputed Per Diem Rate; however, the contract rate under this Section 2.2.1.1 will not exceed the contract rate that would otherwise have applied under this Appendix.

**2.2.1.2**   **Transfer from Facility to post acute care for MS-DRGs designated by CMS as "special pay" MS-DRGs.**   The contract rate under this Section 2.2.1.2 is determined based on an Imputed Per Diem Rate as described above in Section 2.2.1.1.   The contract rate for the first day of the Admission is 50% of the contract rate that would otherwise have applied under this Appendix plus the Imputed Per Diem Rate.   The contract rate for all subsequent days of the Admission is 50% of the Imputed Per Diem Rate; however, the contract rate under this Section 2.2.1.2 will not exceed the contract rate that would otherwise have applied under this Appendix.

**2.2.1.3**   **CMS Modifications.**   In the event that CMS modifies its approach to reimbursing for transfers in the Medicare Inpatient Prospective Payment System (IPPS), United will use reasonable commercial efforts to implement changes under this Section 2.2.1.3 as of the effective date of the changes in the Medicare IPPS.

**2.2.2**   **Readmission within 30 Days.**   If a Customer is admitted to Facility or another hospital within the same system as Facility within 30 days of discharge, the applicable contract rate will be determined according to this Section 2.2.2.   Readmission review applies:

(a)   Based on CMS readmission guidelines; and
(b)   To readmissions with a related diagnosis (as determined by United); and
(c)   To the determination of the contract rate for the subsequent Admission.

Upon request from United, Facility agrees to forward all medical records and supporting documentation of the first and subsequent Admissions to United.   If United determines that either the initial discharge or subsequent Admission(s) were clinically inappropriate, Facility will be financially responsible for all or a portion of Covered Services provided to Customer as part of the readmission.   United may combine the initial discharge and subsequent related Admission(s) where the initial discharge and subsequent related Admission(s) were clinically appropriate (for example, scheduled readmissions or leaves of absence), to determine the correct contract rate according to this Appendix.   Upon request from Facility, United and Facility agree to review, in good faith, the clinical appropriateness of the initial discharge and subsequent Admission(s).

Highly Confidential
Subject to Protective Order
FOIA Exempt

2.3    **Outpatient Covered Services.**  For Outpatient Covered Services, appropriate CPT/HCPCS codes, as described by the National Uniform Billing Committee and CPT/HCPCS code guidelines, must be submitted on the Institutional Claim in order to be eligible for reimbursement.

2.3.1   **Observation, Outpatient Therapeutic, Diagnostic, Emergency, Urgent Care Covered Services.**  For the provision of Observation, therapeutic, diagnostic, Emergency, and Urgent Care Covered Services rendered by Facility to a Customer on an outpatient basis (except for Outpatient Procedures addressed in Section 2.3.2 of this Appendix), the contract rate will be determined according to this Section 2.3.

If more than one type of Covered Service for which a Per Visit, Per Unit via Facility Fee Schedule, Payment Method applies are provided to a Customer during one calendar day, each of the applicable Payment Methods will be considered in calculating the aggregate contract rate for those Covered Services; provided, however, if the Customer receives any Covered Service for which a Per Case Payment Method applies, all Covered Services which would otherwise be paid pursuant to a Per Visit, Per Unit via Facility Fee Schedule, Payment Method, will instead be included in the Per Case contract rate and will not be separately reimbursed               .

The contract rate for outpatient Covered Services rendered by Facility to a Customer, as detailed on Table 2 below, will be determined according to the Payment Method listed in the table.

**Table 2:  Outpatient Diagnostic and Therapeutic Service Category Table**

| SERVICE CATEGORY | PAYMENT METHOD | CONTRACT RATE |
|---|---|---|
| **Stereotactic Radiosurgery, Multisource or Linear based completed in one session** (Revenue Code 0333 with CPT Code 61796-61800, 63620-63621, 77371, 77372) | **Per Case** | $0.00 |
| **Observation** (Revenue Code: 0762) | **Per Case** | $2,500.00 |
| **Emergency** (Revenue Codes: 0450-0452, 0459) **(1)** | **Per Case** | $600.00 |
| **Urgent Care** (Revenue Code: 0456) | **Per Case** | $60.00 |
| **IV Therapy**  (Revenue Codes 0260, 0269) | **Per Visit** | $400.00 |
| **Oncology Treatment (**Revenue Codes: 0280, 0289) | **Per Visit** | $200.00 |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285182

| Laboratory (Revenue Codes: 0300-0307, 0309, 0923, 0925) (See Facility Lab Fee Schedule Notes below and lab Fee Schedule Exhibit) | Per Unit via UHC Facility Lab Fee Schedule # __9591____ | ___42____ % of the "Source Fee" as described in the UHC Facility Lab Fee Schedule Exhibit |
|---|---|---|

| Pathology (Revenue Codes: 0310-0312, 0314, 0319) (See Facility Lab Fee Schedule Notes below and lab fee schedule exhibit) | Per Unit Via UHC Facility Lab Fee Schedule # _____9591___ | ___42____ % of the "Source Fee" as described in the UHC Facility Lab Fee Schedule Exhibit |
|---|---|---|

| Other Diagnostic Radiology (Revenue Codes: 0320-0324, 0329) | Per Visit | $200.00 |
|---|---|---|

| Stereotactic Radiosurgery, fractionated, entire course not to exceed 5 fractions (Revenue Code 0333 with 77373) | Per Visit | $0.00 |
|---|---|---|

| Radiation Therapy (Revenue Codes 0330, 0333, 0339 without CPT Codes 61796-61800, 63620-63621, 77371, 77372, 77373) | Per Visit | $100.00 |
|---|---|---|

| Chemotherapy Administration (Revenue Codes: 0331-0332, 0335) | Per Visit | $150.00 |
|---|---|---|

| Nuclear Medicine (Revenue Code: 0340-0342, 0349) | Per Visit | $2,500.00 |
|---|---|---|

| Computerized Tomography (CT) Scan (Revenue Code: 0350-0352, 0359) | Per Visit | $400.00 |
|---|---|---|

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285183

| | | |
|---|---|---|
| **Blood and Blood Related Services** (Revenue Code 0380-0389, 0390-0392, 0399) | **Per Visit** | $0.00 |
| **Imaging Services** (Revenue Codes: 0400, 0409) | **Per Visit** | $150.00 |
| **Diagnostic and Screening Mammography** (Revenue Codes: 0401, 0403) | **Per Visit** | $65.00 |
| **Ultrasound Imaging** (Revenue Code: 0402) | **Per Visit** | $300.00 |
| **Positron Emission Tomography** (Revenue Code: 0404) | **Per Visit** | $900.00 |
| **Respiratory Services** (Revenue Codes: 0410, 0412, 0419) | **Per Visit** | $100.00 |
| **Hyperbaric** (Revenue Code: 0413) | **Per Visit** | $750.00 |
| **Physical Therapy** (Revenue Codes: 0420-0424, 0429) | **Per Visit** | $55.00 |
| **Occupational Therapy** (Revenue Codes: 0430-0434, 0439) | **Per Visit** | $55.00 |
| **Speech Therapy** (Revenue Codes: 0440-0444, 0449) | **Per Visit** | $55.00 |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285184

| | | |
|---|---|---|
| **Pulmonary Function** (Revenue Codes: 0460, 0469) | **Per Visit** | $140.00 |
| **Audiology** (Revenue Codes: 0470-0472, 0479) | **Per Visit** | $150.00 |
| **Cardiology** (Revenue Code  0480, 0489) | **Per Visit** | $800.00 |
| **Cardiac Stress Test** (Revenue Code: 0482) | **Per Visit** | $2,500.00 |
| **Echocardiology** (Revenue Code: 0483) | **Per Visit** | $350.00 |
| **Ambulance - Land** (Revenue Codes: 0540, 0542-0543, 0546-0549) | **Per Visit** | $300.00 |
| **Ambulance - Air** (Revenue Code: 0545) | **Per Visit** | $300.00 |
| **Magnetic Resonance Imaging** (Revenue Codes 0610-0612, 0614-0616, 0618-0619) | **Per Visit** | $ 2,600.00 |
| **Labor Room/Delivery Services** (Revenue Codes 0720-0722, 0724, 0729) | **Per Visit** | $250.00 |
| **EKG and ECG** (Revenue Codes: 0730, 0739) | **Per Visit** | $100.00 |
| **Holter Monitor/Telemetry** (Revenue Codes: 0731-0732) | **Per Visit** | $200.00 |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285185

| | | |
|---|---|---|
| **EEG** (Revenue Codes 0740, without CPT Codes 95782-95783, 95800-95801, 95805-95811, G0398-G0400) | **Per Visit** | **$450.00** |

| | | |
|---|---|---|
| **Vaccine Administration** (Revenue Code 0771) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Hemodialysis** (Revenue Codes 0820-0825, 0829) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **Peritoneal Dialysis, CAPD and CCPD** (Continuous Ambulatory Peritoneal Dialysis and Continuous Cycling Peritoneal Dialysis) (Revenue Codes 0830-0835, 0839-0845, 0849-0855, 0859) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **MEG** (Revenue Codes 0860-0861) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Neuropsychological Testing and Biofeedback for NON-PSYCHIATRIC disorders only** (Revenue Codes 0900, 0917-0918) | **Per Visit** | **$150.00** |

| | | |
|---|---|---|
| **Other Diagnostic Services** (Revenue Codes 0920, 0929 without CPT Codes 95782-95783, 95800-95801, 95805-95811, G0398-G0400) | **Per Visit** | **$75.00** |

| | | |
|---|---|---|
| **Sleep Studies - Unattended** (Revenue Codes 0740, 0920, 0929 with CPT Codes 95800-95801, 95806, G0398-G0400) | **Per Visit** | **$150.00** |

| | | |
|---|---|---|
| **Sleep Studies - Attended** (Revenue Codes 0740, 0920, 0929 with CPT Codes 95782-95783, 95805, 95807-95811) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **Peripheral Vascular Lab** (Revenue Code: 0921) | **Per Visit** | **$65.00** |

| | | |
|---|---|---|
| **EMG** (Revenue Code: 0922) | **Per Visit** | **$400.00** |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285186

| | | |
|---|---|---|
| **Allergy Testing** (Revenue Code: 0924) | **Per Visit** | $150.00 |

| | | |
|---|---|---|
| **Other Therapeutic Services** (Revenue Codes: 0940, 0949) | **Per Visit** | $50.00 |

| | | |
|---|---|---|
| **Education and Training** (Revenue Code: 0942) | **Per Visit** | $70.00 |

| | | |
|---|---|---|
| **Cardiac Rehabilitation Therapy** (Revenue Code: 0943) | **Per Visit** | $200.00 |

| | | |
|---|---|---|
| **Pulmonary Rehabilitation**  (Revenue Code:0948) | **Per Visit** | $0.00 |

**Additional information regarding nondiagnostic services under this Appendix**
The following applies to Outpatient nondiagnostic services under this Appendix:
If the rendering of Outpatient nondiagnostic services occurs during the three calendar days immediately preceding an Admission of a Customer and the services are related to the Admission as defined by CMS in connection with the fee for service Medicare program, charges for such services will not be billed by Facility separately and will not be paid by Payer or by the Customer but will be included in the contract rate for the Admission.

**(1)** Facility's Emergency department visits coding guidelines will be consistent with the coding principles described and updated by CMS, including without limitation the 11 principles listed by CMS in the *CY 2008 OPPS/ASC final rule with comment period (72 FR 66805)*.  Within 14 days of a request from United, Facility will provide its Emergency department visits coding guidelines.  In addition Facility will provide Customer medical records pursuant to Section 4.10 of the Agreement.  In the event Facility changes its Emergency department visits coding guidelines, Facility will notify United at least 90 days prior to the implementation date of any change.

**Facility Lab Fee Schedule Notes**
Calculation of the contract rate for Laboratory and Pathology is based on the following:

• Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment.
• The Per Unit via Facility Fee Schedule rates for existing codes are in effect until both parties mutually agree to rate changes.
• Unless otherwise indicated in the Facility Fee Schedule Specifications, Laboratory/Pathology Codes listed on the fee schedule that do not have a Primary or Gap Fill Source Fee will default to a contract rate of 50% PPR ("Fee Schedule Default PPR") unless or until a Primary or Gap Fill Source Fee is published.
• There will be a quarterly update to the fee schedule to set fixed contract rates for new codes published throughout the previous quarter and codes previously priced according to the Fee Schedule Default

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285187

PPR.  The contract rates will be set based on the same methodology used to establish the contract rates for the existing codes in the UHC Facility Lab Fee Schedule by multiplying the "Primary Fee Source" rate or the applicable "Gap Fill Fee Source" rate by the same percentage as indicated in Table 2.
- Refer to the "Facility Fee Schedule Specifications" (included within the Facility Lab Fee Schedule Exhibit) for additional detail.
- Notwithstanding any provision in the Agreement to the contrary Payment Policies, as described in Article I of the Agreement, apply to this fee schedule reimbursement methodology.

**2.3.2    Outpatient Procedures.**

**Outpatient Procedure:**  This Section 2.3.2 applies to Covered Services rendered to a Customer that involve an Outpatient Procedure, as listed in the UHC OPG (Outpatient Procedure Grouper) Exhibit to this Appendix, performed in an outpatient unit of Facility ("Outpatient Procedure"). For Outpatient Procedures, the contract rate will be based on a designated group number, as set forth in the table below and as further described in this Section 2.3.2.  Unless otherwise specified in this Appendix, payment under this contract rate, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to Customer during an Outpatient Procedure. The group numbers below correspond with certain Outpatient Procedures identified in the UHC OPG Exhibit to this Appendix.  Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment.  United may revise the information in the UHC OPG Exhibit based on  newly published codes and updated Outpatient Procedure grouping information developed by CMS, which may be modified by United to include procedures that are not maintained by CMS, but are considered for payment under this Appendix.  The codes indicated with a "Y" under the "OPG Eligible" column in the UHC OPG Exhibit that corresponds to the date of service, that are Covered Services, are considered eligible for payment under this Section 2.3.2.  Updates to the information in the UHC OPG Exhibit can be accessed at www.UnitedHealthcareOnline.com.

The UHC OPG Exhibit includes a comprehensive list of revenue codes and CPT/HCPCS codes for which the contract rate is determined according to the Outpatient Procedure Grouper table below.  In the event a revenue code from the table below is billed with a CPT/HCPCS code indicated with an "N" under the "OPG Eligible" column in the UHC OPG Exhibit that corresponds to the date of service, the detail line item that includes that revenue code and CPT/HCPCS code is not eligible for consideration for reimbursement.  However, if that detail line item is the only detail line item that has a revenue code from the table below, then the parties will consult as needed, at an operational level, to review the circumstances of the claim and assign appropriate CPT/HCPCS coding.  Facility may resubmit the claim with the corrected coding information for consideration for reimbursement pursuant to this Appendix.

**Table 3:  Outpatient Procedure Grouper**

| Outpatient Procedures (Revenue Codes 0360, 0361, 0369, 0481, 0490, 0499, 0750 and 0790, and appropriate CPT or HCPCS Codes.) See the UHC OPG Exhibit for Revenue Code and CPT or HCPCS code criteria. ||
|---|---|
| Group Number | Per Case Contract Rate |
| 0 | $120.00 |
| 1 | $200.00 |
| 2 | $450.00 |
| 3 | $1,000.00 |
| 4 | $1,400.00 |
| 5 | $1,800.00 |
| 6 | $2,120.00 |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285188

| 7 | $3,530.00 |
| 8 | $5,040.00 |
| 9 | $8,400.00 |
| 10 | $14,000.00 |
| Unlisted | $450.00 |

**2.3.3**  **Multiple Outpatient Procedures.**  When multiple Outpatient Procedures, including unlisted Outpatient Procedures, are performed on a Customer by Facility during one Outpatient Encounter, the contract rate is as follows: (1) the highest contract rate specified in Section 2.3.2 for which an Outpatient Procedure has been performed; plus (2) 50% of the contract rate specified in Section 2.3.2 for the Outpatient Procedure performed with the second highest contract rate.  No additional payments for additional Outpatient Procedures performed during that Outpatient Encounter will be made; instead, such additional Outpatient Procedure(s) are included in the contract rate for the first two Outpatient Procedures.

**2.3.4**  **Multiple Per Case Covered Services.**  If Outpatient Procedures, Observation, Emergency, and/or Urgent Care Covered Services are provided within a single Outpatient Encounter along with Stereotactic Radiosurgery, Multisource or Linear (as specified in Section 2.3.1), a contract rate will apply only to the Stereotactic Radiosurgery, Multisource or Linear; the Outpatient Procedures,  Observation, Emergency, and/or Urgent Care service will be considered to have been included in the contract rate for the Stereotactic Radiosurgery, Multisource or Linear.

If the Customer receives any Covered Services for which a Per Case Payment Method applies, all Covered Services during a single Outpatient Encounter that would otherwise have a contract rate pursuant to a Per Visit, Per Unit via Facility Fee Schedule, Payment Method will instead be included in the Per Case contract rate                    .

If more than one Covered Service subject to a Per Case Payment Method applies during a single Outpatient Encounter (as specified in Section 2.3), the contract rate will be the rate applicable to the Covered Service with the highest ranking, as indicated in the Case Rate Service Ranking table below.  No additional payments for additional Covered Services provided during that same single Outpatient Encounter, for which a Per Case Payment Method applies, will be made; instead, such additional Covered Services will be considered to have been included in the contract rate for the Covered Service with the highest ranking on the table below.

Services on the Case Rate Service Ranking table below are ranked from the highest ranking to the lowest ranking, with Stereotactic Radiosurgery, Multisource or Linear, as identified in Section 2.3.1, having the highest ranking.

| Case Rate Service Ranking |
| --- |
| Stereotactic Radiosurgery, Multisource or Linear |
| Outpatient Procedures, as identified in Section 2.3.2 |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285189

| Observation |
| Emergency |
| Urgent Care |

### SECTION 3
### Miscellaneous Provisions

3.1    **Inclusive Rates.**  The contract rates established by this Appendix are all-inclusive, including without limitation applicable taxes, for the provision of all Covered Services to the Customer that are in the service category that corresponds to the contract rate and which are generally provided as a part of the service category.  All items and non-Physician services provided to Customers at Facility must be directly furnished by Facility or billed by Facility when services are provided by another entity.  For example, surgical procedures for implantable DME or for implantable prosthetic devices performed at Facility include the cost of the device in the contract rates listed in Section 2, as applicable.  No additional payments will be made for any services or items covered under the Customer's Benefit Plan and billed for separately by Facility.

3.2    **Payment Code Updates.**  United will update CPT codes, HCPCS codes, ICD-9-CM codes or successor version, and/or revenue codes according to Health Insurance Portability and Accountability Act requirements based on (a) the latest edition of the Current Procedural Terminology (CPT) manual which is revised by the American Medical Association, (b) the latest edition of the HCPCS manual which is revised by CMS, (c) the latest edition of the ICD-9-CM manual, or successor version, which is issued by the U.S. Department of Health and Human Services, and (d) the latest revenue code guidelines from the National Uniform Billing Committee.  Unless specified elsewhere in this Appendix, the contract rate for a new, replacement, or modified code(s) will be at the existing contract rate for the appropriate code(s) it replaced or modified.

3.3    **Facility-based Physician and Other Provider Charges.**
Facility will make its best efforts to assure that all Facility-based Physicians and other providers are participating providers as long as the Agreement is in effect.

At any time after 03/15/2016, the current contract rates for all Covered Services under this Appendix will be reduced by United by 2% for each specialty type for which the Facility-based Physician or other provider group is not a participating provider (unless charges for the services of those Physicians or providers are included in Facility's charges under this Appendix).  However, in the case of Emergency Physicians where the Facility-based Physician or other provider group is not a participating provider the contract rates for Emergency Room Services will be reduced by 10%.  The reductions will be cumulative                    (so that if two Facility-based Physicians or provider groups are non-participating, for instance, the reduction would be 4%), as further illustrated in the Rate Reduction Table below.  The reductions described in this paragraph will be implemented with 30 days written notice and would apply to claims for services rendered on or after the effective date of the reduction.  These reductions will remain in effect until the Facility-based Physician or provider group becomes a participating provider or is replaced at Facility by another Facility-based Physician or provider group that is a participating provider.  United warrants that it will negotiate with each Facility-based Physician and provider group in good faith.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285190

The following calculation will be used to determine the contract rates going forward to account for the percentage reduction:

[Current Contract Rate – (Current Contract Rate x Percentage Reduction) = New Contract Rate]

**Rate Reduction Table.**

| Facility-Based Physician Group | Contract Rates Reduced | Percentage Reduction |
|---|---|---|
| Anesthesiologists | All contract rates for Covered Services of any kind | 2% |
| Emergency Physicians | Emergency Room Services | 10% |
| Pathologists | All contract rates for Covered Services of any kind | 2% |
| Radiologists | All contract rates for Covered Services of any kind | 2% |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**3.4    Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment.**   Services or items listed in the table below and billed with indicated codes are not subject to additional payment and are not considered in any calculation for payment, including the calculation of "lesser of" determinations under Section 2.1 of this Appendix.  When these services are Covered Services, per the Customer's Benefit Plan, Facility will not bill and collect from the Customer for the services, as prohibited under the Agreement.  However, when these services are not Covered Services, per the Customer's Benefit Plan, Facility may bill and collect from the Customer for the services, to the extent permitted under the Agreement.

**Table 4: Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment**

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0167 | Self Care | 0277 | Oxygen/Take Home |
| 0180-0189 | Leave of Absence | 0624 | FDA Invest Device |
| 0220-0229 | Special Charges | 0670-0679 | Outpatient Special Residence |
| 0253 | Drugs/Take Home | 0931-0932 | Med Rehab Day Program |
| 0256 | Drugs/Experimental | 0990-0999 | Patient Convenience |
| 0273 | Supply/Take Home | 2100, 2102, 2104-2109 | Alternative Therapy Services |

**3.5    Services that may or may not be Separately Reimbursed but that are always Eligible for Consideration in Other Calculations for Payment.**  Services or items listed in the table below and billed with indicated codes, when they are Covered Services billed with a Covered Service subject to a Per Case or Per Visit, Per Diem, MS-DRG, Per Unit via Facility Fee Schedule, _____ Payment Method under this Appendix, are always considered included in other services.  These Covered Services are therefore not subject to additional payment.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285191

Services or items billed with listed codes in the table below, when they are Covered Services, but are not billed with a Covered Service subject to a Per Case or Per Visit, Per Diem, MS-DRG, Per Unit via Facility Fee Schedule, ▒▒▒▒ ▒▒▒▒▒▒ Payment Method under this Appendix, are subject to a PPR of 50% of Eligible Charges for the Covered Service, less any applicable Customer Expenses. However, this PPR is subject to change under Section 4 as a result of changes to Facility's Customary Charges. Additionally, adjustments to the PPR rate pursuant to Section 4 of this Appendix will carry forward into subsequent years.

Regardless of which of the above paragraphs apply, the Eligible Charges for the services or items listed in the table below are considered in other calculations for payment, including the calculation of "lesser of" determinations under Section 2.1 of this Appendix. When these services are Covered Services, per the Customer's Benefit Plan, Facility will not bill and collect from the Customer for the services, as prohibited under the Agreement. However, when these services are not Covered Services, per the Customer's Benefit Plan, Facility may bill and collect from the Customer for the services, as permitted under the Agreement.

**Table 5: Services that may or may not be Separately Reimbursed but that are always Eligible for Consideration in Other Calculations for Payment**

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0230-239 | Nursing Increment | 0541 | Ambulance/Supply |
| 0240-249 | All Inclusive Ancillary | 0544 | Ambulance/Oxygen |
| 0250 | Pharmacy | 0621 | Med-Surg Sup/Incident Radiology |
| 0251 | Drugs/Generic | 0622 | Med-Surg Supplies Incident ODX |
| 0252 | Drugs/ Non Generic | 0623 | Surgical Dressing |
| 0254 | Drugs/Incidental Other DX | 0631 | Single Source Drug |
| 0255 | Drugs/Incidental Radiology | 0632 | Multiple Source Drug |
| 0257 | Drugs/Nonprescription | 0633 | Restrictive Prescription |
| 0258 | IV Solutions | 0634 | EPO < 10,000 Units |
| 0259 | Drugs/Other | 0635 | EPO 10,000 or More Units |
| 0261 | IV Therapy/Infusion Pump | 0636 | Drugs Requiring Detailed Coding |
| 0262 | IV Therapy/RX Svs | 0637 | Self Administrable Drugs Not Requiring Detailed Coding |
| 0263 | IV Therapy/Drug/Supply Delv | 0681 | Trauma Level 1 |
| 0264 | IV Therapy/Supplies | 0682 | Trauma Level 2 |
| 0270 | Medical Surgical Supplies | 0683-0689 | Trauma Response |
| 0271 | Non Sterile Supply | 0690-0696, 0699 | Pre-hospice/Palliative care services |
| 0272 | Sterile Supply | 0700 | Cast Room |
| 0274 | Prosthetic/Orthotic Device | 0710 | Recovery Room |
| 0275 | Pacemaker | 0723 | Circumcision |
| 0276 | Intraocular Lens | 0760-0761, 0769 | Specialty Services/Treatment Room |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285192

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0278 | Supply/Implants | 0770 | Preventive Care Svr/General |
| 0279 | Supply/Other | 0780 | Telemedicine |
| 0343-0344 | Nuclear Medicine – Diagnostic/Therapeutic Radiopharmaceuticals | 0800-0809 | IP Renal Dialysis |
| 0370-0379 | Anesthesia | 0880-0881, 0889 | Dialysis Miscellaneous |
| 0500 | OP Service | 0946 | Complex Med Equip |
| 0509 | OP/Other | 0947 | Complex Med Equip/Ancillary |
| 0510-0511, 0514-0520, 0523, 0526, 0529 | Clinic | 0950-0952 | Other Therapeutic Services |
| 0530-0539 | Osteopathic Services | 2101 | Acupuncture |
| | | 2103 | Massage |

**3.6   Services Not Payable Under This Appendix But May Be Payable Under Another Appendix To The Agreement Or Under Another Agreement.**  Services or items billed with listed codes in the table below are not subject to payment under this Appendix. In the event Facility is a party to another agreement with United or an affiliate of United that is applicable to those services rendered to a Customer, or another appendix to the Agreement applies to these services rendered to a Customer the services below may be payable under that agreement or appendix.

**Table 6: Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement**.

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0114 | Psych/Room & Board/Private | 0560-0569 | Home Health - Medical Social Services |
| 0116 | Detox/Private | 0570-0579 | Home Health - Home Health Aide |
| 0124 | Psych/2 bed | 0580-0589 | Home Health - Other Visits |
| 0126 | Detox/2 bed | 0590 | Home Health - Units of Service |
| 0134 | Psych/3&4 bed | 0600-0609 | Home Health Oxygen |
| 0136 | Detox/3&4 bed | 0640-0649 | Home IV Therapy Services |
| 0144 | Psych/Room & Board Pvt/Deluxe | 0650-0654, 0657-0659 | Hospice Services |
| 0146 | Detox/Pvt/Deluxe | 0660-0669 | Respite Care |
| 0154 | Psych/Ward | 0810-0819 | Donor Bank/Bone, Organ, Skin, Bank |
| 0156 | Detox/Ward | 0882 | Dialysis/Home Aid Visit |
| 0204 | ICU/Psych | 0901-0907 | Psychiatric/Psychological Treatments |
| 0213 | CC/Transplant | 0911-0916, | Psychiatric/Psychological Services |

UnitedHealthcare
Confidential and Proprietary
Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285193

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| | | 0919 | |
| 0290-0299 | Durable Medical Equipment | 0941 | Recreation/RX |
| 0362 | OR/Organ Transplant | 0944 | Drug Rehab |
| 0367 | OR/Kidney Transplant | 0945 | Alcohol Rehab |
| 0512 | Clinic - Dental Clinic | 0953 | Chemical Dependency (Drug and Alcohol) |
| 0513 | Clinic - Psychiatric Clinic | 0960-0989 | Professional Fees |
| 0521-0522, 0524-0525, 0527-0528 | Rural Health Clinic (RHC)/ Federally Qualified Health Center (FQHC) | 1000-1005 | Behavioral Health Accommodations |
| 0550-0559 | Home Health - Skilled Nursing | 3101-3109 | Adult Care |
| **MS-DRGs** | **Description** | **MS-DRGs** | **Description** |
| 001-002 w/o ICD-10-PCS Codes 02HA0QZ, 02HA0RZ, 02HA3QZ, 02HA4QZ, 02PA0RZ, 02PA3RZ, 02PA4RZ, 02WA0QZ, 02WA0RZ, 02WA3QZ, 02WA3RZ, 02WA4QZ, 02WA4RZ | Heart Transplant + *(see note + below)* | 010 | Pancreas Transplant |
| 005-006 | Liver Transplant | 014 | Allogeneic Bone Marrow Transplant |
| 007 | Lung Transplant | 016-017 | Autologous Bone Marrow Transplant |
| 008 | Pancreas/Kidney Transplant | 652 | Kidney Transplant |

+ Services related to implant of heart assist systems (MS-DRGs 001 & 002 with ICD-10-PCS Codes 02HA0QZ, 02HA0RZ, 02HA3QZ, 02HA4QZ, 02PA0RZ, 02PA3RZ, 02PA4RZ, 02WA0QZ, 02WA0RZ, 02WA3QZ, 02WA3RZ, 02WA4QZ, 02WA4RZ), if part of the care management of a transplant patient, will be treated as Heart Transplant services and will not be payable under this Appendix. The implant of heart assist systems is payable under this Appendix only if the service is a Covered Service and is not part of the care management of a transplant patient. These services are part of the care management of a transplant patient, even if a Customer ultimately does not receive a transplant, if the services were part of the progression for a transplant, the patient was accepted for evaluation as a transplant patient, or if the service was covered pursuant to the Customer's transplant benefits under the applicable Benefit Plan. In the event Facility is a party to another agreement with United or an affiliate of United that is applicable to these services rendered to a Customer, or another appendix to the Agreement applies to these services rendered to a Customer, the services may be payable under that agreement or appendix.

**3.7   Open Heart Surgical Procedure Following Outpatient Cardiac Catheterization.**   If a Customer is admitted to Facility for an open heart surgical procedure within three calendar days of a cardiac catheterization Outpatient Procedure, the contract rate set forth in Section 2.3.2 will

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285194

not apply, and the contract rate for an open heart procedure as set forth in Section 2.2 of this Appendix will be paid.  No additional payments will be made for the cardiac catheterization services; instead, the cardiac catheterization services will be considered to have been reimbursed as part of the contract rate for the open-heart surgical procedure.

3.8     **Temporary Transfer.**  If a Customer is temporarily transferred by Facility, without being discharged from an inpatient Admission or Outpatient Encounter, for services arranged by Facility, facility services (including the services provided at the facility that receives the temporary transfer) will be paid to Facility as one continuous Admission or Outpatient Encounter. In such case, Facility is responsible for reimbursing the facility that receives the temporary transfer.

If Facility temporarily transfers Customer, without discharging Customer from Facility, via ambulance for services arranged by Facility, charges for the ambulance services are included in Facility's contract rate as determined in this Appendix and neither Customer nor Payer will be billed separately.

If a Customer is temporarily transferred to Facility, without being discharged from the transferring facility, for services arranged by the transferring facility, Facility will bill the transferring facility for those services provided to such Customer, and neither Customer nor Payer will be billed.

3.9     **Facility Reimbursement for No Cost Items.**  If an applicable program is available to provide items or payment directly to Facility for specific Covered Services for Customers subject to this Appendix that would otherwise be payable under this Appendix, the applicable program will apply and not this Appendix.  However, related items for services not provided or paid under the program may be payable under this Appendix.  (For example, the Campath Distribution program currently provides Campath (alemtuzumab) free of charge, and therefore no amount will be payable under this Appendix for Campath (alemtuzumab).  However, the administration of Campath (alemtuzumab) may be payable under this Appendix, because payment is not provided to facilities under the Campath Distribution program.)

## SECTION 4
## Adjustment to Contract Rates Due to Changes in Facility's Customary Charges

4.1     **Intent.**  The intent of this Section is to allow Facility to modify its Customary Charges when and how Facility chooses, while assuring that increases to Facility's Customary Charges do not have the impact of increasing the amount paid by Payers separately for inpatient or outpatient Covered Services under this Appendix.

Contract rates in this Appendix are subject to change according to this Section as a result of changes to Facility's Customary Charges.  Additionally, adjustments to the contract rates pursuant to this Section of this Appendix will carry forward into subsequent years.

4.2     **Duty to Give Notice.**  Facility will notify United at least 60 days prior to the implementation date of any increase by Facility to its Customary Charges or a change in an algorithm or formula used to determine the mark up to be applied to the acquisition price for any items or services which is

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285195

likely to result in an increase in Customary Charges for either inpatient or outpatient Covered Services.

4.3     **Content of Notice.**  Any notice required by Section 4.2 will include, separately for inpatient and outpatient Covered Services, the following:

(a)     Facility's Chargemaster data before and after the increase in Facility's Customary Charges with the following criteria and in the format described in the attached Chargemaster Notice Exhibit:

> (i)     by ░░░░░░░░ with revenue code mapping, excluding revenue codes listed in the Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment Table and the Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement Table of this Appendix, and

> (ii)     in a mutually acceptable format.

(b)     The effective date of the Facility's new Chargemaster;

(c)     Utilization for Payers to which this Appendix is applicable for the most recent twelve months of data available prior to the increase in Facility's increase to its Customary Charges. Utilization is to be reported with the following criteria:

> (i)     by ░░░░░░░░ with revenue code mapping, excluding revenue codes listed in the Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment Table and the Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement Table of this Appendix,

> (ii)     in a mutually acceptable format, and

> (iii)     separately for inpatient and outpatient services.

(d)     Facility's estimate of the new ░░░░░░░░ PPR contract rates rounded to the nearest digit to the right of the decimal point going forward at which the cost to Payers of PPR Covered Services will be no greater than the cost during the previous contract year.  Facility's estimates will be in the format described in the attached Chargemaster Notice Exhibit.  Facility will use the formula(s) in the attached Chargemaster Notice Exhibit to calculate its estimate of the new PPR contract rates.  Facility's estimate will assume that utilization reported in (c) above will be the same before and after the Customary Charge increase.;

(e)     Facility's estimate of the fixed contract rates going forward, at which the cost to Payers of fixed rate Covered Services will be the same as it was prior to the Customary Charge increase triggering the lesser of logic calculation. Facility's estimate will assume that utilization reported in (c) above will be the same before and after the Customary Charge increase.

░░░░░░░░

░░░░░░░░

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285196

**4.4     Cooperation with United.**  Facility will cooperate with United in administration of this Section by timely meeting with United to discuss and explain the information provided in accordance with Section 4.3, including Facility's calculation of the new PPR contract rates and fixed contract rates (impacted by lesser of).

**4.5     Adjustment to Contract Rates.**  Upon receipt of the notice described in Section 4.3, United will adjust the inpatient and outpatient PPR contract rates and fixed contract rates (impacted by lesser of) using the estimates in the notice.  United will create and implement a new version of this Appendix.  The revised appendix will be identical to this Appendix, other than the revised PPR contract rates and fixed contract rates (impacted by lesser of) set forth in the notice.  United may implement the revised appendix without Facility's consent; provided that the revised appendix contains no other changes.  United will provide Facility with a copy of the revised appendix, along with the effective date of the revised appendix.

**4.6     United's right to audit.**  In addition to any other audit rights that United may have under the Agreement, United may conduct audits in connection with this Section 4.  The purpose of the audit may be to identify any instance in which Facility did not give the required notice, or provided inaccurate information, or provided incorrect estimates of the necessary changes to the PPR contract rates or fixed contract rates (impacted by lesser of).  Facility will cooperate with the audit process and will provide to United documentation that United reasonably requests in order to perform such audits.

**4.7     Recovery of overpayments.**  In the event that United determines that an overpayment to Facility has resulted due to Facility's failure to give timely notice as required under this Section 4, or due to Facility providing inaccurate information, or due to Facility providing incorrect estimates of the adjustments needed to the PPR contract rates or fixed contract rates (impacted by lesser of), United may recover those overpayments.  United will give Facility notice of, and United's intent to, recover the overpayment.  The notice will identify United's basis for believing that an overpayment has occurred, how United will recover the overpayment and how United will prospectively adjust the PPR contract rates and fixed contract rates (impacted by lesser of) to prevent additional overpayments from occurring.  United's right to collect overpayments under this Section 4.7 is in addition to any other rights to adjust claims or collect overpayments United may have under the Agreement and is not subject to any time limitations otherwise set forth in the Agreement.

United will timely meet with Facility, upon Facility's request, to discuss and explain the information in United's notice, how United calculated that information, and why United believes this information to be correct.

In the event that Facility initiates dispute resolution as further described under Section 4.8, the recovery and adjustments described in this Section 4.7 will not take place until the conclusion of the dispute resolution process.

**4.8     Dispute resolution.**  In the event Facility disagrees with United as to the existence of an overpayment or the amount of the overpayment or with the amount of the contract rate adjustment described in Section 4.7, the issue will be resolved through the dispute resolution process set forth in the Agreement, modified as follows:

(a)     The parties will confer in good faith, and will resolve the matter through prospective and temporary contract rate adjustments to the contract rates for Covered Services set forth in this Appendix.  Such prospective contract rate adjustment will be calculated to account

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285197

for and neutralize the financial impact of the Customary Charge increase at issue to the contract rates set forth in this Appendix, so that Customary Charge increase will not have the impact of increasing the amount paid by Payers separately for inpatient or outpatient Covered Services under this Appendix. The temporary contract rate adjustment will be calculated to address, through an additional and temporary adjustment to the contract rates, the financial impact on all claims impacted by the Customary Charge increase (inpatient claims with the date the Admission started and outpatient claims with dates of service occurring on and following the date of the Customary Charge increase at issue) for dates of service prior to the effective date of the contract rate adjustment.

(b) If the parties are unable to amicably resolve the matter and implement an updated appendix with prospective and temporary contract rate adjustments within 90 days of receipt of the above-described notice, either party which remains dissatisfied may provide written notice to the other party of its decision to employ the services of a third party consultant with expertise in account relevant to the issues at hand rather than to an arbitrator selected as described in the Agreement to resolve the dispute. The consultant's scope will be limited to quantifying the financial impact of the Customary Charge increase and the prospective and temporary contract rate adjustments in dispute to the parties. The consultant will be jointly selected by the parties. The parties will work together in good faith to develop a list of eligible consultants by 06/15/2016. The consultant fee will be shared equally between United and the Facility.

Each party will simultaneously and confidentially submit to the consultant and to each other the following data elements:

(i) a prospective contract rate adjustment (the PPR contract rates or fixed contract rates (impacted by lesser of)),as described above, to account for the ongoing impact of the Customary Charge increase in dispute, for Covered Services with dates of service starting 30 days after the date of the consultant's decision;

(ii) a temporary adjustment (the PPR contract rates or fixed contract rates (impacted by lesser of)), to the prospective contract rate adjustment, to account for the impact on claims that were impacted by the Customary Charge increase and that have dates of service prior to the effective date of the prospective contract rate adjustment described in the bullet immediately above this bullet (United may instead elect to address the claims with dates of service prior to effective date of the prospective contract rate adjustment by reprocessing those claims in accordance with the prospective contract rate adjustment, in which case the temporary adjustment will not be applied) (should United elect to reprocess the claims as set forth herein, the reprocessing process must be completed within ninety (90) days of the date of the consultant's decision); and

(iii) the length of time the temporary adjustment should remain in effect, and

(iv) Utilization data that supports the party's prospective and temporary contract rate adjustment.

The data elements listed in (b)(i)-(iii) will collectively be referred to as each party's "Proposal."

(c) Each party will have the same deadline for submitting their respective Proposals to the consultant; that deadline will be a date jointly selected by the parties or, if the parties cannot agree upon a date, the consultant will select a date. The consultant must select

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285198

either the Proposal submitted by Facility in its entirety or the Proposal proposed by United in its entirety.

(d)     After the proposed findings are submitted to the consultant, the parties will meet with each other to review the submissions and explore the opportunity to resolve the dispute on a mutually satisfactory basis.

(e)     In the event the parties are unable to settle the matter, each party may submit to the consultant, with a copy to the other party, a response to the other party's Proposal; the deadline for submitting these responses will be jointly determined by the parties or, if the parties cannot agree upon a date, the consultant will select a date.

(f)     In the event the parties agree that a hearing should be held, or that a hearing is not necessary, the agreement of the parties will be followed.  In the event that the parties cannot agree on whether a hearing is needed, the consultant will decide whether a hearing is necessary.

(g)     The decision of the consultant will be binding on the parties to the same extent as the decision of the arbitrator under the dispute resolution process set forth in the Agreement.

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285199

## UHC Facility Lab Fee Schedule Exhibit

Facility acknowledges receipt of an electronic version of the UHC Facility Lab Fee Schedule Exhibit. Attached is the "Facility Fee Schedule Specifications" and "Representative Facility Fee Schedule Sample".

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285200

## UHC OPG (Outpatient Procedure Grouper) Exhibit

Facility acknowledges receipt of an electronic version of the UHC OPG (Outpatient Procedure Grouper) Exhibit.

**REVENUE CODE:**
0360, 0361, 0369
0481
0490, 0499
0750
0790

**WITH CPT / HCPCS CODES THAT ARE CONSIDERED "OPG ELIGIBLE" AS NOTED WITH A "Y" IN THE MOST CURRENT UHC OPG (OUTPATIENT PROCEDURE GROUPER) EXHIBIT**

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285201

**Chargemaster Notice Exhibit**

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285202

# MS-DRG

# Compass Payer Appendix

**Facility Name(s): Regional Health Partners LLC DBA Regional General Hospital Williston**
**Effective Date of this Appendix: 04/01/2016**

## APPLICABILITY

This Appendix applies to Covered Services rendered to Customers covered by Individual Exchange Benefit Plans and certain narrow network Benefit Plans marketed to individuals that are not Individual Exchange Benefit Plans, but that use the Individual Exchange network ("Individual Narrow Network Benefit Plans") marketed under the name UnitedHealthcare Compass. However, if an Individual Exchange Benefit Plan or an Individual Narrow Network Benefit Plan is marketed as another Benefit Plan type, this Appendix will not apply to that other Benefit Plan type and instead the applicable Appendix will be the Appendix that otherwise applies to that Benefit Plan type.

This Appendix also applies to Benefit Plans marketed under any brand name adopted by United in the future to supplement and/or replace UnitedHealthcare Compass.

"Individual Exchange Benefit Plans" are Benefit Plans administered pursuant to the federal Patient Protection and Affordable Care Act including: (a) Benefit Plans marketed through Individual Exchanges administered by either the federal government and/or a state government, and any off-Exchange version of such Benefit Plans: and (b) Benefit Plans for the Basic Health Program administered by a state government, and any off-Exchange version of such Benefit Plans.

## SECTION 1
### Definitions

Unless otherwise defined in this Section 1, capitalized terms used in this Appendix have the meanings assigned to them in the Agreement.

**Admission:** The admittance of a Customer to a licensed hospital bed, excluding Observation. Admission applies only to those services provided by order of a Physician.

**CMS:** Centers for Medicare and Medicaid Services.

**Covered Service:** A health care service or product for which a Customer is entitled to receive coverage from a Payer, pursuant to the terms of the Customer's Benefit Plan with that Payer.

**Customary Charge:** The fee for health care services charged by Facility that does not exceed the fee Facility would ordinarily charge another person regardless of whether the person is a Customer.

**Customer Expenses:** Copayments, deductibles, or coinsurance that are the financial responsibility of the Customer according to the Customer's Benefit Plan.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285150

**Eligible Charges:** The Customary Charge for Covered Services, except for Covered Services listed under Sections 3.4 and/or 3.6 of this Appendix.

**Institutional Claim:** Any UB-04 or electronic version or successor form.

**MS-DRG or Medicare Severity Diagnosis-Related Groups:** A system of classification for inpatient hospital services based on the principal and secondary diagnoses (including the Present on Admission indicator), surgical procedures, sex, and discharge status. For purposes of determining the contract rate under this Appendix, the MS-DRG at discharge, as that term is defined in the Final Rule, as published by CMS and most recently made effective under this Appendix, will be controlling. All changes in the definition of MS-DRGs specified in the Final Rule will be implemented under this Appendix on or before January 1, following publication in the Federal Register. Until changes in the definitions are implemented under this Appendix (as described in the previous sentence), the previous definitions will apply.

The Payment Method designated "MS-DRG" in this Appendix is applicable to Covered Services rendered to a Customer for an entire Admission. The contract rate is determined by applying the MS-DRG relative weight to the contracted base rate. Unless otherwise specified in this Appendix, payment under the MS-DRG Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occurs within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Observation:** Services furnished by Facility on the Facility's premises, regardless of the length of stay, including use of a bed and periodic monitoring by Facility's nursing or other staff, which are reasonable and necessary to evaluate an outpatient condition or determine the need for a possible Admission to Facility as an inpatient. Observation applies only to those services provided by order of a Physician.

**Outpatient Encounter:** Covered Services rendered to a Customer by Facility on an outpatient basis from the time of registration for outpatient services until discharge.

**Payment Method:** A methodology for determining contract rates under this Appendix.

**Per Case:** The Payment Method designated "Per Case" in this Appendix and applicable to Covered Services rendered to a Customer during an entire Admission or one Outpatient Encounter. Unless otherwise specified in this Appendix, payment under the Per Case Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occur within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Per Diem:** The Payment Method designated "Per Diem" in this Appendix and applicable to Covered Services rendered to a Customer for each day of an Admission of a Customer. Unless otherwise specified

Highly Confidential
Subject to Protective Order
FOIA Exempt

in this Appendix, payment under the Per Diem Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer during each day of the Admission including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), "preadmission diagnostic and nondiagnostic services" (as defined by CMS) that occur within three calendar days prior to Admission, nursing care, Observation, critical care, surgical services, diagnostic and therapeutic services (including, but not limited to, diagnostic imaging), ancillary services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and room and board.

**Per Unit via Facility Fee Schedule:**  The Payment Method designated "Per Unit via Facility Fee Schedule" in this Appendix, based on the CPT/HCPCS specific fee listed in the applicable fee schedule for each unit of service and applicable to Covered Services rendered to a Customer for which a Per Unit via Facility Fee Schedule Payment Method is indicated in this Appendix.  Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment.  The number of units for each procedure or service rendered will be billed in accordance with the guidelines in the latest edition of the Current Procedural Terminology (CPT) manual as published by the American Medical Association or the latest edition of the HCPCS manual as published by CMS.  Unless otherwise specified in this Appendix, payment under the Per Unit via Facility Fee Schedule Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services), nursing care, diagnostic and therapeutic services, durable medical equipment, supplies (including, but not limited to, anesthesia supplies), medications, and Facility and ancillary services.  The units reported for Covered Services for which the contract rate is a Per Unit via Facility Fee Schedule must always equal the number of times a procedure or service is performed.

**Per Visit:**  The flat rate Payment Method designated "Per Visit" in this Appendix and applicable to Covered Services rendered to a Customer on one-calendar day period, for each Service Category within Section 2 for which a Per Visit Payment Method is indicated in this Appendix.  Unless otherwise specified in this Appendix, payment under the Per Visit Payment Method, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to the Customer including, but not limited to, Physician and other professional fees billed by Facility on an Institutional Claim, services rendered by non-Physician personnel (regardless of whether those personnel are employed by Facility and regardless of whether those services are characterized as professional services),  nursing care, diagnostic and therapeutic services, durable medical equipment, supplies (including, but not limited to anesthesia supplies), medications, and Facility and ancillary services.  Facility is required to identify each date of service when submitting claims spanning multiple dates of service.

**PPR (Percentage Payment Rate):**  The percentage applied to Facility's detail line item Eligible Charge to determine the contract rate for those Covered Services for which the contract rate is calculated as a percentage of Eligible Charges.

**Physician:**  A Doctor of Medicine ("M.D.") or a Doctor of Osteopathy ("D.O.") or another health care professional as authorized under state law and Facility bylaws to admit or refer patients for Covered Services.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285152

**SECTION 2**
**Contract Rate for Covered Services**

2.1    **Contract Rate.**  For Covered Services rendered by Facility to a Customer, the contract rate will be the lesser of (1) Facility's aggregate Eligible Charges, or (2) the aggregate applicable contract rate determined in accordance with Sections 2.2, 2.3, 3 and/or 4 of this Appendix.  Payment by Payer of the contract rate under this Appendix will be less any applicable Customer Expenses, and is subject to the requirements set forth in the Agreement.

2.2    **Inpatient Covered Services.**  For the provision of Covered Services to a Customer during an Admission, the contract rate is determined as described in this Section 2.2.  Unless otherwise specified in this Appendix, the contract rate for an Admission is the contract rate in effect on the date the Admission begins.

**Table 1: Inpatient Service Category Table**

| | | |
|---|---|---|
| **All MS-DRGs**<br>However, this service category does not apply where one of these services is billed in connection with Covered Services included in any of the other service categories on this Inpatient Service Category Table or Section 3.6_____) | **MS-DRG** | **Base Rate**<br>**$4,500.00** |
| **Hospice**~ *(see note ~ below)*<br>Revenue Codes 0115, 0125, 0135, 0145, 0155, 0655-0656<br><br>However, this service category does not apply where one of these revenue codes is billed in connection with any service category defined by Bill Types on this Inpatient Service Category Table. | **Per Diem** | **$0.00** |
| **Rehabilitation**~ *(see note ~ below)*<br>Revenue Codes 0118, 0128, 0138, 0148, 0158<br><br>However, this service category does not apply where one of these services is billed in connection with any service category defined by Bill Types on this Inpatient Service Category Table. | **Per Diem** | **$0.00** |
| **Inpatient Skilled Nursing Services** ~ *(see note ~ below)*<br>Bill Types 211-219 | **Per Diem** | **$475.00** |

United will group each claim to an MS-DRG based on the applicable and correct coding information provided on the claim, subject to the review of the medical records by United in accordance with the Agreement.  The contract rate is determined by (i) applying the Base Rate in effect on the date of Admission, (ii) identifying the final MS-DRG (as determined by United from the coding information) to determine the applicable relative weight _____, and (iii) multiplying the Base Rate by the relative weight for the MS-DRG in effect under this Appendix as of the date of discharge (except for the time period between CMS' update and the United update, where the final MS-DRG and the relative weight will be based on relative weight _____ loaded in the United claims platform on the date the claim is processed).

UnitedHealthcare<br>Confidential and Proprietary
Highly Confidential<br>Subject to Protective Order<br>FOIA Exempt

DOJCGH_0001285153

*Covered Services rendered to a mother and her newborn child will be paid as separate Admissions.

~ If Facility has a separate Inpatient Skilled Nursing unit, Hospice unit, or Rehabilitation unit, the charges for the Inpatient Skilled Nursing, Hospice, or Rehabilitation stay are to be submitted separately from the acute hospital stay.

@ The contract rate for a new, replacement, or modified MS-DRG code(s) will be at the existing contract rate for the appropriate MS-DRG(s) it replaced or modified.

2.2.1   **Transfer of Customer.**  This Section applies only when a MS-DRG Payment Method applies to all or some of the Covered Services rendered by Facility, with regard to an Admission in which Facility makes a transfer of the Customer.  A transfer (as defined by CMS) is when a Customer is admitted to Facility and is subsequently transferred for additional treatment. If the length of stay of the Admission in Facility is less than the National Geometric Mean Length of Stay (GMLOS) (as published by CMS) less one, the contracted rate will be determined according to this Section 2.2.1, rather than the contract rate that would otherwise apply under this Appendix.

If Facility receives a transferred Customer, the contract rate is determined under this Appendix without regard to this Section 2.2.1.

2.2.1.1   **Transfer from Facility to a short term acute care facility or to post acute care (for those MS-DRGs designated as qualified discharges by CMS except for MS-DRGs designated by CMS as "special pay" MS-DRGs).**  The contract rate under this Section 2.2.1.1 is determined based on an imputed per diem rate (the "Imputed Per Diem Rate") as described in the next sentence.  The Imputed Per Diem Rate is determined by dividing i) the applicable contract rate that would otherwise apply under this Appendix by ii) the GMLOS.  The contract rate for the first day of the Admission is two times the Imputed Per Diem Rate and the contract rate for each subsequent day of the Admission is the Imputed Per Diem Rate; however, the contract rate under this Section 2.2.1.1 will not exceed the contract rate that would otherwise have applied under this Appendix.

2.2.1.2   **Transfer from Facility to post acute care for MS-DRGs designated by CMS as "special pay" MS-DRGs.**  The contract rate under this Section 2.2.1.2 is determined based on an Imputed Per Diem Rate as described above in Section 2.2.1.1.  The contract rate for the first day of the Admission is 50% of the contract rate that would otherwise have applied under this Appendix plus the Imputed Per Diem Rate.  The contract rate for all subsequent days of the Admission is 50% of the Imputed Per Diem Rate; however, the contract rate under this Section 2.2.1.2 will not exceed the contract rate that would otherwise have applied under this Appendix.

2.2.1.3   **CMS Modifications.**  In the event that CMS modifies its approach to reimbursing for transfers in the Medicare Inpatient Prospective Payment System (IPPS), United will use reasonable commercial efforts to implement changes under this Section 2.2.1.3 as of the effective date of the changes in the Medicare IPPS.

2.2.2   **Readmission within 30 Days.**  If a Customer is admitted to Facility or another hospital within the same system as Facility within 30 days of discharge, the applicable contract rate will be determined according to this Section 2.2.2.  Readmission review applies:

(a)   Based on CMS readmission guidelines; and

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285154

(b)    To readmissions with a related diagnosis (as determined by United); and

(c)    To the determination of the contract rate for the subsequent Admission.

Upon request from United, Facility agrees to forward all medical records and supporting documentation of the first and subsequent Admissions to United.  If United determines that either the initial discharge or subsequent Admission(s) were clinically inappropriate, Facility will be financially responsible for all or a portion of Covered Services provided to Customer as part of the readmission.  United may combine the initial discharge and subsequent related Admission(s) where the initial discharge and subsequent related Admission(s) were clinically appropriate (for example, scheduled readmissions or leaves of absence), to determine the correct contract rate according to this Appendix.  Upon request from Facility, United and Facility agree to review, in good faith, the clinical appropriateness of the initial discharge and subsequent Admission(s).

**2.3    Outpatient Covered Services.**  For Outpatient Covered Services, appropriate CPT/HCPCS codes, as described by the National Uniform Billing Committee and CPT/HCPCS code guidelines, must be submitted on the Institutional Claim in order to be eligible for reimbursement.

**2.3.1    Observation, Outpatient Therapeutic, Diagnostic, Emergency, Urgent Care Covered Services.**  For the provision of Observation, therapeutic, diagnostic, Emergency, and Urgent Care Covered Services rendered by Facility to a Customer on an outpatient basis (except for Outpatient Procedures addressed in Section 2.3.2 of this Appendix), the contract rate will be determined according to this Section 2.3.

If more than one type of Covered Service for which a Per Visit, Per Unit via Facility Fee Schedule, Payment Method applies are provided to a Customer during one calendar day, each of the applicable Payment Methods will be considered in calculating the aggregate contract rate for those Covered Services; provided, however, if the Customer receives any Covered Service for which a Per Case Payment Method applies, all Covered Services which would otherwise be paid pursuant to a Per Visit, Per Unit via Facility Fee Schedule, Payment Method, will instead be included in the Per Case contract rate and will not be separately reimbursed _____.

The contract rate for outpatient Covered Services rendered by Facility to a Customer, as detailed on Table 2 below, will be determined according to the Payment Method listed in the table.

**Table 2:  Outpatient Diagnostic and Therapeutic Service Category Table**

| SERVICE CATEGORY | PAYMENT METHOD | CONTRACT RATE |
|---|---|---|
| **Stereotactic Radiosurgery, Multisource or Linear based completed in one session** (Revenue Code 0333 with CPT Code 61796-61800, 63620-63621, 77371, 77372) | **Per Case** | $0.00 |
| **Observation** (Revenue Code: 0762) | **Per Case** | $700.00 |

Highly Confidential
Subject to Protective Order
FOIA Exempt

| | | |
|---|---|---|
| **Emergency (**Revenue Codes: 0450-0452, 0459) **(1)** | **Per Case** | **$400.00** |

| | | |
|---|---|---|
| **Urgent Care (**Revenue Code: 0456) | **Per Case** | **$60.00** |

| | | |
|---|---|---|
| **IV Therapy**  (Revenue Codes 0260, 0269) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Oncology Treatment (**Revenue Codes: 0280, 0289) | **Per Visit** | **$200.00** |

| | | |
|---|---|---|
| **Laboratory** (Revenue Codes: 0300-0307, 0309, 0923, 0925) (See Facility Lab Fee Schedule Notes below and lab Fee Schedule Exhibit) | **Per Unit via UHC Facility Lab Fee Schedule #__9591____** | ___42____% of the "Source Fee" as described in the UHC Facility Lab Fee Schedule Exhibit |

| | | |
|---|---|---|
| **Pathology** (Revenue Codes: 0310-0312, 0314, 0319) (See Facility Lab Fee Schedule Notes below and lab Fee Schedule Exhibit) | **Per Unit Via UHC Facility Lab Fee Schedule #_____9591__** | ___42____% of the "Source Fee" as described in the UHC Facility Lab Fee Schedule Exhibit |

| | | |
|---|---|---|
| **Other Diagnostic Radiology** (Revenue Codes: 0320-0324, 0329) | **Per Visit** | **$150.00** |

| | | |
|---|---|---|
| **Stereotactic Radiosurgery, fractionated, entire course not to exceed 5 fractions** (Revenue Code 0333 with 77373) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Radiation Therapy**  (Revenue Codes 0330, 0333, 0339 without CPT Codes 61796-61800, 63620-63621, 77371, 77372, 77373**)** | **Per Visit** | **$100.00** |

| | | |
|---|---|---|
| **Chemotherapy Administration** (Revenue Codes: 0331-0332, 0335) | **Per Visit** | **$150.00** |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285156

| | | |
|---|---|---|
| **Nuclear Medicine** (Revenue Code: 0340-0342, 0349) | Per Visit | $250.00 |

| | | |
|---|---|---|
| **Computerized Tomography (CT) Scan** (Revenue Code: 0350-0352, 0359) | Per Visit | $300.00 |

| | | |
|---|---|---|
| **Blood and Blood Related Services** (Revenue Code 0380-0389, 0390-0392, 0399) | Per Visit | $0.00 |

| | | |
|---|---|---|
| **Imaging Services** (Revenue Codes: 0400, 0409) | Per Visit | $75.00 |

| | | |
|---|---|---|
| **Diagnostic and Screening Mammography** (Revenue Codes: 0401, 0403) | Per Visit | $65.00 |

| | | |
|---|---|---|
| **Ultrasound Imaging** (Revenue Code: 0402) | Per Visit | $160.00 |

| | | |
|---|---|---|
| **Positron Emission Tomography** (Revenue Code: 0404) | Per Visit | $900.00 |

| | | |
|---|---|---|
| **Respiratory Services** (Revenue Codes: 0410, 0412, 0419) | Per Visit | $50.00 |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285157

| | | |
|---|---|---|
| **Hyperbaric** (Revenue Code: 0413) | **Per Visit** | **$750.00** |
| **Physical Therapy** (Revenue Codes: 0420-0424, 0429) | **Per Visit** | **$55.00** |
| **Occupational Therapy** (Revenue Codes: 0430-0434, 0439) | **Per Visit** | **$55.00** |
| **Speech Therapy** (Revenue Codes: 0440-0444, 0449) | **Per Visit** | **$55.00** |
| **Pulmonary Function** (Revenue Codes: 0460, 0469) | **Per Visit** | **$140.00** |
| **Audiology** (Revenue Codes: 0470-0472, 0479) | **Per Visit** | **$150.00** |
| **Cardiology**  (Revenue Code  0480, 0489) | **Per Visit** | **$400.00** |
| **Cardiac Stress Test** (Revenue Code: 0482) | **Per Visit** | **$240.00** |
| **Echocardiology** (Revenue Code: 0483) | **Per Visit** | **$150.00** |
| **Ambulance - Land** (Revenue Codes: 0540, 0542-0543, 0546-0549) | **Per Visit** | **$300.00** |
| **Ambulance - Air** (Revenue Code: 0545) | **Per Visit** | **$300.00** |
| **Magnetic Resonance Imaging** (Revenue Codes 0610-0612, 0614-0616, 0618-0619) | **Per Visit** | **$ 500.00** |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285158

| | | |
|---|---|---|
| **Labor Room/Delivery Services** (Revenue Codes 0720-0722, 0724, 0729) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **EKG and ECG** (Revenue Codes: 0730, 0739) | **Per Visit** | **$100.00** |

| | | |
|---|---|---|
| **Holter Monitor/Telemetry** (Revenue Codes: 0731-0732) | **Per Visit** | **$200.00** |

| | | |
|---|---|---|
| **EEG** (Revenue Codes 0740, without CPT Codes 95782-95783, 95800-95801, 95805-95811, G0398-G0400) | **Per Visit** | **$450.00** |

| | | |
|---|---|---|
| **Vaccine Administration** (Revenue Code 0771) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Hemodialysis** (Revenue Codes 0820-0825, 0829) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **Peritoneal Dialysis, CAPD and CCPD** (Continuous Ambulatory Peritoneal Dialysis and Continuous Cycling Peritoneal Dialysis) (Revenue Codes 0830-0835, 0839-0845, 0849-0855, 0859) | **Per Visit** | **$250.00** |

| | | |
|---|---|---|
| **MEG** (Revenue Codes 0860-0861) | **Per Visit** | **$0.00** |

| | | |
|---|---|---|
| **Neuropsychological Testing and Biofeedback for NON-PSYCHIATRIC disorders only** (Revenue Codes 0900, 0917-0918) | **Per Visit** | **$150.00** |

| | | |
|---|---|---|
| **Other Diagnostic Services** (Revenue Codes 0920, 0929 without CPT Codes 95782-95783, 95800-95801, 95805-95811, G0398-G0400) | **Per Visit** | **$75.00** |

| | | |
|---|---|---|
| **Sleep Studies - Unattended** (Revenue Codes 0740, 0920, 0929 | **Per Visit** | **$150.00** |

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285159

| with CPT Codes 95800-95801, 95806, G0398-G0400) | | |
|---|---|---|
| **Sleep Studies - Attended** (Revenue Codes 0740, 0920, 0929 with CPT Codes 95782-95783, 95805, 95807-95811) | **Per Visit** | $250.00 |
| **Peripheral Vascular Lab** (Revenue Code: 0921) | **Per Visit** | $65.00 |
| **EMG** (Revenue Code: 0922) | **Per Visit** | $400.00 |
| **Allergy Testing** (Revenue Code: 0924) | **Per Visit** | $150.00 |
| **Other Therapeutic Services** (Revenue Codes: 0940, 0949) | **Per Visit** | $50.00 |
| **Education and Training** (Revenue Code: 0942) | **Per Visit** | $70.00 |
| **Cardiac Rehabilitation Therapy** (Revenue Code: 0943) | **Per Visit** | $120.00 |
| **Pulmonary Rehabilitation** (Revenue Code:0948) | **Per Visit** | $0.00 |

### Additional information regarding nondiagnostic services under this Appendix

The following applies to Outpatient nondiagnostic services under this Appendix:
If the rendering of Outpatient nondiagnostic services occurs during the three calendar days immediately preceding an Admission of a Customer and the services are related to the Admission as defined by CMS in connection with the fee for service Medicare program, charges for such services will not be billed by Facility separately and will not be paid by Payer or by the Customer but will be included in the contract rate for the Admission.

**(1)** Facility's Emergency department visits coding guidelines will be consistent with the coding principles described and updated by CMS, including without limitation the 11 principles listed by CMS in the *CY 2008 OPPS/ASC final rule with comment period (72 FR 66805).* Within 14 days of a request from United, Facility will provide its Emergency department visits coding guidelines.  In addition Facility will provide Customer medical records pursuant to Section 4.10 of the Agreement.  In the event Facility

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285160

changes its Emergency department visits coding guidelines, Facility will notify United at least 90 days prior to the implementation date of any change.

**Facility Lab Fee Schedule Notes**
Calculation of the contract rate for Laboratory and Pathology is based on the following:

- Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment.
- The Per Unit via Facility Fee Schedule rates for existing codes are in effect until both parties mutually agree to rate changes.
- Unless otherwise indicated in the Facility Fee Schedule Specifications, Laboratory/Pathology Codes listed on the fee schedule that do not have a Primary or Gap Fill Source Fee will default to a contract rate of 50% PPR ("Fee Schedule Default PPR") unless or until a Primary or Gap Fill Source Fee is published.
- There will be a quarterly update to the fee schedule to set fixed contract rates for new codes published throughout the previous quarter and codes previously priced according to the Fee Schedule Default PPR. The contract rates will be set based on the same methodology used to establish the contract rates for the existing codes in the UHC Facility Lab Fee Schedule by multiplying the "Primary Fee Source" rate or the applicable "Gap Fill Fee Source" rate by the same percentage as indicated in Table 2.
- Refer to the "Facility Fee Schedule Specifications" (included within the Facility Lab Fee Schedule Exhibit) for additional detail.
- Notwithstanding any provision in the Agreement to the contrary Payment Policies, as described in Article I of the Agreement, apply to this fee schedule reimbursement methodology.

**2.3.2    Outpatient Procedures.**

**Outpatient Procedure:** This Section 2.3.2 applies to Covered Services rendered to a Customer that involve an Outpatient Procedure, as listed in the UHC OPG (Outpatient Procedure Grouper) Exhibit to this Appendix, performed in an outpatient unit of Facility ("Outpatient Procedure"). For Outpatient Procedures, the contract rate will be based on a designated group number, as set forth in the table below and as further described in this Section 2.3.2. Unless otherwise specified in this Appendix, payment under this contract rate, less any applicable Customer Expenses, is payment in full for all Covered Services rendered to Customer during an Outpatient Procedure. The group numbers below correspond with certain Outpatient Procedures identified in the UHC OPG Exhibit to this Appendix. Facility is required to identify procedures by revenue code and CPT/HCPCS code to receive payment. United may revise the information in the UHC OPG Exhibit based on newly published codes and updated Outpatient Procedure grouping information developed by CMS, which may be modified by United to include procedures that are not maintained by CMS, but are considered for payment under this Appendix. The codes indicated with a "Y" under the "OPG Eligible" column in the UHC OPG Exhibit that corresponds to the date of service, that are Covered Services, are considered eligible for payment under this Section 2.3.2. Updates to the information in the UHC OPG Exhibit can be accessed at www.UnitedHealthcareOnline.com.

The UHC OPG Exhibit includes a comprehensive list of revenue codes and CPT/HCPCS codes for which the contract rate is determined according to the Outpatient Procedure Grouper table below. In the event a revenue code from the table below is billed with a CPT/HCPCS code indicated with an "N" under the "OPG Eligible" column in the UHC OPG Exhibit that corresponds to the date of service, the detail line item that includes that revenue code and CPT/HCPCS code is not eligible for consideration for reimbursement. However, if that detail line item is the only detail line item that has a revenue code from the table below, then the parties will consult as needed, at an operational level, to review the circumstances of the claim and

Highly Confidential
Subject to Protective Order
FOIA Exempt

assign appropriate CPT/HCPCS coding.  Facility may resubmit the claim with the corrected coding information for consideration for reimbursement pursuant to this Appendix.

**Table 3:  Outpatient Procedure Grouper**

| Outpatient Procedures (Revenue Codes 0360, 0361, 0369, 0481, 0490, 0499, 0750 and 0790, and appropriate CPT or HCPCS Codes.) See the UHC OPG Exhibit for Revenue Code and CPT or HCPCS code criteria. | |
|---|---|
| Group Number | Per Case Contract Rate |
| 0 | $120.00 |
| 1 | $200.00 |
| 2 | $450.00 |
| 3 | $1,000.00 |
| 4 | $1,400.00 |
| 5 | $1,800.00 |
| 6 | $2,120.00 |
| 7 | $3,530.00 |
| 8 | $5,040.00 |
| 9 | $8,400.00 |
| 10 | $14,000.00 |
| Unlisted | $450.00 |

**2.3.3    Multiple Outpatient Procedures.**  When multiple Outpatient Procedures, including unlisted Outpatient Procedures, are performed on a Customer by Facility during one Outpatient Encounter, the contract rate is as follows: (1) the highest contract rate specified in Section 2.3.2 for which an Outpatient Procedure has been performed; plus (2) 50% of the contract rate specified in Section 2.3.2 for the Outpatient Procedure performed with the second highest contract rate.  No additional payments for additional Outpatient Procedures performed during that Outpatient Encounter will be made; instead, such additional Outpatient Procedure(s) are included in the contract rate for the first two Outpatient Procedures.

**2.3.4    Multiple Per Case Covered Services.**  If Outpatient Procedures, Observation, Emergency, and/or Urgent Care Covered Services are provided within a single Outpatient Encounter along with Stereotactic Radiosurgery, Multisource or Linear (as specified in Section 2.3.1), a contract rate will apply only to the Stereotactic Radiosurgery, Multisource or Linear; the Outpatient Procedures,  Observation, Emergency, and/or Urgent Care service will be considered to have been included in the contract rate for the Stereotactic Radiosurgery, Multisource or Linear.

If the Customer receives any Covered Services for which a Per Case Payment Method applies, all Covered Services during a single Outpatient Encounter that would otherwise have a contract rate pursuant to a Per Visit, Per Unit via Facility Fee Schedule, Payment Method will instead be included in the Per Case contract rate _____.

If more than one Covered Service subject to a Per Case Payment Method applies during a single Outpatient Encounter (as specified in Section 2.3), the contract rate will be the rate applicable to

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285162

the Covered Service with the highest ranking, as indicated in the Case Rate Service Ranking table below.  No additional payments for additional Covered Services provided during that same single Outpatient Encounter, for which a Per Case Payment Method applies, will be made; instead, such additional Covered Services will be considered to have been included in the contract rate for the Covered Service with the highest ranking on the table below.

Services on the Case Rate Service Ranking table below are ranked from the highest ranking to the lowest ranking, with Stereotactic Radiosurgery, Multisource or Linear, as identified in Section 2.3.1, having the highest ranking.

| Case Rate Service Ranking |
| --- |
| Stereotactic Radiosurgery, Multisource or Linear |
| Outpatient Procedures, as identified in Section 2.3.2 |
| Observation |
| Emergency |
| Urgent Care |

## SECTION 3
## Miscellaneous Provisions

3.1     **Inclusive Rates.**  The contract rates established by this Appendix are all-inclusive, including without limitation applicable taxes, for the provision of all Covered Services to the Customer that are in the service category that corresponds to the contract rate and which are generally provided as a part of the service category.  All items and non-Physician services provided to Customers at Facility must be directly furnished by Facility or billed by Facility when services are provided by another entity.  For example, surgical procedures for implantable DME or for implantable prosthetic devices performed at Facility include the cost of the device in the contract rates listed in Section 2, as applicable.  No additional payments will be made for any services or items covered under the Customer's Benefit Plan and billed for separately by Facility.

3.2     **Payment Code Updates.**  United will update CPT codes, HCPCS codes, ICD-9-CM codes or successor version, and/or revenue codes according to Health Insurance Portability and Accountability Act requirements based on (a) the latest edition of the Current Procedural Terminology (CPT) manual which is revised by the American Medical Association, (b) the latest edition of the HCPCS manual which is revised by CMS, (c) the latest edition of the ICD-9-CM manual, or successor version, which is issued by the U.S. Department of Health and Human Services, and (d) the latest revenue code guidelines from the National Uniform Billing Committee.  Unless specified elsewhere in this Appendix, the contract rate for a new, replacement, or modified code(s) will be at the existing contract rate for the appropriate code(s) it replaced or modified.

3.3     **Facility-based Physician and Other Provider Charges.**
Facility will make its best efforts to assure that all Facility-based Physicians and other providers are participating providers as long as the Agreement is in effect.

At any time after 03/15/2016, the current contract rates for all Covered Services under this Appendix will be reduced by United by 2% for each specialty type for which the Facility-based

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285163

Physician or other provider group is not a participating provider (unless charges for the services of those Physicians or providers are included in Facility's charges under this Appendix). However, in the case of Emergency Physicians where the Facility-based Physician or other provider group is not a participating provider the contract rates for Emergency Room Services will be reduced by 10%. The reductions will be cumulative _____ _____ (so that if two Facility-based Physicians or provider groups are non-participating, for instance, the reduction would be 4%), as further illustrated in the Rate Reduction Table below. The reductions described in this paragraph will be implemented with 30 days written notice and would apply to claims for services rendered on or after the effective date of the reduction. These reductions will remain in effect until the Facility-based Physician or provider group becomes a participating provider or is replaced at Facility by another Facility-based Physician or provider group that is a participating provider. United warrants that it will negotiate with each Facility-based Physician and provider group in good faith.

The following calculation will be used to determine the contract rates going forward to account for the percentage reduction:
[Current Contract Rate – (Current Contract Rate x Percentage Reduction) = New Contract Rate]

**Rate Reduction Table.**

| Facility-Based Physician Group | Contract Rates Reduced | Percentage Reduction |
|---|---|---|
| Anesthesiologists | All contract rates for Covered Services of any kind | 2% |
| Emergency Physicians | Emergency Room Services | 10% |
| Pathologists | All contract rates for Covered Services of any kind | 2% |
| Radiologists | All contract rates for Covered Services of any kind | 2% |
| | | |
| | | |
| | | |
| | | |

**3.4    Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment.**   Services or items listed in the table below and billed with indicated codes are not subject to additional payment and are not considered in any calculation for payment, including the calculation of "lesser of" determinations under Section 2.1 of this Appendix. When these services are Covered Services, per the Customer's Benefit Plan, Facility will not bill and collect from the Customer for the services, as prohibited under the Agreement. However, when these services are not Covered Services, per the Customer's Benefit Plan, Facility may bill and collect from the Customer for the services, to the extent permitted under the Agreement.

**Table 4: Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment**

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0167 | Self Care | 0277 | Oxygen/Take Home |
| 0180-0189 | Leave of Absence | 0624 | FDA Invest Device |
| 0220-0229 | Special Charges | 0670-0679 | Outpatient Special Residence |
| 0253 | Drugs/Take Home | 0931-0932 | Med Rehab Day Program |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285164

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0256 | Drugs/Experimental | 0990-0999 | Patient Convenience |
| 0273 | Supply/Take Home | 2100, 2102, 2104-2109 | Alternative Therapy Services |

**3.5** **Services that may or may not be Separately Reimbursed but that are always Eligible for Consideration in Other Calculations for Payment.** Services or items listed in the table below and billed with indicated codes, when they are Covered Services billed with a Covered Service subject to a Per Case or Per Visit, Per Diem, MS-DRG, Per Unit via Facility Fee Schedule, _____ _____ _____ Payment Method under this Appendix, are always considered included in other services. These Covered Services are therefore not subject to additional payment.

Services or items billed with listed codes in the table below, when they are Covered Services, but are not billed with a Covered Service subject to a Per Case or Per Visit, Per Diem, MS-DRG, Per Unit via Facility Fee Schedule, _____ _____ _____ Payment Method under this Appendix, are subject to a PPR of 50% of Eligible Charges for the Covered Service, less any applicable Customer Expenses. However, this PPR is subject to change under Section 4 as a result of changes to Facility's Customary Charges. Additionally, adjustments to the PPR rate pursuant to Section 4 of this Appendix will carry forward into subsequent years.

Regardless of which of the above paragraphs apply, the Eligible Charges for the services or items listed in the table below are considered in other calculations for payment, including the calculation of "lesser of" determinations under Section 2.1 of this Appendix. When these services are Covered Services, per the Customer's Benefit Plan, Facility will not bill and collect from the Customer for the services, as prohibited under the Agreement. However, when these services are not Covered Services, per the Customer's Benefit Plan, Facility may bill and collect from the Customer for the services, as permitted under the Agreement.

**Table 5: Services that may or may not be Separately Reimbursed but that are always Eligible for Consideration in Other Calculations for Payment**

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0230-239 | Nursing Increment | 0541 | Ambulance/Supply |
| 0240-249 | All Inclusive Ancillary | 0544 | Ambulance/Oxygen |
| 0250 | Pharmacy | 0621 | Med-Surg Sup/Incident Radiology |
| 0251 | Drugs/Generic | 0622 | Med-Surg Supplies Incident ODX |
| 0252 | Drugs/ Non Generic | 0623 | Surgical Dressing |
| 0254 | Drugs/Incidental Other DX | 0631 | Single Source Drug |
| 0255 | Drugs/Incidental Radiology | 0632 | Multiple Source Drug |
| 0257 | Drugs/Nonprescription | 0633 | Restrictive Prescription |
| 0258 | IV Solutions | 0634 | EPO < 10,000 Units |
| 0259 | Drugs/Other | 0635 | EPO 10,000 or More Units |
| 0261 | IV Therapy/Infusion Pump | 0636 _____ | Drugs Requiring Detailed Coding |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285165

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0262 | IV Therapy/RX Svs | 0637 | Self Administrable Drugs Not Requiring Detailed Coding |
| 0263 | IV Therapy/Drug/Supply Delv | 0681 | Trauma Level 1 |
| 0264 | IV Therapy/Supplies | 0682 | Trauma Level 2 |
| 0270 | Medical Surgical Supplies | 0683-0689 | Trauma Response |
| 0271 | Non Sterile Supply | 0690-0696, 0699 | Pre-hospice/Palliative care services |
| 0272 | Sterile Supply | 0700 | Cast Room |
| 0274 | Prosthetic/Orthotic Device | 0710 | Recovery Room |
| 0275 | Pacemaker | 0723 | Circumcision |
| 0276 | Intraocular Lens | 0760-0761, 0769 | Specialty Services/Treatment Room |
| 0278 | Supply/Implants | 0770 | Preventive Care Svr/General |
| 0279 | Supply/Other | 0780 | Telemedicine |
| 0343-0344 | Nuclear Medicine – Diagnostic/Therapeutic Radiopharmaceuticals | 0800-0809 | IP Renal Dialysis |
| 0370-0379 | Anesthesia | 0880-0881, 0889 | Dialysis Miscellaneous |
| 0500 | OP Service | 0946 | Complex Med Equip |
| 0509 | OP/Other | 0947 | Complex Med Equip/Ancillary |
| 0510-0511, 0514-0520, 0523, 0526, 0529 | Clinic | 0950-0952 | Other Therapeutic Services |
| 0530-0539 | Osteopathic Services | 2101 | Acupuncture |
|  |  | 2103 | Massage |

3.6     **Services Not Payable Under This Appendix But May Be Payable Under Another Appendix To The Agreement Or Under Another Agreement.**  Services or items billed with listed codes in the table below are not subject to payment under this Appendix. In the event Facility is a party to another agreement with United or an affiliate of United that is applicable to those services rendered to a Customer, or another appendix to the Agreement applies to these services rendered to a Customer the services below may be payable under that agreement or appendix.

**Table 6: Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement**.

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0114 | Psych/Room & Board/Private | 0560-0569 | Home Health - Medical Social Services |
| 0116 | Detox/Private | 0570-0579 | Home Health - Home Health Aide |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285166

| Revenue Code | Description | Revenue Code | Description |
|---|---|---|---|
| 0124 | Psych/2 bed | 0580-0589 | Home Health - Other Visits |
| 0126 | Detox/2 bed | 0590 | Home Health - Units of Service |
| 0134 | Psych/3&4 bed | 0600-0609 | Home Health Oxygen |
| 0136 | Detox/3&4 bed | 0640-0649 | Home IV Therapy Services |
| 0144 | Psych/Room & Board Pvt/Deluxe | 0650-0654, 0657-0659 | Hospice Services |
| 0146 | Detox/Pvt/Deluxe | 0660-0669 | Respite Care |
| 0154 | Psych/Ward | 0810-0819 | Donor Bank/Bone, Organ, Skin, Bank |
| 0156 | Detox/Ward | 0882 | Dialysis/Home Aid Visit |
| 0204 | ICU/Psych | 0901-0907 | Psychiatric/Psychological Treatments |
| 0213 | CC/Transplant | 0911-0916, 0919 | Psychiatric/Psychological Services |
| 0290-0299 | Durable Medical Equipment | 0941 | Recreation/RX |
| 0362 | OR/Organ Transplant | 0944 | Drug Rehab |
| 0367 | OR/Kidney Transplant | 0945 | Alcohol Rehab |
| 0512 | Clinic - Dental Clinic | 0953 | Chemical Dependency (Drug and Alcohol) |
| 0513 | Clinic - Psychiatric Clinic | 0960-0989 | Professional Fees |
| 0521-0522, 0524-0525, 0527-0528 | Rural Health Clinic (RHC)/ Federally Qualified Health Center (FQHC) | 1000-1005 | Behavioral Health Accommodations |
| 0550-0559 | Home Health - Skilled Nursing | 3101-3109 | Adult Care |
| **MS-DRGs** | **Description** | **MS-DRGs** | **Description** |
| 001-002 w/o ICD-10-PCS Codes 02HA0QZ, 02HA0RZ, 02HA3QZ, 02HA4QZ, 02PA0RZ, 02PA3RZ, 02PA4RZ, 02WA0QZ, 02WA0RZ, 02WA3QZ, 02WA3RZ, 02WA4QZ, 02WA4RZ | Heart Transplant + *(see note + below)* | 010 | Pancreas Transplant |
| 005-006 | Liver Transplant | 014 | Allogeneic Bone Marrow Transplant |
| 007 | Lung Transplant | 016-017 | Autologous Bone Marrow Transplant |
| 008 | Pancreas/Kidney Transplant | 652 | Kidney Transplant |

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285167

+ Services related to implant of heart assist systems (MS-DRGs 001 & 002 with ICD-10-PCS Codes 02HA0QZ, 02HA0RZ, 02HA3QZ, 02HA4QZ, 02PA0RZ, 02PA3RZ, 02PA4RZ, 02WA0QZ, 02WA0RZ, 02WA3QZ, 02WA3RZ, 02WA4QZ, 02WA4RZ), if part of the care management of a transplant patient, will be treated as Heart Transplant services and will not be payable under this Appendix. The implant of heart assist systems is payable under this Appendix only if the service is a Covered Service and is not part of the care management of a transplant patient. These services are part of the care management of a transplant patient, even if a Customer ultimately does not receive a transplant, if the services were part of the progression for a transplant, the patient was accepted for evaluation as a transplant patient, or if the service was covered pursuant to the Customer's transplant benefits under the applicable Benefit Plan. In the event Facility is a party to another agreement with United or an affiliate of United that is applicable to these services rendered to a Customer, or another appendix to the Agreement applies to these services rendered to a Customer, the services may be payable under that agreement or appendix.

3.7     **Open Heart Surgical Procedure Following Outpatient Cardiac Catheterization.** If a Customer is admitted to Facility for an open heart surgical procedure within three calendar days of a cardiac catheterization Outpatient Procedure, the contract rate set forth in Section 2.3.2 will not apply, and the contract rate for an open heart procedure as set forth in Section 2.2 of this Appendix will be paid. No additional payments will be made for the cardiac catheterization services; instead, the cardiac catheterization services will be considered to have been reimbursed as part of the contract rate for the open-heart surgical procedure.

3.8     **Temporary Transfer.** If a Customer is temporarily transferred by Facility, without being discharged from an inpatient Admission or Outpatient Encounter, for services arranged by Facility, facility services (including the services provided at the facility that receives the temporary transfer) will be paid to Facility as one continuous Admission or Outpatient Encounter. In such case, Facility is responsible for reimbursing the facility that receives the temporary transfer.

If Facility temporarily transfers Customer, without discharging Customer from Facility, via ambulance for services arranged by Facility, charges for the ambulance services are included in Facility's contract rate as determined in this Appendix and neither Customer nor Payer will be billed separately.

If a Customer is temporarily transferred to Facility, without being discharged from the transferring facility, for services arranged by the transferring facility, Facility will bill the transferring facility for those services provided to such Customer, and neither Customer nor Payer will be billed.

3.9     **Facility Reimbursement for No Cost Items.** If an applicable program is available to provide items or payment directly to Facility for specific Covered Services for Customers subject to this Appendix that would otherwise be payable under this Appendix, the applicable program will apply and not this Appendix. However, related items for services not provided or paid under the program may be payable under this Appendix. (For example, the Campath Distribution program currently provides Campath (alemtuzumab) free of charge, and therefore no amount will be payable under this Appendix for Campath (alemtuzumab). However, the administration of Campath (alemtuzumab) may be payable under this Appendix, because payment is not provided to facilities under the Campath Distribution program.)

Highly Confidential
Subject to Protective Order
FOIA Exempt

**SECTION 4**
**Adjustment to Contract Rates Due to Changes in Facility's Customary Charges**

4.1    **Intent.**  The intent of this Section is to allow Facility to modify its Customary Charges when and how Facility chooses, while assuring that increases to Facility's Customary Charges do not have the impact of increasing the amount paid by Payers separately for inpatient or outpatient Covered Services under this Appendix.

Contract rates in this Appendix are subject to change according to this Section as a result of changes to Facility's Customary Charges.  Additionally, adjustments to the contract rates pursuant to this Section of this Appendix will carry forward into subsequent years.

4.2    **Duty to Give Notice.**  Facility will notify United at least 60 days prior to the implementation date of any increase by Facility to its Customary Charges or a change in an algorithm or formula used to determine the mark up to be applied to the acquisition price for any items or services which is likely to result in an increase in Customary Charges for either inpatient or outpatient Covered Services.

4.3    **Content of Notice.**  Any notice required by Section 4.2 will include, separately for inpatient and outpatient Covered Services, the following:

(a)    Facility's Chargemaster data before and after the increase in Facility's Customary Charges with the following criteria and in the format described in the attached Chargemaster Notice Exhibit:

(i)    by service item with revenue code mapping, excluding revenue codes listed in the Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment Table and the Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement Table of this Appendix, and

(ii)    in a mutually acceptable format.

(b)    The effective date of the Facility's new Chargemaster;

(c)    Utilization for Payers to which this Appendix is applicable for the most recent twelve months of data available prior to the increase in Facility's increase to its Customary Charges. Utilization is to be reported with the following criteria:

(i)    by service item with revenue code mapping, excluding revenue codes listed in the Services Always Included Within the Contract Rate for Other Covered Services and Not Eligible for Consideration in Other Calculations for Payment Table and the Services Not Payable Under This Appendix But May be Payable Under Another Appendix To The Agreement Or Under Another Agreement Table of this Appendix,

(ii)    in a mutually acceptable format, and

(iii)    separately for inpatient and outpatient services.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285169

(d)      Facility's estimate of the new _____ PPR contract rates rounded to the nearest digit to the right of the decimal point going forward at which the cost to Payers of PPR Covered Services will be no greater than the cost during the previous contract year.  Facility's estimates will be in the format described in the attached Chargemaster Notice Exhibit.  Facility will use the formula(s) in the attached Chargemaster Notice Exhibit to calculate its estimate of the new PPR contract rates.  Facility's estimate will assume that utilization reported in (c) above will be the same before and after the Customary Charge increase.;

(e)      Facility's estimate of the fixed contract rates going forward, at which the cost to Payers of fixed rate Covered Services will be the same as it was prior to the Customary Charge increase triggering the lesser of logic calculation. Facility's estimate will assume that utilization reported in (c) above will be the same before and after the Customary Charge increase.

_____

_____

4.4      **Cooperation with United.**  Facility will cooperate with United in administration of this Section by timely meeting with United to discuss and explain the information provided in accordance with Section 4.3, including Facility's calculation of the new PPR contract rates and fixed contract rates (impacted by lesser of).

4.5      **Adjustment to Contract Rates.**  Upon receipt of the notice described in Section 4.3, United will adjust the inpatient and outpatient PPR contract rates and fixed contract rates (impacted by lesser of) using the estimates in the notice.  United will create and implement a new version of this Appendix.  The revised appendix will be identical to this Appendix, other than the revised PPR contract rates and fixed contract rates (impacted by lesser of) set forth in the notice.  United may implement the revised appendix without Facility's consent; provided that the revised appendix contains no other changes.  United will provide Facility with a copy of the revised appendix, along with the effective date of the revised appendix.

4.6      **United's right to audit.**  In addition to any other audit rights that United may have under the Agreement, United may conduct audits in connection with this Section 4.  The purpose of the audit may be to identify any instance in which Facility did not give the required notice, or provided inaccurate information, or provided incorrect estimates of the necessary changes to the PPR contract rates or fixed contract rates (impacted by lesser of).  Facility will cooperate with the audit process and will provide to United documentation that United reasonably requests in order to perform such audits.

4.7      **Recovery of overpayments.**  In the event that United determines that an overpayment to Facility has resulted due to Facility's failure to give timely notice as required under this Section 4, or due to Facility providing inaccurate information, or due to Facility providing incorrect estimates of the adjustments needed to the PPR contract rates or fixed contract rates (impacted by lesser of), United may recover those overpayments.  United will give Facility notice of, and United's intent to, recover the overpayment.  The notice will identify United's basis for believing that an overpayment has occurred, how United will recover the overpayment and how United will prospectively adjust the PPR contract rates and fixed contract rates (impacted by lesser of) to prevent additional overpayments from occurring.  United's right to collect overpayments under this Section 4.7 is in addition to any other rights to adjust claims or collect overpayments United may have under the Agreement and is not subject to any time limitations otherwise set forth in the Agreement.

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285170

United will timely meet with Facility, upon Facility's request, to discuss and explain the information in United's notice, how United calculated that information, and why United believes this information to be correct.

In the event that Facility initiates dispute resolution as further described under Section 4.8, the recovery and adjustments described in this Section 4.7 will not take place until the conclusion of the dispute resolution process.

4.8 **Dispute resolution.** In the event Facility disagrees with United as to the existence of an overpayment or the amount of the overpayment or with the amount of the contract rate adjustment described in Section 4.7, the issue will be resolved through the dispute resolution process set forth in the Agreement, modified as follows:

(a) The parties will confer in good faith, and will resolve the matter through prospective and temporary contract rate adjustments to the contract rates for Covered Services set forth in this Appendix. Such prospective contract rate adjustment will be calculated to account for and neutralize the financial impact of the Customary Charge increase at issue to the contract rates set forth in this Appendix, so that Customary Charge increase will not have the impact of increasing the amount paid by Payers separately for inpatient or outpatient Covered Services under this Appendix. The temporary contract rate adjustment will be calculated to address, through an additional and temporary adjustment to the contract rates, the financial impact on all claims impacted by the Customary Charge increase (inpatient claims with the date the Admission started and outpatient claims with dates of service occurring on and following the date of the Customary Charge increase at issue) for dates of service prior to the effective date of the contract rate adjustment.

(b) If the parties are unable to amicably resolve the matter and implement an updated appendix with prospective and temporary contract rate adjustments within 90 days of receipt of the above-described notice, either party which remains dissatisfied may provide written notice to the other party of its decision to employ the services of a third party consultant with expertise in account relevant to the issues at hand rather than to an arbitrator selected as described in the Agreement to resolve the dispute. The consultant's scope will be limited to quantifying the financial impact of the Customary Charge increase and the prospective and temporary contract rate adjustments in dispute to the parties. The consultant will be jointly selected by the parties. The parties will work together in good faith to develop a list of eligible consultants by 06/15/2016. The consultant fee will be shared equally between United and the Facility.

Each party will simultaneously and confidentially submit to the consultant and to each other the following data elements:

(i) a prospective contract rate adjustment (the PPR contract rates or fixed contract rates (impacted by lesser of)),as described above, to account for the ongoing impact of the Customary Charge increase in dispute, for Covered Services with dates of service starting 30 days after the date of the consultant's decision;

(ii) a temporary adjustment (the PPR contract rates or fixed contract rates (impacted by lesser of)), to the prospective contract rate adjustment, to account for the impact on claims that were impacted by the Customary Charge increase and that have dates of service prior to the effective date of the prospective contract rate adjustment described in the bullet immediately above this bullet (United may instead elect to address the claims with dates of service prior to effective date of

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285171

the prospective contract rate adjustment by reprocessing those claims in accordance with the prospective contract rate adjustment, in which case the temporary adjustment will not be applied) (should United elect to reprocess the claims as set forth herein, the reprocessing process must be completed within ninety (90) days of the date of the consultant's decision); and

(iii)   the length of time the temporary adjustment should remain in effect, and

(iv)   Utilization data that supports the party's prospective and temporary contract rate adjustment.

The data elements listed in (b)(i)-(iii) will collectively be referred to as each party's "Proposal."

(c)   Each party will have the same deadline for submitting their respective Proposals to the consultant; that deadline will be a date jointly selected by the parties or, if the parties cannot agree upon a date, the consultant will select a date.  The consultant must select either the Proposal submitted by Facility in its entirety or the Proposal proposed by United in its entirety.

(d)   After the proposed findings are submitted to the consultant, the parties will meet with each other to review the submissions and explore the opportunity to resolve the dispute on a mutually satisfactory basis.

(e)   In the event the parties are unable to settle the matter, each party may submit to the consultant, with a copy to the other party, a response to the other party's Proposal; the deadline for submitting these responses will be jointly determined by the parties or, if the parties cannot agree upon a date, the consultant will select a date.

(f)   In the event the parties agree that a hearing should be held, or that a hearing is not necessary, the agreement of the parties will be followed.  In the event that the parties cannot agree on whether a hearing is needed, the consultant will decide whether a hearing is necessary.

(g)   The decision of the consultant will be binding on the parties to the same extent as the decision of the arbitrator under the dispute resolution process set forth in the Agreement.

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285172

## UHC Facility Lab Fee Schedule Exhibit

Facility acknowledges receipt of an electronic version of the UHC Facility Lab Fee Schedule Exhibit. Attached is the "Facility Fee Schedule Specifications" and "Representative Facility Fee Schedule Sample".

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285173

## UHC OPG (Outpatient Procedure Grouper) Exhibit

Facility acknowledges receipt of an electronic version of the UHC OPG (Outpatient Procedure Grouper) Exhibit.

**REVENUE CODE:**
0360, 0361, 0369
0481
0490, 0499
0750
0790

**WITH CPT / HCPCS CODES THAT ARE CONSIDERED "OPG ELIGIBLE" AS NOTED WITH A "Y" IN THE MOST CURRENT UHC OPG (OUTPATIENT PROCEDURE GROUPER) EXHIBIT**

UnitedHealthcare
Confidential and Proprietary

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285174

**Chargemaster Notice Exhibit**

Highly Confidential
Subject to Protective Order
FOIA Exempt

DOJCGH_0001285175