Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

## AMENDMENT

This Amendment (the "Amendment") is made as of **December 15, 2017** (the "Effective Date"), between Aetna Health Inc., a Georgia corporation, on behalf of itself and its Affiliates (hereinafter referred to as "Company") and Durall Capital Holdings, LLC dba Chestatee Regional Hospital (hereinafter referred to as "Provider").

**WHEREAS,** Company and Provider have entered into a Hospital Services Agreement ("Agreement") to provide health care services to members enrolled in coverage plans issued or administered by Company; and

WHEREAS, Company and Hospital have successfully negotiated new compensation terms of the Agreement; and

**WHEREAS,** the parties to the Agreement wish to amend the Agreement as of the Effective Date as provided herein.

**NOW, THEREFORE**, in consideration of the mutual promises and undertakings contained herein, the parties agree to be legally bound as follows:

1.　　The Hospital Service and Rate Schedule attached to the Agreement is hereby replaced by the Hospital Service and Rate Schedule attached which has been revised to provide specific compensation for Inpatient Psychiatric services.

2.　　All other terms and provisions of the Agreement not amended hereby shall remain in full force and effect.  In the event of any inconsistency between the terms of this Amendment and the Agreement, the terms of this Amendment shall govern and control.

3.　　This Amendment may be signed in several counterparts, each of which will be deemed an original; however, all shall constitute one and the same Amendment.

**IN WITNESS WHEREOF**, this Amendment has been duly executed by the authorized representatives of Company and Provider as of the Effective Date.

**Accepted By:**

**PROVIDER**

By:　*neisha zaffuto*
　　　neisha zaffuto (Oct 25, 2017)

**Printed Name:**　neisha zaffuto

Title:　　business office manager

Date:　　Oct 25, 2017

FEDERAL TAX I.D. NUMBER:  813577160

**COMPANY**

By:

Printed Name:

Title:

Date:

Aetna 000103

DOJCGH_0001033079

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**HOSPITAL SERVICE
AND
RATE SCHEDULE**

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Intensive Care:**<br>MICU/SICU/PICU/CCU | **Revenue Codes:**<br>200, 201, 202, 203, 207, 208, 209, 210, 211, 212, 213, 219 | $2369.00 Per Diem |
| **Intermediate Care:**<br>(Step Down or Telemetry) | **Revenue Codes:**<br>206, 214 | $2152.00 Per Diem |
| **Medical/Surgical Care:** | **Revenue Codes:**<br>100, 101, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 127, 129, 130, 131, 132, 133, 137, 139, 140, 141, 142, 143, 147, 149, 150, 151, 152, 153, 157, 159, 160, 164, 167, 169 | $2082.00 Per Diem |
| **Acute Rehab I** | **Revenue Codes:**<br>118, 128, 138, 148, 158 | $1000.00 Per Diem |
| **Nursery:**<br>Level I | **Revenue Codes:**<br>170, 171, 179 | $530.00 Per Diem |
| **Nursery :**<br>Level II and III | **Revenue Codes:**<br>172, 173 | $2295.00 Per Diem |
| **Nursery:**<br>Level IV | **Revenue Codes:**<br>174 | $2440.00 Per Diem |
| **Skilled Care:**<br>Level I - Skilled Care<br>Level II - Comprehensive Care | **Revenue Codes:**<br>190, 191, 192, 199 | Not Provided |
| **Sub-Acute Care:**<br>(Alternative Deliv)<br>Level III-Complex<br>Level IV-Intensive | **Revenue Codes:**<br>193, 194 | Not Provided |
| **Inpatient Psychiatric Eating Disorders** | **Revenue Codes:**<br>114, 124, 134, 144, 154, 204<br>**And**<br>**ICD10 Diagnosis Codes:**<br>F50.00, F50.01, F50.02, F50.2, F50.81, F50.82, F50.89, F50.9, F98.21, F98.29, F98.3 | $1400.00 Per Diem |
| **Inpatient Psychiatric** | Revenue Codes: 114, 124, 134, 144, 154, 204 | $1400.00 Per Diem |
| **Inpatient Detoxification** | HCPC Codes: | $1400.00 Per Diem |

Aetna 000104

DOJCGH_0001033080

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | H0008-H0011<br><br>**Revenue Codes:**<br>116, 126, 136, 146, 156 | |
|---|---|---|
| **Inpatient Rehab-Alcohol/Drug** | **Revenue Codes:** 118, 128, 138, 148, 158 and Rehab ICD-10 codes | $1400.00 Per Diem |
| **Maternity Care:**<br>Vaginal delivery incl newborn charges for Nursery Lev. 1 | **Revenue Codes:** 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160; ICD-10 Procedure codes: 10D07Z3 - 10D07Z8, 10E0XZZ | $4089.00 Case Rate (DAYS 0-2) |
| **Maternity Care:**<br>C-Section delivery incl newborn charges for Nursery Lev. 1 | **Revenue Codes:** 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160: ICD-10 Procedure codes: 10D00Z0 - 10D00Z2 | $5526.00 Case Rate (DAYS 0-4) |

**INPATIENT CARVE OUT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Med Record Copy Admin** | **HCPC Codes:**<br>S9982 | $0.25 Per Unit<br>Paid In Addition to Other Negotiated Rates |
| **Implants/Prosthetics** | **Revenue Codes:**<br>275, 278 | 105% of Invoice<br>Paid In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Ambulatory Surgery - Aetna Enhanced Groupers:**<br>Category 1 | **Aetna Enhanced Groupers** | $800.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:**<br>Category 2 | **Aetna Enhanced Groupers** | $900.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:**<br>Category 3 | **Aetna Enhanced Groupers** | $1020.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:** | **Aetna Enhanced Groupers** | $1100.00 Case Rate |

Aetna 000105

DOJCGH_0001033081

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| Category 4 | | |
|---|---|---|
| **Ambulatory Surgery - Aetna Enhanced Groupers:** Category 5 | **Aetna Enhanced Groupers** | $1350.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:** Category 6 | **Aetna Enhanced Groupers** | $1500.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:** Category 7 | **Aetna Enhanced Groupers** | $2200.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:** Category 8 | **Aetna Enhanced Groupers** | $2700.00 Case Rate |
| **Ambulatory Surgery - Aetna Enhanced Groupers:** Category 9 | **Aetna Enhanced Groupers** | $3100.00 Case Rate |
| **Ambulatory Surgery:** Default Rate | All surgical procedures not otherwise identified | $1350.00 Case Rate |
| **Cardiac Catheterization** | **HCPC Code:** G0448 **Includes:** CPT4 Codes: 93563-93568 **CPT4 Codes:** 0293T, 0294T, 0408T, 0410T, 0411T, 0413T, 0415T, 33340, 33477, C9741, 93451-93462, 93503-93505, 93530-93533, 93590, 93591, 93592 **Includes:** CPT4 Codes: 93563-93568 | $4000.00 Case Rate |
| **Cardiac Studies** | **CPT4 Codes:** 93000-93352 | 75% of Billed Charges |
| **Vascular Diagnostic Studies** | **CPT4 Codes:** 93880-93998 | 75% of Billed Charges |
| **Emergency Care** | **Revenue Codes:** 450, 451, 452, 459 | $600.00 Case Rate |
| **Observation Services** | **Revenue Codes:** 760, 762, 769 | 75% of Billed Charges to Max of $2500.00 Rate Applies to Entire Bill |
| **Chemotherapy** | **CPT4 Codes:** 51720, 96401-96542 **HCPC Codes:** Q0083, Q0084, Q0085 | 75% of Billed Charges |
| **Hospital Outpatient Dialysis** | **Revenue Codes:** 820, 821, 831, 841, 851 **And** **CPT4 Codes:** | 75% of Billed Charges |

V.16.0.05.15

Aetna 000106

DOJCGH_0001033082

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | | |
|---|---|---|
| | 90935, 90937, 90945, 90947, 90993, 90999<br>**Revenue Codes:**<br>829<br>**And**<br>**CPT4 Codes:**<br>90935, 90937, 90993, 90999 | |
| **Sleep Studies** | **CPT4 Codes:**<br>95782, 95783, 95800, 95801, 95805, 95806, 95807, 95808, 95810, 95811<br><br>**HCPC Codes:**<br>G0398, G0399, G0400 | 75% of Billed Charges |
| **Laboratory Services** | **CDT**<br>D0416, D0431, D0475, D0476, D0477, D0478, D0479, D0481, D0482, D0483<br><br>**CPT4 Codes:**<br>0001M, 0002M, 0003M, 0004M, 0004U, 0005U, 0006M, 0006U, 0007M, 0007U, 0008M, 0008U, 0009M, 0009U, 0010U, 0011U, 0012U, 0013U, 0014U, 0015U, 0016U, 0017U, 0058T, 0085T, 0111T, 0357T, 0423T, 0443T, 58323, 80047, 80048, 80050, 80051, 80053, 80055, 80061, 80069, 80074, 80076, 80081, 80150, 80155, 80156, 80157, 80158, 80159, 80162, 80163, 80164, 80165, 80168, 80169, 80170, 80171, 80173, 80175, 80176, 80177, 80178, 80180, 80183, 80184, 80185, 80186, 80188, 80190, 80192, 80194, 80195, 80197, 80198, 80199, 80200, 80201, 80202, 80203, 80299, 80305, 80306, 80307, 80320, 80321, 80322, 80323, 80324, 80325, 80326, 80327, 80328, 80329, 80330, 80331, 80332, 80333, 80334, 80335, 80336, 80337, 80338, 80339, 80340, 80341, 80342, 80343, 80344, 80345, 80346, 80347, 80348, 80349, 80350, 80351, 80352, 80353, 80354, 80355, 80356, 80357, 80358, 80359, 80360, 80361, 80362, 80363, 80364, 80365, 80366, 80367, 80368, 80369, 80370, 80371, 80372, 80373, 80374, 80375, 80376, 80377, 80400, 80402, 80406, 80408, 80410, 80412, 80414, 80415, 80416, 80417, 80418, 80420, 80422, 80424, 80426, 80428, 80430, 80432, 80434, 80435, 80436, 80438, 80439, 80500, 80502, | 150% of Aetna Market Fee Schedule Hospital - Technical Rate |

Aetna 000107

DOJCGH_0001033083

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | | |
|---|---|---|
| | 81000, 81001, 81002, 81003, 81005, 81007, 81015, 81020, 81025, 81050, 81099, 81161, 81162, 81170, 81200, 81201, 81202, 81203, 81205, 81206, 81207, 81208, 81209, 81210, 81211, 81212, 81213, 81214, 81215, 81216, 81217, 81218, 81219, 81220, 81221, 81222, 81223, 81224, 81225, 81226, 81227, 81228, 81229, 81235, 81240, 81241, 81242, 81243, 81244, 81245, 81246, 81250, 81251, 81252, 81253, 81254, 81255, 81256, 81257, 81260, 81261, 81262, 81263, 81264, 81265, 81266, 81267, 81268, 81270, 81272, 81273, 81275, 81276, 81287, 81288, 81290, 81291, 81292, 81293, 81294, 81295, 81296, 81297, 81298, 81299, 81300, 81301, 81302, 81303, 81304, 81310, 81311, 81313, 81314, 81315, 81316, 81317, 81318, 81319, 81321, 81322, 81323, 81324, 81325, 81326, 81327, 81330, 81331, 81332, 81340, 81341, 81342, 81350, 81355, 81370, 81371, 81372, 81373, 81374, 81375, 81376, 81377, 81378, 81379, 81380, 81381, 81382, 81383, 81400, 81401, 81402, 81403, 81404, 81405, 81406, 81407, 81408, 81410, 81411, 81412, 81415, 81416, 81417, 81420, 81422, 81425, 81426, 81427, 81430, 81431, 81432, 81433, 81434, 81435, 81436, 81437, 81438, 81439, 81440, 81442, 81445, 81450, 81455, 81460, 81465, 81470, 81471, 81479, 81490, 81493, 81500, 81503, 81504, 81506, 81507, 81508, 81509, 81510, 81511, 81512, 81519, 81525, 81528, 81535, 81536, 81538, 81539, 81540, 81545, 81595, 81599, 82009, 82010, 82013, 82016, 82017, 82024, 82030, 82040, 82042, 82043, 82044, 82045, 82075, 82085, 82088, 82103, 82104, 82105, 82106, 82107, 82108, 82120, 82127, 82128, 82131, 82135, 82136, 82139, 82140, 82143, 82150, 82154, 82157, 82160, 82163, 82164, 82172, 82175, 82180, 82190, 82232, 82239, 82240, 82247, 82248, 82252, 82261, 82270, 82271, 82272, 82274, 82286, 82300, 82306, 82308, 82310, 82330, 82331, 82340, 82355, 82360, 82365, 82370, 82373, 82374, 82375, 82376, 82378, 82379, 82380, 82382, 82383, 82384, 82387, 82390, 82397, 82415, 82435, 82436, | |

Aetna 000108

DOJCGH_0001033084

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

82438, 82441, 82465, 82480, 82482,
82485, 82495, 82507, 82523, 82525,
82528, 82530, 82533, 82540, 82542,
82550, 82552, 82553, 82554, 82565,
82570, 82575, 82585, 82595, 82600,
82607, 82608, 82610, 82615, 82626,
82627, 82633, 82634, 82638, 82652,
82656, 82657, 82658, 82664, 82668,
82670, 82671, 82672, 82677, 82679,
82693, 82696, 82705, 82710, 82715,
82725, 82726, 82728, 82731, 82735,
82746, 82747, 82757, 82759, 82760,
82775, 82776, 82777, 82784, 82785,
82787, 82800, 82803, 82805, 82810,
82820, 82930, 82938, 82941, 82943,
82945, 82946, 82947, 82948, 82950,
82951, 82952, 82955, 82960, 82962,
82963, 82965, 82977, 82978, 82979,
82985, 83001, 83002, 83003, 83006,
83009, 83010, 83012, 83013, 83014,
83015, 83018, 83020, 83021, 83026,
83030, 83033, 83036, 83037, 83045,
83050, 83051, 83060, 83065, 83068,
83069, 83070, 83080, 83088, 83090,
83150, 83491, 83497, 83498, 83499,
83500, 83505, 83516, 83518, 83519,
83520, 83525, 83527, 83528, 83540,
83550, 83570, 83582, 83586, 83593,
83605, 83615, 83625, 83630, 83631,
83632, 83633, 83655, 83661, 83662,
83663, 83664, 83670, 83690, 83695,
83698, 83700, 83701, 83704, 83718,
83719, 83721, 83727, 83735, 83775,
83785, 83789, 83825, 83835, 83857,
83861, 83864, 83872, 83873, 83874,
83876, 83880, 83883, 83885, 83915,
83916, 83918, 83919, 83921, 83930,
83935, 83937, 83945, 83950, 83951,
83970, 83986, 83987, 83992, 83993,
84030, 84035, 84060, 84061, 84066,
84075, 84078, 84080, 84081, 84085,
84087, 84100, 84105, 84106, 84110,
84112, 84119, 84120, 84126, 84132,
84133, 84134, 84135, 84138, 84140,
84143, 84144, 84145, 84146, 84150,
84152, 84153, 84154, 84155, 84156,
84157, 84160, 84163, 84165, 84166,
84181, 84182, 84202, 84203, 84206,
84207, 84210, 84220, 84228, 84233,
84234, 84235, 84238, 84244, 84252,
84255, 84260, 84270, 84275, 84285,
84295, 84300, 84302, 84305, 84307,
84311, 84315, 84375, 84376, 84377,
84378, 84379, 84392, 84402, 84403,

05230224/2  04446360/1
V.16.0.05.15

Aetna 000109

DOJCGH_0001033085

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | | |
|---|---|---|
| | 84410, 84425, 84430, 84431, 84432, 84436, 84437, 84439, 84442, 84443, 84445, 84446, 84449, 84450, 84460, 84466, 84478, 84479, 84480, 84481, 84482, 84484, 84485, 84488, 84490, 84510, 84512, 84520, 84525, 84540, 84545, 84550, 84560, 84577, 84578, 84580, 84583, 84585, 84586, 84588, 84590, 84591, 84597, 84600, 84620, 84630, 84681, 84702, 84703, 84704, 84830, 84999, 85002, 85004, 85007, 85008, 85009, 85013, 85014, 85018, 85025, 85027, 85032, 85041, 85044, 85045, 85046, 85048, 85049, 85055, 85060, 85097, 85130, 85170, 85175, 85210, 85220, 85230, 85240, 85244, 85245, 85246, 85247, 85250, 85260, 85270, 85280, 85290, 85291, 85292, 85293, 85300, 85301, 85302, 85303, 85305, 85306, 85307, 85335, 85337, 85345, 85347, 85348, 85360, 85362, 85366, 85370, 85378, 85379, 85380, 85384, 85385, 85390, 85396, 85397, 85400, 85410, 85415, 85420, 85421, 85441, 85445, 85460, 85461, 85475, 85520, 85525, 85530, 85536, 85540, 85547, 85549, 85555, 85557, 85576, 85597, 85598, 85610, 85611, 85612, 85613, 85635, 85651, 85652, 85660, 85670, 85675, 85705, 85730, 85732, 85810, 85999, 86000, 86001, 86003, 86005, 86021, 86022, 86023, 86038, 86039, 86060, 86063, 86077, 86078, 86079, 86140, 86141, 86146, 86147, 86148, 86152, 86153, 86155, 86156, 86157, 86160, 86161, 86162, 86171, 86185, 86200, 86215, 86225, 86226, 86235, 86243, 86255, 86256, 86277, 86280, 86294, 86300, 86301, 86304, 86305, 86308, 86309, 86310, 86316, 86317, 86318, 86320, 86325, 86327, 86329, 86331, 86332, 86334, 86335, 86336, 86337, 86340, 86341, 86343, 86344, 86352, 86353, 86355, 86356, 86357, 86359, 86360, 86361, 86367, 86376, 86378, 86382, 86384, 86386, 86403, 86406, 86430, 86431, 86480, 86481, 86485, 86486, 86490, 86510, 86580, 86590, 86592, 86593, 86602, 86603, 86606, 86609, 86611, 86612, 86615, 86617, 86618, 86619, 86622, 86625, 86628, 86631, 86632, 86635, 86638, 86641, 86644, 86645, 86648, 86651, 86652, 86653, 86654, 86658, | |

 05230224/2 04446360/1

V.16.0.05.15

Aetna 000110

DOJCGH_0001033086

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

86663, 86664, 86665, 86666, 86668,
86671, 86674, 86677, 86682, 86684,
86687, 86688, 86689, 86692, 86694,
86695, 86696, 86698, 86701, 86702,
86703, 86704, 86705, 86706, 86707,
86708, 86709, 86710, 86711, 86713,
86717, 86720, 86723, 86727, 86729,
86732, 86735, 86738, 86741, 86744,
86747, 86750, 86753, 86756, 86757,
86759, 86762, 86765, 86768, 86771,
86774, 86777, 86778, 86780, 86784,
86787, 86788, 86789, 86790, 86793,
86800, 86803, 86804, 86805, 86806,
86807, 86808, 86812, 86813, 86816,
86817, 86821, 86822, 86825, 86826,
86828, 86829, 86830, 86831, 86832,
86833, 86834, 86835, 86849, 86850,
86860, 86870, 86880, 86885, 86886,
86890, 86891, 86900, 86901, 86902,
86904, 86905, 86906, 86910, 86911,
86920, 86921, 86922, 86923, 86927,
86930, 86931, 86932, 86940, 86941,
86945, 86950, 86960, 86965, 86970,
86971, 86972, 86975, 86976, 86977,
86978, 86985, 86999, 87003, 87015,
87040, 87045, 87046, 87070, 87071,
87073, 87075, 87076, 87077, 87081,
87084, 87086, 87088, 87101, 87102,
87103, 87106, 87107, 87109, 87110,
87116, 87118, 87140, 87143, 87147,
87149, 87150, 87152, 87153, 87158,
87164, 87166, 87168, 87169, 87172,
87176, 87177, 87181, 87184, 87185,
87186, 87187, 87188, 87190, 87197,
87205, 87206, 87207, 87209, 87210,
87220, 87230, 87250, 87252, 87253,
87254, 87255, 87260, 87265, 87267,
87269, 87270, 87271, 87272, 87273,
87274, 87275, 87276, 87277, 87278,
87279, 87280, 87281, 87283, 87285,
87290, 87299, 87300, 87301, 87305,
87320, 87324, 87327, 87328, 87329,
87332, 87335, 87336, 87337, 87338,
87339, 87340, 87341, 87350, 87380,
87385, 87389, 87390, 87391, 87400,
87420, 87425, 87427, 87430, 87449,
87450, 87451, 87470, 87471, 87472,
87475, 87476, 87477, 87480, 87481,
87482, 87483, 87485, 87486, 87487,
87490, 87491, 87492, 87493, 87495,
87496, 87497, 87498, 87500, 87501,
87502, 87503, 87505, 87506, 87507,
87510, 87511, 87512, 87515, 87516,
87517, 87520, 87521, 87522, 87525,

Aetna 000111

DOJCGH_0001033087

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | | |
|---|---|---|
| | 87526, 87527, 87528, 87529, 87530, 87531, 87532, 87533, 87534, 87535, 87536, 87537, 87538, 87539, 87540, 87541, 87542, 87550, 87551, 87552, 87555, 87556, 87557, 87560, 87561, 87562, 87580, 87581, 87582, 87590, 87591, 87592, 87623, 87624, 87625, 87631, 87632, 87633, 87640, 87641, 87650, 87651, 87652, 87653, 87660, 87661, 87797, 87798, 87799, 87800, 87801, 87802, 87803, 87804, 87806, 87807, 87808, 87809, 87810, 87850, 87880, 87899, 87900, 87901, 87902, 87903, 87904, 87905, 87906, 87910, 87912, 87999, 88000, 88005, 88007, 88012, 88014, 88016, 88020, 88025, 88027, 88028, 88029, 88036, 88037, 88040, 88045, 88099, 88104, 88106, 88108, 88112, 88120, 88121, 88125, 88130, 88140, 88141, 88142, 88143, 88147, 88148, 88150, 88152, 88153, 88154, 88155, 88160, 88161, 88162, 88164, 88165, 88166, 88167, 88172, 88173, 88174, 88175, 88177, 88182, 88184, 88185, 88187, 88188, 88189, 88199, 88230, 88233, 88235, 88237, 88239, 88240, 88241, 88245, 88248, 88249, 88261, 88262, 88263, 88264, 88267, 88269, 88271, 88272, 88273, 88274, 88275, 88280, 88283, 88285, 88289, 88291, 88299, 88300, 88302, 88304, 88305, 88307, 88309, 88311, 88312, 88313, 88314, 88319, 88321, 88323, 88325, 88329, 88331, 88332, 88333, 88334, 88341, 88342, 88344, 88346, 88348, 88350, 88355, 88356, 88358, 88360, 88361, 88362, 88363, 88364, 88365, 88366, 88367, 88368, 88369, 88371, 88372, 88373, 88374, 88375, 88377, 88380, 88381, 88387, 88388, 88399, 88720, 88738, 88740, 88741, 88749, 89049, 89050, 89051, 89055, 89060, 89125, 89160, 89190, 89220, 89230, 89240, 89250, 89251, 89253, 89254, 89255, 89257, 89258, 89259, 89260, 89261, 89264, 89268, 89272, 89280, 89281, 89290, 89291, 89300, 89310, 89320, 89321, 89322, 89325, 89329, 89330, 89331, 89335, 89337, 89342, 89343, 89344, 89346, 89352, 89353, 89354, 89356, 89398, 96902

**HCPC Codes:** | |

V.16.0.05.15

Aetna 000112

DOJCGH_0001033088

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | G0027, G0103, G0123, G0124, G0141, G0143, G0144, G0145, G0147, G0148, G0306, G0307, G0328, G0416, G0432, G0433, G0435, G0452, G0472, G0475, G0476, G0480, G0481, G0482, G0483, G9143, H0003, H0049, P2028, P2029, P2031, P2033, P2038, P3000, P3001, P7001, Q0111, Q0112, Q0113, Q0114, Q0115, Q9987, S3620, S3630, S3645, S3650, S3652, S3655, S3722, S3800, S3840, S3841, S3842, S3844, S3845, S3846, S3849, S3850, S3852, S3853, S3854, S3861, S3865, S3866, S3870 | |
|---|---|---|
| **Radiology Services** | All applicable Radiology CPT4 codes, C, G, Q and S HCPCS codes and all applicable temporary codes. | 75% of Billed Charges |
| **Imaging Enhancing Substance** | **HCPC Codes:** A4641, A4642, A9500, A9501, A9502, A9503, A9504, A9505, A9507, A9508, A9509, A9510, A9512, A9515, A9516, A9520, A9521, A9524, A9526, A9528, A9529, A9531, A9532, A9536, A9537, A9538, A9539, A9540, A9541, A9542, A9546, A9547, A9548, A9550, A9551, A9552, A9553, A9554, A9555, A9556, A9557, A9558, A9559, A9560, A9561, A9562, A9566, A9567, A9568, A9569, A9570, A9571, A9572, A9575, A9576, A9577, A9578, A9579, A9580, A9581, A9583, A9584, A9585, A9586, A9587, A9588, A9597, A9598, A9599, A9698, Q9951, Q9953, Q9954, Q9958-Q9964, Q9965, Q9966, Q9967, Q9969, Q9982, Q9983 | Not Reimbursed |
| **Physical Therapy** | **Revenue Codes:** 420, 421, 422, 423, 424, 429 | $115.00 Once Per Day Per Individual Discipline |
| **Speech Therapy** | **Revenue Codes:** 440, 441, 442, 443, 444, 449 | $115.00 Once Per Day Per Individual Discipline |
| **Occupational Therapy** | **Revenue Codes:** 430, 431, 432, 433, 434, 439 | $115.00 Once Per Day Per Individual Discipline |
| **All drugs or drug agents without specific rate set forth above or** | **HCPC Codes** A4231, A4802, A6250, A9180, | 175% of National Drug Fee Schedule (for hospitals) |

Aetna 000113

DOJCGH_0001033089

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | | |
|---|---|---|
| herein | A9517, A9563, A9564, A9600, B4100-B4102, C9113-C9138, C9460, C9470-C9497, G3001, G9017- G9020, G9361, J0120-J9999, P9041-P9048, Q0144-Q0181, Q0515, Q2004-Q2017, Q2028, Q2050-Q2052, Q3027-Q3028, Q4081-Q4082, Q5101-Q5102, Q9950, Q9955-Q9957, Q9980-Q9981, S0012-S0040, S0073-S0148, S0156-S0166, S0170-S0191, S4990-, S4993-S4995. S5010-S5012, S5550, S8490 | |
| **All Other Outpatient** | | 75%  of Billed Charges |

**OUTPATIENT CARVE OUT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Med Record Copy Admin** | **HCPC Codes:** S9982 | $0.25 Per Unit Paid In Addition to Other Negotiated Rates |
| **Implants/Prosthetics** | **Revenue Codes:** 275, 278 | 105%  of Invoice Paid In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| **MRI/MRA** | All MRI/MRA codes in code range 70010 - 79999 | $700.00 Paid In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| **CAT Scan** | All CAT scan codes in the code ranges G0297, 0042T, 70450-70498, 71250-71275, 72125-72133, 72191-72194, 73200-73206, 73700-73702, 74150-74178, 74261-74263, 75571-75574, 75635, 75989, 76376-76380, 77011-77014, 77078 | $500.00 Paid In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| **PET Scan** | All PET scan codes in code range 70010 - 79999 and PET scan codes G0219, G0235, G0252, and S8085. | $2000.00 Paid In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |

Aetna 000114

DOJCGH_0001033090

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**PROFESSIONAL COMPONENTS:**

**Payment for professional services is not included in the rates specified in this Services and Compensation
Schedule.**

<u>**TERMS AND CONDITIONS**</u>:

All payments are subject to the Policies promulgated by Company pursuant to this Agreement.  Moreover, payments
will be based on the level of care authorized by Company.

<u>Definition of Services</u>:

The following service definitions are intended to help facilitate billing and payment between Hospital and Company.

1)  **"Ambulatory Detoxification"** includes all services (including pre-admission services) and all related services
such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family
and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and
supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.

2)  **"Ambulatory Surgery"** includes all items, pre-procedure testing and services necessary to perform same day
surgery or ambulatory surgery in an operating room or ambulatory surgery suite.  Rates for Categories 6 and 8
are inclusive of intraocular lenses.

3)  **"Cardiac Testing, Cardiac Catheterization, and Other Cardiovascular Services (outpatient)"** includes
technical component of diagnostic procedures, pre-procedure testing, all injections and all related lab services.

4)  **"Chemotherapy" (outpatient only)** includes pre-procedure testing the administration of chemotherapeutic
agents.

5)  **"Detoxification"** includes all services pre-admission services and all related services for 24 hour inpatient level
of care for members with substance-related disorders including semi-private accommodations, room and board
and services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual,
group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines,
equipment use and supplies, history and physical examinations and all ancillary services performed at or
arranged by Hospital.  Rate applies when member is specifically in a Detoxification Unit.

6)  **"Emergency Care"** includes all services and covered items related to patient care rendered as a result of an
emergency room visit.

7)  **"Encounter Data"** – Information reported to Company for all laboratory services, as defined by the Centers for
Medicare and Medicaid Services (CMS), provided to Company Members that are compensated through a
capitation model.

8)  **"Gatekeeper products"** – For purposes of this Service and Rate Schedule, Gatekeeper products refer to
Commercial Health Products offered, administered and/or serviced by Company which encourage or promote
the use of a Primary Care Physician, regardless of whether (i) selection of a Primary Care Physician is
mandatory or voluntary under the terms of the Plan; or (ii) an individual Member has selected a Primary Care
Physician.  Examples of Gated Commercial Health Products include, but are not limited to: *HMO, QPOS, Elect
Choice, Managed Choice POS, Aetna Choice POS II, Aetna Select, Open Access Student MC.*  In some

Aetna 000115

DOJCGH_0001033091

circumstances, certain Commercial Health Products (e.g., FEHB plans) may be available on both a "Gatekeeper" and "Non-Gatekeeper" basis.

9) **"Non-Gatekeeper products"** – For purposes of this Service and Rate Schedule, Non-Gatekeeper products refer to Commercial Health Products offered, administered and/or serviced by Company which do not allow for the designation and/or use of a Primary Care Physician in the administration of the product. Examples of Non-Gated Commercial Health Products include, but are not limited to: *PPO, Passport to Healthcare® and National Advantage*. In some circumstances, certain Commercial Health Products (e.g., FEHB plans) may be available on both a "Gatekeeper" and "Non-Gatekeeper" basis.

10) **"Imaging Enhancing Substance"** – A substance that helps define areas of the body during X-rays, CT scans, MRI, or other imaging tests.

11) **"Intermediate Care (Step Down or Telemetry)"** includes charges for medical or surgical care provided to patients requiring telemetry services but no longer require intensive care nursing. Rates include all items included in Medical/Surgical Care and, in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intermediate care (step down or telemetry) unit.

12) **"Intensive Care"** includes charges for medical or surgical care provided to patients who require a more intensive level of care, including coronary care, than is rendered in the general medical or surgical unit, or in the Intermediate Care (Step Down or Telemetry). Rates include all items included in Medical/Surgical Care and in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intensive care and/or infant intensive care and/or coronary care units.

13) **"Intensive Outpatient"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Services are provided at least 2 hours a day, at least 3 days per week.

14) **"Lab Results"** – The outcome of all laboratory services as defined by the Centers for Medicare and Medicaid Services (CMS) provided to Company Members.

15) **"Maternity Care"** includes charges for services provided to patients for the purpose of delivering a baby. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

16) **"Medical/Surgical Care"** includes charges for medical or surgical care provided in the general medical or surgical unit, when the level and complexity of clinical services required by Member exceed those for Alternative Delivery Care. Rates are inclusive of all services; these include but are not limited to pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy; blood derivatives, blood product acquisition, processing and administration charges, ancillary services and all other services incidental to the hospital admission.

17) **"Nursery"** includes accommodation charges for nursing care to newborn and premature infants in nurseries. Rates include room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission. Distinct levels of nursery care are defined as follows:

> **Level I: "Newborn Nursing"**

- Routine care of apparently normal full-term neonates, pre-term neonates or formerly sick neonates whose medical problems are resolved regardless of physical location in hospital.

Aetna 000116

DOJCGH_0001033092

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

- Infants who remain in the normal nursery for medical reasons beyond the discharge of their mothers are paid at a per diem rate at the Newborn Nursing level of care for those days beyond the discharge date of the mother.

**Level II, III: "Continuing Care/Intermediate Care"**

- Low birth-weight neonates who are not sick, but require frequent feeding, and neonates who require more hours of nursing per day than do normal neonates.
- Sick neonates who do not require intensive care, but require 6-12 hours of nursing each day.

**Level IV: "Intensive Care"**

- Constant nursing and continuous cardiopulmonary and other support for severely ill neonates and infants.

All requirements set forth in this billing section will apply in determining the level of care provided, not the specific bed type occupied by the patient.

18) **"Observation / Treatment Room"** includes use of a treatment room; or room charge associated with outpatient observation services, which are furnished by the hospital on the hospital's premises, including use of a bed, supplies, and periodic monitoring by nursing or other staff, which are reasonable and necessary to evaluate an outpatient's condition or determine the need for a possible admission to the hospital as an inpatient. Such services must be ordered by a physician. The reason for observation must be stated in the orders for observation.

19) **"Partial Hospitalization (Day Hospital Treatment)"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Medically supervised, day, evening and/or night treatment programs; Services are provided at least 4 hours a day, at least 3 days per week.

20) **"Psychiatric Care"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for members with mental disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when member is specifically in a Psychiatric Unit.

21) **"Rehabilitation Care"** includes charges for rehabilitation care provided to patients in a rehabilitation bed; patients must receive at a minimum, three (3) hours of multidisciplinary therapy per day at least five days a week. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

22) **"Rehabilitation Care (Alcohol and Drug)"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for members with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when member is specifically in an Alcohol and Drug Rehabilitation Unit.

23) **"Residential Care"** includes all services (including pre-admission services) and all related services for 24 hour inpatient level of care for members with mental disorders as well as persons with substance-related disorders

Aetna 000117

DOJCGH_0001033093

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.  Rate applies when member is specifically in a Residential Treatment Unit.

24) **"Skilled Care"** includes charges for services provided to patients requiring inpatient skilled nursing care.  Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all services incidental to the hospital admission.  Skilled Care includes all levels of care as defined below:

> **Level I – [Skilled Care]:**
> Minimal nursing intervention.  Comorbidities do not complicate treatment plan.  Assessment of vitals and body systems required 1 – 2 times per day.
>
> **Level II – [Comprehensive Care]:**
> Moderate nursing intervention.  Active treatment of comorbidities.  Assessment of vitals and body systems required 2 – 3 times per day.

25) **"Sub-Acute Eligible Care" / "Alternate Delivery Care"** ["Alternate Delivery Care"] includes charges for services provided to patients requiring inpatient sub-acute care.  Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.  Sub-Acute Eligible Care includes all levels of Skilled Care as defined below:

> **Level III – [Complex Care]:**
> Moderate to extensive nursing intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect treatment plan.  Assessment of vitals and body systems required 3 – 4 times per day.
>
> **Level IV – [Intensive Care]:**
> Extensive nursing and technical intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect the treatment plan.  Assessment of vitals and body systems required 4 – 6 times per day.

<u>Additional Definitions:</u>

**"Aetna Enhanced Groupers (AEG)"** Specific surgical and medical CPT-4 and HCPCS procedure codes are categorized into Aetna-designated procedural payment groups.  Payment is based upon the then current Aetna Enhanced Grouper and includes all items, services pre-procedure testing necessary to perform an outpatient surgery or procedure in an operating room or ambulatory surgery suite.

**"Aetna Market Fee Schedule"** (AMFS) – A fee schedule that is based upon the contracted location where services are performed.  Company may periodically update this fee schedule.

"Aetna Market Fee Schedule Hospital" (AMFSH) - A fee schedule that is based upon the contracted location where service is performed.  Company may periodically update this fee schedule.  For services that include a professional and technical component, rates will be set based upon the technical rate only.  Until updates are complete, the procedure will be paid according to the standards, reimbursement and coding set for the period prior to the completion of the updates.

"Aetna National Drug Fee Schedule" – A fee schedule determined by Aetna on a national basis to be used for the drugs set forth in this Agreement.  Rates are based on industry recognized pricing sources.  Company may update this fee schedule on a quarterly basis.

Aetna 000118

DOJCGH_0001033094

**"Service Groupings"** – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Service and Rate Schedule.

<u>General</u>

a)   Hospital Services shall include all programs, services, facilities, and equipment necessary for care. Rates are inclusive of any applicable member Copayment, Coinsurance, Deductible and any applicable tax, including but not limited to sales tax, and  pre-admission services or pre-procedure testing any professional services billed by the Hospital, and other services as may be expressly included in a given rate.

 a1)   Hospital shall be paid at the lesser of eligible billed charges or the applicable contracted rate herein.

 a2)   The rate applied will be the applicable Agreement rate in effect on the date of admission.

b)   Case rates apply on the first day of admission if a case rate procedure is performed at any time during the inpatient stay.

c)   The rate for maternity services includes both the mother and healthy newborn(s).   The maternity rate includes payment for all healthy newborns.

d)   Multiple Procedure Processing:

Ambulatory Surgery - Groupers: The primary surgical procedure will be identified as the highest applicable category.   The primary procedure will be reimbursed at 100.00% of the contracted rate.   The secondary procedure will be reimbursed at 50.00% of the contracted rate. Subsequent procedures will be reimbursed at 25.00% of the contracted rate.

Ambulatory Surgery - Default: The primary surgical procedure will be identified as the highest applicable category.   The primary procedure will be reimbursed at 100.00% of the contracted rate.   The secondary procedure will be reimbursed at 50.00% of the contracted rate. Subsequent procedures will be reimbursed at 25.00% of the contracted rate.

Cardiac Cath OP - Hospital: The primary surgical procedure will be identified as the highest applicable category.   The primary procedure will be reimbursed at 100.00% of the contracted rate.   The secondary procedure will be reimbursed at 50.00% of the contracted rate. Subsequent procedures will be reimbursed at 25.00% of the contracted rate.

e)   If an emergency room visit results in an admission, the claims for the entire admission, including the services rendered in the emergency room will be paid at the applicable inpatient payment rate, and will not include the emergency room visit rate. If an Ambulatory Surgery is performed as a result of an emergency room visit, the claims for the entire episode of care, including the services rendered in the emergency room will be paid at the applicable Ambulatory Surgery payment rate, and will not include the emergency room visit rate. If an emergency room visit results in observation services, the claim will be paid at the applicable Observation/Treatment Room rate, and payment will not include the emergency room rate. Emergency Room services will not be paid when such services are in conjunction with Observation/Treatment Room.

f)   If an observation service results in an inpatient admission, the claim for the entire admission, including the observation charges will be paid at the applicable inpatient payment rate, and will not include the observation

Aetna 000119

DOJCGH_0001033095

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

service rates.  If observation services exceed 23 hours, the applicable inpatient rate will be paid. Observation services will not be paid in conjunction with ambulatory surgery services.  Recovery room services will not be paid in conjunction with ambulatory surgery. If an emergency room visit results in observation services, the claim will be paid at the applicable Observation/Treatment Room rate, and payment will not include the emergency room rate.  Emergency Room services will not be paid when such services are in conjunction with Observation/Treatment Room.

g)  Hospital will provide Company ninety (90) days advance notice of any services to be offered not previously offered and not specifically contracted above.  Until rates are agreed upon, new inpatient services will be paid at the medical/surgical inpatient per diem; new outpatient services will be paid at 75% of charges not to exceed one times the medical/surgical per diem.

h)  Personal comfort and convenience items are not eligible for payment.

i)  In the event Hospital has entered into a contract with a behavioral health contractor which, at the time of the provision of Covered Services to a Member by Hospital, is party to a behavioral health contract with Company or an Affiliate ("Aetna Behavioral Health Contractor"), Hospital will be compensated in accordance with the Aetna Behavioral Health Contractor's established rates for Mental Health, Detoxification and Substance Abuse Rehabilitation services, which will supersede the rates in this Rate Schedule.  If the Aetna Behavioral Health Contractor does not have an established rate for the Covered Services provided to a Member by Hospital in its agreement with Hospital, or if Hospital does not have an agreement with Aetna Behavioral Health Contractor, Hospital will be compensated in accordance with this Rate Schedule.

j)  Inclusions – Provision of any Imaging Enhancing Substance and/or disposable surface coils is included in the above imaging rates and are not separately payable.

k)  Any equipment and/or services provided by an alternate facility or vendor during the course of an admission or procedure shall be the financial responsibility of the Hospital, and will be considered included in the rate noted in this rate schedule.

l)  Reference laboratory services are not eligible for payment.  These services are generally indicated with a bill type of 141, hospital laboratory services provided to non-patients.

m)  Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Hospital reduce the rates for Covered Services by ten percent (10%) for a three (3) month period should Hospital fail to provide timely notice of change in Hospital information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

n)  Submission of Lab Results and Encounters.  Hospital agrees to submit Lab Results to Company, in the form and manner specified by Company.  Hospital agrees to submit Lab Results using Secured File Transfer Protocol process.  Hospital agrees to send Lab Results to Company on a monthly basis.  Subject to applicable laws and regulations, Hospital will transmit data to Company, if requested by Company, using Company's selected vendor.  Company agrees that all necessary confidentiality requirements of Hospital will be adhered to by Company's selected vendor.  Use of this selected vendor will not delay electronic payment remittance or electronic response to claim data currently in process.

In addition, for any capitated services, Hospital agrees to send Encounter Data in a format supplied by Company, and follow Company's Companion Guide and format specifications for Encounter Data submissions.

o)

p)  Those items marked as "Paid In Addition to" will not be included in the rate calculation for services contracted with a "Rate Applies to Entire Bill" methodology and will be reviewed and priced individually according to their contracted rate.

Aetna 000120

DOJCGH_0001033096

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

q) Not all hospitals participate in the Institutes of Excellence transplant program (IOE) program; unless hospital has executed a separate transplant services agreement or a transplant services amendment/addendum with company and/or its affiliates for participation in the IOE program ("transplant agreement"), and continues to meet company's IOE criteria, hospital is not a participating provider for members in the IOE program.

Except as specifically outlined in a current transplant agreement, nothing in this schedule applies to transplant services provided under the IOE program. Any references herein to transplant services apply only to non-IOE transplant services, unless specifically noted otherwise in the transplant services agreement.

Except with respect to Medicare members as described below, in the event of a conflict between this schedule and a transplant agreement, the terms of the transplant agreement shall prevail.

**Medicare Members Receiving Transplants under the Institutes of Excellence Program**: The Parties specifically agree that if Provider participates in the Company's and/or its Affiliates' Institutes of Excellence Transplant Program (IOE), and the Transplant Agreement/Amendment/Addendum applicable to the IOE Program is silent on reimbursement for Medicare Program members, then any Medicare Compensation Schedule in this Hospital Agreement shall also apply to IOE Transplant services rendered to Medicare members.

Billing

r) Unless the code is no longer a valid code, Hospital must utilize the codes set forth in the Rate Schedule when billing. Rate is based on the level of care provided, not the bed type occupied by the patient. When billing for Ambulatory Surgery, Hospital must utilize both the indicated CPT4 code and the appropriate surgical Revenue Code.

s) All professional services billed under the Hospital's federal tax identification number on a UB-04 (or its equivalent in the event UB-04s are no longer the standard billing form) billing form are not eligible for payment. All professional services billed under the Hospital's tax identification number on a CMS 1500 or equivalent form shall be paid at the Aetna Market Fee Schedule or applicable contracted rate.

t) The Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or other federal mandate ("Medicare Payment Adjustment"). Furthermore, any such Medicare Payment Adjustment could result in an increase or decrease in Medicare payments. In accordance with the terms of this Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to Provider will be adjusted in accordance with the Medicare Payment Adjustment. Company shall adjust payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the Medicare Payment Adjustment, and shall continue to adjustment payments to Provider for until the earlier of (i) the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment Adjustment.

Coding

u) Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided. As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes. Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes. Such changes will only be made when there is no material change in the procedure itself. Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period.

Aetna 000121

DOJCGH_0001033097

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

Unless otherwise specified, the reimbursement for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Charge Master Increases

v)   Charge Master Limit.  Company acknowledges that Hospital may increase the billed charge amounts within its charge master ("Charge Master Increase").  However, Hospital shall provide Company written notice at least thirty (30) days prior to the effective date of a Charge Master Increase in accordance with the Notice section of the Agreement.  Such notice will include the amount of the Charge Master Increase and its effective date. Company is entitled to rely upon the information contained in Hospital's notice of Charge Master Increases for the purpose of adjusting payment rates as set forth below.  Company will communicate to Hospital in writing, via certified letter, the revised percentage of charge rate(s), if any.

In the event, Hospital implements an aggregate Charge Master Increase for those services rendered to Members and paid by Company as a percentage of Hospital's eligible billed charges that exceeds three percent (3%) during any twelve month period occurring on or after the effective date of the Agreement ("Charge Master Limit"), Company shall adjust all percentage of charge rates in the manner described below.  Adjusted percentage of charge rates  shall be effective on the effective date of the Charge Master Increase.  Charges for Implants, prosthetics, pace makers and high cost drugs are excluded from this provision.

Company will review Hospital eligible billed charges received by Company.  Eligible billed charges paid by Company as a percentage of Hospital's billed charges will be used in Company's review.  Eligible billed charges received after the effective date of the Charge Master Increase will be compared to the eligible billed charges received prior to the effective date of the Charge Master Increase.  Charge Master Increases will then be multiplied by the units reimbursed by Company during the applicable twelve (12) month contract period and aggregated to determine the total Charge Master Increase.  If Company determines (a) a Charge Master Increase that is higher than a Charge Master Increase reported by Hospital or (b) a Charge Master Increase not reported by Hospital that exceeds the Charge Master Limit, Company shall report such Charge Master Increase to Hospital.

Rate Adjustments.  The adjustment to percentage of charge rates will be equal to the current payment rate multiplied by one plus the Charge Master Limit divided by one plus the Charge Master Increase as calculated in the section "Payment Rate Example" below.  Adjusted percentage of charge rates will be rounded to the nearest one tenth of one percent (0.1%).

Charge Master Limit = 3%
Example Charge Master Increase = 6%

**Payment Rate Example:**

Payment Rate = 45%
Adjusted Payment Rate = 43.7%
(45% X 1.03 / 1.06) = 43.72642%
rounded to the nearest one tenth of one percent (0.1%)

Adjustments to percentage of charge rates  will be applicable to the current and future Hospital Service and Rate Schedule(s) under this Agreement.

Aetna 000122

DOJCGH_0001033098

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Overpayment Calculations. When Company is not notified or is not sufficiently notified of a Charge Master Increase prior to the increase effective date, appropriate rate adjustments can not be implemented upon the effective date of the Charge Master Increase, resulting in overpayments by Company. Company will calculate amounts paid to Hospital due to Charge Master Increases that exceed the Charge Master Limit to determine overpaid amounts ("Overpayments"). Company shall notify Hospital in writing of the Overpayments and provide claim detail for the overpaid claims.

Hospital agrees to remit the Overpayments to Company in accordance with the overpayment language provisions contained within this Agreement.

**Implant Device Carve-Out Payment Terms and Conditions**

✕   **INPATIENT**          ✕   **OUTPATIENT**

Except as otherwise described below, the rates set forth in this Rate Schedule include rate for all Covered Services provided to Members as defined in the **TERMS AND CONDITIONS**. However, recognizing the high cost associated with some implant devices, Company agrees to pay for selected implant devices in addition to the rates set forth in this Rate Schedule according to the following terms applying to all reimbursement methodologies (per diems, case rates, % of billed charges, as examples):

Implant Device(s):

Revenue code    275    Pacemaker
Revenue code    278    Other Implants

For implant devices billed under revenue code(s) 275 and/or 278, only those items considered an implant device ('Implant Carve-Out') are eligible for payment. These include, but are not limited to:

| Anchors | Grafts | Plates | Shunts |
|---|---|---|---|
| Artificial joints | Pins | Screws | Stents |
| Pacemakers | Defibrillators | Valves | Heart Pumps |

The following items are not eligible for payment under the above mentioned revenue code(s). These include, but are not limited to:

- Materials and supplies (such as sutures, customized surgical instrument kits, medical surgical supplies, clips, [other than radiological site markers], etc.) provided during the procedure.
- Guide wires, endoscopes and catheters associated with implant procedures (Note: Angioplasties without the use of stents are not considered implant procedures).
- Implant device(s) ordered, but not implanted in the member during the procedure.
- Hospital's nor vendor's administrative storage and delivery costs.
- Any drugs billed under Revenue Code 275 or 278.

Services or supplies billed under these Revenue Codes that do not meet the criteria will not be eligible for Implant Carve-Out payment or any other payment methodologies, and will be excluded from Implant Carve-Out Threshold calculations. Should Company identify charges for any of the excluded items above, prior to payment, they will not be eligible for payment. Should Company identify through a post-payment audit or internal claim review that any of these items have been reimbursed, a request will be made for Hospital to refund the overpayment amount for the ineligible item(s). The refund process will comply with the provisions of the Agreement dealing with overpayments.

Aetna 000123

DOJCGH_0001033099

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Payment

For any individual case (i.e., single inpatient admission or single outpatient visit on a specified date of service) that includes an implant device(s) that is a covered service, is eligible for payment as set forth in the above revenue codes, and the Hospital's eligible billed charges for the implant device(s) exceeds one thousand dollars ($1,000.00) ("Threshold"), Company shall pay Hospital one hundred five percent (105%) of Hospital's Invoice Cost   The Threshold applies to each unique revenue code.  The Threshold cannot be met by the addition of charges for multiple revenue codes.  Eligible billed charges for the revenue codes listed above that are less than the Threshold stated above are not eligible for Implant Carve-Out payment.

Inventory

Prior to the Effective Date of this Agreement, Hospital shall provide to Company in an electronic format an inventory of each implant device billed with the above revenue codes. The implant device inventory, at minimum, shall include the following information:

a)  Hospital name
b)  Revenue code(s)
c)  Hospital's Charge Description Master(s), any available CPT-4/HCPC code(s) and billed charge rate(s) for implant device(s) (e.g., Pacemaker, Stent, etc.)
d)  Description of the implant device(s)
e)  Hospital invoice cost as of the Effective Date of this Agreement

Prior to adding implant devices to the inventory list, Hospital must provide Company with an updated electronic inventory file with at least thirty (30) days advance notice.

Audit

Company and/or its agents or designees shall have the right to audit Hospital's billed charges against Hospital invoices, detailed billing statements and/or associated documentation for each eligible implant device upon request to verify that the cost of the item relates to Hospital's billed charges for the item as outlined above.  Company and/or its agents or designees may request and Hospital shall provide within ten (10) days of such request a detailed billing statement including the corresponding invoices for the implant device(s) identifying the individual charges represented by the submitted revenue code(s) to ensure the payment has not exceeded the Hospital's acquisition (invoice) cost and the mark-up has remained the same.  In the event Hospital does not provide requested information within thirty (30) days of request, prospective payment for implants shall be reduced by ten (10) percentage points below the current applicable percentage of eligible billed charges for the duration of the then-current contract term. The change will be effective upon thirty (30) days notice to Hospital.  Upon receipt of requested information and completion of the audit, the adjusted discount will remain in effect if the audit results indicate that the adjustment more appropriately reflects the cost of the implant device(s) relative to Hospital's billed charges as outlined above, until the contract is amended by both parties.

Company shall have the right, at its discretion, to request implant device invoices for individual claims/Members prior to claim adjudication when Hospital's implant charges exceed cost for the device, based upon industry-available data. Those charges found to be in excess of the invoice cost, will be subject to payment at invoice.  In the event that Hospital does not submit the requested implant device invoice within ten (10) days of such request, Company reserves the right to pay Hospital at cost, when available, or reasonable and customary charge information for the specified implant device(s).

Should Company and/or its agents or designees determine it has overpaid Hospital based upon an audit, Hospital agrees to refund to Company the difference between what Company paid and the Hospital's acquisition cost of the implant device(s) within forty-five (45) days of such refund request by Company.  Company reserves the right to offset such payment against any other monies due to Hospital in accordance with the provisions of the Agreement dealing with overpayments.

Aetna 000124

DOJCGH_0001033100

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**Stop Loss:**

Should the Hospital's eligible billed charges exceed the stop loss threshold of $50000.00 per case, per diem rates shall not be paid and instead the reimbursement rate shall be equal to 65.00 % of Hospital's eligible billed charges. Hospital shall notify Company if Hospital's eligible billed charges exceed the stop loss threshold of $50000.00 per case.

**Stop Loss Excluded Services:**
> Implants/Prosthetics
> Med Record Copy Admin

**COLA:**

The payment rates identified in this compensation schedule will be, unless otherwise herein expressly provided, automatically adjusted by Company per the terms below. The adjusted rates will be rounded to the nearest dollar for specific fixed rates greater than or equal to $100.00.

| Start Date | End Date | Adjustment Based On: |
|---|---|---|
| 12/15/2018 | 12/14/2019 | Fixed Rate of 3.00% |
| 12/15/2019 | 12/14/2020 | Fixed Rate of 3.00% |
| 12/15/2020 | 12/14/2021 | Fixed Rate of 3.00% |

**Cola Excluded Services:**
> Cardiac Studies - Rate
> Chemotherapy - Rate
> Hospital Outpatient Dialysis - Rate
> Implants/Prosthetics - Rate
> Radiology Services - Rate
> Sleep Studies - Rate
> Vascular Diagnostic Studies - Rate
> Med Record Copy Admin - Rate
> Stop Loss - Rate & Threshold

Aetna 000125

DOJCGH_0001033101

## MEDICARE PROVIDER AMENDMENT

This amendment ("Amendment") to the Hospital Services Agreement dated August 17, 2016 ("Agreement") between Durall Capital Holdings, LLC dba Chestatee Regional Hospital ("Provider") and Aetna Health Inc., a Georgia corporation ("Company") is made as of this fifteenth day of November, 2017.  All sections and paragraphs of the Agreement not hereby amended shall remain in full force and effect. Capitalized terms not otherwise defined herein, including within the **Schedule 1** attached hereto, shall have the meanings ascribed to them in the Agreement. In the case of a conflict, the terms of this Amendment will control and prevail over those contained in the Agreement.

The effective date of this Amendment is December 15, 2017.

## 1.    PROVIDER OBLIGATIONS

A.  Provider represents and warrants that all provisions of this Amendment, including Schedule 1, shall apply equally to any employee, temporary employee, partner, or other individual practitioner that performs services under this Agreement, including but not limited to those employees, temporary employees, partners, or other individual practitioners who perform services under this Agreement in Provider's offices on behalf of Provider for which Provider bills such services under this Agreement.  Provider shall take all steps necessary to cause such individuals described in this section to comply with this Amendment, including Schedule 1, and all applicable laws, regulations and Centers for Medicare and Medicaid Services ("CMS") instructions.  Provider represents and warrants that Provider has the authority to bind such individuals, and shall provide written evidence of the same upon request.  Provider also represents and warrants that all provisions of this Amendment, including Schedule 1, shall apply equally to any of Provider's Downstream Entities, as defined by CMS and as set forth in Schedule 1 to this Amendment. Provider shall include in Provider's contracts with Downstream Entities all of the contractual and legal obligations required by Company in order for the Downstream Entity and Company to comply with applicable laws, regulations and CMS instructions.  Provider shall take all steps necessary to cause its Downstream Entities to comply with this Amendment, including Schedule 1, and all applicable laws, regulations and CMS instructions.    To the extent CMS requires additional provisions to be included in such subcontracts, Provider shall amend its contracts with its Downstream Entities accordingly.

B.  Provider agrees to provide to Company those services, as described in the Agreement, that support Company's Medicare Plans ("Medicare Services"). Provider acknowledges and agrees that Company may monitor the performance of Provider to confirm Provider's compliance with applicable laws, regulations and CMS instructions.

C.  Provider agrees that all Medicare Services and other activities performed by Provider under the Agreement will be consistent and comply with Company's obligations as a Medicare Advantage organization under Company's contracts with CMS. Upon request, Provider shall immediately provide to Company any information that is required by Company to meet its reporting obligations to CMS, including without limitation, physician incentive plan information, if applicable.

D.  Provider agrees to cooperate with and participate in internal and external review procedures necessary to allow Company to process Medicare appeals and grievances in accordance with Medicare laws, regulations and CMS instructions.

E.  **Compliance Program and Anti-Fraud Initiatives**.  Provider shall (and shall cause its Downstream Entities to) institute, operate, and maintain an effective compliance program to detect, correct and prevent the incidence of non-compliance with CMS requirements and the incidence of fraud, waste and abuse (FWA) relating to the operation of Company's Medicare Program.  Such compliance program shall be appropriate to Provider's or Downstream Entity's organization and operations and shall include:

Aetna 000126

DOJCGH_0001033102

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

(1)   written compliance policies and standards of conduct that are comparable to Aetna's compliance
policies/Aetna Code of Conduct and articulate the entity's commitment to comply with federal and
state laws, ethical behavior and compliance program operations. Provider will disseminate either
Aetna's compliance policies/Aetna Code of Conduct or comparable versions to Provider's
employees, officers, and Downstream Entities within 90 days of hire/contracting, when updates
are made, and annually thereafter;

(2)   reporting mechanisms communicated to Provider's employees and Downstream Entities for their
use in adhering to the expectation that Provider, its employees and its Downstream Entities report
potential non-compliance or FWA issues (internally and to Company, as applicable) and
understand their obligation to report. Provider must publicize the reporting methods to Provider
employees and Downstream Entities along with a no-tolerance policy for retaliation or retribution
for good faith reporting;

(3)   completion of CMS' Medicare Learning Network® "Medicare Parts C and D Fraud, Waste, and
Abuse Training and Medicare Parts C and D General Compliance Training" by Provider
employees, officers, and Downstream Entities initially within ninety (90) days of hire/contracting
and at least annually thereafter, unless exempt from such training under relevant CMS
regulations. Training may be completed in one of two ways: (1) by completing the general
compliance and FWA training modules located on the CMS Medicare Learning Network ; or (2)
by downloading, viewing or printing the content of the then current CMS standardized training
modules from the CMS website to incorporate into Provider's and/or Downstream Entity's
organization's existing compliance training materials/systems. The CMS training content may not
be changed but Provider and/or its Downstream Entities may add to it to cover topics specific to
its organization;

(4)   processes to oversee and ensure that Provider and Provider's Downstream Entities maintain
compliance with processes to oversee and ensure that: (1) Provider and Provider's Downstream
Entities maintain compliance with CMS compliance program requirements, and (2) Provider's
Downstream Entities perform Medicare Services consistent with this Agreement and the
agreement between Provider and such Downstream Entities. Provider's oversight under this
Agreement shall include: (1) imposition of disciplinary actions, as needed, to ensure employee
compliance with CMS compliance program requirements, and (2) implementation of corrective
actions (up to and including contract termination), as needed, with respect to its Downstream
Entities to ensure Downstream Entity compliance with applicable CMS requirements, including
the CMS compliance program requirements, this Agreement and Provider's contract with the
Downstream Entity; and

(5)   retention of evidence showing that Provider and Provider's Downstream Entities complied with
the requirements set forth in this Section 1(E). Such evidence must be maintained for at least the
period of time specified in Section 1(I) of this Amendment and shall be made available to
Company and CMS, upon request. Provider shall complete attestations in the form and manner
requested by Company to confirm its compliance with this section on an annual basis.

F.   **Federal Fund Obligations.** Provider understands and agrees that payments received by Company for the
Medicare Plans from CMS pursuant to the Medicare Plan's contract with CMS are Federal funds. As a
result, Provider, by entering into this Agreement and the terms of this Amendment, is subject to laws
applicable to individuals/entities receiving Federal funds, including but not limited to, Title VI of the Civil
Rights Act of 1964 as implemented by regulations at 45 C.F.R. part 84, the Age Discrimination Act of
1975 as implemented by regulations at 45 C.F.R. part 91, the Rehabilitation Act of 1973, and the
Americans with Disabilities Act.

G.   **Continuation of Services.** In the event Company's Medicare Advantage contract for the Medicare Plans
with CMS terminates or Company becomes insolvent, Provider shall continue to provide Covered Services

Aetna 000127

DOJCGH_0001033103

to Medicare Members who are hospitalized through the date of discharge. Provider is prohibited by law from billing Medicare Advantage Members for such Covered Services. This provision shall survive the termination of this Agreement in whole or in part, regardless of the reason for termination, including the insolvency of Company, and shall supersede any oral or written agreement between Provider and a Medicare Member.

H. **Policies, Programs & Procedures**. Provider agrees to comply with Company's policies and procedures (which Company shall provide to Provider upon request) which operationalize many of the requirements of the Agreement, this Amendment, and the Medicare Advantage Program. Provider agrees to comply with Company's quality improvement, administrative processes and procedures, utilization review, peer review, grievance procedures, credentialing and recredentialing procedures, and any other policies Company may implement, including amendments made to the above mentioned policies, procedures and programs from time to time. In the event that a Company policy or procedure conflicts with a provision in the Agreement, then the language in the Agreement (including all amendments, exhibits, and attachments thereto) shall govern.

I. **Maintenance of Records.** Provider shall preserve records applicable to Medicare Members or to Company's participation in the Medicare Program, for the longer of: (i) the period of time required by State and Federal law, or (ii) ten (10) years. In addition, to the extent applicable to Provider, Provider, on behalf of itself and any Downstream Entities with whom Provider has contracted, agrees to comply with 42 C.F.R. §422.2480(c) and to maintain all records, if any, containing data used by Company to calculate Medicare medical loss ratios ("MLRs") for Company's Medicare Plans and/or evidence needed by Company and/or federal governmental authorities with jurisdiction to validate MLRs (collectively, "MLR Records") for a minimum of ten (10) years from the date such MLRs were reported by Company to CMS.

J. **Contracts with Excluded Entities**. Provider understands and agrees that no person or entity that provides Medicare Services, directly or indirectly, for Company's Medicare Plans, may be an individual or entity excluded from participation in Medicare under Section 1128 or 1128A of the Social Security Act. Provider hereby certifies that no such excluded person or entity will be employed by or utilized by Provider or by any of Provider's Downstream Entities to directly or indirectly perform Medicare Services under this Agreement. Provider agrees to review the Department of Health and Human Services ("HHS") Office of Inspector General List of Excluded Individuals and Entities and the General Services Administration System for Awards Management (collectively, "Exclusion Lists") to ensure that no persons or entities employed by or utilized by Provider or by any of Provider's Downstream Entities are included on such Exclusion Lists. Provider agrees to review the Exclusion Lists prior to initially hiring, appointing or contracting with any new employee, temporary employee or Downstream Entity and at least once per month thereafter to confirm that such persons and entities are not included on such Exclusion Lists. Provider agrees that if any such person or entity utilized by Provider to directly or indirectly to perform Medicare services under this Agreement appears on an Exclusion List and/or is excluded from participation in any federally-funded health program, Provider will immediately remove the employee, temporary employee or Downstream Entity from any work related directly or indirectly to Company's Medicare Plans, and take all corrective actions required under applicable laws, rules or regulations. In the event Provider or any employee, temporary employee or Downstream Entity of Provider that directly or indirectly performs Medicare Services under this Agreement is listed in an Exclusion List after the Effective Date of this Amendment, Company shall have the right, in its sole discretion and judgment, to terminate Provider's participation in Company's Medicare Plans in accordance with the Agreement or to disqualify any such person or entity on the Exclusion List from providing any part of the Medicare Services.

K. **Offshore Services.** Provider is prohibited from performing on its own or through any Downstream Entity any services for Company's Medicare Plans while physically located outside of one of the fifty United States or one of the United States Territories (i.e., American Samoa, Guam, Northern Marianas, Puerto Rico, and Virgin Islands)("Offshore Services"), unless Company, in its sole discretion and judgment, agrees in advance and in writing to the provision of such Offshore Services by Provider or its Downstream

Aetna 000128

DOJCGH_0001033104

Entity. . Provider further agrees that Company has the right to audit Provider or Provider's Downstream Entity prior to the provision of its Offshore Services for Medicare Plans. Additionally, Provider acknowledges and agrees that Offshore Services that involve Medicare Member protected health information (PHI) are subject to CMS reporting within thirty (30) days of: (1) performing, or contracting with a Downstream Entity to perform, Offshore Services, and (2) any time Provider changes the Offshore Services that it or its Downstream Entity will perform.

L.   **Submission of Encounter Data.** Provider hereby acknowledges that Company is required to provide CMS and other federal and state regulatory agencies and accrediting organizations with encounter data as requested by such agencies and organizations. Such data may include medical records and all other data necessary to characterize each encounter between Provider and a Medicare Member. Provider agrees to cooperate with Company and to provide Company with all such information in such form and manner as requested by Company. Provider agrees to immediately notify Company if any encounter data that Provider submitted to Company for Medicare Members is inaccurate, incomplete or erroneous, and cooperate with Company to correct erroneous encounter data to ensure Company's compliance with Medicare laws, rules and regulations and CMS instructions.

M.   **Certification of Data**. Provider recognizes that as a Medicare Advantage organization, Company is required to certify the accuracy, completeness and truthfulness of data that CMS requests. Such data include encounter data, payment data, and any other information provided to Company by its contracted providers and Downstream Entities. To the extent that Provider generates and/or compiles and provides to Company (either on its own or through its Downstream Entities) any data that Company, in turn, submits to CMS, Provider certifies, to the best of its knowledge and belief, that such data is accurate, complete and truthful. Upon request, Provider shall make such certification in the form and manner prescribed by Company.

N.   **Medicare Member Complaints**. Provider agrees to cooperate with Company in resolving any Medicare Member complaints related to coverage for the provision of Covered Services. Company will notify Provider as necessary concerning all Medicare Member complaints involving Provider. Provider shall, in accordance with the Provider's regular procedures, investigate such complaints and respond to Company in the required time. Provider shall use best efforts to resolve complaints in a fair and equitable manner.

O.   **Enrollment as Medicare Provider**. To the extent that Provider prescribes drugs covered under Medicare Part D to Medicare Members who have Medicare prescription drug ("MA-PD") coverage offered by Company, Provider agrees to comply with the requirements set forth in 42 C.F.R. § 423.120(c)(6), including, but not limited to, the requirement that Provider be enrolled in Medicare in an approved status in order for its prescriptions to be covered under Medicare Part D.

P.   **Home Infusion Drugs**. The following provisions shall only apply to Provider if Provider dispenses to a Medicare Member home infusion drugs that are covered under Medicare Part D and the Medicare Member has MA-PD coverage offered by Company ("Home Infusion Drug"):

(1)   With respect to Home Infusion Drugs, Company will pay clean claims (as defined in 42 C.F.R. § 423.520(b)) submitted by Provider on behalf of Medicare Members within 14 days for electronic claims and within 30 days for claims submitted otherwise. 42 C.F.R. § 423.505(i)(3)(vi).

(2)   Home Infusion Drugs will be reimbursed (as applicable) in accordance with a fee schedule, or the third-party pricing source (*e.g.*, Medi-Span) otherwise agreed upon as set forth in this Agreement or Provider's agreement with Company's Pharmacy Benefit Manager ("PBM"). 42 C.F.R. § 423.505(i)(3)(viii)(B).

(3)   If a prescription drug pricing standard is used for reimbursement of Home Infusion Drugs,

Aetna 000129

DOJCGH_0001033105

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

updates to such a standard will occur not less frequently than once every 7 days beginning with an initial update on January 1 of each year, to accurately reflect the market price of acquiring the Home Infusion Drug. 42 CFR § 423.505(i)(3)(viii)(A).

(4) In accordance 42 C.F.R.§ 423.120(c)(3), Provider agrees to submit claims for Home Infusion Drugs to Company or its PBM whenever the Medicare Member's ID card is presented or is on file at the Provider, unless the Medicare Member expressly requests that the claim not be submitted to Company or its PBM.

(5) Provider must submit claims for Home Infusion Drugs in real time by means of point of service claims adjudication systems in compliance with CMS standards. 42 C.F.R. § 423.505(b)(17).

(6) Provider must provide Medicare Members with access to the negotiated prices (as defined in 42 C.F.R. § 423.100) for Home Infusion Drugs to Members. 42 C.F.R. § 423.104(g)(1).

(7) Provider must charge/apply the correct cost-sharing amount to the Medicare Member for Home Infusion Drugs. 42 C.F.R. § 423.104.

(8) At the time of purchase by a Medicare Member, Provider must inform the Medicare Member of any differential between the price of the Home Infusion Drug being dispensed and the price of the lowest priced generic version of that Home Infusion Drug available from Provider, unless the Home Infusion Drug being dispensed is the lowest priced generic version of that Home Infusion Drug. 42 C.F.R. § 423.132.

(9) Provider agrees to ensure that the professional services and ancillary supplies necessary for Home Infusion Drugs are in place before dispensing Home Infusion Drugs to a Medicare Member in his/her place of residence. 42 C.F.R. § 423.120(a)(4)(iii).

(10) Provider agrees to provide delivery of Home Infusion Drugs within 24 hours of a Medicare Member's discharge from an acute setting, or later if so prescribed. 42 C.F.R. § 423.120(a)(4)(iv).

(11) Provider shall submit to Company (not PBM) claims for equipment, supplies, and professional services associated with Home Infusion Drugs dispensed by Provider to a Medicare Member that are covered under Medicare Part C.

Q. **Marketing.** Consistent with Federal laws, regulations, and agency requirements applicable to the Medicare Advantage program, Provider shall not: (1) engage in any marketing or sales activities that could mislead or confuse Medicare beneficiaries, or (2) market or advertise non-health care related products to Medicare Members or prospective Medicare Members. Further, Provider shall at all times comply with the then current Medicare Marketing Guidelines.

R. **Non-Covered Services.** Provider shall not hold a Medicare Advantage Member financially responsible for payment of a service not covered under the Member's Plan ("Non-covered Service") unless the Medicare Member has received a pre-service organization determination notice of denial from Company before such services are rendered. Provider acknowledges and agrees that if Provider renders Non-covered Services to a Medicare Member who has not received a pre-service organization determination notice of denial from Company, the Provider must hold the Medicare Member harmless for the Non-covered Services and cannot charge the Medicare Member any amount beyond the normal cost-sharing amounts ( i.e., copayments, coinsurance, and/or deductibles). With respect to those Non-covered Services that are clearly listed as exclusions in the Medicare Member's Evidence of Coverage or other similar Plan document, a pre-service

Aetna 000130

DOJCGH_0001033106

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

organization determination is not required in order for Provider to hold the Medicare Member financially liable for such Non-covered Services.

## 2. COMPANY OBLIGATIONS.

A. **Prompt Pay.** In accordance with 42 C.F.R. § 422.520(b)(1), Company shall make best efforts to pay clean claims submitted by Provider for Covered Services provided to Medicare Members within forty-five (45) calendar days of actual receipt by Company of a Clean Claim. For purposes of this Amendment, the term "clean claim" shall have the meaning assigned in 42 C.F.R. §422.500. Payments for non-capitated Covered Services rendered to Medicare Members are subject to any and all valid and applicable Medicare laws related to claims payment.

## 3. GENERAL PROVISIONS.

A. Company shall not pay any amounts beyond the amounts set forth in the Medicare Hospital Service & Rate Schedule, including but not limited to any incentive payments that may be payable under traditional Medicare, except as expressly required by the Agreement or applicable law. Further, the Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or other federal mandate ("Medicare Payment Adjustment"). Furthermore, any such Medicare Payment Adjustment could result in an increase or decrease in Medicare payments. In accordance with the terms of this Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to Provider will be adjusted in accordance with the Medicare Payment Adjustment. Company shall adjust payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the Medicare Payment Adjustment, and shall continue to adjust payments to Provider until the earlier of (i) the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment Adjustment.

B. Pursuant to Section 1.M. of this Amendment, Provider certifies that the diagnosis codes submitted to Company for Medicare Members that Company is required to submit to CMS will be accurate, complete and truthful ("Certification"). Provider acknowledges and agrees that Company may impose a penalty on Provider not to exceed five thousand dollars ($5,000) for each instance that Provider submits a diagnosis code to Company for a Medicare Member that does not comply with this Certification because the diagnosis code was not submitted in the format described in 42 C.F.R. § 422.310 or any subsequent or additional federal regulations. For purposes of this Section 3.B., "diagnosis code" shall mean an International Classification of Diseases-9th Edition-Clinical Modification (ICD-9-CM) code or its successor.

C. Federal laws and regulations limit the timeframe within which CMS may recover overpayments made to physicians, providers, and suppliers who submit claims to Medicare contractors (such as fiscal intermediaries, regional home health intermediaries, carriers, Medicare Administrative Contractors, and Durable Medical Equipment Medicare Administrative Contractors) for services provided or supplied to Medicare beneficiaries enrolled in Original Medicare ("Medicare Statute of Limitations"). If Company makes an overpayment or payment in error to Provider for Medicare Members, Company shall have the right to initiate overpayment recovery efforts within the same timeframe available to CMS under the Medicare Statute of Limitations; provided that no time limit shall apply to initiation of overpayment recovery efforts based on Company's reasonable suspicion of fraud or other intentional misconduct.

D. **SURVIVAL.** All provisions which by their nature should survive termination of Provider's provision of Medicare Services under this Agreement or termination of the Agreement as a whole, shall survive termination.

V.1.0.03.16

Aetna 000131

DOJCGH_0001033107

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**IN WITNESS WHEREOF**, the parties have caused this Amendment to be executed below.

**Accepted By:**

**PROVIDER**

By: *neisha zaffuto*
neisha zaffuto (Oct 25, 2017)

Printed Name:  neisha zaffuto

Title:    business office manager

Date:    Oct 25, 2017

**FEDERAL TAX I.D. NUMBER:**  813577160

**COMPANY**

By:

Printed Name:

Title:

Date:

Aetna 000132

DOJCGH_0001033108

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**PRODUCT PARTICPATION/SERVICES AND COMPENSATION:**

The Product Participation Schedule is hereby amended to include:

<u>Government Programs</u> – All plans offered by Company under any government contract serving Medicare beneficiaries. Government Programs include, but are not limited to: all Aetna Medicare Advantage HMO, PPO, and POS. Government Programs excludes Medicaid program offered by Company.

**Use the following language when Medicare compensation is being added in a Medicare only S&C:**

The attached Medicare Services and Compensation Schedule is hereby added to the Agreement and made a part hereof for the purpose of including reimbursement to Provider for Covered Services rendered to Members of Aetna's Medicare Plans.

Capitalized terms not otherwise defined herein shall have the meaning given such terms in the Agreement. All other terms and provisions of the Agreement not amended hereby shall remain in full force and effect, without modification. In the event of any inconsistency between the terms of this Amendment and the Agreement, the terms of this Amendment shall govern and control.

Aetna 000133

DOJCGH_0001033109

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**Schedule 1**

**Medicare Advantage Contract Amendment**

CMS requires that specific terms and conditions be incorporated into the Agreement between a Medicare Advantage Organization or First Tier Entity and a First Tier Entity or Downstream Entity to comply with the Medicare laws, regulations, and CMS instructions, including, but not limited to, the Medicare Prescription Drug, Improvement and Modernization Act of 2003, Pub. L. No. 108-173, 117 Stat. 2066 ("MMA"); and

Except as provided herein, all other provisions of the Agreement between Company and Provider (referred to in this Schedule 1 as "FDR") not inconsistent herein shall remain in full force and effect. This amendment shall supersede and replace any inconsistent provisions to such Agreement; to ensure compliance with required CMS provisions, and shall continue concurrently with the term of such Agreement.

NOW, THEREFORE, the parties agree as follows:

A.    **Definitions:**

1)    **Centers for Medicare and Medicaid Services ("CMS")**: the agency within the Department of Health and Human Services that administers the Medicare program.

2)    **Completion of Audit**: completion of audit by the Department of Health and Human Services, the Government Accountability Office, or their designees of a Medicare Advantage Organization, Medicare Advantage Organization contractor or related entity.

3)    **Downstream Entity**: any party that enters into a written arrangement, acceptable to CMS, with persons or entities involved with the MA benefit, below the level of the arrangement between an MA organization (or applicant) and a first tier entity. These written arrangements continue down to the level of the ultimate provider of both health and administrative services.

4)    **Final Contract Period**: the final term of the contract between CMS and the Medicare Advantage Organization.

5)    **First Tier Entity**: any party that enters into a written arrangement, acceptable to CMS, with an MA organization or applicant to provide administrative services or health care services for a Medicare eligible individual under the MA program.

6)    **Medicare Advantage ("MA")**: an alternative to the traditional Medicare program in which private plans run by health insurance companies provide health care benefits that eligible beneficiaries would otherwise receive directly from the Medicare program.

7)    **Medicare Advantage Organization ("MA organization")**: a public or private entity organized and licensed by a State as a risk-bearing entity (with the exception of provider-sponsored organizations receiving waivers) that is certified by CMS as meeting the MA contract requirements.

8)    **Member or Enrollee**: a Medicare Advantage eligible individual who has enrolled in or elected coverage through a Medicare Advantage Organization.

9)    **Provider**: (1) any individual who is engaged in the delivery of health care services in a State and is licensed or certified by the State to engage in that activity in the State; and (2) any entity that is engaged in the delivery of health care services in a State and is licensed or certified to deliver those services if such licensing or certification is required by State law or regulation.

V.1.0.03.16

Aetna 000134

DOJCGH_0001033110

10) **Related entity**: any entity that is related to the MA organization by common ownership or control and (1) performs some of the MA organization's management functions under contract or delegation; (2) furnishes services to Medicare enrollees under an oral or written agreement; or (3) leases real property or sells materials to the MA organization at a cost of more than $2,500 during a contract period.

**B.**     **Required Provisions:**

FDR agrees to the following:

1)  HHS, the Comptroller General, or their designees have the right to audit, evaluate, and inspect any pertinent information for any particular contract period, including, but not limited to, any books, contracts, computer or other electronic systems (including medical records and documentation of the first tier, downstream, and entities related to CMS' contract with Company's Affiliates included in this Agreement, (hereinafter, "MA organization") through 10 years from the final date of the final contract period of the contract entered into between CMS and the MA organization or from the date of completion of any audit, whichever is later. [42 C.F.R. §§ 422.504(i)(2)(i) and (ii)] and [42 CFR §423.505]

2)  HHS, the Comptroller General, or their designees have the right to audit, evaluate, collect, and inspect any records under paragraph 1 of this amendment directly from any First Tier Entity, Downstream Entity, or Related Entity. For records subject to review under paragraph 1, except in exceptional circumstances, CMS will provide notification to the MA organization that a direct request for information has been initiated. [42 C.F.R. §§ 422.504(i)(2)(ii) and (iii)]

3)  FDR will comply with the confidentiality and enrollee record accuracy requirements, including: (1) abiding by all Federal and State laws regarding confidentiality and disclosure of medical records, or other health and enrollment information, (2) ensuring that medical information is released only in accordance with applicable Federal or State law, or pursuant to court orders or subpoenas, (3) maintaining the records and information in an accurate and timely manner, and (4) ensuring timely access by enrollees to the records and information that pertain to them. [42 C.F.R. §§ 422.504(a)(13) and 422.118] and [42 CFR §423.136]

4)  Enrollees will not be held liable for payment of any fees that are the legal obligation of the MA organization. [42 C.F.R. §§ 422.504(i)(3)(i) and 422.504(g)(1)(i)] and [42 CFR §423.505(i)(3)(i)]

5)  For all enrollees eligible for both Medicare and Medicaid, enrollees will not be held liable for Medicare Part A and B cost sharing when the State is responsible for paying such amounts. Providers will be informed of Medicare and Medicaid benefits and rules for enrollees eligible for Medicare and Medicaid. FDR may not impose cost-sharing that exceeds the amount of cost-sharing that would be permitted with respect to the individual under title XIX if the individual were not enrolled in such a plan. Providers will: (1) accept the MA plan payment as payment in full, or (2) bill the appropriate State source. [42 C.F.R. §§ 422.504(i)(3)(i) and 422.504(g)(1)(i)]

6)  Any services or other activity performed in accordance with a contract or written agreement by FDR are consistent and comply with the MA organization's contractual obligations. [42 C.F.R. § 422.504(i)(3)(iii)] and [42 CFR §423.505(i)(3)(iii)]

7)  Contracts or other written agreements between the MA organization and providers or between first tier and downstream entities must contain a prompt payment provision, the terms of which are developed and agreed to by the contracting parties. The MA organization is obligated to pay contracted providers under

Aetna 000135

DOJCGH_0001033111

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

the terms of the contract between the MA Organization/Physician and the provider.  [42 C.F.R. §§ 422.520(b)(1) and (2)]

**See Section 2.A of the Medicare Provider Amendment to which this Schedule 1 is attached.**

8)   FDR and any related entity, contractor or subcontractor will comply with all applicable Federal and Medicare laws, regulations, and CMS instructions.   [42 C.F.R. §§ 422.504(i)(4)(v)] and [42 CFR §423.505(i)(4)(iv)]

9)   If any of the MA organization's activities or responsibilities under its contract with CMS are delegated to any first tier, downstream and related entity:

(i) The delegated activities and reporting responsibilities are specified as follows:

**None Delegated.**

[42 C.F.R. §§ 422.504(i)(4) and (5)]

In the event of a conflict between the terms and conditions above and the terms of a related agreement, the terms above control.

Aetna 000136

DOJCGH_0001033112

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**MEDICARE
HOSPITAL SERVICE
AND
RATE SCHEDULE**

**Government Programs:**

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| DRG | All Active DRG Codes | 100%  of Medicare Allowable |
| CMG | All Active CMG Codes | 100%  of Medicare Allowable IRF |
| Sub-Acute Care:<br> Any Level | Revenue Codes:<br>190-199 | 100%  of Medicare Allowable SNF |
| PSYCH AND DETOX | Revenue Codes:<br>114, 116, 124, 126, 134, 136, 144,<br>146, 154, 156, 204, 206 | 100%  of Medicare Allowable IPF |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| APC:<br>Hospital Outpatient Services | All Outpatient Services | 100% of Medicare Allowable |
| Dialysis and Related Services<br>(including ESRD Related Services) | | 100% of Medicare Allowable ESRD |
| All Other Outpatient | | 24%  of  Billed Charges |

**"Government Programs does not include Medicaid Programs or Children's Health Insurance Programs."**

**PROFESSIONAL COMPONENTS:**

Aetna 000137

DOJCGH_0001033113

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**Payment for professional services is not included in the rates specified in this Services and Compensation Schedule.**

Aetna 000138

DOJCGH_0001033114

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**RATE TERMS AND CONDITIONS**:

All payments are subject to the Policies promulgated by Company pursuant to this Agreement. Moreover, payments will be based on the level of care authorized by Company.

Definitions:

The following service definitions are intended to help facilitate billing and payment between Hospital and Company.

Medicare Allowable Payment (Inpatient Services) – is the current payment as of discharge date that a hospital will receive from Company, subject to the then current Medicare Inpatient Prospective Payments Systems and will be updated in accordance with CMS changes, provided, however, that exempt units for psychiatric, rehabilitation and skilled nursing facility services will be paid in accordance with the applicable Medicare Prospective Payment Systems. These payments are intended to mirror the payment a Medicare Fiscal Intermediary ("FI") would make to the hospital, less (with respect to DRG-based payments) the payments for Indirect Medical Education (IME), Direct Graduate Medical Education (DGME) and Aetna payment and processing guidelines. The current Medicare Allowable payment is final and is exclusive of cost settlements, reconciliations, or any other retroactive adjustments as completed by a FI for both overpayments and underpayments.

Medicare Physician Fee Schedule (MFS) – A fee schedule established by Company for use in payment to providers for Covered Services, which is based upon Centers for Medicare & Medicaid Services (CMS) Geographic Pricing Cost Indices (GPCI) and Resource Based Relative Value Scale (RBRVS) Relative Value Units (RVU) [including Outpatient Prospective Payment System (OPPS) cap rates]; the Clinical Laboratory Fee Schedule (CLAB); the Durable Medical Equipment, Prosthetics, Orthotics and Supplies Fee Schedule; including PEN (DMEPOS) and 'Medicare Part B Drug Average Sales Price (ASP)'. Coding and fees determined under this schedule will be updated as CMS releases code updates, changes in the MFS relative values, including OPPS cap payments, or the CMS conversion factors. Company plans to update the schedule within 60 days of the final rates and/or codes being published by CMS. However, the rates and coding sets for these services do not become effective until updates are completed by Company and payment is considered final and exclusive of any retroactive or retrospective CMS adjustments. Aetna payment policies apply to services paid based upon the Medicare Physician Fee Schedule.

Medicare Allowable Outpatient Definitions:

For Hospital Outpatient Services:

A.  Services or procedures payable pursuant to:

1.  The Outpatient Prospective Payment System (OPPS), where applicable payment for these services is geographically adjusted using the providers specific wage index; or;

2.  If value is not available as set forth in 1 above, then payable according to the applicable fee schedule as otherwise set forth in this Agreement.

The Medicare Allowable payment is subject to Aetna's payment and processing guidelines and is final and will not be impacted by cost settlements, reconciliations or any other retroactive adjustments performed by a Medicare fiscal intermediary for both overpayments and underpayments.

Pursuant to CMS rules, specific revenue codes are packaged when billed without HCPCS codes. Payment for these dependent, ancillary, supportive, and adjunctive items and services is packaged into payment for the primary independent service reported with an applicable HCPCS codes. Therefore, separate payment will not be made for claims reported with these packaged revenue codes when billed without HCPCS codes. Consistent with this, Company will not make separate payment(s) for packaged revenue codes. Aetna will follow the OPPS payment updates as published annually by CMS in the OPPS final rule.

Aetna 000139

DOJCGH_0001033115

B. **Dialysis Services.** Payment for these services is based on CMS's ESRD Prospective Payment System (PPS) and, shall be for dialysis treatment and related services regardless of the underlying patient diagnosis or condition. CMS's ESRD PPS provides a case-mix adjusted single payment to ESRD facilities for most renal dialysis services provided in an ESRD facility or beneficiary's home. Hospital represents and warrants that it is a CMS certified Renal Dialysis Center or Renal Dialysis Facility. For ESRD-related dialysis and services and to the extent applicable to other dialysis and related services, provider is required to submit based on CMS ESRD billing guidelines to include using bill type '72x' and using taxonomy code 261QE0700X for ESRD providers. http://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/downloads/ESRDpaymtfctsht.pdf
http://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/ESRDpayment/index.html

C. Services and Supplies not able to be paid as set forth in A above: Outpatient services and supplies that are (i) billed in accordance with CMS guidelines; and (ii) that are not considered packaged, composite or concurrent services, and (iii) and not payable at the Aetna Market Fee Schedule, are payable at 24% billed charges.

Aetna Market Fee Schedule (AMFS) – A fee schedule that is based upon the contracted location where services are performed. Company may periodically update this fee schedule.

Service Groupings – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Service and Rate Schedule.

General

a) Hospital Services shall include all programs, services, facilities, and equipment necessary for care. Rates are inclusive of any applicable Member Copayment, Coinsurance, Deductible and any applicable tax including but not limited to sales tax, pre-admission services or pre-procedure testing and other services as may be expressly included in the contracted rates. Any equipment and/or services provided by an alternate facility during the course of an admission shall be the financial responsibility of the Hospital, and will be considered to be included in the rates noted in this rate schedule.

    a1) Hospital shall be paid at the lesser of eligible billed charges or the applicable contracted rate herein.

    a2) The rate applied will be the applicable Agreement rate in effect on the date of admission.

b) All claims will be handled in accordance with Aetna payment and processing guidelines.

    b1) Pre-admission testing will be paid in accordance with Aetna guidelines.
    b2) Multiple Procedure Processing will be applied in accordance with CMS guidelines.
    b3) Observation will be handled in accordance with CMS guidelines.

c) Personal comfort and convenience items are not eligible for payment.

d) All professional services billed, including services billed by Participating Providers, under the Hospital's federal tax identification number on a UB-04 (or its equivalent in the event UB-04s are no longer the standard billing form) billing form are not eligible for payment. All professional services billed, including services billed by Participating Providers, under the Hospital's tax identification number on a CMS 1500 or equivalent form shall be paid at the Aetna Market Fee Schedule or applicable contracted rates.

e) Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider reduce the rates for Covered Services by ten percent (10%) for a three (3) month period

Aetna 000140

DOJCGH_0001033116

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

should Provider fail to provide timely notice of change in Provider information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

f)   Company may conduct DRG validation audits.  Company or its designee will notify Hospital of its intent to audit.   Company or the authorized Company representative will provide Hospital with a listing of the medical records they wish to review.   This list is to contain the Member´s name, date of birth, DRG, dates of service, and if available Hospital patient control number and/or medical record number as listed on the UB-04. Information requested for DRG validation audits shall be limited to the Member´s medical record.   Hospital will     provide     requested     medical     records     within     thirty     (30)     days     of     request. If an audit indicates that a DRG or a payment requires adjustment, Company or the authorized representative of Company shall provide written notice to the Hospital stating the reason for the adjustment.     If Hospital disagrees with a proposed modification, it shall appeal in writing the basis of its dispute and include supporting documentation it deems helpful to clarify its position. Company shall likewise respond to such appeals within thirty (30) days of receipt. If Hospital does not dispute Company´s or Company´s authorized representative findings, then Company or Company´s representative  can request the claim be refunded via the overpayment recovery process in this Agreement.

g)   Not all hospitals participate in the Institutes of Excellence transplant program (IOE) program; unless hospital has executed a separate transplant services agreement or a transplant services amendment/addendum with company and/or its affiliates for participation in the IOE program ("transplant agreement"), and continues to meet company's IOE criteria, hospital is not a participating provider for members in the IOE program.

Except as specifically outlined in a current transplant agreement, nothing in this schedule applies to transplant services provided under the IOE program.  Any references herein to transplant services apply only to non-IOE transplant services, unless specifically noted otherwise in the transplant services agreement.

Except with respect to Medicare members as described below, in the event of a conflict between this schedule and a transplant agreement, the terms of the transplant agreement shall prevail.

**Medicare Members Receiving Transplants under the Institutes of Excellence Program**: The Parties specifically agree that if Provider participates in the Company's and/or its Affiliates' Institutes of Excellence Transplant Program (IOE), and the Transplant Agreement/Amendment/Addendum applicable to the IOE Program is silent on reimbursement for Medicare Program members, then any Medicare Compensation Schedule in this Hospital Agreement shall also apply to IOE Transplant services rendered to Medicare members.

<u>Billing</u>

h)   Hospital must submit claims using the same coding rules as traditional Medicare.  Providers must follow all Medicare billing guidelines for claims submission and must include all claims information required by Traditional Medicare.

i)   The Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or other federal mandate ("Medicare Payment Adjustment").  Furthermore, any such Medicare Payment Adjustment could result in an increase or decrease in Medicare payments.  In accordance with the terms of this Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to Provider will be adjusted in accordance with the Medicare Payment Adjustment.  Company shall adjust payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the Medicare Payment Adjustment, and shall continue to adjustment payments to Provider for until the earlier of (i) the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment Adjustment.

<u>Coding</u>

V.18.0.05.15

Aetna 000141

DOJCGH_0001033117

j)  Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided. As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes. Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes. Such changes will only be made when there is no material change in the procedure itself. Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period. Unless otherwise specified, the reimbursement for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

k)  <u>Submission of Lab Results and Encounters</u>. Hospital agrees to submit Lab Results to Company, in the form and manner specified by Company. Hospital agrees to submit Lab Results using Secured File Transfer Protocol process. Hospital agrees to send Lab Results to Company on a monthly basis. Subject to applicable laws and regulations, Hospital will transmit data to Company, if requested by Company, using Company's selected vendor. Company agrees that all necessary confidentiality requirements of Hospital will be adhered to by Company's selected vendor. Use of this selected vendor will not delay electronic payment remittance or electronic response to claim data currently in process.

In addition, for any capitated services, Hospital agrees to send Encounter Data in a format supplied by Company, and follow Company's Companion Guide and format specifications for Encounter Data submissions.

**Charge Master Increases**

l)  **Charge Master Limit**. Company acknowledges that Hospital may increase the billed charge amounts within its charge master ("Charge Master Increase"). However, Hospital shall provide Company written notice at least thirty (30) days prior to the effective date of a Charge Master Increase in accordance with the Notice section of the Agreement. Such notice will include the amount of the Charge Master Increase and its effective date. Company is entitled to rely upon the information contained in Hospital's notice of Charge Master Increases for the purpose of adjusting payment rates as set forth below. Company will communicate to Hospital in writing, via certified letter, the revised percentage of charge rate(s) , if any.

In the event, Hospital implements an aggregate Charge Master Increase for those services rendered to Members and paid by Company as a percentage of Hospital's eligible billed charges that exceeds three percent (3%) during any twelve month period occurring on or after the effective date of the Agreement ("Charge Master Limit"), Company shall adjust all percentage of charge rates in the manner described below. Adjusted percentage of charge rates shall be effective on the effective date of the Charge Master Increase. Charges for Implants, prosthetics, pace makers and high cost drugs are excluded from this provision.

Company will review Hospital eligible billed charges received by Company. Eligible billed charges paid by Company as a percentage of Hospital's billed charges will be used in Company's review. Eligible billed charges received after the effective date of the Charge Master Increase will be compared to the eligible billed charges received prior to the effective date of the Charge Master Increase. Charge Master Increases will then be multiplied by the units reimbursed by Company during the applicable twelve (12) month contract period and aggregated to determine the total Charge Master Increase. If Company determines (a) a Charge Master Increase that is higher than a Charge Master Increase reported by Hospital or (b) a Charge Master Increase not reported by Hospital that exceeds the Charge Master Limit, Company shall report such Charge Master Increase to Hospital.

Aetna 000142

DOJCGH_0001033118

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**Rate Adjustments**. The adjustment to percentage of charge rates will be equal to the current payment rate multiplied by one plus the Charge Master Limit divided by one plus the Charge Master Increase as calculated in the section "Payment Rate Example" below. Adjusted percentage of charge rates will be rounded to the nearest one tenth of one percent (0.1%).

Charge Master Limit = 3%
Example Charge Master Increase = 6%

**Payment Rate Example**:

Payment Rate = 45%                              Adjusted Payment Rate = 43.7%
(45% X 1.03 / 1.06) = 43.72642%
rounded to the nearest one tenth of one percent (0.1%)

Adjustments to percentage of charge rates will be applicable to the current and future Hospital Service and Rate Schedule(s) under this Agreement.

**Overpayment Calculations**. When Company is not notified or is not sufficiently notified of a Charge Master Increase prior to the increase effective date, appropriate rate adjustments cannot be implemented upon the effective date of the Charge Master Increase, resulting in overpayments by Company. Company will calculate amounts paid to Hospital due to Charge Master Increases that exceed the Charge Master Limit to determine overpaid amounts ("Overpayments"). Company shall notify Hospital in writing of the Overpayments and provide claim detail for the overpaid claims.

Hospital agrees to remit the Overpayments to Company in accordance with the overpayment language provisions contained within this Agreement.

**Hospital Inpatient Services**

**DRG:**

All services identified by MS-DRGs are subject to verification by Company using the MEDICARE PROSPECTIVE PAYMENT GROUPER version of grouping software in use by Company on the date of discharge. MS-DRGs submitted by the Hospital that do not coincide with the MS-DRG assigned by Company's grouping software will be paid at the applicable rate for the assigned MS-DRG. Company will update the Medicare IPPS Grouper software within 30 days of the later to occur of (i) the CMS effective date; or (ii) CMS release date. Until updated in Company's systems, Company will pay based upon the prior versions of the Medicare IPPS grouper software.

**CMG:**

All contracted rates identified by CMG are subject to verification by Company of the submitted CMG by using the MEDICARE INPATIENT REHABILITATION PROSPECTIVE PAYMENT GROUPER version of grouping software in use by Company on the date of discharge. CMGs submitted by Hospital that do not coincide with the CMG produced by Company through the grouping software will be paid at the applicable rate for the CMG identified by Company through the grouping software.

Psychiatric services will be paid in accordance with the Inpatient Psychiatric Facility Prospective Payment System (IPF PPS).

Aetna 000143

DOJCGH_0001033119

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Skilled Nursing services will be paid in accordance with the Skilled Nursing Facility Prospective Payment System (SNF PPS).

**Hospital Outpatient Services**

**APC:**

Services identified by the Ambulatory Payment Classifications (APCs), which are part of the Medicare Outpatient Prospective Payment System (OPPS), are subject to verification by Company using the MEDICARE OUTPATIENT PROSPECTIVE PAYMENT GROUPER. Payment will be based on the version of the software and the applicable Medicare rate file in use by Company on the date of service. Company will update the Medicare Outpatient Prospective Payment System (OPPS) grouping software within 60 days of the later to occur of (i) the CMS effective date; or (ii) CMS release date. Until updated in Company's systems, Company will pay based upon the prior versions of the Medicare rate file and APC Grouper.

Aetna 000144

DOJCGH_0001033120

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**DAHLONEGA FAMILY PRACTICE
MEDICARE RURAL HEALTH CLINIC
FACILITY SERVICE AND RATE SCHEDULE**

**Government Programs – All Medicare Products**:

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| All Other Outpatient | | $105.22<br>Once Per Unique Code Per Service Date |

**RATE TERMS AND CONDITIONS:**

Definitions:

**Medicare Physician Fee Schedule (MFS)** – A fee schedule established by Company for use in payment to providers for Covered Services, which is based upon Centers for Medicare & Medicaid Services (CMS) Geographic Pricing Cost Indices (GPCI) and Resource Based Relative Value Scale (RBRVS) Relative Value Units (RVU) [including Outpatient Prospective Payment System (OPPS) cap rates]; the Clinical Laboratory Fee Schedule (CLAB); the Durable Medical Equipment, Prosthetics, Orthotics and Supplies Fee Schedule; including PEN (DMEPOS) and 'Medicare Part B Drug Average Sales Price ASP)'.  Coding and fees determined under this schedule will be updated as CMS releases code updates, changes in the MFS relative values, including OPPS cap payments, or the CMS conversion factors.  Company plans to update the schedule within 60 days of the final rates and/or codes being published by CMS.  However, the rates and coding sets for these services do not become effective until updates are completed by Company and payment is considered final and exclusive of any retroactive or retrospective CMS adjustments.  Aetna payment policies apply to services paid based upon the Medicare Physician Fee Schedule.

All Inclusive Rate (AIR) – Provider bills Company for medically necessary medical and mental health visits and qualified preventative health visits with a practitioner in the Rural Health Clinic, at a patient's residence (including an assisted living facility), or in a Medicare covered Part A Skilled Nursing facility.

General

a)  Rates are inclusive of any applicable Member Copayment, Coinsurance, Deductible and any applicable tax including but not limited to sales tax.

Aetna 000145

DOJCGH_0001033121

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Provider shall be paid at the applicable contracted rate.

b) Facility agrees to accept an "All-Inclusive Visit Rate" defined as payment in full for all Covered Services including but not limited to diagnostic laboratory and radiology, procedures, injectables, and durable medical equipment provided to Members during the visit. Rural Health Clinic non-designated services which are not included in the All Inclusive Rate (AIR) Provider agree to accept the Medicare Physician Fee Schedule.

c) The Rural Health Clinic rates set forth in this Schedule for Aetna Medicare Plans will be adjusted in accordance with rates set by the Medicare Administrative Contractor (MAC). Provider agrees to forward to Company a copy of the letter from CMS verifying any rate changes. Upon receipt of such letter, the new rate will become effective within forty-five (45) days.

## Billing

a) Providers must submit claims using the same coding rules as traditional Medicare, using theHCPCS, Revenue codes and CPT codes and defined modifiers. Providers must follow all Medicare billing guidelines for claims submission. Providers must include all claims information required by traditional Medicare.

b) Provider must submit claims using the proper taxonomy code, place of service code and bill type for the Rural Health Clinic.

c) If Provider is compensated on a fee for service basis and a Government Official imposes a financial adjustment or penalty on Company based on a finding that there is insufficient information or documentation to support a Diagnosis ("Audit Finding"), Company may recoup the total amount that Company paid to Provider for the Current Procedural Terminology (CPT) or other nationally recognized medical codes used to bill Company for Covered Services rendered by Provider to treat such Diagnosis ("Billing Codes"). Company shall only recoup payments made to Provider for Billing Codes associated with dates of service that are within the calendar year(s) that is described in the Audit Finding. Prior to recouping any payments made to Provider for a Diagnosis for which an Audit Finding was issued, Company will provide Provider with copies of: (1) the pertinent portion(s) of the final written audit report prepared by a Government Official demonstrating that an Audit Finding was issued relating to the Diagnosis, and (2) a copy of the Medical Records submitted by Company to the Government Official for the Diagnosis.

d) The Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or other federal mandate ("Medicare Payment Adjustment"). Furthermore, any such Medicare Payment Adjustment could result in an increase or decrease in Medicare payments. In accordance with the terms of this Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to Provider will be adjusted in accordance with the Medicare Payment Adjustment. Company shall adjust payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the Medicare Payment Adjustment, and shall continue to adjustment payments to Provider for until the earlier of (i) the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment Adjustment.

## Coding

a) Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided. As changes are made to

Aetna 000146

DOJCGH_0001033122

nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes.  Such updates may include changes to Service Groupings for new and/or existing codes.  Such changes will only be made when there is no material change in the procedure itself.  Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period.  Unless otherwise specified, the rate for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Aetna 000147

DOJCGH_0001033123

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**DAWSON FAMILY PHYSICIANS
MEDICARE RURAL HEALTH CLINIC
FACILITY SERVICE AND RATE SCHEDULE**

**Government Programs – All Medicare Products**:

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| All Other Outpatient | | $131.25<br>Once Per Unique Code Per Service Date |

**RATE TERMS AND CONDITIONS**:

Definitions:

**Medicare Physician Fee Schedule (MFS)** – A fee schedule established by Company for use in payment to providers for Covered Services, which is based upon Centers for Medicare & Medicaid Services (CMS) Geographic Pricing Cost Indices (GPCI) and Resource Based Relative Value Scale (RBRVS) Relative Value Units (RVU) [including Outpatient Prospective Payment System (OPPS) cap rates]; the Clinical Laboratory Fee Schedule (CLAB); the Durable Medical Equipment, Prosthetics, Orthotics and Supplies Fee Schedule; including PEN (DMEPOS) and 'Medicare Part B Drug Average Sales Price ASP)'.   Coding and fees determined under this schedule will be updated as CMS releases code updates, changes in the MFS relative values, including OPPS cap payments, or the CMS conversion factors.   Company plans to update the schedule within 60 days of the final rates and/or codes being published by CMS.   However, the rates and coding sets for these services do not become effective until updates are completed by Company and payment is considered final and exclusive of any retroactive or retrospective CMS adjustments.   Aetna payment policies apply to services paid based upon the Medicare Physician Fee Schedule.

All Inclusive Rate (AIR) – Provider bills Company for medically necessary medical and mental health visits and qualified preventative health visits with a practitioner in the Rural Health Clinic, at a patient's residence (including an assisted living facility), or in a Medicare covered Part A Skilled Nursing facility.

General

a)   Rates are inclusive of any applicable Member Copayment, Coinsurance, Deductible and any applicable tax including but not limited to sales tax.

Aetna 000148

DOJCGH_0001033124

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Provider shall be paid at the applicable contracted rate.

.

b)  Facility agrees to accept an "All-Inclusive Visit Rate" defined as payment in full for all Covered Services
including but not limited to diagnostic laboratory and radiology, procedures, injectables, and durable medical
equipment provided to Members during the visit.  Rural Health Clinic non-designated services which are not
included in the All Inclusive Rate (AIR) Provider agree to accept the Medicare Physician Fee Schedule.

c)  The Rural Health Clinic rates set forth in this Schedule for Aetna Medicare Plans will be adjusted in accordance
with rates set by the Medicare Administrative Contractor (MAC).  Provider agrees to forward to Company a
copy of the letter from CMS verifying any rate changes.  Upon receipt of such letter, the new rate will become
effective within forty-five (45) days.

## Billing

e)  Providers must submit claims using the same coding rules as traditional Medicare, using theHCPCS, Revenue
codes and CPT codes and defined modifiers.  Providers must follow all Medicare billing guidelines for claims
submission.  Providers must include all claims information required by traditional Medicare.

f)  Provider must submit claims using the proper taxonomy code, place of service code and bill type for the Rural
Health Clinic.

g)  If Provider is compensated on a fee for service basis and a Government Official imposes a financial adjustment
or penalty on Company based on a finding that there is insufficient information or documentation to support a
Diagnosis ("Audit Finding").  Company may recoup the total amount that Company paid to Provider for the
Current Procedural Terminology (CPT) or other nationally recognized medical codes used to bill Company for
Covered Services rendered by Provider to treat such Diagnosis ("Billing Codes"). Company shall only recoup
payments made to Provider for Billing Codes associated with dates of service that are within the calendar
year(s) that is described in the Audit Finding. Prior to recouping any payments made to Provider for a Diagnosis
for which an Audit Finding was issued, Company will provide Provider with copies of: (1) the pertinent
portion(s) of the final written audit report prepared by a Government Official demonstrating that an Audit
Finding was issued relating to the Diagnosis, and (2) a copy of the Medical Records submitted by Company to
the Government Official for the Diagnosis.

h)  The Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and
Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or
other federal mandate ("Medicare Payment Adjustment").  Furthermore, any such Medicare Payment
Adjustment could result in an increase or decrease in Medicare payments.  In accordance with the terms of this
Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to
Provider will be adjusted in accordance with the Medicare Payment Adjustment.  Company shall adjust
payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the
Medicare Payment Adjustment, and shall continue to adjustment payments to Provider for until the earlier of (i)
the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment
Adjustment.

## Coding

a)  Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as
described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common
Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard)
Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists
(ASA) relative values for the basic coding, and description for the services provided.  As changes are made to

Aetna 000149

DOJCGH_0001033125

nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes. Such updates may include changes to Service Groupings for new and/or existing codes. Such changes will only be made when there is no material change in the procedure itself. Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period. Unless otherwise specified, the rate for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

INTERNAL PURPOSES ONLY

Aetna 000150

DOJCGH_0001033126

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

## SPECIALIST PHYSICIAN
## SERVICES AND RATE SCHEDULE

**RATE**:

**Payment Details:**

| Service | Billing Codes | Rates |
|---|---|---|
| All Services not otherwise identified | | 100% of Medicare Allowable |

**SERVICES**:

Specialist will provide services that are within the scope of and appropriate to the Specialist's license and certification to practice.  Moreover, Specialist agrees, with respect to all chronic biotherapies administered in Specialist's office to Members, to order the necessary specialty medications from a Participating specialty pharmacy provider.  With respect to Members diagnosed with either Crohn's Disease or Immunodeficiency Syndrome or Infused Medications for Psoriasis and needing specialty medications for their conditions, Specialist shall in accordance with a Member's plan and unless prohibited by law, coordinate with Member's Participating specialty pharmacy provider to transition the drug and service authorization, drug distribution, clinical oversight and billing management of the specialty medications treating these conditions to the participating specialty pharmacy.

**RATE TERMS AND CONDITIONS**:

<u>Definitions</u>

"**Aetna Market Fee Schedule**" (AMFS) – A fee schedule that is based upon the contracted location where services are performed.  Company may periodically update this fee schedule.

"**Gatekeeper products**" – For purposes of this Service and Rate Schedule, Gatekeeper products refer to Commercial Health Products offered, administered and/or serviced by Company which encourage or promote the use of a Primary Care Physician, regardless of whether (i) selection of a Primary Care Physician is mandatory or voluntary under the terms of the Plan; or (ii) an individual Member has selected a Primary Care Physician. Examples of Gated Commercial Health Products include, but are not limited to:  HMO, QPOS, Elect Choice, Managed Choice POS, Aetna Choice POS II, Aetna Select, Open Access Student MC.  In some circumstances, certain Commercial Health Products (e.g., FEHB plans) may be available on both a "Gatekeeper" and "Non-Gatekeeper" basis.

"**Non-Gatekeeper products**" – For purposes of this Service and Rate Schedule, Non-Gatekeeper products refer to Commercial Health Products offered, administered and/or serviced by Company which do not allow for the designation and/or use of a Primary Care Physician in the administration of the product. Examples of Non-Gated Commercial Health Products include, but are not limited to:  PPO, Passport to Healthcare® and National Advantage. In some circumstances, certain Commercial Health Products (e.g., FEHB plans) may be available on both a "Gatekeeper" and "Non-Gatekeeper" basis.

"**Service Groupings**" – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Services and Rate Schedule.

Aetna 000151

DOJCGH_0001033127

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

"**Telemedicine**" Telemedicine is the delivery of clinical medicine via real-time telecommunications such as telephone, the Internet, or other communications networks or devices that do not involve direct patient contact. For purposes of this Schedule, Telemedicine includes only those services that are included in and provided in compliance with Company Policies.

General

a)  Rates are inclusive of any applicable Member Copayment, Coinsurance, Deductible and any applicable tax including but not limited to sales tax.  For procedures and/or services not specifically listed above, Provider agrees to accept then current AMFS as payment in full.   Company will pay the lesser of the contracted rate or eligible billed charges.

b)  Unless required by law, payment for services of Mid-level Practitioners (Nurse Practitioners, Certified Nurse Midwives, Physician Assistants and Registered Nurses) may be less than Physician services based on Company's then current payment policy.

c)  Payment for services of Clinical Psychologists, Psychiatric Nurses and any other Licensed Master Level Practitioner (Clinical Social Workers, Licensed Professional Counselors, Marriage/Family Therapists, Psychological Examiner, Drug and Alcohol Counselor, Pastoral Counselor) may be less than Company's then current payment methodology for Behavioral Health physician services.

d)  Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider reduce the rates for Covered Services by ten percent (10%) for a three (3) month period should Provider fail to provide timely notice of change in Provider information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

e)  Certain Plans may cover Telemedicine for specific services.  For those Plans the rates for covered Telemedicine services will be a percentage of the rates set forth in this Schedule, unless other rates are required by applicable law. Such percentage(s), as well as the list of applicable services that may be provided through Telemedicine, will-be listed in Company Policies. Telemedicine services must be provided in accordance with Company Policies (including, but not limited to the Participation Criteria) and there will be no coverage for Telemedicine services not provided in accordance with Company Policies.

f)  Except where prohibited by applicable law and notwithstanding Section 6.3 of the Agreement, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider, reduce the rates for Covered Services by twenty percent (20%) should Provider fail to refer Members to Participating Providers in the absence of either: 1) sound clinical reasons; 2) advance approval of Company; 3) the existence of an Emergency Services or exigent circumstances; or 4) if applicable, the Member's request for referral to an out of network provider after notice and informed consent of the patient has been documented, in writing, as set forth in referral section of the Agreement.  If Company imposes a reduction to the rates, Provider may request, no more than once every six (6) months, for Company to re-evaluate Provider's use of Participating Providers.  If Company determines that Provider has consistently referred Members to Participating Providers for all Covered Services for the preceding six (6) month period, Company will eliminate the reduction within sixty (60) days after Company's determination.

g)  The Rural Health Clinic rates set forth in the Hospital Services Compensation Schedule for Aetna Medicare Plans will be adjusted in accordance with rates set by the Fiscal Intermediary.  Hospital agrees to forward to Company a copy of letter from CMS verifying any rate changes.  Upon receipt of such letter the new rate will become effective within forty-five (45) days after Company's receipt of such letter.

Aetna 000152

DOJCGH_0001033128

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

h.  Provider agrees to accept an "All-Inclusive Visit Rate" as payment in full for all Covered Services including but not limited to diagnostic laboratory and radiology procedures, injectables, and durable medical equipment provided to Members during the visit.  For Rural Health Clinic non-designated services, which are not included in the All Inclusive Rate (AIR), Provider agrees to accept 100% of the Medicare Physician Fee Schedule.

i.  Provider must submit claims using the proper taxonomy code, place of service code and bill type for the Rural Health Clinic.

Billing

j)  Specialist must designate the codes set forth in this Rate Schedule when billing.

k)  If Provider is compensated on a fee for service basis and a Government Official imposes a financial adjustment or penalty on Company based on a finding that there is insufficient information or documentation to support a Diagnosis ("Audit Finding"), Company may recoup the total amount that Company paid to Provider for the Current Procedural Terminology (CPT) or other nationally recognized medical codes used to bill Company for Covered Services rendered by Provider to treat such Diagnosis ("Billing Codes"). Company shall only recoup payments made to Provider for Billing Codes associated with dates of service that are within the calendar year(s) that is described in the Audit Finding. Prior to recouping any payments made to Provider for a Diagnosis for which an Audit Finding was issued, Company will provide Provider with copies of: (1) the pertinent portion(s) of the final written audit report prepared by a Government Official demonstrating that an Audit Finding was issued relating to the Diagnosis, and (2) a copy of the Medical Records submitted by Company to the Government Official for the Diagnosis.

l)  The Parties acknowledge and agree that payments under the Medicare program to providers, suppliers, and Medicare Advantage organizations may be adjusted as the result of legislation, regulation, executive order or other federal mandate ("Medicare Payment Adjustment").  Furthermore, any such Medicare Payment Adjustment could result in an increase or decrease in Medicare payments.  In accordance with the terms of this Agreement, the Parties agree that, in the event of a Medicare Payment Adjustment, Company's payment to Provider will be adjusted in accordance with the Medicare Payment Adjustment.  Company shall adjust payments under this Agreement for Covered Services rendered by Provider on and after the effective date of the Medicare Payment Adjustment, and shall continue to adjustment payments to Provider for until the earlier of (i) the Medicare Payment Adjustment is discontinued or (ii) is replaced by a subsequent Medicare Payment Adjustment.

Coding

m)  Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided.  As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes.  Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes.  Such changes will only be made when there is no material change in the procedure itself.  Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period.  Unless otherwise specified, the reimbursement for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

Aetna 000154

DOJCGH_0001033130

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

### Service and Pay to (Remittance) Location Form

Listed below is each participating provider* with the corresponding physical service location, pay to (remittance) address and telephone numbers:

**\*Upon written notice from Provider, Company may agree to add new or relocating facilities, locations or providers to existing Agreement upon completion of applicable credentialing and satisfaction of all other requirements of Company.  Other demographic information may be revised upon written notice from Provider.**

**Provider Name:**  Durall Capital Holdings, LLC dba Chestatee Regional Hospital

| Service Location Name | | Pay to (Remittance) Name | |
|---|---|---|---|
| Chestatee Regional Hospital | | Electronic Pay to (Remittance) Name *(as it appears on the submission)* | Durall Capital Holdings, LLC |
| Street | 227 Mountain Dr | Address | 8411 West Oakland Park Blvd |
| Suite # | | Suite # | Suite 302 |
| City | Dahlonega | City | Sunrise |
| State, Zip | GA  30533 | State, Zip | FL  33351 |
| Phone # | 706) 864-6136 | Phone # | 954-746-8232 |
| Fax # | 706) 864-1356 | Fax # | |
| Email Address | | Email Address | |
| Tax ID # | 813577160 | NPI: 1700883246 | NPI Type: 2 |

Company Use Only:     PIN # _6213895_____          PVN # _____

| Service Location Name | | Pay to (Remittance) Name | |
|---|---|---|---|
| Dahlonega Family Practice | | Electronic Pay to (Remittance) Name *(as it appears on the submission)* | Durall Capital Holdings, LLC |
| Street | 59 Tipton Dr | Address | 8411 West Oakland Park Blvd |
| Suite # | | Suite # | Suite 302 |
| City | Dahlonega | City | Sunrise |
| State, Zip | GA  30533 | State, Zip | FL  33351 |
| Phone # | 706) 864-4012 | Phone # | 954-746-8232 |
| Fax # | 706-864-4029 | Fax # | |
| Email Address | | Email Address | |
| Tax ID # | 813577160 | NPI: 1003988908 | NPI Type: 2 |

Company Use Only:     PIN # _9462374_____          PVN # 8041595_____

Aetna 000155

DOJCGH_0001033131

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| Service Location Name | | Pay to (Remittance) Name | |
|---|---|---|---|
| Dahlonega Family Practice-RHC | | Electronic Pay to (Remittance) Name *(as it appears on the submission)* | Durall Capital Holdings, LLC |
| Street | 59 Tipton Dr | Address | 8411 West Oakland Park Blvd |
| Suite # | | Suite # | Suite 302 |
| City | Dahlonega | City | Sunrise |
| State, Zip | GA 30533 | State, Zip | FL 33351 |
| Phone # | 706) 864-4012 | Phone # | 954-746-8232 |
| Fax # | 706-864-4029 | Fax # | |
| Email Address | | Email Address | |
| Tax ID # | 813577160 | NPI: 1346574084 | NPI Type: 2 |

Company Use Only:        PIN # _tbd_____        PVN # ___tbd_____

| Service Location Name | | Pay to (Remittance) Name | |
|---|---|---|---|
| Dawson Family Physicians | | Electronic Pay to (Remittance) Name *(as it appears on the submission)* | Durall Capital Holdings, LLC |
| Street | 35 Lumpkin Campground Rd N | Address | 8411 West Oakland Park Blvd |
| Suite # | | Suite # | Suite 302 |
| City | Dawsonville | City | Sunrise |
| State, Zip | GA 30534 | State, Zip | FL 33351 |
| Phone # | 706) 265-8439 | Phone # | 954-746-8232 |
| Fax # | 706-265-8442 | Fax # | |
| Email Address | | Email Address | |
| Tax ID # | 813577160 | NPI: 1215260617 | NPI Type: 2 |

Company Use Only:        PIN # _ 7782926_____        PVN # _1378917_____

| Service Location Name | | Pay to (Remittance) Name | |
|---|---|---|---|
| Dawson Family Physicians - RHC | | Electronic Pay to (Remittance) Name *(as it appears on the submission)* | Durall Capital Holdings, LLC |
| Street | 35 Lumpkin Campground Rd N | Address | 8411 West Oakland Park Blvd |
| Suite # | | Suite # | Suite 302 |
| City | Dawsonville | City | Sunrise |
| State, Zip | GA 30534 | State, Zip | FL 33351 |
| Phone # | 706) 265-8439 | Phone # | 954-746-8232 |
| Fax # | 706-265-8442 | Fax # | |
| Email Address | | Email Address | |
| Tax ID # | 813577160 | NPI: 1033648654 | NPI Type: 2 |

Company Use Only:        PIN # _tbd_____        PVN # ___tbd_____

Aetna 000156

DOJCGH_0001033132

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

## RENTAL NETWORK AMENDMENT TO
## HOSPITAL SERVICES AGREEMENT

This Rental Network Amendment (the "Amendment") to the Hospital Services Agreement between Aetna Health, Inc. a Georgia corporation ("Company") and Durall Capital Holdings, LLC dba Chestatee Regional Hospital ( "Provider") (Company and Provider each a "Party" or, together, the "Parties") effective August 17, 2016, as amended from time to time (the "Agreement"), is made and entered into by and between Company and Provider to be effective as of December 15, 2017 (the "Effective Date").

**WHEREAS**, Coventry Health Care, Inc. and its affiliates ("Coventry") became Affiliates of Company in May 2013;

**WHEREAS**, Company and Provider mutually desire that, as of the Effective Date of this Amendment, Provider shall serve as a participating network provider for certain plans/products (which may include, but are not limited to, certain additional plans/products formerly offered by a Coventry affiliate) under the terms of the Agreement, as amended hereby;

**NOW THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1. The Parties agree that, as of the Effective Date (in addition to plans/products in which Provider participates as of the Effective Date), Provider shall serve as a participating provider in the following networks of Company and/or its Affiliates, in accordance with the terms of the Agreement and the attached updated addenda and service and rate schedules (as applicable to each such network):

   **Medical Rental Products.** Rate and additional terms applicable to such plans/products are set forth on the **"Medical Rental Product Addendum"** and **"Medical Rental Service and Rate Schedule"** attached hereto and incorporated herein by reference.

   **Workers' Compensation Networks.** Rate and additional terms applicable to such networks are set forth on the **"Workers' Compensation Addendum"** and **"Workers' Compensation Service and Rate Schedule"** attached hereto and incorporated herein by reference.

   **Auto Networks.** Rate and additional terms applicable to such networks are set forth on the **"Auto Addendum"** and **"Auto Service and Rate Schedule"** attached hereto and incorporated herein by reference.

2. The Parties specifically agree that, notwithstanding anything to the contrary in the Agreement, Company may sell, lease, transfer, rent or otherwise convey or grant access to third parties the benefits of the Agreement. Provider understands and agrees that, in such event, the utilization management/claims management, appeal and other policies of the applicable payer(or) (which may differ from Company's policies) shall apply. Provider understands and agrees that in no event shall Company be responsible for funding claims or Provider payments, in whole or in part, when it is not the underwriter of the applicable plan.

3. Nothing in this Amendment shall require Company to designate Provider as a participating network provider in all **Medical Network Access Product Networks, Workers' Compensation Networks and/or Auto Networks** or other networks and/or in all geographic locations.

4. Without limiting the termination rights of the Parties under the Agreement, effective twelve (12) months from the Effective Date of this Amendment, either party may terminate this Amendment, without cause, in its entirety and/or with respect to any specific network (and related Addendum (a)/Schedule(s)) listed in Section 1 above, upon ninety (90) days prior written notice to the other. Such termination shall not affect Provider's participation in any other plan/product.

5. The Parties agree that the Agreement shall be amended by the addition of the following provision:

Aetna 000157

DOJCGH_0001033133

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

In addition to all other rights of Company under the Agreement, this Agreement may be assigned by Company, at any time and from time to time, in whole or in part, to an Affiliate or successor in interest. At Company's option, the Agreement shall survive, without any other change in its terms, as a distinct, separate agreement with Company for those products/lines of business designated by Company and in duplicate form as a separate, distinct participating provider agreement with the applicable Affiliate(s)/successor(s) for the products/lines of business assigned to such entity(ies).   In the event of any assignment under this paragraph, Company shall provide advance written notice to Provider.  In the event of a conflict between this paragraph and any other provision of the Agreement, the terms of this paragraph shall supersede and prevail.

6.  All terms and conditions of the Agreement, not in conflict with the terms and conditions set forth in this Amendment (to the extent reasonably applicable to the plans/product described in Section 1 above) shall apply to this Amendment. In the event of a conflict between the terms of the Agreement and this Amendment, the terms of this Amendment shall apply.  All terms not capitalized herein shall have the meanings ascribed to them in the Agreement.  The terms of this Amendment shall supersede any prior agreement(s) between Provider and Company and/or its Affiliates with respect to the plans/products listed in Section 1 above.

**IN WITNESS WHEREOF,** the Parties have executed this Amendment, to be effective as of the Effective Date, through their duly authorized representatives.

**PROVIDER**
By: *neisha zaffuto*
neisha zaffuto (Oct 25, 2017)
Printed Name:  neisha zaffuto

Title:      business office manager

Date:      Oct 25, 2017

**COMPANY**
By:

Printed Name:

Title:

Date:

Aetna 000158

DOJCGH_0001033134

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**WORKERS' COMPENSATION AND AUTO PRODUCT ADDENDUM**

This Workers' Compensation and Auto Product Addendum ("Addendum") to the Agreement outlines the terms and conditions that apply to Provider's participation in Company's workers' compensation and auto networks.

**1.0**   **Contract with Coventry Health Care Workers Compensation, Inc. ("CHCWC")**

Provider consents to the assignment of the Agreement, as it pertains to workers' compensation and auto networks participation only, to CHCWC for the benefit of CHCWC and its applicable Affiliates.  Provider agrees that by participating under this Addendum and the Service and Rate Schedule(s), Provider is entering into a separate, distinct agreement with CHCWC for the purpose of Provider's participation in the workers' compensation and auto networks.  For purposes of this Addendum, the term "Company" shall include "CHCWC".

**2.0**   **Agreement Definitions and Terms/Relationship To Addendum**

Provider agrees that, except as specifically provided otherwise in this Addendum, Provider's obl▨▨▨▨▨▨ r▨▨▨d▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨d ▨▨▨▨▨▨▨▨ ▨▨ M▨▨ ▨▨▨▨▨▨▨▨▨ ▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨ clarification, the terms "Member", "Covered Services" and "Plan" shall be deemed to include "Claimant", "Compensable Services" and "Coverage", respectively, unless otherwise set forth herein.  Unless specified otherwise in this Addendum, Provider further agrees that Provider's obligations to C▨▨ ▨▨▨▨ ▨▨d▨▨ Agreement (e.g., obligation to maintain the confidentiality of Company's proprietary information) shall also ▨▨ d▨▨▨ ▨d ▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨d ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨d ▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨d conditions set forth in this Addendum, to the extent reasonably applicable to workers' compensation ▨▨d ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨dd▨▨d▨▨ ▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨d ▨▨▨d▨▨d▨▨ ▨▨▨▨▨dd▨▨d▨▨ ▨▨▨▨▨▨▨▨▨r▨ ▨ ▨▨▨ r▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ r▨▨d▨▨▨d ▨▨ ▨▨▨▨▨ ▨▨▨▨▨

**3.0**   **Other Company Workers' Compensation and Auto Network Agreements**

▨▨▨ ▨▨▨▨▨ ▨▨d ▨r▨▨▨d▨r ▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨ ▨▨ ▨▨▨▨▨dd▨▨d▨▨ ▨▨d ▨▨▨ ▨▨rr▨▨▨▨▨d▨▨ ▨▨r▨▨▨ ▨▨d ▨▨▨▨ ▨▨▨▨d▨▨▨▨▨▨r▨d▨▨ ▨▨d r▨▨▨▨▨▨ ▨▨▨ ▨▨d ▨▨▨▨r▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨r▨▨▨▨▨ ▨▨d Company and/or its Affiliates with respect to network participation in workers' compensation ▨▨d ▨▨▨▨ ▨▨▨▨ ▨r▨ ▨▨▨▨▨▨▨▨d▨▨▨d▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨ ▨▨▨▨▨ ▨ ▨r▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨ ▨▨▨▨ ▨▨▨▨▨▨d▨r ▨▨▨▨▨▨▨▨ ▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨▨d ▨▨▨▨▨▨▨▨▨▨d ▨▨▨r▨ ▨▨ ▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨d▨▨ ▨▨▨▨▨▨d▨▨▨▨▨▨▨ ▨r ▨▨ ▨▨d ▨▨▨▨▨▨▨▨r ▨rr▨▨▨▨▨ ▨▨▨ for workers' compensation ▨▨d▨r ▨▨▨▨ ▨▨▨▨ ▨r▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨r▨▨▨d▨r ▨▨d ▨▨▨▨▨▨▨▨▨▨▨r ▨▨d ▨▨d▨r ▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨d ▨▨ ▨▨▨▨▨ ▨ ▨▨ ▨▨▨▨▨▨▨▨▨

**4.0**   **Definitions**

▨▨▨▨▨r▨ ▨▨▨▨▨▨▨▨d ▨▨▨▨▨▨d▨▨▨d ▨▨ ▨▨▨▨dd▨▨d▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨ ▨▨▨▨▨▨▨▨rr▨▨▨d ▨▨ ▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨d ▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨d▨▨d▨▨▨▨d ▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ d▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨dd▨▨d▨▨ r▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨r▨▨▨d ▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨ ▨▨ ▨▨▨ ▨▨▨▨ d▨▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨ d▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨dd▨▨d▨▨ ▨▨▨▨▨▨▨▨r▨ ▨▨▨▨▨ ▨▨▨r▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨r▨▨d▨d ▨▨ ▨▨▨▨▨ ▨▨▨▨▨

With respect to workers' compensation ▨▨d ▨▨▨▨ ▨▨▨▨ ▨r▨ ▨r▨▨▨▨▨▨▨▨ ▨▨d ▨▨▨▨dd▨▨d▨▨ ▨▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨d ▨▨r▨ ▨▨▨ ▨▨▨ ▨dd▨▨d▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨ ▨ ▨▨▨▨▨▨▨

▨▨▨ ▨▨▨▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨▨▨ ▨▨▨ ▨▨ ▨▨▨▨▨d▨▨r▨ ▨▨d ▨▨ ▨ ▨▨▨▨r ▨r ▨▨▨▨▨▨ ▨r ▨▨ ▨▨ ▨▨▨▨▨▨ ▨r ▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨r▨▨▨ ▨▨ ▨▨▨▨rd▨▨▨▨ ▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨

▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨ ▨▨d▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨ r▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨

Aetna 000159

DOJCGH_0001033135

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

not limited to Claimant identification number, national provider identifier ("NPI"), date(s) of service,

A Customer's and/or Payor's workers' compensation (including, but

workers' compensation

## 5.0   Provider Obligations

5.1   Provision of Compensable Services/Allowable Amount.  Provider agrees to provide health care services
to Claimants in accordance with the terms of this Addendum and the terms of the applicable Coverage
and to accept for Compensable Services the Rate.

Provider understands that the Allowable Amount as referenced in the applicable Service and Rate
Schedule may be based on: (a) Company's, Customer's or Payor's policies and procedures and the other
terms in this Addendum (e.g., Eligible Billed Charge adjustments); (b) the usual, customary and
reasonable (or usual and prevailing) rate, if applicable; and/or (c) the amount payable in accordance with
state or Federal law, regulations or guidelines, if applicable. Provider further understands that Company
does not verify or guarantee the accuracy of the Allowable Amount when it is determined by Customer
or Payor.  Provider understands and agrees that Company does not determine Claimant eligibility for
Compensable Services.

Aetna 000160

DOJCGH_0001033136

[illegible]

5.2 Billing/Appeals Requirements. Provider will not bill for health care services until services are actually rendered. All bills from Provider must be received by the Customer and/or Payor, as applicable, within ninety (90) days from the date of service, discharge or any lesser period of time required by applicable law and Company, Customer and Payor policies, or the submitted bills may not be eligible for reimbursement. Furthermore, Provider shall not seek reimbursement from the Customer, Claimant or Payor for services not billed within such time period.

Provider may not bill for inpatient health care services prior to the date of discharge and shall not separate bills for health care services for purposes of additional payments under the Agreement, except when hospitalizations of Claimant are greater than or equal to sixty (60) days, in which case interim billing is required. Provider understands and agrees that failure to submit claims in accordance with the requirements of this section may result in the denial of such claims.

Provider will submit Claimant's bills electronically to Customer or Payor, as applicable. Unless required otherwise by applicable Federal or state law or regulation, Provider agrees that Provider shall file any appeals and notify Company and/or Customer of any payment or claim determination disputes, within one hundred eighty (180) days after the date the service was rendered by Provider. After the expiration of the time periods set forth above, Provider shall: (a) seek no further adjustments to Provider's bill; (b) waive any and all claims for payment, underpayment or non-payment for the bill and accept Customer's/Payor's determination and payment; and (c) seek no payment from Claimant, Company, Customer or Payor.

Company and/or Customer may reduce or deny payment for health care services which are not submitted for payment in accordance with the provisions of this Section. Claims for payment may be reviewed through the use of software to edit claims to ensure appropriate billing, coding and reimbursement practices. Company and Payors may require appropriate documentation and coding to support payment for Compensable Services. Provider shall have the opportunity to correct any billing or coding error within thirty (30) days of denial related to any such claim submission. Customer and/or Payors may recover payment in the event that a Customer and/or Payor determines that an individual was not an eligible Claimant at the time of health care services, or in the event of duplicate payment, overpayment, payment for non-compensable health care services, error in payment uncovered as a result of a coordination of benefits process, or fraud.

5.3 Compliance with Policies. In addition to those Company Policies applicable to workers' compensation and auto networks, Provider agrees to comply with the policies and procedures of Customers and Payors for the provision of Compensable Services to Claimants. Such policies and procedures may differ from Company policies for other products and may include, but not be limited to, appeals policies and utilization management policies (e.g., regarding prospective, concurrent and retrospective review). Provider understands that identification cards and reference cards (as referenced in the Agreement) are not utilized by Claimants. Provider agrees that noncompliance with any Customer or Payor policies may release Payor from any financial liability for Compensable Services. For purposes of this Addendum, any provisions in the Agreement regarding notice of Material Changes to Policies, shall apply only to Company Policies and not to Customer or Payor policies and procedures.

5.4 Treatment Plans and Referrals to Other Health Care Providers. If applicable, Provider shall provide Claimant with a return-to-work agenda, treatment plan and Provider's expectations of functional capacity with treatment. Provider shall share this information upon request with the applicable case manager, claim adjusters, employer, other health care providers, Company, Customer and/or Payor in a manner that is compliant with applicable Federal and state laws and regulations. Except as prohibited by law, Provider agrees to refer, and/or admit or arrange for admission of Claimants only to Participating Providers directly contracted with Company unless the referral, and/or admission is either authorized in

advance by Payor, or except in cases of Emergency Services. Out-of-network providers may be used only when required resources cannot be rendered by the providers in the workers' compensation network or as otherwise permitted by applicable law.

5.5 <u>Prescribing Medications</u>. Provider agrees to prescribe medications to Claimants in accordance with all applicable Federal and state laws and regulations including, but not limited to, state mandated drug lists/formularies and guidelines.

Notwithstanding the foregoing, Provider further agrees to use best efforts to determine whether or not a Claimant's coverage includes access to a pharmacy benefits program or manager ("PBM"); if so, Provider shall prescribe medications in accordance with such PBM's guidelines and policies, except as otherwise mandated by applicable Federal or state law or regulation.

Provider agrees to limit the dispensing of any in-office/same visit medications to a single maximum day's supply of any one medication of not more than fifteen (15) days, except where applicable Federal or state law requires otherwise.

5.6 <u>Other Services</u>. Provider may also choose to be available to perform pre-employment exams or drug-testing on behalf of Company, Customer or Payor.

Provider shall be financially and administratively responsible for paying, on a timely basis, all Group Providers as well as any subcontractors or other persons or entities that render Compensable Services to Claimants under the Agreement. All Group Providers and other persons/entities shall look solely to Provider for payment and Provider shall be responsible for enforcing this provision. In addition, Provider shall be financially responsible for payment to any other providers who render Compensable Services to Claimants when Provider has been compensated on a capitated basis, if applicable, for such services. Provider agrees to indemnify, defend, and hold Company, Customers, Payers and Claimants harmless from and against any and all claims for payment from Group Providers for these services and for payment of any compensation owed by Provider to Group Providers under Group Providers' arrangements with Provider.

## 6.0   Application of Rate

Company shall apply the Rate to Provider bills that are submitted to Company by Customers or Payors and provide such Rate to the applicable Customer or Payor. Company's application of the Rate under this Addendum is dependent upon Company's receipt of timely, accurate billing information from the applicable Customer or Payor and Company shall not be responsible for any delays of Provider, Customer and/or Payor.

To the extent, if any, that the Rate is in the form of capitation payments or a diagnosis/ case-based rate methodology, Provider acknowledges the financial risks to Provider of this arrangement and represents that it has made an independent analysis of the adequacy of this arrangement. Provider, therefore, agrees and covenants not to bring any action asserting the inadequacy of these arrangements or that Provider was in any way improperly induced by Company to accept the Rate, including, but not limited to, causes of actions for damages, rescission or termination alleging fraud or negligent misrepresentation or improper inducement. In the event of any audit or re-evaluation of Provider's bills, Provider agrees to reimburse the applicable Payor for any overpayments made by such Payor within forty five (45) days of Provider's knowledge of the overpayment.

## 7.0   Compensation by Payor

The Rate for Compensable Services will be in accordance with the applicable Service and Rate Schedule. The Payor shall be responsible for determining which services are Compensable Services, and Payor shall be responsible for Provider's compensation. Provider agrees to look solely to the applicable Payor for compensation for Compensable Services rendered to Claimants and, will not assert any claim in litigation or otherwise for compensation against Claimants, Company or Customer (except when Customer is a Payor) in the event of nonpayment or underpayment by Payor for any reason, including, but not limited to, Payor's insolvency or a breach of this Addendum caused by Payor's action or inaction. Provider further agrees that Claimants will not be held liable for payment of any fees that are or are alleged by Provider to be the legal

Aetna 000162

DOJCGH_0001033138

obligation of Payor and/or in any circumstances under which billing of Claimants is prohibited by law or regulation. Provider further agrees that this Section: (a) shall survive the expiration or termination of this Addendum regardless of the cause giving rise to such termination; (b) shall be construed to be for the benefit of Claimant; and (c) supersedes any oral or written contrary agreement heretofore entered into between Provider and any Claimant or persons acting on a Claimant's behalf. Where required by applicable law no modification of this provision shall be effective without the prior written approval of the applicable regulatory agency.

**8.0   Termination of Addendum**
Without limiting any other termination rights of the parties under the Agreement, effective twelve (12) months after the Effective Date of the Addendum either party may terminate this Addendum, without cause, upon at least ninety (90) days prior written notice to the other party.  In the event this Addendum is terminated for any reason, such termination shall not constitute termination in any of Company's other products, plans or programs.

**9.0   Arbitration**
Any controversy or claim arising out of or relating to this Addendum or the breach, termination, or validity thereof, except for those seeking temporary, preliminary, or permanent injunctive relief or any other form of equitable relief, shall be settled by binding arbitration as set forth below.

9.1   The arbitration provisions in this Section do not preclude Company or Provider from bringing issues to the attention of Federal, state, or local agencies. Such agencies can, if the law allows, seek relief against Company or Provider.  **Company and Provider understand and agree that, by agreeing to this arbitration provision, each is waiving the right to participate in a class action against the other.**  These arbitration provisions evidence a transaction in interstate commerce, and, thus, the Federal Arbitration Act governs their interpretation and enforcement; provided, however, that the arbitration provisions set forth herein shall not apply to and shall not prohibit either Party from seeking solely injunctive relief in a court of competent jurisdiction in its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

9.2   A party who intends to seek arbitration must first send to the other a written Notice of Dispute pursuant to the Notice provision of the Agreement.  The Notice must (a) describe the precise nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If Company and Provider do not reach an agreement to resolve the claim within thirty (30) days after the Notice is received, Provider or Company may commence an arbitration proceeding, which shall be binding.  If the dispute pertains to a matter which is generally administered by a certain Customer or Payor, or Provider procedures, such as, for example, utilization management or a quality improvement plan (but not including credentialing procedures), those procedures must be fully exhausted before sending a Notice of Dispute.

9.3   The arbitration will be governed by the rules of the Healthcare Payor-Provider Arbitration Rules of the American Arbitration Association ("AAA Rules"), as modified by these arbitration provisions, and will be administered by the AAA. The AAA Rules are available from the American Arbitration Association. Unless Company and Provider agree otherwise, any arbitration hearings will take place in the state of Provider's billing address.  Where a Party's claim is for greater than Ten Million Dollars ($10,000,000), a panel of three (3) arbitrators (one chosen by each Party and the third to be a former Federal district court judge agreed upon by the Parties) will preside over the matter, unless the Parties agree otherwise.  If a Party's claim is for less than Ten Million Dollars ($10,000,000), a single (1) arbitrator will preside over the matter, unless the Parties agree otherwise.  The arbitrator(s) are bound by the terms of this arbitration provision.  The arbitrator(s) shall allow discovery, including, but not limited to, depositions, interrogatories, requests for admission and requests for the production of documents, and the filing of dispositive motions, and the exchange of expert reports and hearing exhibits consistent with the Federal Rules of Civil Procedure.  The Federal Rules of Evidence shall apply to the arbitration. If the Provider claim is for Ten Thousand Dollars ($10,000) or less, Company and Provider may jointly decide, by agreement, whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules.  If the claim exceeds Ten Thousand Dollars ($10,000), the arbitration will be determined by a hearing in a

Aetna 000163

DOJCGH_0001033139

manner that allows the Parties to present evidence through the testimony of witnesses, with a stenographic record, consistent with the Federal Rules of Evidence. Regardless of the manner in which the arbitration is conducted, the arbitrator(s) shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. The payment of filing, administrative and arbitrator fees shall be governed by the AAA Rules.

Notwithstanding anything herein to the contrary, the Parties shall have the right to appeal any award rendered by the arbitrator(s). The appeal shall be administered by the AAA in accordance with its Appellate Arbitration Rules and considered by a panel of three (3) arbitrators in cases where the Award is greater than Ten Million Dollars ($10,000,000) and by one (1) arbitrator in cases where the Award is less than Ten Million Dollars ($10,000,000). Each arbitrator shall have at least twenty (20) years of experience in the active practice of law and/or as a judge. Oral argument shall be held following the completion of briefing. Opening and Response briefs shall be limited to fifty (50) double-spaced pages and Reply briefs shall be limited to twenty-five (25) double-spaced pages. A party may seek leave to exceed these page limits, which leave shall be granted on good cause shown.

9.4    The right to attorneys' fees and expenses incurred in connection with the arbitration shall be governed by the law that governs the parties' dispute that is subject to arbitration.

9.5    Arbitrators may award only monetary relief for breach of contract, and are not empowered to award punitive, exemplary, extra-contractual damages or injunctive relief or other equitable remedies, including but not limited to lost profits or opportunities, attorney's fees or interest. **PROVIDER AND COMPANY UNDERSTAND AND AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN ITS INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.** Further, unless both Provider and Company agree otherwise, the arbitrator(s) may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. If this specific proviso is found to be unenforceable, then the entirety of this arbitration provision shall be null and void and neither Provider nor Company shall be entitled to arbitrate any claims against each other. In no event shall Company be required to arbitrate any class or representative claims.

9.6    Except as may be required by law or to the extent necessary in connection with a judicial challenge, permitted appeal, or enforcement of an award, neither a Party nor an arbitrator may disclose the existence, content, record, status or results of a negotiation or arbitration. Any information, document, or record (in whatever form preserved) referring to, discussing, or otherwise related to a negotiation or arbitration, or reflecting the existence, content, record, status, or results of a negotiation or arbitration, is confidential. The arbitration hearing shall be closed to any person or entity other than the arbitrator, the parties, and witnesses during their testimony, and attorneys of record. Upon the request of a Party, an arbitrator may take such actions as are necessary to enforce this Section 9.6, including the imposition of sanctions.

9.7    Notwithstanding any provision in the Agreement to the contrary, the parties agree that if Company makes any future change to this arbitration provision (other than a change to the Notice Address), Provider may reject any such change by sending Company written notice within thirty (30) days of change to the Arbitration Notice Address provided above. By rejecting any future change, Provider is agreeing that it will arbitrate any dispute in accordance with this provision.

9.8    The arbitrator(s) shall have no authority to vary or ignore the terms of this arbitration provision and shall be bound by controlling law. This arbitration provision shall survive termination of the Agreement.

9.9    Notwithstanding the provisions in the Agreement, the Parties agree that each has the right to seek any and all remedies at law or equity in the event breach of Section 9 of this Addendum.

**10.0    <u>Governing Law</u>**

Aetna 000164

DOJCGH_0001033140

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Unless prohibited by applicable state law, this Addendum shall be governed in all respects by the laws of the State where Provider is located, without regard to such State's choice of law provisions.

**11.0** **Rental/Product Designation**

Provider agrees that, notwithstanding anything to the contrary in the Agreement, Company may sell, lease, transfer, rent or otherwise convey or grant access to its workers' compensation and auto network(s) to third parties. Nothing in this Addendum shall require Company, Customer or Payor to designate or include Provider as a participating network provider with respect to any specific workers' compensation and auto network(s), Customers/Payors and/or Coverage and/or in all geographic locations.

**12.0** **Assignment**

In addition to all other rights of Company under the Agreement, the Agreement (including, but not limited to, as it relates to the line(s) of business described in this Addendum) may be assigned by Company (including, but not limited to, by CHCWC), at any time and from time to time, in whole or in part, to any affiliate or successor in interest. At Company's option, the Agreement shall survive, without any other change in its terms, as a distinct, separate agreement with Company for those products/lines of business designated by Company and in duplicate form as a separate, distinct participating provider agreement with the applicable affiliate(s)/successor(s) for the products/lines of business assigned to such entity(ies). In the event of any assignment under this paragraph, Company shall provide advance written notice to Provider. In the event of a conflict between this paragraph and any other provision of the Agreement, the terms of this paragraph shall supersede and prevail.

**13.0** **Compliance with Workers Compensation State Law and Regulations**

The Parties to this Agreement agree to the following pertaining to the Georgia Workers' Compensation Managed Care Organization (WC/MCO):

1.  Notwithstanding the foregoing, the rights and remedies of Claimants receiving services from the insurers' or employers' Georgia WC/MCO will be construed according to Georgia law.

2.  Georgia WC/MCO Program:

    (a) It is the intent of the parties to this Agreement to insure quality services that meet all uniform treatment standards required by Georgia law, and any provision herein which may be inconsistent with this intent shall be void.

    (b) The rights of the injured employee as well as insurer's rights and remedies are governed by Georgia Workers' Compensation statutes and rules when services are provided as part of a Payor's Georgia WC/MCO.

    (c) Should there be any conflicting clauses in the Agreement involving services provided to a Claimant whose insurer or employer utilizes the Georgia WC/MCO under the statutes and rules of the State of Georgia, the specific provisions of Section 2.(b) above shall take precedence.

Aetna 000165

DOJCGH_0001033141

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

## MEDICAL RENTAL PRODUCTS ADDENDUM

1. <u>Medical Rental Products</u>. "Medical Rental Products" are defined as those plans, products and/or programs, designated by Company in writing, from time to time, in which Company provides access to its health care provider network(s) and repricing services, network credentialing services and/or other network administration functions to entities that either: (i) are responsible for underwriting, funding or reimbursing Provider for Covered Services); or (ii) are not responsible for funding Covered Services but which contract, directly or indirectly, with persons or entities that are financially responsible for funding Covered Services ( each a "Payers"). The term "Medical Rental Product" does not include plans, products or programs that are underwritten by Company and/or for which Company serves as the third party administrator and specifically does not include the Aetna Signature Administrators® and joint claim administration programs.

2. <u>Designation of Medical Rental Products</u>. Company designates the following as Medical Rental Products as of the Effective Date:

   First Health®

   In the event that Provider participates in a Medical Rental Product under a separate agreement with a Company Affiliate (e.g., Cofinity, Inc.), such other agreement shall govern the terms of participation in that network, unless Company specifically notifies Provider otherwise, in writing. Any specialty program agreements (e.g., Institutes of Excellence™ Transplant Program contracts) between Provider and Company or its Affiliates shall continue to apply to services rendered under such specialty program(s) unless Company specifically notifies Provider otherwise, in writing.

3. <u>Payment</u>. In consideration of Provider's agreement to provide Covered Services to Members of Medical Rental Products in accordance with this Medical Rental Products Addendum ("Addendum") and the Agreement, Provider shall be paid according to the terms set forth in Medical Rental Products Service and Contract Rate Schedule attached to the Agreement. Provider understands and agrees that the utilization management/claims management, appeal and/or other policies of the applicable Payer (which may differ from Company's policies) shall apply. Provider understands and agrees that the applicable Payer (subject to applicable Member copayments, coinsurance and deductibles) and not Company is responsible for all Provider claims and fees for Covered Services related to the Medical Rental Products and that, in no event, shall Company be responsible for funding claims or provider payments, in whole or in part. Provider agrees that it shall not file suit against Company as a result of any Payer's or Member's nonpayment or underpayment.

4. <u>Termination</u>. Without limiting the termination rights of the parties under the Agreement, effective twelve (12) months from the effective date of this Addendum, either party may terminate this Addendum (and related rate schedule(s)), without cause, upon ninety (90) days prior written notice to the other.

5. <u>Other Provisions</u>. Notwithstanding anything to the contrary in the Agreement, Company may, in its discretion, sell, lease, transfer, rent or otherwise convey or grant access to any third parties the benefits of the Agreement and to designate new Medical Rental Products under this Addendum. Nothing in the Agreement or this Addendum shall require Company to designate (or continue to designate) Provider as a participating network provider for all or any specific Medical Rental Products, Payers, and/or geographic locations.

6. In addition to all other rights of Company under the Agreement, the Agreement, as it pertains to Medical Rental Products/lines of business, may be assigned by Company, at any time and from time to time, in whole or in part, to any Affiliate or successor in interest. At Company's option, the Agreement shall survive, without any other change in its terms, as a distinct, separate agreement with Company for those products/lines of business designated by Company and in duplicate form as a separate, distinct participating provider agreement with the applicable Affiliate(s)/successor(s) for the Medical Rental Products/lines of business assigned to such entity(ies). In the event of any assignment under this paragraph, Company shall provide advance written notice to Provider. In the event of a conflict between this paragraph and any other provision of the Agreement, the terms of this paragraph shall supersede and prevail.

Aetna 000166

DOJCGH_0001033142

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

7. <u>Agreement Terms and Conditions/Conflict</u>.  All terms and conditions of the Agreement, not in conflict with the terms and conditions set forth in this Addendum (to the extent reasonably applicable to Medical Rental Products) shall apply to this Addendum. In the event of a conflict between the terms of the Agreement and this Addendum, the terms of this Addendum shall apply.  All terms not capitalized herein shall have the meanings ascribed to them in the Agreement.

Aetna 000167

DOJCGH_0001033143

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**HOSPITAL
AUTO SERVICE AND RATE SCHEDULE**

**I.    RATE:**

For Compensable Services rendered to a Claimant, Hospital will accept the lesser of (i) the rate listed in the grid below, (ii) 80 % of Allowable Amount, or (iii) 80 % of Eligible Billed Charges.

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Intensive Care:**<br>MICU/SICU/PICU/CCU | **Revenue Codes:**<br>200, 201, 202, 203, 207, 208, 209, 210, 211, 212, 213, 219 | $2154.00  Per Diem |
| **Intermediate Care:**<br>(Step Down or Telemetry) | **Revenue Codes:**<br>206, 214 | $1957.00  Per Diem |
| **Medical/Surgical Care:** | **Revenue Codes:**<br>100, 101, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 127, 129, 130, 131, 132, 133, 137, 139, 140, 141, 142, 143, 147, 149, 150, 151, 152, 153, 157, 159, 160, 164, 167, 169 | $1893.00  Per Diem |
| **Acute Rehab I** | **Revenue Codes:**<br>118, 128, 138, 148, 158 | $1000.00  Per Diem |
| **Nursery:**<br>Level I | **Revenue Codes:**<br>170, 171, 179 | $482.00  Per Diem |
| **Nursery :**<br>Level II and III | **Revenue Codes:**<br>172, 173 | $2087.00  Per Diem |
| **Nursery:**<br>Level IV | **Revenue Codes:**<br>174 | $2219.00  Per Diem |
| **Skilled Care:**<br>Level I - Skilled Care<br>Level II - Comprehensive Care | **Revenue Codes:**<br>190, 191, 192, 199 | Not Provided |
| **Sub-Acute Care:**<br>(Alternative Deliv)<br>Level III-Complex<br>Level IV-Intensive | **Revenue Codes:**<br>193, 194 | Not Provided |
| **Psychiatric Care** | **Revenue Codes:**<br>114, 124, 134, 144, 154, 204 | $1400.00  Per Diem |
| **Inpatient Detoxification Services** | Revenue Codes: 116, 126, 136, 146, 156 or 118, 128, 138, 148, 158 and Behavioral Health Rehab ICD-9 code or HCPC Codes: H0008 - H0011 | $1400.00  Per Diem |
| **Maternity Care:**<br>Vaginal delivery incl newborn charges for Nursery Lev. 1 | Revenue Codes: 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160; ICD-10 Procedure codes: 10D07Z3 - 10D07Z8, 10E0XZZ | $3718.00  Case Rate |
| **Maternity Care:**<br>**C-Section delivery incl newborn charges for Nursery Lev. 1** | **Revenue Codes: 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160: ICD-10** | $5024.00 Case Rate |

Aetna 000168

DOJCGH_0001033144

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | Procedure codes: 10D00Z0 - 10D00Z2 | |
|---|---|---|

**CARVE OUT INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Implants/Prosthetics | Revenue Codes:<br>274, 275, 278 | 105% of Invoice Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| Med Record Copy Admin | HCPC Codes:<br>S9982 | $0.25 Per Unit Priced In Addition to Other Negotiated Rates |
| Residential Treatment - Psychiatric and/or Chemical Dependency | Revenue Codes: 1001, 1002 or HCPC Codes: H0017 - H0019 | $1400.00 Per Diem |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 1 | Aetna Enhanced Groupers | $800.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 2 | Aetna Enhanced Groupers | $900.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 3 | Aetna Enhanced Groupers | $1020.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 4 | Aetna Enhanced Groupers | $1100.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 5 | Aetna Enhanced Groupers | $1350.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 6 | Aetna Enhanced Groupers | $1500.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 7 | Aetna Enhanced Groupers | $2200.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 8 | Aetna Enhanced Groupers | $2700.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 9 | Aetna Enhanced Groupers | $3100.00 Case Rate |
| Ambulatory Surgery: | All surgical procedures not | $1350.00 Case Rate |

Aetna 000169

DOJCGH_0001033145

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| Default Rate | otherwise identified | |
|---|---|---|
| **Cardiac Catheterization** | **HCPC Code:**<br>G0448<br>**Includes:** CPT4 Codes: 93563-93568<br>**CPT4 Codes:**<br>0281T, 0291T, 0292T, 0293T, 0294T, 92938-92944, 93451-93462, 93503-93505, 93530-93533<br>**Includes:** CPT4 Codes: 93563-93568 | $4000.00 Case Rate |
| **Cardiac Studies** | **CPT4 Codes:**<br>93000-93352 | 75%  of Eligible Billed Charges |
| **Vascular Diagnostic Studies** | **CPT4 Codes:**<br>93880-93998 | 75%  of Eligible Billed Charges |
| **Emergency Care** | **Revenue Codes:**<br>450, 451, 452, 459 | $600.00  Case Rate |
| **Observation Services** | **Revenue Codes:**<br>760, 762, 769 | 75%  of Eligible Billed Charges to Max of $2500.00<br>Priced In Addition to Other Negotiated Rates |
| **Chemotherapy** | **CPT4 Codes:**<br>51720, 96401-96542<br>**HCPC Codes:**<br>Q0083, Q0084, Q0085 | 75%  of Eligible Billed Charges |
| **Chemotherapy Drugs** | **HCPC Codes:**<br>J0129, J0594, J0881, J0885, J0894, J1190, J2430, J7650, J8521, J8530, J8540, J8560, J8565, J8597, J8600, J8610, J8700, J8999, J9000, J9002, J9010, J9015, J9017, J9019, J9020, J9025, J9027, J9031, J9035, J9040, J9041, J9042, J9045, J9050, J9055, J9060, J9065, J9070, J9100, J9120, J9130, J9150, J9151, J9160, J9165, J9175, J9178, J9181, J9185, J9190, J9200, J9201, J9202, J9206, J9208, J9209, J9211, J9212, J9213, J9214, J9215, J9216, J9217, J9218, J9219, J9225, J9230, J9245, J9250, J9260, J9261, J9263, J9264, J9265, J9266, J9268, J9270, J9280, J9293, J9300, J9305, J9310, J9320, J9340, J9351, J9355, J9357, J9360, J9370, J9390, J9395, J9600, J9999, Q2017, S0088, S0108, S0116, S0117, S0145, S0148, S0156, S0170, S0172, S0175, S0176, S0178, S0179, S0182, S0183, S0187 | 75%  of Eligible Billed Charges |

Aetna 000170

DOJCGH_0001033146

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| Hospital Outpatient Dialysis | **Revenue Codes:**<br>820, 821, 831, 841, 851<br>**And**<br>**CPT4 Codes:**<br>90935, 90937, 90993, 90999<br>**Revenue Codes:**<br>829<br>**And**<br>**CPT4 Codes:**<br>90935, 90937, 90993, 90999, 90945, 90947 | 75% of Eligible Billed Charges |
| Sleep Studies | **CPT4 Codes:**<br>95800, 95801, 95805, 95806, 95807, 95808, 95810, 95811<br>**HCPC Codes:**<br>G0398, G0399, G0400 | 75% of Eligible Billed Charges |
| Laboratory Services | **CPT4 Codes:**<br>0085T, 80047-89356, 89398<br>**HCPC Codes:**<br>S3800, S3855 | 150% of Aetna Market Fee Schedule Hospital - Technical Rate |
| Radiology Services | All applicable Radiology CPT4 codes, C, G, Q and S HCPCS codes and all applicable temporary codes. | 75% of Eligible Billed Charges |
| Imaging Enhancing Substance | **HCPC Codes:**<br>A4641, A4642, A4650, A9500, A9501, A9502, A9503, A9504, A9505, A9507, A9508, A9509, A9510, A9512, A9516, A9521, A9524, A9526, A9528, A9529, A9531, A9532, A9536, A9537, A9538, A9539, A9540, A9541, A9542, A9544, A9546, A9547, A9548, A9550, A9551, A9552, A9553, A9554, A9555, A9556, A9557, A9558, A9559, A9560, A9561, A9562, A9566, A9567, A9568, A9569, A9570, A9571, A9572, A9576, A9577, A9578, A9579, A9581, A9582, A9583, A9584, A9585, A9586, A9698, A9700, Q9951, Q9953, Q9954, Q9955, Q9956, Q9957, Q9958-Q9964, Q9965, Q9966, Q9967, Q9969 | Not Reimbursed |
| Physical Therapy | **Revenue Codes:**<br>420, 421, 422, 423, 424, 429 | $115.00 Once Per Day Per Individual Discipline |
| Speech Therapy | **Revenue Codes:**<br>440, 441, 442, 443, 444, 449 | $115.00 Once Per Day Per Individual Discipline |
| Occupational Therapy | **Revenue Codes:**<br>430, 431, 432, 433, 434, 439 | $115.00 Once Per Day Per Individual Discipline |

Aetna 000171

DOJCGH_0001033147

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| All drugs or drug agents without specific rate set forth above or herein | **HCPC Codes A4231, A4802, A6250, A9180, A9517, A9563, A9564, A9600, B4100-B4102, C9113-C9138, C9460, C9470-C9497, G3001, G9017- G9020, G9361, J0120-J9999, P9041-P9048, Q0144-Q0181, Q0515, Q2004-Q2017, Q2028, Q2050-Q2052, Q3027-Q3028, Q4081-Q4082, Q5101-Q5102, Q9950, Q9955-Q9957, Q9980-Q9981, S0012-S0040, S0073-S0148, S0156-S0166, S0170-S0191, S4990-, S4993-S4995. S5010-S5012, S5550, S8490** | 175% of National Drug Fee Schedule (for hospitals) |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Outpatient | All outpatient | 75% of Eligible Billed Charges |

**OUTPATIENT CARVE OUTS:**

| Med Record Copy Admin | **HCPC Codes:** S9982 | $0.25 Per Unit Priced In Addition to Other Negotiated Rates |
|---|---|---|
| Implants/Prosthetics | **Revenue Codes:** 274, 275, 278 | 105% of Invoice Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| MRI/MRA | All MRI/MRA codes in code range 70010 - 79999 | $700.00 Priced In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| CAT Scan | All CAT scan codes in the code ranges G0297, 0042T, 70450-70498, 71250-71275, 72125-72133, 72191-72194, 73200-73206, 73700-73702, 74150-74178, 74261-74263, 75571-75574, 75635, 75989, 76376-76380, 77011-77014, 77078 | $500.00 Priced In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| PET Scan | All PET scan codes in code range 70010 - 79999 and PET scan codes | $2000.00 Priced In Addition to Other |

Aetna 000172

DOJCGH_0001033148

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | G0219, G0235, G0252, and S8085. | Negotiated Rates<br>Once Per Unique Code Per Service Date |
|---|---|---|

**TERMS AND CONDITIONS:**

Definition of Services:

The following service definitions are intended to help facilitate billing.  The rates will be based on the level of care authorized by Company, Customer or Payor following the Policies promulgated by Company, Customer or Payor pursuant to this Agreement.

1) **"Ambulatory Detoxification"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.

2) **"Ambulatory Surgery"** includes all items, pre-procedure testing and services necessary to perform same day surgery or ambulatory surgery in an operating room or ambulatory surgery suite.  Rates for Categories 6 and 8 are inclusive of intraocular lenses.

3) **"Cardiac Testing, Cardiac Catheterization, and Other Cardiovascular Services (outpatient)"** includes technical component of diagnostic procedures, pre-procedure testing, all injections and all related lab services.

4) **"Chemotherapy" (outpatient only)** includes pre-procedure testing the administration of chemotherapeutic agents.

5) **"Detoxification"** includes all services pre-admission services and all related services for 24 hour inpatient level of care for Claimants with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.  Rate applies when Claimant is specifically in a Detoxification Unit.

6) **"Emergency Care"** includes all services and Compensable Services related to patient care rendered as a result of an emergency room visit.

7) **"Encounter Data"** – Information reported to Company, Customer or Payor for all laboratory services, as defined by the Centers for Medicare and Medicaid Services (CMS), provided to Claimants that are priced through a capitation model.

8) **"Imaging Enhancing Substance"** – A substance that helps define areas of the body during X-rays, CT scans, MRI, or other imaging tests.

9) **"Intermediate Care (Step Down or Telemetry)"** includes charges for medical or surgical care provided to patients requiring telemetry services but no longer require intensive care nursing.  Rates include all items included in Medical/Surgical Care and, in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intermediate care (step down or telemetry) unit.

10) **"Intensive Care"** includes charges for medical or surgical care provided to patients who require a more intensive level of care, including coronary care, than is rendered in the general medical or surgical unit, or in the Intermediate Care (Step Down or Telemetry).  Rates include all items included in Medical/Surgical Care and in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intensive care and/or infant intensive care and/or coronary care units.

Aetna 000173

DOJCGH_0001033149

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

11) **"Intensive Outpatient"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Services are provided at least 2 hours a day, at least 3 days per week.

12) **"Lab Results"** – The outcome of all laboratory services as defined by the Centers for Medicare and Medicaid Services (CMS) provided to Claimants.

13) **"Maternity Care"** includes charges for services provided to patients for the purpose of delivering a baby. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

14) **"Medical/Surgical Care"** includes charges for medical or surgical care provided in the general medical or surgical unit, when the level and complexity of clinical services required by Claimant exceed those for Alternative Delivery Care.  Rates are inclusive of all services; these include but are not limited to pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy; blood derivatives, blood product acquisition, processing and administration charges, ancillary services and all other services incidental to the hospital admission.

15) **"Nursery"** includes accommodation charges for nursing care to newborn and premature infants in nurseries. Rates include room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.  Distinct levels of nursery care are defined as follows:

> **Level I:  "Newborn Nursing"**
>
> - Routine care of apparently normal full-term neonates, pre-term neonates or formerly sick neonates whose medical problems are resolved regardless of physical location in hospital.
> - Infants who remain in the normal nursery for medical reasons beyond the discharge of their mothers are priced at a per diem rate at the Newborn Nursing level of care for those days beyond the discharge date of the mother.
>
> **Level II, III:  "Continuing Care/Intermediate Care"**
>
> - Low birth-weight neonates who are not sick, but require frequent feeding, and neonates who require more hours of nursing per day than do normal neonates.
> - Sick neonates who do not require intensive care, but require 6-12 hours of nursing each day.
>
> **Level IV:  "Intensive Care"**
>
> - Constant nursing and continuous cardiopulmonary and other support for severely ill neonates and infants.

All requirements set forth in this billing section will apply in determining the level of care provided, not the specific bed type occupied by the patient.

16) **"Observation / Treatment Room"** includes use of a treatment room; or room charge associated with outpatient observation services, which are furnished by the hospital on the hospital's premises, including use of a bed, supplies, and periodic monitoring by nursing or other staff, which are reasonable and necessary to evaluate an outpatient's condition or determine the need for a possible admission to the hospital as an inpatient.  Such services must be ordered by a physician.  The reason for observation must be stated in the orders for observation.

Aetna 000174

DOJCGH_0001033150

17) **"Partial Hospitalization (Day Hospital Treatment)"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Medically supervised, day, evening and/or night treatment programs; Services are provided at least 4 hours a day, at least 3 days per week.

18) **"Psychiatric Care"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for Claimants with mental disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when Claimant is specifically in a Psychiatric Unit.

19) **"Rehabilitation Care"** includes charges for rehabilitation care provided to patients in a rehabilitation bed; patients must receive more than four hours at a minimum, three (3) hours of multidisciplinary therapy per day for at least five days a week.  Rates include $$$PATIP START{ }PATIP END$$$, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

20) **"Rehabilitation Care (Alcohol and Drug)"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for Claimants with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.  Rate applies when Claimant is specifically in an Alcohol and Drug Rehabilitation Unit.

21) **"Residential Care"** includes all services (including pre-admission services) and all related services for 24 hour inpatient care for Claimants with mental disorders as well as persons with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.  Rate applies when Claimant is specifically in a Residential Treatment Unit.

22) **"Skilled Care"** includes charges for services provided to patients requiring inpatient skilled nursing care.  Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all services incidental to the hospital admission.  Skilled Care includes all levels of care as defined below:

> **Level I – [Skilled Care]:**
> Minimal nursing intervention.  Comorbidities do not complicate treatment plan.  Assessment of vitals and body systems required 1 – 2 times per day.
>
> **Level II – [Comprehensive Care]:**
> Moderate nursing intervention.  Active treatment of comorbidities.  Assessment of vitals and body systems required 2 – 3 times per day.

23) **"Sub-Acute Eligible Care"** / **"Alternate Delivery Care"** ["Alternate Delivery Care"] includes charges for services provided to patients requiring inpatient sub-acute care.  Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other

Aetna 000175

DOJCGH_0001033151

services incidental to the hospital admission.  Sub-Acute Eligible Care includes all levels of Skilled Care as defined below:

**Level III – [Complex Care]:**
Moderate to extensive nursing intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect treatment plan.  Assessment of vitals and body systems required 3 – 4 times per day.

**Level IV – [Intensive Care]:**
Extensive nursing and technical intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect the treatment plan.  Assessment of vitals and body systems required 4 – 6 times per day.

Additional Definitions:

**"Aetna Enhanced Groupers (AEG)"** Specific surgical and medical CPT-4 and HCPCS procedure codes are categorized into Aetna-designated procedural payment groups.  Rates are based upon the then current Aetna Enhanced Grouper and include all items, services pre-procedure testing necessary to perform an outpatient surgery or procedure in an operating room or ambulatory surgery suite.

**"Aetna Market Fee Schedule" (AMFS)** – A fee schedule that is based upon the contracted location where services are performed.  Company may periodically update this fee schedule.

"Aetna Market Fee Schedule Hospital" (AMFSH) - A fee schedule that is based upon the contracted location where service is performed.  Company may periodically update this fee schedule.  For services that include a professional and technical component, rates will be set based upon the technical rate only.  Until updates are complete, the procedure will be paid according to the standards, reimbursement and coding set for the period prior to the completion of the updates.

"Aetna National Drug Fee Schedule" – A fee schedule determined by Aetna on a national basis to be used for the drugs set forth in this Agreement.  Rates are based on industry recognized pricing sources.  Company may update this fee schedule on a quarterly basis.

**"Eligible Billed Charge"** – The amount billed by Provider for a Compensable Service less adjustments due to bill review reductions (e.g., the application of billing, coding, bundling and/or reimbursement criteria, standards or guidelines) in accordance with applicable Company, Customer and/or Payor policies that comply with applicable Federal and/or state laws, regulations and governmental directives and are consistent with industry standards.

**"Service Groupings"** – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Auto Service and Rate Schedule.

General

a)  Hospital Services shall include all programs, services, facilities, and equipment necessary for care.  Rates are inclusive of any applicable Claimant Copayment, Coinsurance, Deductible and any applicable tax, including but not limited to sales tax, and pre-admission services or pre-procedure testing any professional services billed by the Hospital, and other services as may be expressly included in a given rate.

a1)  The Rate applied will be the applicable Rate in effect on the date of admission.

b)  Case rates apply on the first day of admission if a case rate procedure is performed at any time during the inpatient stay.

Aetna 000176

DOJCGH_0001033152

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

c)   The Rate for maternity services includes the mother only. Newborn services will be priced at the applicable nursery rate.   The maternity rate includes payment for all healthy newborns.

d)   Multiple Procedure Processing:

Ambulatory Surgery - Groupers: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the contract Rate. The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

Ambulatory Surgery - Default: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the contract Rate.  The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

Cardiac Cath OP - Hospital: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the contracted rate.  The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

e)   If an emergency room visit results in an admission, the claims for the entire admission, including the services rendered in the emergency room will be priced at the applicable inpatient Rate, and will not include the emergency room visit rate. If an Ambulatory Surgery is performed as a result of an emergency room visit, the claims for the entire episode of care, including the services rendered in the emergency room will be priced at the applicable Ambulatory Surgery Rate, and will not include the emergency room visit rate. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

f)   If an observation service results in an inpatient admission, the claim for the entire admission, including the observation charges will be priced at the applicable inpatient Rate, and will not include the observation service rates.  If observation services do not result in an inpatient admission and meet or exceed 24 hours the applicable inpatient Rate for one inpatient day will be priced. Observation services will not be priced in conjunction with ambulatory surgery services.  Recovery room services will not be priced in conjunction with ambulatory surgery. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

g)   Hospital will provide Company ninety (90) days advance notice of any services to be offered not previously offered and not specifically contracted above.  Until rates are agreed upon, new inpatient services will be priced at the medical/surgical inpatient per diem; new outpatient services will be priced at 75% of charges not to exceed one times the medical/surgical per diem.

h)   Personal comfort and convenience items are excluded from the contract Rate.

i)   In the event Hospital has entered into a contract with a behavioral health contractor which, at the time of the provision of Compensable Services to a Claimant by Hospital, is party to a behavioral health contract with Company or an Affiliate ("Aetna Behavioral Health Contractor"), Hospital bills will be priced in accordance with the Aetna Behavioral Health Contractor's established rates for Mental Health, Detoxification and Substance Abuse Rehabilitation services, which will supersede the rates in this Auto Service and Rate Schedule. If the Aetna Behavioral Health Contractor does not have an established rate for the Compensable Services provided to a Claimant by Hospital in its agreement with Hospital, or if Hospital does not have an agreement with Aetna Behavioral Health Contractor, Hospital bills will be priced in accordance with this Auto Service and Rate Schedule.

Aetna 000177

DOJCGH_0001033153

j) Inclusions – Provision of any Imaging Enhancing Substance and/or disposable surface coils is included in the above imaging rates.

k) Any equipment and/or services provided by an alternate facility or vendor during the course of an admission or procedure shall be the financial responsibility of the Hospital, and will be considered included in the Rate noted in this Auto Service and Rate Schedule.

l) Reference laboratory services are not eligible for payment. These services are generally indicated with a bill type of 141, hospital laboratory services provided to non-patients.

m) Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider reduce the Rates for Compensable Services by ten percent (10%) for a three (3) month period should Provider fail to provide timely notice of change in Provider information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

n) Submission of Lab Results and Encounters. Where applicable, and only if requested by Company, Customer or Payor, Hospital agrees to submit Lab Results using the form and manner specified by the applicable Company, Customer or Payor.

o) Company may conduct DRG validation audits. Company or its designee will notify Hospital of its intent to audit. Company or the authorized Company representative will provide Hospital with a listing of the medical records they wish to review. This list is to contain the Claimant´s name, date of birth, DRG, dates of service, and if available Hospital patient control number and/or medical record number as listed on the UB-04. Information requested for DRG validation audits shall be limited to the Claimant´s medical record. Hospital will provide requested medical records within thirty (30) days of request. If an audit indicates that a DRG or a payment requires adjustment, Company or the authorized representative of Company shall provide written notice to the Hospital stating the reason for the adjustment. If Hospital disagrees with a proposed modification, it shall appeal in writing the basis of its dispute and include supporting documentation it deems helpful to clarify its position. Company shall likewise respond to such appeals within thirty (30) days of receipt. If Hospital does not dispute Company´s or Company´s authorized representative findings, then Customer or Payor can request the claim be refunded.

p) For any items priced based upon Average Wholesale Price ("AWP") or a percentage of AWP, the AWP will be adjusted to take into account any discounts and/or rebates made available to Provider from a manufacturer or otherwise for such drug.

q) In the event a state law requires the application of a different rate or payment methodology, the applicable law (and rules) will supersede the terms of this Agreement.

r) Those items marked as "Paid In Addition to" will not be included in the rate calculation for services contracted with a "Rate Applies to Entire Bill" methodology and will be reviewed and priced individually according to their contracted rate.

Billing

s) Unless the code is no longer a valid code, Hospital must utilize the codes set forth in the Auto Service and Rate Schedule when billing. The Rate is based on the level of care provided, not the bed type occupied by the patient. When billing for Ambulatory Surgery, Hospital must utilize both the indicated CPT4 code and the appropriate surgical Revenue Code.

t) All professional services billed under the Hospital's federal tax identification number on a UB-04 (or its equivalent in the event UB-04s are no longer the standard billing form) billing form are not eligible for

Aetna 000178

DOJCGH_0001033154

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

payment.  All professional services billed under the Hospital's tax identification number on a CMS 1500 or equivalent form shall be priced at the Aetna Market Fee Schedule or applicable Rate.

u)   Hospital must submit invoices for implants, orthotic and prosthetic devices, and other supplies, including, but not limited to, Revenue Codes 274, 275, 276 and 278.  Hospital understands that Company, Customer or Payor may require invoices on pharmaceuticals, including, but not limited to, Revenue Code 636.  Failure to submit such invoices will result in delay and/or non-payment by the Payor.

Coding

v)   Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided.  As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes.  Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes.  Such changes will only be made when there is no material change in the procedure itself.  Until updates are complete, the procedure will be paid according to the standards and coding set for the prior period.  Unless otherwise specified, the reimbursement for new, replacement, reassigned, or modified code(s) will be paid on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Charge Master Increases

w)   Charge Master Limit.  Company acknowledges that Hospital may increase the billed charge amounts within its charge master ("Charge Master Increase").  However, Hospital shall provide Company written notice at least thirty (30) days prior to the effective date of a Charge Master Increase in accordance with the Notice section of the Agreement.  Such notice will include the amount of the Charge Master Increase and its effective date.  Company is entitled to rely upon the information contained in Hospital's notice of Charge Master Increases for the purpose of adjusting Rates as set forth below.  Company will communicate to Hospital in writing, via certified letter, the revised percentage of charge rate(s) , if any.

In the event, Hospital implements an aggregate Charge Master Increase for those services rendered to Claimants and priced by Company as a percentage of Hospital's Eligible Billed charges that exceeds three percent (3%) during any twelve month period occurring on or after the effective date of the Agreement ("Charge Master Limit"), Company shall adjust all percentage of charge rates  in the manner described below.  Adjusted percentage of charge rates  shall be effective on the effective date of the Charge Master Increase.  Charges for Implants, prosthetics, pace makers and high cost drugs are excluded from this provision.

Company will review Hospital Eligible Billed charges received by Company.  Eligible billed charges priced by Company as a percentage of Hospital's Eligible Billed charges will be used in Company's review.  Eligible Billed charges received after the effective date of the Charge Master Increase will be compared to the Eligible Billed charges received prior to the effective date of the Charge Master Increase.  Charge Master Increases will then be multiplied by the units priced by Company during the applicable twelve (12) month contract period and aggregated to determine the total Charge Master Increase.  If Company determines (a) a Charge Master Increase that is higher than a Charge Master Increase reported by Hospital or (b) a Charge Master Increase not reported by Hospital that exceeds the Charge Master Limit, Company shall report such Charge Master Increase to Hospital.

Aetna 000179

DOJCGH_0001033155

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Rate Adjustments.  The adjustment to percentage of Eligible Billed Charge rates will be equal to the current priced rate multiplied by one plus the Charge Master Limit divided by one plus the Charge Master Increase as calculated in this section.  Adjusted percentage of Eligible Billed Charge rates will be rounded to the nearest one tenth of one percent (0.1%).

Charge Master Limit = 3%
Example Charge Master Increase = 6%

**Payment Rate Example**:
Payment Rate = 45%
Adjusted Payment Rate = 43.7%
(45% X 1.03 / 1.06) = 43.72642%
rounded to the nearest one tenth of one percent (0.1%)

Adjustments to percentage of Eligible Billed Charge rates  will be applicable to the current and future Auto Service and Rate Schedule(s) under this Agreement.

Overpayment Calculations.  When Company is not notified or is not sufficiently notified of a Charge Master Increase prior to the increase effective date, appropriate rate adjustments cannot be implemented upon the effective date of the Charge Master Increase, resulting in overpayments by Payor.  Company, Customer or Payor will calculate amounts paid to Hospital due to Charge Master Increases that exceed the Charge Master Limit to determine overpaid amounts ("Overpayments").   Company, Customer or Payor shall notify Hospital in writing of the Overpayments and provide claim detail for the overpaid claims.

Hospital agrees to remit the Overpayments to appropriate Payor in accordance with the overpayment language provisions contained within this Agreement.

**Implant Device Carve-Out Terms and Conditions**

✕     **INPATIENT**            ✕     **OUTPATIENT**

Except as otherwise described below, the rates set forth in this Auto Service and Rate Schedule includes rates for all Compensable Services provided to Claimants as defined in the **TERMS AND CONDITIONS**.   However, recognizing the high cost associated with some implant devices, Company agrees to price selected implant devices in addition to the rates set forth in this Auto Service and Rate Schedule according to the following terms applying to all pricing methodologies (per diems, case rates, % of billed charges, as examples):

Implant Device(s):

Revenue code     275     Pacemaker
Revenue code     278     Other Implants

For implant devices billed under revenue code(s) 275 and/or 278, only those items considered an implant device ('Implant Carve-Out') are eligible for payment. These include, but are not limited to:

| Anchors | Grafts | Plates | Shunts |
|---|---|---|---|
| Artificial joints | Pins | Screws | Stents |
| Pacemakers | Defibrillators | Valves | Heart Pumps |

Aetna 000180

DOJCGH_0001033156

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

The following items are not eligible for payment under the above mentioned revenue code(s). These include, but are not limited to:

- Materials and supplies (such as sutures, customized surgical instrument kits, medical surgical supplies, clips, [other than radiological site markers], etc.) provided during the procedure.
- Guide wires, endoscopes and catheters associated with implant procedures (Note: Angioplasties without the use of stents are not considered implant procedures).
- Implant device(s) ordered, but not implanted in the Claimant during the procedure.
- Hospital's nor vendor's administrative storage and delivery costs.
- Any drugs billed under Revenue Code 275 or 278.

Services or supplies billed under these Revenue Codes that do not meet the criteria will not be eligible for Implant Carve-Out pricing or any other pricing methodologies, and will be excluded from Implant Carve-Out Threshold calculations. Should Company, Customer or Payor identify charges for any of the excluded items above, prior to pricing, they will not be eligible for payment. Should Company, Customer or Payor identify through a post-payment audit or internal claim review that any of these items have been reimbursed, a request will be made for Hospital to refund the overpayment amount to the Payor for the ineligible item(s).

<u>Threshold for Implant Devices</u>
For any individual case (i.e., single inpatient admission or single outpatient visit on a specified date of service) that includes an implant device(s) that is a covered service, is eligible for payment as set forth in the above revenue codes, and the Hospital's eligible billed charges for the implant device(s) exceeds one thousand dollars ($1,000.00) ("Threshold"), Company shall pay Hospital one hundred five  percent (105%) of Hospital's Invoice cost  The Threshold applies to each unique revenue code. The Threshold cannot be met by the addition of charges for multiple revenue codes. Eligible billed charges for the revenue codes listed above that are less than the Threshold stated above are not eligible for Implant Carve-Out payment.

<u>Inventory</u>
Prior to the Effective Date of this Agreement, Hospital shall provide to Company in an electronic format an inventory of each implant device billed with the above revenue codes. The implant device inventory, at minimum, shall include the following information:

a) Hospital name
b) Revenue code(s)
c) Hospital's Charge Description Master(s), any available CPT-4/HCPC code(s) and billed charge rate(s) for implant device(s) (e.g., Pacemaker, Stent, etc.)
d) Description of the implant device(s)
e) Hospital invoice cost as of the Effective Date of this Agreement

Prior to adding implant devices to the inventory list, Hospital must provide Company with an updated electronic inventory file with at least thirty (30) days advance notice.

<u>Audit</u>
Company and/or its agents or designees shall have the right to audit Hospital's billed charges against Hospital invoices, detailed billing statements and/or associated documentation for each eligible implant device upon request to verify that the cost of the item relates to Hospital's billed charges for the item as outlined above. Company and/or its agents or designees may request and Hospital shall provide within ten (10) days of such request a detailed billing statement including the corresponding invoices for the implant device(s) identifying the individual charges represented by the submitted revenue code(s) to ensure the payment has not exceeded the Hospital's acquisition (invoice) cost and the mark-up has remained the same.

Should Company and/or its agents or designees determine Hospital has been overpaid based upon an audit, Hospital agrees to refund to Payor the difference between what Payor paid and the Hospital's acquisition cost of the implant device(s) within forty-five (45) days of such refund request by Payor.

Aetna 000181

DOJCGH_0001033137

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Notwithstanding anything to the contrary in this Auto Service and Rate Schedule, the terms of this Auto Service and Rate Schedule have been subject to negotiation and in no case shall compensation for any Compensable Service exceed the Eligible Billed Charge.

**COLA:**

The payment rates identified in this compensation schedule will be, unless otherwise herein expressly provided, automatically adjusted by Company per the terms below. The adjusted rates will be rounded to the nearest dollar for specific fixed rates greater than or equal to $100.00.

| Start Date | End Date | Adjustment Based On: |
|---|---|---|
| 12/15/2018 | 12/14/2019 | Fixed Rate of 3.00% |
| 12/15/2019 | 12/14/2020 | Fixed Rate of 3.00% |
| 12/15/2020 | 12/14/2021 | Fixed Rate of 3.00% |

**Cola Excluded Services:**
**Cardiac Studies - Rate**
**Chemotherapy - Rate**
**Hospital Outpatient Dialysis - Rate**
**Implants/Prosthetics - Rate**
**Radiology Services - Rate**
**Sleep Studies - Rate**
**Vascular Diagnostic Studies - Rate**
**Med Record Copy Admin - Rate**
**Stop Loss - Rate & Threshold**

Aetna 000182

DOJCGH_0001033158

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

## HOSPITAL
## MEDICAL RENTAL PRODUCTS SERVICE AND RATE SCHEDULE

**I.    RATE:**

For Covered Services rendered to a Member, Hospital will accept the lesser of (i) the rate listed in the grid below or (ii) 85 % of Eligible Billed Charges.

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Intensive Care:**<br>MICU/SICU/PICU/CCU | **Revenue Codes:**<br>200, 201, 202, 203, 207, 208, 209, 210, 211, 212, 213, 219 | $2369.40 Per Diem |
| **Intermediate Care:**<br>(Step Down or Telemetry) | **Revenue Codes:**<br>206, 214 | $2152.70 Per Diem |
| **Medical/Surgical Care:** | **Revenue Codes:**<br>100, 101, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 127, 129, 130, 131, 132, 133, 137, 139, 140, 141, 142, 143, 147, 149, 150, 151, 152, 153, 157, 159, 160, 164, 167, 169 | $2082.30 Per Diem |
| **Acute Rehab I** | **Revenue Codes:**<br>118, 128, 138, 148, 158 | $1100.00 Per Diem |
| **Nursery:**<br>Level I | **Revenue Codes:**<br>170, 171, 179 | $530.20 Per Diem |
| **Nursery :**<br>Level II and III | **Revenue Codes:**<br>172, 173 | $2295.70 Per Diem |
| **Nursery:**<br>Level IV | **Revenue Codes:**<br>174 | $2440.90 Per Diem |
| **Skilled Care:**<br>Level I - Skilled Care<br>Level II - Comprehensive Care | **Revenue Codes:**<br>190, 191, 192, 199 | Not Provided |
| **Sub-Acute Care:**<br>(Alternative Deliv)<br>Level III-Complex<br>Level IV-Intensive | **Revenue Codes:**<br>193, 194 | Not Provided |
| **Psychiatric Care** | **Revenue Codes:**<br>114, 124, 134, 144, 154, 204 | $1540.00 Per Diem |
| **Inpatient Detoxification Services** | Revenue Codes: 116, 126, 136, 146, 156 or 118, 128, 138, 148, 158 and Behavioral Health Rehab ICD-9 code or HCPC Codes: H0008 - H0011 | $1540.00 Per Diem |
| **Maternity Care:**<br>Vaginal delivery incl newborn charges for Nursery Lev. 1 | Revenue Codes: 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160; ICD-10 Procedure codes: 10D07Z3 - 10D07Z8, 10E0XZZ | $4019.80 Case Rate (DAYS 0-2) |
| **Maternity Care:**<br>**C-Section delivery incl newborn charges for Nursery Lev. 1** | **Revenue Codes: 100, 101, 110, 111, 112, 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160: ICD-10** | $5526.40 Case Rate (DAYS 0-4) |

Aetna 000183

DOJCGH_0001033159

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | Procedure codes: 10D00Z0 – 10D00Z2 | |
|---|---|---|

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Implants/Prosthetics | Revenue Codes: 274, 275, 278 | 105% of Invoice Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| Med Record Copy Admin | HCPC Codes: S9982 | $0.25 Per Unit Priced In Addition to Other Negotiated Rates |
| Residential Treatment - Psychiatric and/or Chemical Dependency | Revenue Codes: 1001, 1002 or HCPC Codes: H0017 - H0019 | $1540.00 Per Diem |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 1 | Aetna Enhanced Groupers | $880.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 2 | Aetna Enhanced Groupers | $990.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 3 | Aetna Enhanced Groupers | $1122.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 4 | Aetna Enhanced Groupers | $1210.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 5 | Aetna Enhanced Groupers | $1485.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 6 | Aetna Enhanced Groupers | $1650.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 7 | Aetna Enhanced Groupers | $2420.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 8 | Aetna Enhanced Groupers | $2970.00 Case Rate |
| Ambulatory Surgery - Aetna Enhanced Groupers: Category 9 | Aetna Enhanced Groupers | $3410.00 Case Rate |
| Ambulatory Surgery: | All surgical procedures not | $1485.00 Case Rate |

Aetna 000184

DOJCGH_0001033160

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| Default Rate | otherwise identified | |
|---|---|---|
| **Cardiac Catheterization** | **HCPC Code:** G0448 **Includes:** CPT4 Codes: 93563-93568 **CPT4 Codes:** 0281T, 0291T, 0292T, 0293T, 0294T, 92938-92944, 93451-93462, 93503-93505, 93530-93533 **Includes:** CPT4 Codes: 93563-93568 | $4400.00 Case Rate |
| **Cardiac Studies** | **CPT4 Codes:** 93000-93352 | 85%  of Eligible Billed Charges |
| **Vascular Diagnostic Studies** | **CPT4 Codes:** 93880-93998 | 85%  of Eligible Billed Charges |
| **Emergency Care** | **Revenue Codes:** 450, 451, 452, 459 | $660.00  Case Rate |
| **Observation Services** | **Revenue Codes:** 760, 762, 769 | 85%  of Billed Charges to Max of $2750.00 Priced In Addition to Other Negotiated Rates |
| **Chemotherapy** | **CPT4 Codes:** 51720, 96401-96542 **HCPC Codes:** Q0083, Q0084, Q0085 | 85%  of Eligible Billed Charges |
| **Chemotherapy Drugs** | **HCPC Codes:** J0129, J0594, J0881, J0885, J0894, J1190, J2430, J7650, J8521, J8530, J8540, J8560, J8565, J8597, J8600, J8610, J8700, J8999, J9000, J9002, J9010, J9015, J9017, J9019, J9020, J9025, J9027, J9031, J9035, J9040, J9041, J9042, J9045, J9050, J9055, J9060, J9065, J9070, J9100, J9120, J9130, J9150, J9151, J9160, J9165, J9175, J9178, J9181, J9185, J9190, J9200, J9201, J9202, J9206, J9208, J9209, J9211, J9212, J9213, J9214, J9215, J9216, J9217, J9218, J9219, J9225, J9230, J9245, J9250, J9260, J9261, J9263, J9264, J9265, J9266, J9268, J9270, J9280, J9293, J9300, J9305, J9310, J9320, J9340, J9351, J9355, J9357, J9360, J9370, J9390, J9395, J9600, J9999, Q2017, S0088, S0108, S0116, S0117, S0145, S0148, S0156, S0170, S0172, S0175, S0176, S0178, S0179, S0182, S0183, S0187 | 160% of National Drug Fee Schedule (for hospitals) |

Aetna 000185

DOJCGH_0001033161

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | | |
|---|---|---|
| **Hospital Outpatient Dialysis** | **Revenue Codes:**<br>820, 821, 831, 841, 851<br>**And**<br>**CPT4 Codes:**<br>90935, 90937, 90993, 90999<br>**Revenue Codes:**<br>829<br>**And**<br>**CPT4 Codes:**<br>90935, 90937, 90993, 90999, 90945, 90947 | 85% of Eligible Billed Charges |
| **Sleep Studies** | **CPT4 Codes:**<br>95800, 95801, 95805, 95806, 95807, 95808, 95810, 95811<br>**HCPC Codes:**<br>G0398, G0399, G0400 | 85% of Eligible Billed Charges |
| **Laboratory Services** | **CPT4 Codes:**<br>0085T, 80047-89356, 89398<br>**HCPC Codes:**<br>S3800, S3855 | 160% of Aetna Market Fee Schedule Hospital - Technical Rate |
| **Radiology Services** | All applicable Radiology CPT4 codes, C, G, Q and S HCPCS codes and all applicable temporary codes. | 85% of Eligible Billed Charges |
| **Imaging Enhancing Substance** | **HCPC Codes:**<br>A4641, A4642, A4650, A9500, A9501, A9502, A9503, A9504, A9505, A9507, A9508, A9509, A9510, A9512, A9516, A9521, A9524, A9526, A9528, A9529, A9531, A9532, A9536, A9537, A9538, A9539, A9540, A9541, A9542, A9544, A9546, A9547, A9548, A9550, A9551, A9552, A9553, A9554, A9555, A9556, A9557, A9558, A9559, A9560, A9561, A9562, A9566, A9567, A9568, A9569, A9570, A9571, A9572, A9576, A9577, A9578, A9579, A9581, A9582, A9583, A9584, A9585, A9586, A9698, A9700, Q9951, Q9953, Q9954, Q9955, Q9956, Q9957, Q9958-Q9964, Q9965, Q9966, Q9967, Q9969 | Not Reimbursed |
| **Physical Therapy** | **Revenue Codes:**<br>420, 421, 422, 423, 424, 429 | $126.50 Once Per Day Per Individual Discipline |
| **Speech Therapy** | **Revenue Codes:**<br>440, 441, 442, 443, 444, 449 | $126.50 Once Per Day Per Individual Discipline |
| **Occupational Therapy** | **Revenue Codes:**<br>430, 431, 432, 433, 434, 439 | $126.50 Once Per Day Per Individual Discipline |

Aetna 000186

DOJCGH_0001033162

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| | | |
|---|---|---|
| **All drugs or drug agents without specific rate set forth above or herein** | **HCPC Codes A4231, A4802, A6250, A9180, A9517, A9563, A9564, A9600, B4100-B4102, C9113-C9138, C9460, C9470-C9497, G3001, G9017- G9020, G9361, J0120-J9999, P9041-P9048, Q0144-Q0181, Q0515, Q2004-Q2017, Q2028, Q2050-Q2052, Q3027-Q3028, Q4081-Q4082, Q5101-Q5102, Q9950, Q9955-Q9957, Q9980-Q9981, S0012-S0040, S0073-S0148, S0156-S0166, S0170-S0191, S4990-, S4993-S4995. S5010-S5012, S5550, S8490** | 185% of National Drug Fee Schedule (for hospitals) |
| **All Other Outpatient** | | 85%  of Eligible Billed Charges |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Implants/Prosthetics** | **Revenue Codes: 274, 275, 278** | 105%  of Invoice Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| **Med Record Copy Admin** | **HCPC Codes: S9982** | $0.25 Per Unit Priced In Addition to Other Negotiated Rates |
| **MRI/MRA** | **All MRI/MRA codes in code range 70010 - 79999** | $770.00 Priced In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| **CAT Scan** | **All CAT scan codes in the code ranges G0297, 0042T, 70450-70498, 71250-71275, 72125-72133, 72191-72194, 73200-73206, 73700-73702, 74150-74178, 74261-74263, 75571-75574, 75635, 75989, 76376-76380, 77011-77014, 77078** | $550.00 Priced In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |
| **PET Scan** | **All PET scan codes in code range 70010 - 79999 and PET scan codes G0219, G0235, G0252, and S8085.** | $2200.00 Priced In Addition to Other Negotiated Rates Once Per Unique Code Per Service Date |

Aetna 000187

DOJCGH_0001033163

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

**TERMS AND CONDITIONS**:

Definition of Services:

The following service definitions are intended to help facilitate billing.  The rates will be based on the level of care authorized by Company or Payor following the Policies promulgated by Company or Payor pursuant to this Agreement.

1)   **"Ambulatory Detoxification"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.

2)   **"Ambulatory Surgery"** includes all items, pre-procedure testing and services necessary to perform same day surgery or ambulatory surgery in an operating room or ambulatory surgery suite.  Rates for Categories 6 and 8 are inclusive of intraocular lenses.

3)   **"Cardiac Testing, Cardiac Catheterization, and Other Cardiovascular Services (outpatient)"** includes technical component of diagnostic procedures, pre-procedure testing, all injections and all related lab services.

4)   **"Chemotherapy" (outpatient only)** includes pre-procedure testing the administration of chemotherapeutic agents.

5)   **"Detoxification"** includes all services pre-admission services and all related services for 24 hour inpatient level of care for members with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.  Rate applies when member is specifically in a Detoxification Unit.

6)   **"Emergency Care"** includes all services and covered items related to patient care rendered as a result of an emergency room visit.

7)   **"Encounter Data"** – Information reported to Company or Payor for all laboratory services, as defined by the Centers for Medicare and Medicaid Services (CMS), provided to Members that are priced through a capitation model.

8)   **"Imaging Enhancing Substance"** – A substance that helps define areas of the body during X-rays, CT scans, MRI, or other imaging tests.

9)   **"Intermediate Care (Step Down or Telemetry)"** includes charges for medical or surgical care provided to patients requiring telemetry services but no longer require intensive care nursing.  Rates include all items included in Medical/Surgical Care and, in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intermediate care (step down or telemetry) unit.

10) **"Intensive Care"** includes charges for medical or surgical care provided to patients who require a more intensive level of care, including coronary care, than is rendered in the general medical or surgical unit, or in the Intermediate Care (Step Down or Telemetry).  Rates include all items included in Medical/Surgical Care and in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intensive care and/or infant intensive care and/or coronary care units.

11) **"Intensive Outpatient"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive

Aetna 000188

DOJCGH_0001033164

therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Services are provided at least 2 hours a day, at least 3 days per week.

12) **"Lab Results"** – The outcome of all laboratory services as defined by the Centers for Medicare and Medicaid Services (CMS) provided to Members.

13) **"Maternity Care"** includes charges for services provided to patients for the purpose of delivering a baby. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

14) **"Medical/Surgical Care"** includes charges for medical or surgical care provided in the general medical or surgical unit, when the level and complexity of clinical services required by Member exceed those for Alternative Delivery Care. Rates are inclusive of all services; these include but are not limited to pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy; blood derivatives, blood product acquisition, processing and administration charges, ancillary services and all other services incidental to the hospital admission.

15) **"Nursery"** includes accommodation charges for nursing care to newborn and premature infants in nurseries. Rates include room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission. Distinct levels of nursery care are defined as follows:

    **Level I:  "Newborn Nursing"**

- Routine care of apparently normal full-term neonates, pre-term neonates or formerly sick neonates whose medical problems are resolved regardless of physical location in hospital.
- Infants who remain in the normal nursery for medical reasons beyond the discharge of their mothers are priced at a per diem rate at the Newborn Nursing level of care for those days beyond the discharge date of the mother.

    **Level II, III: "Continuing Care/Intermediate Care"**

- Low birth-weight neonates who are not sick, but require frequent feeding, and neonates who require more hours of nursing per day than do normal neonates.
- Sick neonates who do not require intensive care, but require 6-12 hours of nursing each day.

    **Level IV: "Intensive Care"**

- Constant nursing and continuous cardiopulmonary and other support for severely ill neonates and infants.

All requirements set forth in this billing section will apply in determining the level of care provided, not the specific bed type occupied by the patient.

16) **"Observation / Treatment Room"** includes use of a treatment room; or room charge associated with outpatient observation services, which are furnished by the hospital on the hospital's premises, including use of a bed, supplies, and periodic monitoring by nursing or other staff, which are reasonable and necessary to evaluate an outpatient's condition or determine the need for a possible admission to the hospital as an inpatient. Such services must be ordered by a physician. The reason for observation must be stated in the orders for observation.

17) **"Partial Hospitalization (Day Hospital Treatment)"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual,

Aetna 000189

DOJCGH_0001033165

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Medically supervised, day, evening and/or night treatment programs; Services are provided at least 4 hours a day, at least 3 days per week.

18) **"Psychiatric Care"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for members with mental disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when member is specifically in a Psychiatric Unit.

19) **"Rehabilitation Care"** includes charges for rehabilitation care provided to patients in a rehabilitation bed; patients must receive more than four hours at a minimum, three (3) hours of multidisciplinary therapy per day for at least five days a week. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

20) **"Rehabilitation Care (Alcohol and Drug)"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for members with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when member is specifically in an Alcohol and Drug Rehabilitation Unit.

21) **"Residential Care"** includes all services (including pre-admission services) and all related services for 24 hour inpatient level of care for members with mental disorders as well as persons with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when member is specifically in a Residential Treatment Unit.

22) **"Skilled Care"** includes charges for services provided to patients requiring inpatient skilled nursing care. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all services incidental to the hospital admission. Skilled Care includes all levels of care as defined below:

**Level I – [Skilled Care]:**
Minimal nursing intervention. Comorbidities do not complicate treatment plan. Assessment of vitals and body systems required 1 – 2 times per day.

**Level II – [Comprehensive Care]:**
Moderate nursing intervention. Active treatment of comorbidities. Assessment of vitals and body systems required 2 – 3 times per day.

23) **"Sub-Acute Eligible Care" / "Alternate Delivery Care"** ["Alternate Delivery Care"] includes charges for services provided to patients requiring inpatient sub-acute care. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission. Sub-Acute Eligible Care includes all levels of Skilled Care as defined below:

**Level III – [Complex Care]:**

Aetna 000190

DOJCGH_0001033166

Moderate to extensive nursing intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect treatment plan.  Assessment of vitals and body systems required 3 – 4 times per day.

### Level IV – [Intensive Care]:

Extensive nursing and technical intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect the treatment plan.  Assessment of vitals and body systems required 4 – 6 times per day.

Additional Definitions:

**"Aetna Enhanced Groupers (AEG)"** Specific surgical and medical CPT-4 and HCPCS procedure codes are categorized into Aetna-designated procedural payment groups.  Rates are based upon the then current Aetna Enhanced Grouper and include all items, services pre-procedure testing necessary to perform an outpatient surgery or procedure in an operating room or ambulatory surgery suite.

**"Aetna Market Fee Schedule" (AMFS)** – A fee schedule that is based upon the contracted location where services are performed.  Company may periodically update this fee schedule.

"Aetna Market Fee Schedule Hospital" (AMFSH) - A fee schedule that is based upon the contracted location where service is performed.  Company may periodically update this fee schedule.  For services that include a professional and technical component, rates will be set based upon the technical rate only.  Until updates are complete, the procedure will be paid according to the standards, reimbursement and coding set for the period prior to the completion of the updates.

"Aetna National Drug Fee Schedule" – A fee schedule determined by Aetna on a national basis to be used for the drugs set forth in this Agreement.  Rates are based on industry recognized pricing sources.  Company may update this fee schedule on a quarterly basis.

**"Eligible Billed Charge"** - the amount billed by Participating Group Physician/Provider for a Covered Service less charges due to the application of billing, coding, reimbursement criteria, standards, or guidelines in accordance with applicable Policies of Company or Payor.

**"Service Groupings"** – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Medical Rental Products Service and Rate Schedule.

General

a) Hospital Services shall include all programs, services, facilities, and equipment necessary for care.  Rates are inclusive of any applicable member Copayment, Coinsurance, Deductible and any applicable tax, including but not limited to sales tax, and pre-admission services or pre-procedure testing any professional services billed by the Hospital, and other services as may be expressly included in a given rate.

    a1) The Rate applied will be the applicable  Rate in effect on the date of admission.

b) Case rates apply on the first day of admission if a case rate procedure is performed at any time during the inpatient stay.

c) The Rate for maternity services includes the mother only. Newborn services will be priced at the applicable nursery rate.   The maternity rate includes payment for all healthy newborns.

d) Multiple Procedure Processing:

DOJCGH_0001033167

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Ambulatory Surgery - Groupers: The primary surgical procedure will be identified as the highest applicable category. The primary procedure will be priced at 100.00% of the contract Rate. The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

Ambulatory Surgery - Default: The primary surgical procedure will be identified as the highest applicable category. The primary procedure will be priced at 100.00% of the contract Rate. The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.Secondary and subsequent procedures are not eligible for payment.

Cardiac Cath OP - Hospital: The primary surgical procedure will be identified as the highest applicable category. The primary procedure will be priced at 100.00% of the contracted rate. The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.Secondary and subsequent procedures are not eligible for payment.

e) If an emergency room visit results in an admission, the claims for the entire admission, including the services rendered in the emergency room will be priced at the applicable inpatient Rate, and will not include the emergency room visit rate. If an Ambulatory Surgery is performed as a result of an emergency room visit, the claims for the entire episode of care, including the services rendered in the emergency room will be priced at the applicable Ambulatory Surgery Rate, and will not include the emergency room visit rate. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

f) If an observation service results in an inpatient admission, the claim for the entire admission, including the observation charges will be priced at the applicable inpatient Rate, and will not include the observation service rates. If observation services do not result in an inpatient admission and meet or exceed 24 hours the applicable inpatient Rate for one inpatient day will be priced. Observation services will not be priced in conjunction with ambulatory surgery services.  Recovery room services will not be priced in conjunction with ambulatory surgery. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

g) Hospital will provide Company ninety (90) days advance notice of any services to be offered not previously offered and not specifically contracted above. Until rates are agreed upon, new inpatient services will be priced at the medical/surgical inpatient per diem; new outpatient services will be priced at   75   % of charges not to exceed one times the medical/surgical per diem.

h) Personal comfort and convenience items are excluded from the Rate.

i) In the event Hospital has entered into a contract with a behavioral health contractor which, at the time of the provision of Covered Services to a Member by Hospital, is party to a behavioral health contract with Company or an Affiliate ("Aetna Behavioral Health Contractor"), Hospital bills will be priced in accordance with the Aetna Behavioral Health Contractor's established rates for Mental Health, Detoxification and Substance Abuse Rehabilitation services, which will supersede the rates in this Medical Rental Products Service and  Rate Schedule. If the Aetna Behavioral Health Contractor does not have an established rate for the Covered Services provided to a Member by Hospital in its agreement with Hospital, or if Hospital does not have an agreement with Aetna Behavioral Health Contractor, Hospital bills will be priced in accordance with this Medical Rental Products Service and Rate Schedule.

j) Inclusions – Provision of any Imaging Enhancing Substance and/or disposable surface coils is included in the above imaging rates.

Aetna 000192

DOJCGH_0001033168

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

k)  Any equipment and/or services provided by an alternate facility or vendor during the course of an admission or procedure shall be the financial responsibility of the Hospital, and will be considered included in the Rate noted in this Medical Rental Products Service and Rate Schedule.

l)  Reference laboratory services are not eligible for payment. These services are generally indicated with a bill type of 141, hospital laboratory services provided to non-patients.

m)  Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider reduce the Rates for Covered Services by ten percent (10%) for a three (3) month period should Provider fail to provide timely notice of change in Provider information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

n)  <u>Submission of Lab Results and Encounters</u>. Where applicable, and only if requested by Company or Payor, Hospital agrees to submit Lab Results using the form and manner specified by the applicable Company or Payor.

o)  Company may conduct DRG validation audits. Company or its designee will notify Hospital of its intent to audit. Company or the authorized Company representative will provide Hospital with a listing of the medical records they wish to review. This list is to contain the Member's name, date of birth, DRG, dates of service, and if available Hospital patient control number and/or medical record number as listed on the UB-04. Information requested for DRG validation audits shall be limited to the Member's medical record. Hospital will provide requested medical records within thirty (30) days of request. If an audit indicates that a DRG or a payment requires adjustment, Company or the authorized representative of Company shall provide written notice to the Hospital stating the reason for the adjustment. If Hospital disagrees with a proposed modification, it shall appeal in writing the basis of its dispute and include supporting documentation it deems helpful to clarify its position. Company shall likewise respond to such appeals within thirty (30) days of receipt. If Hospital does not dispute Company's or Company's authorized representative findings, then Payor can request the claim be refunded.

p)  For any items priced based upon Average Wholesale Price ("AWP") or a percentage of AWP, the AWP will be adjusted to take into account any discounts and/or rebates made available to Provider from a manufacturer or otherwise for such drug.

q)  In the event a state law requires the application of a different rate or payment methodology, the applicable law (and rules) will supersede the terms of this Agreement.

r)  Those items marked as "Paid In Addition to" will not be included in the rate calculation for services contracted with a "Rate Applies to Entire Bill" methodology and will be reviewed and priced individually according to their contracted rate.

<u>Billing</u>

s)  Unless the code is no longer a valid code, Hospital must utilize the codes set forth in the Medical Rental Products Service and Rate Schedule when billing. The Rate is based on the level of care provided, not the bed type occupied by the patient. When billing for Ambulatory Surgery, Hospital must utilize both the indicated CPT4 code and the appropriate surgical Revenue Code.

t)  All professional services billed under the Hospital's federal tax identification number on a UB-04 (or its equivalent in the event UB-04s are no longer the standard billing form) billing form are not eligible for payment. All professional services billed under the Hospital's tax identification number on a CMS 1500 or equivalent form shall be priced at the Aetna Market Fee Schedule or applicable Rate.

u)  Hospital must submit invoices for implants, orthotic and prosthetic devices, and other supplies, including, but not limited to, Revenue Codes 274, 275, 276 and 278. Hospital understands that Company or Payor may

Aetna 000193

DOJCGH_0001033169

require invoices on pharmaceuticals, including, but not limited to, Revenue Code 636.  Failure to submit such invoices will result in delay and/or non-payment by the Payor.

Coding

v)   Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided. As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes.  Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes.  Such changes will only be made when there is no material change in the procedure itself.  Until updates are complete, the procedure will be priced according to the standards and coding set for the prior period. Unless otherwise specified, the Rate for new, replacement, reassigned, or modified code(s) will be priced on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Charge Master Increases

w)   Charge Master Limit.  Company acknowledges that Hospital may increase the billed charge amounts within its charge master ("Charge Master Increase").  However, Hospital shall provide Company written notice at least thirty (30) days prior to the effective date of a Charge Master Increase in accordance with the Notice section of the Agreement.  Such notice will include the amount of the Charge Master Increase and its effective date. Company is entitled to rely upon the information contained in Hospital's notice of Charge Master Increases for the purpose of adjusting Rates as set forth below.  Company will communicate to Hospital in writing, via certified letter, the revised percentage of charge rate(s) , if any.

In the event, Hospital implements an aggregate Charge Master Increase for those services rendered to Members and priced by Company as a percentage of Hospital's Eligible Billed charges that exceeds three percent (3%) during any twelve month period occurring on or after the effective date of the Agreement ("Charge Master Limit"), Company shall adjust all percentage of charge rates  in the manner described below.  Adjusted percentage of charge rates shall be effective on the effective date of the Charge Master Increase.  Charges for Implants, prosthetics, pace makers and high cost drugs are excluded from this provision.

Company will review Hospital Eligible Billed charges received by Company.  Eligible billed charges priced by Company as a percentage of Hospital's Eligible Billed charges will be used in Company's review.  Eligible Billed charges received after the effective date of the Charge Master Increase will be compared to the Eligible Billed charges received prior to the effective date of the Charge Master Increase.  Charge Master Increases will then be multiplied by the units priced by Company during the applicable twelve (12) month contract period and aggregated to determine the total Charge Master Increase.  If Company determines (a) a Charge Master Increase that is higher than a Charge Master Increase reported by Hospital or (b) a Charge Master Increase not reported by Hospital that exceeds the Charge Master Limit, Company shall report such Charge Master Increase to Hospital.

Rate Adjustments.  The adjustment to percentage of Eligible Billed Charge rates will be equal to the current priced rate multiplied by one plus the Charge Master Limit divided by one plus the Charge Master Increase as calculated in this section.  Adjusted percentage of Eligible Billed Charge rates will be rounded to the nearest one tenth of one percent (0.1%).

Aetna 000194

DOJCGH_0001033170

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Charge Master Limit = 3%
Example Charge Master Increase = 6%

**Payment Rate Example:**

Payment Rate = 45%
Adjusted Payment Rate = 43.7%
(45% X 1.03 / 1.06) = 43.72642%
rounded to the nearest one tenth of one percent (0.1%)

Adjustments to percentage of Eligible Billed Charge rates will be applicable to the current and future Medical Rental Products Service and Rate Schedule(s) under this Agreement.

Overpayment Calculations. When Company is not notified or is not sufficiently notified of a Charge Master Increase prior to the increase effective date, appropriate rate adjustments cannot be implemented upon the effective date of the Charge Master Increase, resulting in overpayments by Payor. Company or Payor will calculate amounts paid to Hospital due to Charge Master Increases that exceed the Charge Master Limit to determine overpaid amounts ("Overpayments"). Company or Payor shall notify Hospital in writing of the Overpayments and provide claim detail for the overpaid claims.

Hospital agrees to remit the Overpayments to appropriate Payor in accordance with the overpayment language provisions contained within this Agreement.

**Implant Device Carve-Out Terms and Conditions**

✕   **INPATIENT**          ✕   **OUTPATIENT**

Except as otherwise described below, the rates set forth in this Medical Rental Products Service and Rate Schedule includes rates for all Covered Services provided to Members as defined in the **TERMS AND CONDITIONS**. However, recognizing the high cost associated with some implant devices, Company agrees to price selected implant devices in addition to the rates set forth in this Medical Rental Products Service and Rate Schedule according to the following terms applying to all pricing methodologies (per diems, case rates, % of billed charges, as examples):

Implant Device(s):

Revenue code     275     Pacemaker
Revenue code     278     Other Implants

For implant devices billed under revenue code(s) 275 and/or 278, only those items considered an implant device ('Implant Carve-Out') are eligible for payment. These include, but are not limited to:

| Anchors | Grafts | Plates | Shunts |
|---|---|---|---|
| Artificial joints | Pins | Screws | Stents |
| Pacemakers | Defibrillators | Valves | Heart Pumps |

The following items are not eligible for payment under the above mentioned revenue code(s). These include, but are not limited to:

- Materials and supplies (such as sutures, customized surgical instrument kits, medical surgical supplies, clips, [other than radiological site markers], etc.) provided during the procedure.

Aetna 000195

DOJCGH_0001033171

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

- Guide wires, endoscopes and catheters associated with implant procedures (Note: Angioplasties without the use of stents are not considered implant procedures).
- Implant device(s) ordered, but not implanted in the member during the procedure.
- Hospital's nor vendor's administrative storage and delivery costs.
- Any drugs billed under Revenue Code 275 or 278.

Services or supplies billed under these Revenue Codes that do not meet the criteria will not be eligible for Implant Carve-Out pricing or any other pricing methodologies, and will be excluded from Implant Carve-Out Threshold calculations. Should Company or Payor identify charges for any of the excluded items above, prior to pricing, they will not be eligible for payment. Should Company or Payor identify through a post- payment audit or internal claim review that any of these items have been reimbursed, a request will be made for Hospital to refund the overpayment amount to the Payor for the ineligible item(s).

Threshold for Implant Devices
For any individual case (i.e., single inpatient admission or single outpatient visit on a specified date of service) that includes an implant device(s) that is a covered service, is eligible for payment as set forth in the above revenue codes, and the Hospital's eligible billed charges for the implant device(s) exceeds one thousand dollars ($1,000.00) ("Threshold"), Company shall pay Hospital one hundred fivepercent (105%) of Hospital's invoice cost for the implant device(s). The Threshold applies to each unique revenue code. The Threshold cannot be met by the addition of charges for multiple revenue codes. Eligible billed charges for the revenue codes listed above that are less than the Threshold stated above are not eligible for Implant Carve-Out payment.

Inventory
Prior to the Effective Date of this Agreement, Hospital shall provide to Company in an electronic format an inventory of each implant device billed with the above revenue codes. The implant device inventory, at minimum, shall include the following information:

a) Hospital name
b) Revenue code(s)
c) Hospital's Charge Description Master(s), any available CPT-4/HCPC code(s) and billed charge rate(s) for implant device(s) (e.g., Pacemaker, Stent, etc.)
d) Description of the implant device(s)
e) Hospital invoice cost as of the Effective Date of this Agreement

Prior to adding implant devices to the inventory list, Hospital must provide Company with an updated electronic inventory file with at least thirty (30) days advance notice.

Audit
Company and/or its agents or designees shall have the right to audit Hospital's billed charges against Hospital invoices, detailed billing statements and/or associated documentation for each eligible implant device upon request to verify that the cost of the item relates to Hospital's billed charges for the item as outlined above. Company and/or its agents or designees may request and Hospital shall provide within ten (10) days of such request a detailed billing statement including the corresponding invoices for the implant device(s) identifying the individual charges represented by the submitted revenue code(s) to ensure the payment has not exceeded the Hospital's acquisition (invoice) cost and the mark-up has remained the same.
Should Company and/or its agents or designees determine Hospital has been overpaid based upon an audit, Hospital agrees to refund to Payor the difference between what Payor paid and the Hospital's acquisition cost of the implant device(s) within forty-five (45) days of such refund request by Payor.

Notwithstanding anything to the contrary in this Medical Rental Products Service and Rate Schedule, the terms of this Medical Rental Products Service and Rate Schedule have been subject to negotiation and in no case shall compensation for any Covered Service exceed the Eligible Billed Charge.

Aetna 000196

DOJCGH_0001033172

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**COLA:**

The payment rates identified in this compensation schedule will be, unless otherwise herein expressly provided, automatically adjusted by Company per the terms below. The adjusted rates will be rounded to the nearest dollar for specific fixed rates greater than or equal to $100.00.

| Start Date | End Date | Adjustment Based On: |
|------------|------------|----------------------|
| 12/15/2018 | 12/14/2019 | Fixed Rate of 3.00% |
| 12/15/2019 | 12/14/2020 | Fixed Rate of 3.00% |
| 12/15/2020 | 12/14/2021 | Fixed Rate of 3.00% |

**Cola Excluded Services:**
**Cardiac Studies - Rate**
**Chemotherapy - Rate**
**Hospital Outpatient Dialysis - Rate**
**Implants/Prosthetics - Rate**
**Radiology Services - Rate**
**Sleep Studies - Rate**
**Vascular Diagnostic Studies - Rate**
**Med Record Copy Admin - Rate**
**Stop Loss - Rate & Threshold**

Aetna 000197

DOJCGH_0001033173

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

**HOSPITAL**
**WORKERS' COMPENSATION SERVICE AND RATE SCHEDULE**

**I.   CONTRACT RATE:**

For Compensable Services rendered to a Claimant, Hospital will accept the lesser of (i) the rate listed in the grid below, (ii) 80% of Allowable Amount, or (iii) 80% of Eligible Billed Charges.

**INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Intensive Care:**<br>MICU/SICU/PICU/CCU | **Revenue Codes:**<br>200, 201, 202, 203, 207, 208, 209, 210, 211, 212, 213, 219 | $2154.00  Per Diem |
| **Intermediate Care:**<br>(Step Down or Telemetry) | **Revenue Codes:**<br>206, 214 | $1957.00 Per Diem |
| **Medical/Surgical Care:** | **Revenue Codes:**<br>100, 101, 110, 111, 112, 113, 117, 119, 120, 121, 122, 123, 127, 129, 130, 131, 132, 133, 137, 139, 140, 141, 142, 143, 147, 149, 150, 151, 152, 153, 157, 159, 160, 164, 167, 169 | $1893.00  Per Diem |
| **Acute Rehab I** | **Revenue Codes:**<br>118, 128, 138, 148, 158 | $1000.00 Per Diem |
| **Nursery:**<br>Level I | **Revenue Codes:**<br>170, 171, 179 | $482.00  Per Diem |
| **Nursery :**<br>Level II and III | **Revenue Codes:**<br>172, 173 | $2087.00 Per Diem |
| **Nursery:**<br>Level IV | **Revenue Codes:**<br>174 | $2219.00  Per Diem |
| **Skilled Care:**<br>Level I - Skilled Care<br>Level II - Comprehensive Care | **Revenue Codes:**<br>190, 191, 192, 199 | Not Provided |
| **Sub-Acute Care:**<br>(Alternative Deliv)<br>Level III-Complex<br>Level IV-Intensive | **Revenue Codes:**<br>193, 194 | Not Provided |
| **Psychiatric Care** | **Revenue Codes:**<br>114, 124, 134, 144, 154, 204 | $1400.00  Per Diem |
| **Inpatient Detoxification Services** | Revenue Codes: 116, 126, 136, 146, 156 or 118, 128, 138, 148, 158 and Behavioral Health Rehab ICD-9 code or HCPC Codes: H0008 - H0011 | $1400.00 Per Diem |
| **Maternity Care:**<br>Vaginal delivery incl newborn charges for Nursery Lev. 1 | **Revenue Codes: 100, 101, 110, 111, 112,** 120, 121, 122, 130, 131, 132, 140, 141, 142, 150, 151, 152, 160; ICD-10 Procedure codes: 10D07Z3 - 10D07Z8, 10E0XZZ | $3718.00 Case Rate (DAYS 0-2) |
| **Maternity Care:**<br>**C-Section delivery incl newborn** | **Revenue Codes: 100, 101, 110, 111, 112,** **120, 121, 122, 130, 131, 132, 140, 141,** | $5024.00 Case Rate (DAYS 0-4) |

Aetna 000198

DOJCGH_0001033174

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| charges for Nursery Lev. 1 | 142, 150, 151, 152, 160: ICD-10 Procedure codes: 10D00Z0 - 10D00Z2 | |
|---|---|---|

**CARVEOUT INPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Implants/Prosthetics | Revenue Codes: 274, 275, 278 | 105% of Invoice Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| Med Record Copy Admin | HCPC Codes: S9982 | $0.25 Per Unit Priced In Addition to Other Negotiated Rates |
| Residential Treatment – Psychiatric and/or Chemical Dependency | Revenue Codes: 1001, 1002 or HCPC Codes: H0017 - H0019 | $1400.00 Per Diem |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 1 | Aetna Enhanced Groupers | $800.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 2 | Aetna Enhanced Groupers | $900.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 3 | Aetna Enhanced Groupers | $1020.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 4 | Aetna Enhanced Groupers | $1100.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 5 | Aetna Enhanced Groupers | $1350.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 6 | Aetna Enhanced Groupers | $1500.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 7 | Aetna Enhanced Groupers | $2200.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: Category 8 | Aetna Enhanced Groupers | $2700.00 Case Rate |
| Ambulatory Surgery – Aetna Enhanced Groupers: | Aetna Enhanced Groupers | $3100.00 Case Rate |

Aetna 000199

DOJCGH_0001033175

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

| Category 9 | | |
|---|---|---|
| **Ambulatory Surgery:**<br> Default Rate | All surgical procedures not otherwise identified | $1350.00 Case Rate |
| **Cardiac Catheterization** | **HCPC Code:**<br>G0448<br>**Includes:** CPT4 Codes: 93563-93568<br>**CPT4 Codes:**<br>0281T, 0291T, 0292T, 0293T, 0294T, 92938-92944, 93451-93462, 93503-93505, 93530-93533<br>**Includes:** CPT4 Codes: 93563-93568 | $4000.00 Case Rate |
| **Cardiac Studies** | **CPT4 Codes:**<br>93000-93352 | 75%  of  Eligible Billed Charges |
| **Vascular Diagnostic Studies** | **CPT4 Codes:**<br>93880-93998 | 75%  of  Eligible Billed Charges |
| **Emergency Care** | **Revenue Codes:**<br>450, 451, 452, 459 | $600.00   Case Rate |
| **Observation Services** | **Revenue Codes:**<br>760, 762, 769 | 75%  of Eligible Billed Charges to Max of $2500.00<br>Priced In Addition to Other Negotiated Rates |
| **Chemotherapy** | **CPT4 Codes:**<br>51720, 96401-96542<br>**HCPC Codes:**<br>Q0083, Q0084, Q0085 | 75%  of  Eligible Billed Charges |
| **Chemotherapy Drugs** | **HCPC Codes:**<br>J0129, J0594, J0881, J0885, J0894, J1190, J2430, J7650, J8521, J8530, J8540, J8560, J8565, J8597, J8600, J8610, J8700, J8999, J9000, J9002, J9010, J9015, J9017, J9019, J9020, J9025, J9027, J9031, J9035, J9040, J9041, J9042, J9045, J9050, J9055, J9060, J9065, J9070, J9100, J9120, J9130, J9150, J9151, J9160, J9165, J9175, J9178, J9181, J9185, J9190, J9200, J9201, J9202, J9206, J9208, J9209, J9211, J9212, J9213, J9214, J9215, J9216, J9217, J9218, J9219, J9225, J9230, J9245, J9250, J9260, J9261, J9263, J9264, J9265, J9266, J9268, J9270, J9280, J9293, J9300, J9305, J9310, J9320, J9340, J9351, J9355, J9357, J9360, J9370, J9390, J9395, J9600, J9999, Q2017, S0088, S0108, S0116, S0117, S0145, S0148, S0156, S0170, S0172, | 150% of National Drug Fee Schedule (for hospitals) |

Aetna 000200

DOJCGH_0001033176

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

|  | S0175, S0176, S0178, S0179, S0182, S0183, S0187 |  |
|---|---|---|
| **Hospital Outpatient Dialysis** | **Revenue Codes:** 820, 821, 831, 841, 851 **And** **CPT4 Codes:** 90935, 90937, 90993, 90999 **Revenue Codes:** 829 **And** **CPT4 Codes:** 90935, 90937, 90993, 90999, 90945, 90947 | 75% of Eligible Billed Charges |
| **Sleep Studies** | **CPT4 Codes:** 95800, 95801, 95805, 95806, 95807, 95808, 95810, 95811 **HCPC Codes:** G0398, G0399, G0400 | 75% of Eligible Billed Charges |
| **Laboratory Services** | **CPT4 Codes:** 0085T, 80047-89356, 89398 **HCPC Codes:** S3800, S3855 | 150% of Aetna Market Fee Schedule Hospital - Technical Rate |
| **Radiology Services** | All applicable Radiology CPT4 codes, C, G, Q and S HCPCS codes and all applicable temporary codes. | 75% of Eligible Billed Charges |
| **Imaging Enhancing Substance** | **HCPC Codes:** A4641, A4642, A4650, A9500, A9501, A9502, A9503, A9504, A9505, A9507, A9508, A9509, A9510, A9512, A9516, A9521, A9524, A9526, A9528, A9529, A9531, A9532, A9536, A9537, A9538, A9539, A9540, A9541, A9542, A9544, A9546, A9547, A9548, A9550, A9551, A9552, A9553, A9554, A9555, A9556, A9557, A9558, A9559, A9560, A9561, A9562, A9566, A9567, A9568, A9569, A9570, A9571, A9572, A9576, A9577, A9578, A9579, A9581, A9582, A9583, A9584, A9585, A9586, A9698, A9700, Q9951, Q9953, Q9954, Q9955, Q9956, Q9957, Q9958-Q9964, Q9965, Q9966, Q9967, Q9969 | Not Reimbursed |
| **Physical Therapy** | **Revenue Codes:** 420, 421, 422, 423, 424, 429 | $115.00 Once Per Day Per Individual Discipline |
| **Speech Therapy** | **Revenue Codes:** | $115.00 Once Per Day Per |

Aetna 000201

DOJCGH_0001033177

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

|  | 440, 441, 442, 443, 444, 449 | Individual Discipline |
|---|---|---|
| **Occupational Therapy** | **Revenue Codes:**<br>430, 431, 432, 433, 434, 439 | $115.00 Once Per Day Per Individual Discipline |
| **All drugs or drug agents without specific rate set forth above or herein** | **HCPC Codes**<br>**A4231, A4802, A6250, A9180, A9517, A9563, A9564, A9600, B4100-B4102, C9113-C9138, C9460, C9470-C9497, G3001, G9017- G9020, G9361, J0120-J9999, P9041-P9048, Q0144-Q0181, Q0515, Q2004-Q2017, Q2028, Q2050-Q2052, Q3027-Q3028, Q4081-Q4082, Q5101-Q5102, Q9950, Q9955-Q9957, Q9980-Q9981, S0012-S0040, S0073-S0148, S0156-S0166, S0170-S0191, S4990-, S4993-S4995. S5010-S5012, S5550, S8490** | 175% of National Drug Fee Schedule (for hospitals) |
| **All Other Outpatient** |  | 75%  of  Eligible Billed Charges |

**OUTPATIENT RATES:**

| Service | Billing Codes | Rates |
|---|---|---|
| **Implants/Prosthetics** | **Revenue Codes:**<br>**274, 275, 278** | 105%  of Invoice<br>Priced In Addition to Other Negotiated Rates for a listed individual billing code only, when the sum of the listed individual billing code claim lines is greater than $1000.00 |
| **Med Record Copy Admin** | **HCPC Codes:**<br>S9982 | $0.25 Per Unit<br>Priced In Addition to Other Negotiated Rates |
| **MRI/MRA** | **All MRI/MRA codes in code range 70010 - 79999** | $700.00<br>Priced In Addition to Other Negotiated Rates<br>Once Per Unique Code Per Service Date |
| **CAT Scan** | **All CAT scan codes in the code ranges**<br>**G0297, 0042T, 70450-70498, 71250-71275, 72125-72133, 72191-72194, 73200-73206, 73700-73702, 74150-74178, 74261-74263, 75571-75574, 75635, 75989, 76376-76380, 77011-77014, 77078** | $500.00<br>Priced In Addition to Other Negotiated Rates<br>Once Per Unique Code Per Service Date |
| **PET Scan** | **All PET scan codes in code range 70010 - 79999 and PET scan codes** | $2000.00<br>Priced In Addition to Other |

Aetna 000202

DOJCGH_0001033178

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

| | G0219, G0235, G0252, and S8085. | Negotiated Rates<br>Once Per Unique Code Per Service<br>Date |
|---|---|---|

## TERMS AND CONDITIONS:

Definition of Services:

The following service definitions are intended to help facilitate billing. The rates will be based on the level of care authorized by Company, Customer or Payor following the Policies promulgated by Company, Customer or Payor pursuant to this Agreement.

1) **"Ambulatory Detoxification"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital.

2) **"Ambulatory Surgery"** includes all items, pre-procedure testing and services necessary to perform same day surgery or ambulatory surgery in an operating room or ambulatory surgery suite. Rates for Categories 6 and 8 are inclusive of intraocular lenses.

3) **"Cardiac Testing, Cardiac Catheterization, and Other Cardiovascular Services (outpatient)"** includes technical component of diagnostic procedures, pre-procedure testing, all injections and all related lab services.

4) **"Chemotherapy" (outpatient only)** includes pre-procedure testing the administration of chemotherapeutic agents.

5) **"Detoxification"** includes all services pre-admission services and all related services for 24 hour inpatient level of care for Claimants with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and all other treatment staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when Claimant is specifically in a Detoxification Unit.

6) **"Emergency Care"** includes all services and Compensable Services related to patient care rendered as a result of an emergency room visit.

7) **"Encounter Data"** – Information reported to Company, Customer or Payor for all laboratory services, as defined by the Centers for Medicare and Medicaid Services (CMS), provided to Claimants that are priced through a capitation model.

8) **"Imaging Enhancing Substance"** – A substance that helps define areas of the body during X-rays, CT scans, MRI, or other imaging tests.

9) **"Intermediate Care (Step Down or Telemetry)"** includes charges for medical or surgical care provided to patients requiring telemetry services but no longer require intensive care nursing. Rates include all items included in Medical/Surgical Care and, in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intermediate care (step down or telemetry) unit.

10) **"Intensive Care"** includes charges for medical or surgical care provided to patients who require a more intensive level of care, including coronary care, than is rendered in the general medical or surgical unit, or in the

Aetna 000203

DOJCGH_0001033179

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

Intermediate Care (Step Down or Telemetry). Rates include all items included in Medical/Surgical Care and in addition, such items and services as are normally and usually provided by the Hospital in conjunction with patients in its intensive care and/or infant intensive care and/or coronary care units.

11) **"Intensive Outpatient"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Services are provided at least 2 hours a day, at least 3 days per week.

12) **"Lab Results"** – The outcome of all laboratory services as defined by the Centers for Medicare and Medicaid Services (CMS) provided to Claimants.

13) **"Maternity Care"** includes charges for services provided to patients for the purpose of delivering a baby. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

14) **"Medical/Surgical Care"** includes charges for medical or surgical care provided in the general medical or surgical unit, when the level and complexity of clinical services required by Claimant exceed those for Alternative Delivery Care. Rates are inclusive of all services; these include but are not limited to pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy; blood derivatives, blood product acquisition, processing and administration charges, ancillary services and all other services incidental to the hospital admission.

15) **"Nursery"** includes accommodation charges for nursing care to newborn and premature infants in nurseries. Rates include room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission. Distinct levels of nursery care are defined as follows:

**Level I: "Newborn Nursing"**

- Routine care of apparently normal full-term neonates, pre-term neonates or formerly sick neonates whose medical problems are resolved regardless of physical location in hospital.
- Infants who remain in the normal nursery for medical reasons beyond the discharge of their mothers are priced at a per diem rate at the Newborn Nursing level of care for those days beyond the discharge date of the mother.

**Level II, III: "Continuing Care/Intermediate Care"**

- Low birth-weight neonates who are not sick, but require frequent feeding, and neonates who require more hours of nursing per day than do normal neonates.
- Sick neonates who do not require intensive care, but require 6-12 hours of nursing each day.

**Level IV: "Intensive Care"**

- Constant nursing and continuous cardiopulmonary and other support for severely ill neonates and infants.

All requirements set forth in this billing section will apply in determining the level of care provided, not the specific bed type occupied by the patient.

16) **"Observation / Treatment Room"** includes use of a treatment room; or room charge associated with outpatient observation services, which are furnished by the hospital on the hospital's premises, including use of a bed,

Aetna 000204

DOJCGH_0001033180

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

supplies, and periodic monitoring by nursing or other staff, which are reasonable and necessary to evaluate an outpatient's condition or determine the need for a possible admission to the hospital as an inpatient. Such services must be ordered by a physician. The reason for observation must be stated in the orders for observation.

17) **"Partial Hospitalization (Day Hospital Treatment)"** includes all services (including pre-admission services) and all related services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Medically supervised, day, evening and/or night treatment programs; Services are provided at least 4 hours a day, at least 3 days per week.

18) **"Psychiatric Care"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for Claimants with mental disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when Claimant is specifically in a Psychiatric Unit.

19) **"Rehabilitation Care"** includes charges for rehabilitation care provided to patients in a rehabilitation bed; patients must receive more than three hours of therapy per day at least five days a week. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.

20) **"Rehabilitation Care (Alcohol and Drug)"** includes all services pre-admission services, and all related services for 24 hour inpatient level of care for Claimants with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when Claimant is specifically in an Alcohol and Drug Rehabilitation Unit.

21) **"Residential Care"** includes all services (including pre-admission services) and all related services for 24 hour inpatient level of care for Claimants with mental disorders as well as persons with substance-related disorders including semi-private accommodations, room and board and services such as physician, psychologist, nurse, counselor and trained staff services; individual, group, family and adjunctive therapies; psychiatric, psychological and medical lab tests; drugs, medicines, equipment use and supplies, history and physical examinations and all ancillary services performed at or arranged by Hospital. Rate applies when Claimant is specifically in a Residential Treatment Unit.

22) **"Skilled Care"** includes charges for services provided to patients requiring inpatient skilled nursing care. Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all services incidental to the hospital admission. Skilled Care includes all levels of care as defined below:

**Level I – [Skilled Care]:**
Minimal nursing intervention. Comorbidities do not complicate treatment plan. Assessment of vitals and body systems required 1 – 2 times per day.

**Level II – [Comprehensive Care]:**
Moderate nursing intervention. Active treatment of comorbidities. Assessment of vitals and body systems required 2 – 3 times per day.

Aetna 000205

DOJCGH_0001033181

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

23) **"Sub-Acute Eligible Care" / "Alternate Delivery Care"** ["Alternate Delivery Care"] includes charges for services provided to patients requiring inpatient sub-acute care.  Rates include pre-admission services, room and board, nursing care, equipment and supplies, laboratory, radiology, pharmacy, ancillary services and all other services incidental to the hospital admission.  Sub-Acute Eligible Care includes all levels of Skilled Care as defined below:

**Level III - [Complex Care]:**
Moderate to extensive nursing intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect treatment plan.  Assessment of vitals and body systems required 3 – 4 times per day.

**Level IV - [Intensive Care]:**
Extensive nursing and technical intervention.  Active medical care and treatment of comorbidities.  Potential for comorbidities to affect the treatment plan.  Assessment of vitals and body systems required 4 – 6 times per day.

<u>Additional Definitions:</u>

**"Aetna Enhanced Groupers (AEG)"** Specific surgical and medical CPT-4 and HCPCS procedure codes are categorized into Aetna-designated procedural payment groups.  Rates are based upon the then current Aetna Enhanced Grouper and include all items, services pre-procedure testing necessary to perform an outpatient surgery or procedure in an operating room or ambulatory surgery suite.

**"Aetna Market Fee Schedule" (AMFS)** – A fee schedule that is based upon the contracted location where services are performed.  Company may periodically update this fee schedule.

"Aetna Market Fee Schedule Hospital" (AMFSH) - A fee schedule that is based upon the contracted location where service is performed.  Company may periodically update this fee schedule.  For services that include a professional and technical component, rates will be set based upon the technical rate only.  Until updates are complete, the procedure will be paid according to the standards, reimbursement and coding set for the period prior to the completion of the updates.

"Aetna National Drug Fee Schedule" – A fee schedule determined by Aetna on a national basis to be used for the drugs set forth in this Agreement.  Rates are based on industry recognized pricing sources.  Company may update this fee schedule on a quarterly basis.

**"Eligible Billed Charge"** - The amount billed by Provider for a Compensable Service less adjustments due to bill review reductions (e.g., the application of billing, coding, bundling and/or reimbursement criteria, standards or guidelines) in accordance with applicable Company, Customer and/or Payor policies that comply with applicable Federal and/or state laws, regulations and governmental directives and are consistent with industry standards.

**"Service Groupings"** – A grouping of codes (e.g., HCPCS, CPT4, ICD-9 (ICD-10 or successor standard)) that are considered similar services and are contracted at one rate under the Service and Rate Schedule.

<u>General</u>

a) Hospital Services shall include all programs, services, facilities, and equipment necessary for care.  Rates are inclusive of any applicable Claimant Copayment, Coinsurance, Deductible and any applicable tax, including but not limited to sales tax, and pre-admission services or pre-procedure testing any professional services billed by the Hospital, and other services as may be expressly included in a given rate.

   a1) The Contract Rate applied will be the applicable Contract Rate in effect on the date of admission.

Aetna 000206

DOJCGH_0001033182

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

b)  Case rates apply on the first day of admission if a case rate procedure is performed at any time during the inpatient stay.

c)  The Contract Rate for maternity services includes the mother only.  Newborn services will be priced at the applicable nursery rate.   The maternity rate includes payment for all healthy newborns.

d)  Multiple Procedure Processing:

Ambulatory Surgery - Groupers: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the Contract Rate.
The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

Ambulatory Surgery - Default: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the Contract Rate.  The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

Cardiac Cath OP - Hospital: The primary surgical procedure will be identified as the highest applicable category.  The primary procedure will be priced at 100.00% of the contracted rate.  The secondary procedure will be priced at 50.00% of the contracted rate. Subsequent procedures will be priced at 25.00% of the contracted rate.

e)  If an emergency room visit results in an admission, the claims for the entire admission, including the services rendered in the emergency room will be priced at the applicable inpatient Contract Rate, and will not include the emergency room visit rate. If an Ambulatory Surgery is performed as a result of an emergency room visit, the claims for the entire episode of care, including the services rendered in the emergency room will be priced at the applicable Ambulatory Surgery Contract Rate, and will not include the emergency room visit rate. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Contract Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

f)  If an observation service results in an inpatient admission, the claim for the entire admission, including the observation charges will be priced at the applicable inpatient Contract Rate, and will not include the observation service rates.  If observation services do not result in an inpatient admission and meet or exceed 24 hours the applicable inpatient Contract Rate for one inpatient day will be priced. Observation services will not be priced in conjunction with ambulatory surgery services.  Recovery room services will not be priced in conjunction with ambulatory surgery. If an emergency room visit results in observation services, the claims will be priced at the applicable emergency room Contract Rate, and pricing will not include the Observation/Treatment Room rates. Observation services will not be priced when such services are in conjunction with emergency room visits.

g)  Hospital will provide Company ninety (90) days advance notice of any services to be offered not previously offered and not specifically contracted above.  Until rates are agreed upon, new inpatient services will be priced at the medical/surgical inpatient per diem; new outpatient services will be priced at 75% of charges not to exceed one times the medical/surgical per diem.

h)  Personal comfort and convenience items are excluded from the Contract Rate.

i)  In the event Hospital has entered into a contract with a behavioral health contractor which, at the time of the provision of Compensable Services to a Claimant by Hospital, is party to a behavioral health contract with Company or an Affiliate ("Aetna Behavioral Health Contractor"), Hospital bills will be priced in accordance

Aetna 000207

DOJCGH_0001033183

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

with the Aetna Behavioral Health Contractor's established rates for Mental Health, Detoxification and Substance Abuse Rehabilitation services, which will supersede the rates in this Service and Rate Schedule. If the Aetna Behavioral Health Contractor does not have an established rate for the Compensable Services provided to a Claimant by Hospital in its agreement with Hospital, or if Hospital does not have an agreement with Aetna Behavioral Health Contractor, Hospital bills will be priced in accordance with this Service and Rate Schedule.

j)   Inclusions – Provision of any Imaging Enhancing Substance and/or disposable surface coils is included in the above imaging rates.

k)   Any equipment and/or services provided by an alternate facility or vendor during the course of an admission or procedure shall be the financial responsibility of the Hospital, and will be considered included in the Contract Rate noted in this Service and Rate Schedule.

l)   Reference laboratory services are not eligible for payment. These services are generally indicated with a bill type of 141, hospital laboratory services provided to non-patients.

m)   Unless prohibited by applicable law, Company may, at its sole discretion, upon thirty (30) days prior written notice to Provider reduce the Contract Rates for Compensable Services by ten percent (10%) for a three (3) month period should Provider fail to provide timely notice of change in Provider information to Company as required and set forth in the Agreement, e.g., changes in notice address, location, staff and demographics.

n)   Submission of Lab Results and Encounters. Where applicable, and only if requested by Company, Customer or Payor, Hospital agrees to submit Lab Results using the form and manner specified by the applicable Company, Customer or Payor.

o)   Company may conduct DRG validation audits. Company or its designee will notify Hospital of its intent to audit. Company or the authorized Company representative will provide Hospital with a listing of the medical records they wish to review. This list is to contain the Claimant's name, date of birth, DRG, dates of service, and if available Hospital patient control number and/or medical record number as listed on the UB-04. Information requested for DRG validation audits shall be limited to the Claimant's medical record. Hospital will provide requested medical records within thirty (30) days of request. If an audit indicates that a DRG or a payment requires adjustment, Company or the authorized representative of Company shall provide written notice to the Hospital stating the reason for the adjustment. If Hospital disagrees with a proposed modification, it shall appeal in writing the basis of its dispute and include supporting documentation it deems helpful to clarify its position. Company shall likewise respond to such appeals within thirty (30) days of receipt. If Hospital does not dispute Company's or Company's authorized representative findings, then Customer or Payor can request the claim be refunded.

p)   For any items priced based upon Average Wholesale Price ("AWP") or a percentage of AWP, the AWP will be adjusted to take into account any discounts and/or rebates made available to Provider from a manufacturer or otherwise for such drug.

q)   In the event a state law requires the application of a different rate or payment methodology, the applicable law (and rules) will supersede the terms of this Agreement.

Billing

r)   Unless the code is no longer a valid code, Hospital must utilize the codes set forth in the Service and Rate Schedule when billing. The Contract Rate is based on the level of care provided, not the bed type occupied by the patient. When billing for Ambulatory Surgery, Hospital must utilize both the indicated CPT4 code and the appropriate surgical Revenue Code.

Aetna 000208

DOJCGH_0001033184

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

s)   All professional services billed under the Hospital's federal tax identification number on a UB-04 (or its equivalent in the event UB-04s are no longer the standard billing form) billing form are not eligible for payment.  All professional services billed under the Hospital's tax identification number on a CMS 1500 or equivalent form shall be priced at the Aetna Market Fee Schedule or applicable Contract Rate.

t)   Hospital must submit invoices for implants, orthotic and prosthetic devices, and other supplies, including, but not limited to, Revenue Codes 274, 275, 276 and 278.  Hospital understands that Company, Customer or Payor may require invoices on pharmaceuticals, including, but not limited to, Revenue Code 636.  Failure to submit such invoices will result in delay and/or non-payment by the Payor.

Coding

u)   Company utilizes nationally recognized coding structures including, but not limited to, Revenue Codes as described by the Uniform Billing Code, AMA Current Procedural Terminology (CPT4), CMS Common Procedure Coding System (HCPCS), Diagnosis Related Groups (DRG), ICD-9 (ICD-10 or successor standard) Diagnosis and Procedure codes, National Drug Codes (NDC) and the American Society of Anesthesiologists (ASA) relative values for the basic coding, and description for the services provided.  As changes are made to nationally recognized codes, Company will update internal systems to accommodate new and/or changes to existing codes.  Such updates may include assignment and/or reassignment to Service Groupings for new and/or existing codes.  Such changes will only be made when there is no material change in the procedure itself.  Until updates are complete, the procedure will be priced according to the standards and coding set for the prior period. Unless otherwise specified, the Contract Rate for new, replacement, reassigned, or modified code(s) will be priced on the same basis or at a comparable rate as set forth within this Schedule.

Company will comply and utilize nationally recognized coding structures as directed under applicable Federal laws and regulations, including, without limitation, the Health Insurance Portability and Accountability Act (HIPAA).

Charge Master Increases

v)   Charge Master Limit.  Company acknowledges that Hospital may increase the billed charge amounts within its charge master ("Charge Master Increase").  However, Hospital shall provide Company written notice at least thirty (30) days prior to the effective date of a Charge Master Increase in accordance with the Notice section of the Agreement.  Such notice will include the amount of the Charge Master Increase and its effective date. Company is entitled to rely upon the information contained in Hospital's notice of Charge Master Increases for the purpose of adjusting Contract Rates as set forth below.  Company will communicate to Hospital in writing, via certified letter, the revised percentage of charge rate(s) if any.

In the event, Hospital implements an aggregate Charge Master Increase for those services rendered to Claimants and priced by Company as a percentage of Hospital's Eligible Billed charges that exceeds three percent (3%) during any twelve month period occurring on or after the effective date of the Agreement ("Charge Master Limit"), Company shall adjust all percentage of charge rates in the manner described below.  Adjusted percentage of charge rates shall be effective on the effective date of the Charge Master Increase.  Charges for Implants, prosthetics, pace makers and high cost drugs are excluded from this provision.

Company will review Hospital Eligible Billed charges received by Company.  Eligible billed charges priced by Company as a percentage of Hospital's Eligible Billed charges will be used in Company's review.  Eligible Billed charges received after the effective date of the Charge Master Increase will be compared to the Eligible Billed charges received prior to the effective date of the Charge Master Increase.  Charge Master Increases will then be multiplied by the units priced by Company during the applicable twelve (12) month contract period and aggregated to determine the total Charge Master Increase.  If Company determines (a) a Charge Master Increase that is higher than a Charge Master Increase reported by Hospital or (b) a Charge Master Increase not reported

Aetna 000209

DOJCGH_0001033185

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date:  12/15/2017

by Hospital that exceeds the Charge Master Limit, Company shall report such Charge Master Increase to Hospital.

<u>Rate Adjustments</u>.  The adjustment to percentage of Eligible Billed Charge rates will be equal to the current priced rate multiplied by one plus the Charge Master Limit divided by one plus the Charge Master Increase as calculated in this section.  Adjusted percentage of Eligible Billed Charge rates will be rounded to the nearest one tenth of one percent (0.1%).

Charge Master Limit = 3%
Example Charge Master Increase = 6%

**Payment Rate Example**:

Payment Rate = 45%
Adjusted Payment Rate = 43.7%
(45% X 1.03 / 1.06) = 43.72642%
rounded to the nearest one tenth of one percent (0.1%)

Adjustments to percentage of Eligible Billed Charge rates will be applicable to the current and future Service and Rate Schedule(s) under this Agreement.

<u>Overpayment Calculations</u>.  When Company is not notified or is not sufficiently notified of a Charge Master Increase prior to the increase effective date, appropriate rate adjustments cannot be implemented upon the effective date of the Charge Master Increase, resulting in overpayments by Payor.  Company, Customer or Payor will calculate amounts paid to Hospital due to Charge Master Increases that exceed the Charge Master Limit to determine overpaid amounts ("Overpayments").   Company, Customer or Payor shall notify Hospital in writing of the Overpayments and provide claim detail for the overpaid claims.

Hospital agrees to remit the Overpayments to appropriate Payor in accordance with the overpayment language provisions contained within this Agreement.

**Implant Device Carve-Out Terms and Conditions**

×        **INPATIENT**              ×        **OUTPATIENT**

Except as otherwise described below, the rates set forth in this Service and Rate Schedule includes rates for all Compensable Services provided to Claimants as defined in the **TERMS AND CONDITIONS**.  However, recognizing the high cost associated with some implant devices, Company agrees to price selected implant devices in addition to the rates set forth in this Service and Rate Schedule according to the following terms applying to all pricing methodologies (per diems, case rates, % of billed charges, as examples):

<u>Implant Device(s)</u>:

Revenue code   275      Pacemaker
Revenue code   278      Other Implants

Aetna 000210

DOJCGH_0001033186

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

For implant devices billed under revenue code(s) 275 and/or 278, only those items considered an implant device ('Implant Carve-Out') are eligible for payment. These include, but are not limited to:

| Anchors | Grafts | Plates | Shunts |
|---|---|---|---|
| Artificial joints | Pins | Screws | Stents |
| Pacemakers | Defibrillators | Valves | Heart Pumps |

The following items are not eligible for payment under the above mentioned revenue code(s). These include, but are not limited to:

- Materials and supplies (such as sutures, customized surgical instrument kits, medical surgical supplies, clips, [other than radiological site markers], etc.) provided during the procedure.
- Guide wires, endoscopes and catheters associated with implant procedures (Note: Angioplasties without the use of stents are not considered implant procedures).
- Implant device(s) ordered, but not implanted in the Claimant during the procedure.
- Hospital's nor vendor's administrative storage and delivery costs.
- Any drugs billed under Revenue Code 275 or 278.

Services or supplies billed under these Revenue Codes that do not meet the criteria will not be eligible for Implant Carve-Out pricing or any other pricing methodologies, and will be excluded from Implant Carve-Out Threshold calculations. Should Company, Customer or Payor identify charges for any of the excluded items above, prior to pricing, they will not be eligible for payment. Should Company, Customer or Payor identify through a post-payment audit or internal claim review that any of these items have been reimbursed, a request will be made for Hospital to refund the overpayment amount to the Payor for the ineligible item(s).

<u>Threshold for Implant Devices</u>
For any individual case (i.e., single inpatient admission or single outpatient visit on a specified date of service) that includes an implant device(s) that is a Compensable Service, is eligible for pricing as set forth in the above revenue codes, and the Hospital's Eligible Billed charges for the implant device(s) exceeds one thousand dollars ($1,000   ) ("Threshold"), the Contract Rate for the Hospital shall be one hundred five   percent (105 %) of Hospital's Invoice Cost for the implant device(s).  The Threshold applies to each unique revenue code.  The Threshold cannot be met by the addition of charges for multiple revenue codes.  Eligible Billed charges for the revenue codes listed above that are less than the Threshold stated above are not eligible for Implant Carve-Out pricing.

<u>Inventory</u>
Prior to the Effective Date of this Agreement, Hospital shall provide to Company in an electronic format an inventory of each implant device billed with the above revenue codes. The implant device inventory, at minimum, shall include the following information:

a) Hospital name
b) Revenue code(s)
c) Hospital's Charge Description Master(s), any available CPT-4/HCPC code(s) and billed charge rate(s) for implant device(s) (e.g., Pacemaker, Stent, etc.)
d) Description of the implant device(s)
e) Hospital invoice cost as of the Effective Date of this Agreement

Prior to adding implant devices to the inventory list, Hospital must provide Company with an updated electronic inventory file with at least thirty (30) days advance notice.

<u>Audit</u>
Company and/or its agents or designees shall have the right to audit Hospital's billed charges against Hospital invoices, detailed billing statements and/or associated documentation for each eligible implant device upon request to verify that the cost of the item relates to Hospital's billed charges for the item as outlined above.  Company and/or

Aetna 000211

DOJCGH_0001033187

Durall Capital Holdings, LLC dba Chestatee Regional Hospital
Effective Date: 12/15/2017

its agents or designees may request and Hospital shall provide within ten (10) days of such request a detailed billing statement including the corresponding invoices for the implant device(s) identifying the individual charges represented by the submitted revenue code(s) to ensure the payment has not exceeded the Hospital's acquisition (invoice) cost and the mark-up has remained the same.

Should Company and/or its agents or designees determine Hospital has been overpaid based upon an audit, Hospital agrees to refund to Payor the difference between what Payor paid and the Hospital's acquisition cost of the implant device(s) within forty-five (45) days of such refund request by Payor.

Notwithstanding anything to the contrary in this Workers' Compensation Service and Rate Schedule, the terms of this Workers' Compensation Service and Rate Schedule have been subject to negotiation and in no case shall compensation for any Compensable Service exceed the Eligible Billed Charge.

**COLA:**

The payment rates identified in this compensation schedule will be, unless otherwise herein expressly provided, automatically adjusted by Company per the terms below. The adjusted rates will be rounded to the nearest dollar for specific fixed rates greater than or equal to $100.00.

| Start Date | End Date | Adjustment Based On: |
|---|---|---|
| 12/15/2018 | 12/14/2019 | Fixed Rate of 3.00% |
| 12/15/2019 | 12/14/2020 | Fixed Rate of 3.00% |
| 12/15/2020 | 12/14/2021 | Fixed Rate of 3.00% |

**Cola Excluded Services:**
Cardiac Studies - Rate
Chemotherapy - Rate
Hospital Outpatient Dialysis - Rate
Implants/Prosthetics - Rate
Radiology Services - Rate
Sleep Studies - Rate
Vascular Diagnostic Studies - Rate
Med Record Copy Admin - Rate
Stop Loss - Rate & Threshold

Aetna 000212

DOJCGH_0001033188