**Proceeds from Hospitals to Laboratory (Reliance), Marketer (Marcotte) and Billing Companies (Empower, Medivance)**

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 11/2/2015 | | Reliance Labs | North Florida Labs | | | 57,435.82 | |
| 11/9/2015 | | Reliance Labs | North Florida Labs | | | 44,638.94 | |
| 11/17/2015 | | Reliance Labs | North Florida Labs | | | 54,183.95 | |
| 11/23/2015 | | Reliance Labs | KTL Labs | | | 118,021.77 | |
| 11/23/2015 | | Reliance Labs | North Florida Labs | | | 69,366.92 | |
| 11/23/2015 | | Reliance Labs | KTL Labs | | | 56,796.02 | |
| 11/27/2015 | Campbellton-Graceville | Reliance Labs | | | 144,763.80 | | |
| 12/1/2015 | | Reliance Labs | KTL Labs | | | 172,723.88 | |
| 12/1/2015 | | Reliance Labs | North Florida Labs | | | 78,368.50 | |
| 12/4/2015 | | Reliance Labs | KTL Labs | | | 145,023.88 | |
| 12/4/2015 | | Reliance Labs | North Florida Labs | | | 67,787.48 | |
| 12/8/2015 | Campbellton-Graceville | Reliance Labs | | | 189,060.56 | | |
| 12/8/2015 | Campbellton-Graceville | Reliance Labs | | | 121,017.19 | | |
| 12/14/2015 | | Reliance Labs | KTL Labs | | | 169,616.36 | |
| 12/14/2015 | | Reliance Labs | North Florida Labs | | | 71,821.39 | |
| 12/18/2015 | Campbellton-Graceville | Reliance Labs | | | 304,567.15 | | |
| 12/18/2015 | | Reliance Labs | KTL Labs | | | 201,470.35 | |
| 12/18/2015 | | Reliance Labs | North Florida Labs | | | 104,673.26 | |
| 12/21/2015 | | Reliance Labs | KTL Labs | | | 8,101.01 | |
| 12/24/2015 | Campbellton-Graceville | Reliance Labs | | | 392,603.94 | | |
| 12/24/2015 | | Reliance Labs | KTL Labs | | | 268,977.31 | |
| 12/24/2015 | | Reliance Labs | North Florida Labs | | | 102,687.41 | |
| 12/30/2015 | Campbellton-Graceville | Reliance Labs | | | 771,882.63 | | |
| 1/4/2016 | | Reliance Labs | KTL Labs | | | 360,768.21 | |
| 1/4/2016 | | Reliance Labs | North Florida Labs | | | 111,668.41 | |
| 1/8/2016 | Campbellton-Graceville | Reliance Labs | | | 1,033,524.29 | | |
| 1/11/2016 | | Reliance Labs | KTL Labs | | | 272,927.56 | |
| 1/11/2016 | | Reliance Labs | North Florida Labs | | | 113,575.63 | |
| 1/15/2016 | Campbellton-Graceville | Reliance Labs | | | 646,776.46 | | |
| 1/19/2016 | | Reliance Labs | KTL Labs | | | 161,146.43 | |
| 1/19/2016 | | Reliance Labs | North Florida Labs | | | 89,689.26 | |

7AA

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 1/22/2016 | Campbellton-Graceville | Reliance Labs | | | 774,226.11 | | |
| 1/22/2016 | | Reliance Labs | KTL Labs | | | 236,559.40 | |
| 1/22/2016 | | Reliance Labs | North Florida Labs | | | 107,000.00 | |
| 1/29/2016 | Campbellton-Graceville | Reliance Labs | | | 530,670.58 | | |
| 2/1/2016 | | Reliance Labs | KTL Labs | | | 161,475.87 | |
| 2/1/2016 | | Reliance Labs | North Florida Labs | | | 71,066.95 | |
| 2/3/2016 | | Reliance Labs | | Empower HIS | | | 171,772.16 |
| | | | | | | | |
| 2/5/2016 | Campbellton-Graceville | Reliance Labs | | | 1,111,222.03 | | |
| 2/5/2016 | | Reliance Labs | KTL Labs | | | 202,053.33 | |
| 2/5/2016 | | Reliance Labs | North Florida Labs | | | 95,668.47 | |
| 2/12/2016 | Campbellton-Graceville | Reliance Labs | | | 797,989.23 | | |
| 2/12/2016 | | Reliance Labs | KTL Labs | | | 213,851.75 | |
| 2/12/2016 | | Reliance Labs | North Florida Labs | | | 80,000.00 | |
| 2/19/2016 | Campbellton-Graceville | Reliance Labs | | | 1,455,525.25 | | |
| 2/19/2016 | | Reliance Labs | KTL Labs | | | 321,630.51 | |
| 2/19/2016 | | Reliance Labs | North Florida Labs | | | 113,968.42 | |
| 2/26/2016 | Campbellton-Graceville | Reliance Labs | | | 1,397,735.11 | | |
| 2/26/2016 | | Reliance Labs | KTL Labs | | | 241,886.86 | |
| 2/26/2016 | | Reliance Labs | North Florida Labs | | | 90,243.67 | |
| 3/3/2016 | | Reliance Labs | | Empower HIS | | | 227,430.66 |
| | | | | | | | |
| 3/4/2016 | Campbellton-Graceville | Reliance Labs | | | 1,182,625.06 | | |
| 3/4/2016 | | Reliance Labs | KTL Labs | | | 245,466.64 | |
| 3/4/2016 | | Reliance Labs | North Florida Labs | | | 77,965.16 | |
| 3/11/2016 | Campbellton-Graceville | Reliance Labs | | | 1,799,105.73 | | |
| 3/11/2016 | | Reliance Labs | KTL Labs | | | 337,764.64 | |
| 3/11/2016 | | Reliance Labs | North Florida Labs | | | 99,529.47 | |
| 3/18/2016 | Campbellton-Graceville | Reliance Labs | | | 1,608,251.53 | | |
| 3/17/2016 | | Reliance Labs | KTL Labs | | | 356,550.55 | |
| 3/17/2016 | | Reliance Labs | North Florida Labs | | | 87,886.22 | |
| 3/25/2016 | Campbellton-Graceville | Reliance Labs | | | 1,679,007.07 | | |
| 3/25/2016 | | Reliance Labs | KTL Labs | | | 353,007.81 | |
| 3/25/2016 | | Reliance Labs | North Florida Labs | | | 104,324.03 | |

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to<br>Durall | Pymts to<br>Marcotte | Pymts to<br>J. & R. Perez /<br>Zaffuto |
|---|---|---|---|---|---|---|---|
| 3/28/2016 | Campbellton-Graceville | Reliance Labs | | | 79,039.97 | | |
| 4/1/2016 | | Reliance Labs | | Empower HIS | | | 368,526.00 |
| | | | | | | | |
| 4/1/2016 | Campbellton-Graceville | Reliance Labs | | | 1,536,136.84 | | |
| 4/1/2016 | | Reliance Labs | KTL Labs | | | 432,120.19 | |
| 4/1/2016 | | Reliance Labs | North Florida Labs | | | 108,653.56 | |
| 4/5/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 98,317.76 | | |
| 4/8/2016 | Campbellton-Graceville | Reliance Labs | | | 1,838,133.33 | | |
| 4/8/2016 | | Reliance Labs | KTL Labs | | | 371,977.56 | |
| 4/8/2016 | | Reliance Labs | North Florida Labs | | | 91,194.59 | |
| 4/11/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 25,125.80 | | |
| 4/15/2016 | Campbellton-Graceville | Reliance Labs | | | 2,045,779.85 | | |
| 4/15/2016 | | Reliance Labs | KTL Labs | | | 426,939.61 | |
| 4/15/2016 | | Reliance Labs | North Florida Labs | | | 93,218.72 | |
| 4/18/2016 | | Reliance Labs | KTL Labs | | | 82,250.00 | |
| 4/22/2016 | Campbellton-Graceville | Reliance Labs | | | 1,704,785.37 | | |
| 4/21/2016 | | Reliance Labs | KTL Labs | | | 406,028.26 | |
| 4/21/2016 | | Reliance Labs | North Florida Labs | | | 95,603.60 | |
| 4/29/2016 | Campbellton-Graceville | Reliance Labs | | | 2,037,514.05 | | |
| 4/28/2016 | | Reliance Labs | KTL Labs | | | 474,118.20 | |
| 4/28/2016 | | Reliance Labs | North Florida Labs | | | 87,517.20 | |
| 5/2/2016 | | Reliance Labs | | Empower HIS | | | 384,362.99 |
| | | | | | | | |
| 5/6/2016 | Campbellton-Graceville | Reliance Labs | | | 3,109,720.76 | | |
| 5/5/2016 | | Reliance Labs | KTL Labs | | | 624,928.51 | |
| 5/5/2016 | | Reliance Labs | KTL Labs | | | 50,000.00 | |
| 5/5/2016 | | Reliance Labs | North Florida Labs | | | 109,313.40 | |
| 5/13/2016 | Campbellton-Graceville | Reliance Labs | | | 2,900,957.27 | | |
| 5/13/2016 | | Reliance Labs | KTL Labs | | | 703,895.12 | |
| 5/13/2016 | | Reliance Labs | North Florida Labs | | | 109,107.13 | |
| 5/20/2016 | Campbellton-Graceville | Reliance Labs | | | 3,792,774.13 | | |
| 5/20/2016 | | Reliance Labs | KTL Labs | | | 740,687.25 | |

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 5/20/2016 | | Reliance Labs | North Florida Labs | | | 96,520.41 | |
| 5/24/2016 | Campbellton-Graceville | Reliance Labs | | | 250,015.00 | | |
| 5/27/2016 | Campbellton-Graceville | Reliance Labs | | | 4,023,799.48 | | |
| 5/27/2016 | | Reliance Labs | KTL Labs | | | 30,903.24 | |
| 5/27/2016 | | Reliance Labs | KTL Labs | | | 782,484.53 | |
| 5/27/2016 | | Reliance Labs | North Florida Labs | | | 122,033.35 | |
| 6/2/2016 | Campbellton-Graceville | Reliance Labs | | | 250,015.00 | | |
| 6/3/2016 | | Reliance Labs | KTL Labs | | | 479,010.02 | |
| 6/3/2016 | | Reliance Labs | North Florida Labs | | | 144,930.33 | |
| 6/3/2016 | | Reliance Labs | | Empower HIS | | | 739,373.01 |
| | | | | | | | |
| 6/8/2016 | Campbellton-Graceville | Reliance Labs | | | 2,419,874.23 | | |
| 6/9/2016 | Campbellton-Graceville | Reliance Labs | | | 400,015.00 | | |
| 6/10/2016 | | Reliance Labs | KTL Labs | | | 496,427.45 | |
| 6/10/2016 | | Reliance Labs | KTL Labs | | | 13,000.00 | |
| 6/10/2016 | | Reliance Labs | North Florida Labs | | | 108,404.82 | |
| 6/10/2016 | Campbellton-Graceville | Reliance Labs | | | 2,017,335.59 | | |
| 6/17/2016 | | Reliance Labs | KTL Labs | | | 833,926.53 | |
| 6/17/2016 | | Reliance Labs | North Florida Labs | | | 124,742.34 | |
| 6/23/2016 | Campbellton-Graceville | Reliance Labs | | | 4,457,591.67 | | |
| 6/24/2016 | Campbellton-Graceville | Reliance Labs | | | 3,341,925.36 | | |
| 6/24/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 501,004.10 | | |
| 6/24/2016 | | Reliance Labs | KTL Labs | | | 707,415.60 | |
| 6/24/2016 | | Reliance Labs | North Florida Labs | | | 144,670.12 | |
| 7/5/2016 | | Reliance Labs | | Empower HIS | | | 675,913.32 |
| | | | | | | | |
| 7/1/2016 | Campbellton-Graceville | Reliance Labs | | | 2,036,800.12 | | |
| 6/30/2016 | | Reliance Labs | KTL Labs | | | 529,859.58 | |
| 6/30/2016 | | Reliance Labs | North Florida Labs | | | 246,511.91 | |
| 7/1/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 1,022,918.42 | | |
| 7/1/2016 | | Reliance Labs | KTL Labs | | | 100,834.82 | |

7AA

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 7/8/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 2,227,020.32 | | |
| 7/8/2016 | | Reliance Labs | KTL Labs | | | 946,351.38 | |
| 7/11/2016 | Campbellton-Graceville | Reliance Labs | | | 2,054,339.36 | | |
| 7/15/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 1,950,162.21 | | |
| 7/15/2016 | Campbellton-Graceville | Reliance Labs | | | 837,619.54 | | |
| 7/15/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 75,000.00 | | |
| 7/15/2016 | | Reliance Labs | KTL Labs | | | 660,472.65 | |
| 7/15/2016 | | Reliance Labs | North Florida Labs | | | 134,759.66 | |
| 7/22/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 3,514,077.76 | | |
| 7/22/2016 | | Reliance Labs | KTL Labs | | | 900,000.00 | |
| 7/22/2016 | | Reliance Labs | KTL Labs | | | 50,000.00 | |
| 7/22/2016 | | Reliance Labs | KTL Labs | | | 206,481.55 | |
| 7/22/2016 | | Reliance Labs | North Florida Labs | | | 132,106.71 | |
| 7/25/2016 | Campbellton-Graceville | Reliance Labs | | | 1,436,544.28 | | |
| 7/28/2016 | | Reliance Labs | KTL Labs | | | 990,000.00 | |
| 7/28/2016 | | Reliance Labs | North Florida Labs | | | 131,149.30 | |
| 7/29/2016 | Campbellton-Graceville | Reliance Labs | | | 2,213,513.48 | | |
| 7/29/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 2,290,148.79 | | |
| 7/29/2016 | | Reliance Labs | KTL Labs | | | 27,951.97 | |
| 8/3/2016 | | Reliance Labs | | Empower HIS | | | 855,958.34 |
| 8/5/2016 | Campbellton-Graceville | Reliance Labs | | | 2,564,218.03 | | |
| 8/4/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 8/4/2016 | | Reliance Labs | KTL Labs | | | 132,623.60 | |
| 8/4/2016 | | Reliance Labs | North Florida Labs | | | 152,088.08 | |
| 8/5/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 2,130,276.60 | | |
| 8/12/2016 | Campbellton-Graceville | Reliance Labs | | | 1,597,205.79 | | |

7AA

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 8/12/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 2,763,170.75 | | |
| 8/12/2016 | | Reliance Labs | KTL Labs | | | 955,839.86 | |
| 8/12/2016 | | Reliance Labs | North Florida Labs | | | 115,547.97 | |
| 8/18/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 8/18/2016 | | Reliance Labs | North Florida Labs | | | 155,597.52 | |
| 8/19/2016 | Campbellton-Graceville | Reliance Labs | | | 1,384,621.73 | | |
| 8/19/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 2,953,137.88 | | |
| 8/26/2016 | | Reliance Labs | KTL Labs | | | 974,866.67 | |
| 8/26/2016 | | Reliance Labs | North Florida Labs | | | 140,057.46 | |
| 9/2/2016 | | Reliance Labs | KTL Labs | | | 936,663.91 | |
| 9/2/2016 | | Reliance Labs | North Florida Labs | | | 146,919.04 | |
| 9/9/2016 | | Reliance Labs | KTL Labs | | | 675,593.37 | |
| 9/9/2016 | | Reliance Labs | North Florida Labs | | | 99,000.37 | |
| 9/23/2016 | Campbellton-Graceville | Reliance Labs | | | 1,290,643.15 | | |
| 9/23/2016 | | Reliance Labs | KTL Labs | | | 999,275.51 | |
| 9/23/2016 | | Reliance Labs | North Florida Labs | | | 196,155.07 | |
| 9/30/2016 | | Reliance Labs | KTL Labs | | | 722,533.66 | |
| 9/30/2016 | | Reliance Labs | North Florida Labs | | | 121,097.17 | |
| 10/3/2016 | Regional Health Partners (Williston) | Reliance Labs | | | 427,820.88 | | |
| 10/7/2016 | | Reliance Labs | KTL Labs | | | 738,109.03 | |
| 10/7/2016 | | Reliance Labs | North Florida Labs | | | 111,206.01 | |
| 10/24/2016 | | Reliance Labs | KTL Labs | | | 200,000.00 | |
| 10/31/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 11/2/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/2/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/2/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/2/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/2/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 11/3/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 11/3/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to<br>Durall | Pymts to<br>Marcotte | Pymts to<br>J. & R. Perez /<br>Zaffuto |
|---|---|---|---|---|---|---|---|
| 11/3/2016 | | Reliance Labs | North Florida Labs | | | 509,375.87 | |
| 11/4/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 11/4/2016 | | Reliance Labs | KTL Labs | | | 423,000.00 | |
| 11/18/2016 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 92,000.00 |
| | | | | | | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/29/2016 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 11/29/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 11/30/2016 | | Reliance Labs | KTL Labs | | | 1,000,000.00 | |
| 11/30/2016 | | Reliance Labs | KTL Labs | | | 999,999.00 | |
| 11/30/2016 | | Reliance Labs | North Florida Labs | | | 515,095.05 | |
| 12/1/2016 | | Reliance Labs | KTL Labs | | | 365,310.95 | |
| 12/27/2016 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 180,361.85 |
| | | | | | | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 1/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 1/3/2017 | | Reliance Labs | KTL Labs | | | 1,000,000.00 | |
| 1/3/2017 | | Reliance Labs | North Florida Labs | | | 400,000.00 | |
| 1/4/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 1/5/2017 | | Reliance Labs | KTL Labs | | | 906,231.59 | |
| 1/5/2017 | | Reliance Labs | North Florida Labs | | | 111,398.01 | |
| 2/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 2/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 2/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 2/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 2/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 2/1/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 2/1/2017 | | Reliance Labs | North Florida Labs | | | 343,742.60 | |
| 2/2/2017 | | Reliance Labs | KTL Labs | | | 1,027,017.81 | |
| 2/6/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 254,907.84 |
| 2/23/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 248,268.46 |
| | | | | | | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 3/2/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 3/2/2017 | | Reliance Labs | North Florida Labs | | | 511,376.22 | |
| 3/3/2017 | | Reliance Labs | KTL Labs | | | 1,954,497.75 | |
| 3/27/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 297,815.54 |
| | | | | | | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/30/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 4/7/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 4/11/2017 | | Reliance Labs | North Florida Labs | | | 428,106.50 | |
| 4/11/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 369,550.62 |
| | | | | | | | |
| 4/18/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 50,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |

7AA

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 250,000.00 | | |
| 5/4/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 5/4/2017 | | Reliance Labs | North Florida Labs | | | 372,082.34 | |
| 5/5/2017 | | Reliance Labs | KTL Labs | | | 1,777,941.92 | |
| 5/16/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 281,204.36 |
| | | | | | | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 5/31/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 5/31/2017 | | Reliance Labs | North Florida Labs | | | 311,256.65 | |
| 6/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 6/1/2017 | | Reliance Labs | KTL Labs | | | 1,572,985.89 | |
| 6/1/2017 | | Reliance Labs | North Florida Labs | | | 90,000.00 | |
| 6/1/2017 | | Reliance Labs | North Florida Labs | | | 25,000.00 | |
| 6/5/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 6/15/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 250,000.00 | | |
| 6/16/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 6/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 350,000.00 | | |
| 6/30/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 6/30/2017 | | Reliance Labs | KTL Labs | | | 115,000.00 | |
| 7/5/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 7/11/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 7/11/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 7/12/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 7/12/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 7/12/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 700,000.00 | | |
| 7/13/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 7/14/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 7/14/2017 | | Reliance Labs | KTL Labs | | | 842,063.93 | |

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 7/14/2017 | | Reliance Labs | North Florida Labs | | | 200,441.10 | |
| 7/14/2017 | | Reliance Labs | North Florida Labs | | | 10,000.00 | |
| 7/18/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 8/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 8/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 8/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 8/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 8/2/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 8/2/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 8/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 700,000.00 | | |
| 8/3/2017 | | Reliance Labs | KTL Labs | | | 746,283.05 | |
| 8/3/2017 | | Reliance Labs | North Florida Labs | | | 144,530.02 | |
| 8/7/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 8/15/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 55,311.19 | | |
| 8/21/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 8/23/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 105,000.00 | | |
| 8/29/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 9/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 89,821.64 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 9/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 9/6/2017 | | Reliance Labs | KTL Labs | | | 1,999,999.00 | |
| 9/6/2017 | | Reliance Labs | North Florida Labs | | | 192,777.22 | |
| 9/6/2017 | | Reliance Labs | North Florida Labs | | | 100,000.00 | |
| 9/7/2017 | | Reliance Labs | KTL Labs | | | 594,218.48 | |
| 9/15/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 793,603.10 |
| | | | | | | | |
| 9/21/2017 | | Reliance Labs | KTL Labs | | | 100,000.00 | |
| 9/22/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 9/25/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 54,515.10 | | |
| 10/4/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 10/4/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 10/5/2017 | | Reliance Labs | KTL Labs | | | 1,561,316.96 | |
| 10/5/2017 | | Reliance Labs | North Florida Labs | | | 103,559.78 | |
| 10/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 10/11/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 10/12/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 10/16/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 10/18/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 10/19/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 10/23/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 10/23/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 102,000.00 | | |
| 10/26/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 11/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/1/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/1/2017 | | Reliance Labs | KTL Labs | | | 1,685,725.18 | |
| 11/1/2017 | | Reliance Labs | North Florida Labs | | | 87,453.43 | |
| 11/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/3/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 11/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 350,000.00 | | |
| 11/6/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 150,000.00 | | |
| 11/14/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 11/16/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 11/17/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |

7AA

| Clearing Date | Hospital | Laboratory Reliance Labs -Aaron Durall | Marketer Kyle Marcotte | Billing Companies Empower -Jorge & Ricardo Perez Medivance - Neisha Zaffuto | Pymts to Durall | Pymts to Marcotte | Pymts to J. & R. Perez / Zaffuto |
|---|---|---|---|---|---|---|---|
| 11/22/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 12/4/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 78,000.00 | | |
| 12/11/2017 | DL Investment Holdings (Chestatee) | | KTL Labs | | | 1,715,283.56 | |
| 12/11/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 12/11/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 240,000.00 | | |
| 12/13/2017 | DL Investment Holdings (Chestatee) | | North Florida Labs | | | 95,772.35 | |
| 12/12/2017 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 279,902.07 |
| | | | | | | | |
| 12/14/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 12/18/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 210,000.00 | | |
| 12/21/2017 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 1/2/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 1/2/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 1/5/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 1/8/2018 | DL Investment Holdings (Chestatee) | | KTL Labs | | | 1,568,666.60 | |
| 1/8/2018 | DL Investment Holdings (Chestatee) | | North Florida Labs | | | 110,211.83 | |
| 1/9/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 80,000.00 | | |
| 1/12/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 190,000.00 | | |
| 1/18/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 1/22/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 450,000.00 | | |
| 1/23/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 1/25/2018 | DL Investment Holdings (Chestatee) | | | Medivance Billing Service | | | 244,840.18 |
| | | | | | | | |
| 1/29/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 340,000.00 | | |
| 1/29/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 2/2/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 150,000.00 | | |
| 2/6/2018 | DL Investment Holdings (Chestatee) | | KTL Labs | | | 1,236,298.13 | |
| 2/6/2018 | DL Investment Holdings (Chestatee) | | North Florida Labs | | | 85,173.01 | |
| 2/7/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 2/7/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 155,000.00 | | |
| 2/12/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 250,000.00 | | |
| 2/22/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 150,000.00 | | |
| 3/1/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 1,000,000.00 | | |
| 3/1/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |

7AA

| Clearing Date | Hospital | Laboratory<br>Reliance Labs -Aaron Durall | Marketer<br>Kyle Marcotte | Billing Companies<br>Empower -Jorge & Ricardo Perez<br>Medivance - Neisha Zaffuto | Pymts to<br>Durall | Pymts to<br>Marcotte | Pymts to<br>J. & R. Perez /<br>Zaffuto |
|---|---|---|---|---|---|---|---|
| 3/12/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 3/16/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 3/16/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 100,000.00 | | |
| 4/9/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 4/19/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 50,000.00 | | |
| 4/20/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 250,000.00 | | |
| 4/23/2018 | DL Investment Holdings (Chestatee) | | KTL Labs | | | 534,000.00 | |
| 4/23/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 400,000.00 | | |
| 4/27/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 5/2/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 50,000.00 | | |
| 5/9/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 300,000.00 | | |
| 5/17/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 5/29/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 550,000.00 | | |
| 6/6/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 500,000.00 | | |
| 6/12/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 200,000.00 | | |
| 6/13/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 50,000.00 | | |
| 6/21/2018 | DL Investment Holdings (Chestatee) | | KTL Labs | | | 100,000.00 | |
| 6/28/2018 | DL Investment Holdings (Chestatee) | Reliance Labs | | | 223,000.00 | | |