**From:** Aaron Durall <ald@durallfirm.com>
**Sent:** Friday, July 22, 2016 12:17 PM
**To:** Kyle Marcotte
**Subject:** Week Ending July 22



Aaron Durall, Esquire
Law Offices of Aaron Durall
8411 West Oakland Park Boulevard
Suite 302
Sunrise, FL 33351
Phone: (954) 718-3655
Fax: (954) 747-9500
Email: ald@durallfirm.com

This communication (together with all attachments) may contain privileged or confidential information and its sender reserves and asserts all rights that may apply to it. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate or otherwise use the information. Also, please indicate to the sender that you have received this communication in error and delete the copy you received. If you have not executed an engagement letter with this firm, we do not represent you as your attorney and no duties are intended or created by this communication. Most legal rights have time limits, and this e-mail does not constitute advice on the application of limitation periods unless otherwise so expressly stated. IRS CIRCULAR 230 Disclosure: Under U.S. Treasury regulations, we are required to inform you that any advice contained in this e-mail or any attachment hereto is not intended to be used, and cannot be used, to avoid penalties imposed under the Internal Revenue Code.

KRM 00005

DOJCGH_0001033705

|  |  | *Commissions* |
|---|---|---|
| *North Florida* | $95,324.81 |  |
| *True Recovery* | $17,991.26 | $5,997.09 |
| *Stuart* | $1,175.91 | $470.36 |
| *Lauren* | $42,327.85 | $14,109.28 |
| *Oceanfront* | $68,938.71 | $17,234.68 |
| *Pinnacle* | $34,618.18 |  |
| *Healthy Minds* | $16,865.46 | $5,621.82 |
| *South Coast* | $23,512.05 | $9,404.82 |
| *Becca* | $17,907.63 | $5,969.21 |
| *Miramar* | $26,034.57 | $8,678.19 |
| *Oakgrove* | $3,762.91 | $1,254.30 |
| *New Wave Rec* | $9,684.25 | $3,873.70 |
| *Legacy Freedom* | $62,344.30 | $20,781.43 |
| *New Origins* | $18,145.90 | $6,048.63 |
| *Coastal Rec* | $38,835.81 | $12,945.27 |
| *We Care* | $10,478.71 | $3,492.90 |
| *The District* | $15,046.43 | $6,018.57 |
| *True Acct* | $43,069.08 | $10,767.27 |
| *Taylor Rec* | $38,978.70 | $21,261.11 |
| *Florida Rec Group* | $25,774.94 |  |
| *Sea Change* | $29,895.08 | $8,541.45 |
| *Playa House* | $57,545.08 | $19,181.96 |
| *Discovery Diag* | $1,265.23 | $421.74 |
| *North Bay* | $20,075.72 | $6,691.91 |
| *12 South LLC* | $11,236.05 | $3,745.35 |
| *Desert Cove* | $22,028.47 | $7,342.82 |
| *Arc Recovery* | $2,146.13 | $715.38 |
| *New Method Wellness* | $16,743.37 | $5,581.12 |
| *Sunset Ridge* | $4,212.99 |  |
| *Crestview Rec* | $2,163.72 | $721.24 |
| *Mainstay Rec* | $10,249.17 | $3,416.39 |
| *Winward* | $28,190.17 | $9,396.72 |
| *Landmark* | $4,719.81 | $1,573.27 |
| *Our House Behavioral* | $8,086.36 | $2,695.45 |
| *Per* |  | $97,089.44 |
| *Jennifer L* |  | $8,591.65 |
| *Meir* |  | $36,264.60 |
| *Kyle* |  | $43,314.33 |
|  |  |  |
| *Total* | $829,374.81 | $409,213.45 |