**Monthly Deposits Reflecting Notable Increases**

| Month | Cambellton Graceville Hospital General Operating A/C XXX0377 | Regional Health Partners LLC, Operating A/C XXXXX1951 (Williston) | Putnam County Memorial Hospital A/C XXX9924 | DL Investment Holdings A/C XXXX4369 (Chestatee) |
|---|---|---|---|---|
| Jan-15 | 705,397 | | | |
| Feb-15 | 463,593 | | | |
| Mar-15 | 708,473 | | | |
| Apr-15 | 353,888 | | | |
| May-15 | 144,687 | | | |
| Jun-15 | 651,404 | | | |
| Jul-15 | 317,932 | | | |
| Aug-15 | 150,799 | | | |
| Sep-15 | 655,685 | | | |
| Oct-15 | 280,254 | | | |
| Nov-15 | 605,851 | | | |
| Dec-15 | 3,919,764 | | | |
| Jan-16 | 4,089,382 | 164,244 | | |
| Feb-16 | 6,060,018 | 270,587 | | |
| Mar-16 | 10,459,041 | 875,621 | | |
| Apr-16 | 12,199,929 | 584,848 | | |
| May-16 | 22,479,122 | 610,680 | | |
| Jun-16 | 26,628,979 | 6,987,351 | | |
| Jul-16 | 20,985,118 | 16,046,408 | | |
| Aug-16 | 22,842,776 | 23,903,598 | | |
| Sep-16 | 2,968,730 | 4,146,780 | 528,396 | 570,000 |
| Oct-16 | 333,304 | 2,396,780 | 694,391 | 5,219,008 |
| Nov-16 | 284,169 | 1,845,092 | 3,367,014 | 15,052,888 |
| Dec-16 | | 915,004 | 11,032,041 | 9,793,496 |
| Jan-17 | | 1,119,910 | 19,071,854 | 13,506,595 |
| Feb-17 | | 1,416,214 | 14,812,523 | 14,747,032 |
| Mar-17 | | 1,072,562 | 12,396,414 | 17,670,132 |
| Apr-17 | | 362,890 | 15,331,129 | 13,862,125 |
| May-17 | | 1,351,753 | 19,779,498 | 15,981,794 |
| Jun-17 | | 687,557 | 18,182,469 | 6,913,920 |
| Jul-17 | | 789,669 | 11,426,098 | 8,450,304 |
| Aug-17 | | 659,667 | 9,405,331 | 22,808,588 |
| Sep-17 | | 817,163 | 3,441,090 | 9,651,514 |
| Oct-17 | | 530,006 | 3,895,501 | 6,390,279 |
| Nov-17 | | 907,823 | 1,046,374 | 12,000,287 |
| Dec-17 | | 547,950 | 636,403 | 18,748,310 |
| Jan-18 | | 517,858 | 704,186 | 14,059,144 |
| Feb-18 | | | | 2,473,255 |
| Mar-18 | | | | 3,276,168 |
| Apr-18 | | | | 5,735,449 |
| May-18 | | | | 5,380,505 |
| Jun-18 | | | | 2,636,635 |
| Jul-18 | | | | 5,687,818 |
| Aug-18 | | | | 1,394,190 |
| Grand Total | 138,288,296 | 69,528,015 | 145,750,712 | 232,009,436 |
| Shaded Total | 132,632,861 | 55,326,009 | 142,140,962 | 204,855,417 |