Exhibit 25H(1)

# CHESTATEE REGIONAL HOSPITAL
## Claims Submission Dates: August 28, 2016-February 28, 2018
## BCBS, UHC, Aetna

| CPT Designation | # of Unique Procedure Codes | Amount Billed | Amount Paid | # of Claims |
|---|---|---|---|---|
| ACAS DEFAULT PROCEDURE CODE | 1 | $742,461.00 | $513,568.65 | 284 |
| Chemistry Procedure | 118 | $1,522,958.00 | $136,739.51 | 15,680 |
| Cytopathology Procedures | 1 | $60.00 | $0.00 | 1 |
| Evocative/Suppression Testing Procedures | 2 | $1,200.00 | $300.00 | 3 |
| Hematology Procedure | 12 | $277,169.01 | $23,071.01 | 2,022 |
| Hospital Observation | 1 | $22,868.00 | $389.38 | 75 |
| Immunology Procedure | 31 | $363,698.00 | $21,952.54 | 1,130 |
| Lab Definitive | 41 | $9,791,853.54 | $4,485,819.65 | 7,764 |
| Lab Presumptive | 8 | $313,953,122.04 | $126,153,544.58 | 93,697 |
| Mammographydigital | 3 | $41,688.00 | $10,452.98 | 142 |
| Microbiology Procedure | 29 | $478,125.00 | $64,160.39 | 911 |
| Molecular Pathology | 25 | $72,761.76 | $49,085.62 | 141 |
| no description | 3 | $7,204.00 | $3,458.88 | 9 |
| OP Clinic Visit | 1 | $3,731.00 | $442.45 | 7 |
| Organ and Disease | 1 | $8,242.00 | $729.02 | 149 |
| Other Pathology | 1 | $384,413.61 | $207,594.37 | 170 |
| Pathology Procedure | 11 | $4,172,109.02 | $382,502.06 | 2,821 |
| PSA Screening | 1 | $378.00 | $136.08 | 2 |
| Surgical Pathology Procedures | 8 | $9,422.76 | $169.13 | 48 |
| Surgical Procedure | 1 | $2,062.16 | $239.05 | 87 |
| Transfusion | 1 | $1,521.00 | $125.88 | 38 |
| Transfusion Medicine | 10 | $15,713.00 | $814.06 | 101 |
| Urinalysis Procedures | 6 | $35,271.00 | $2,390.21 | 390 |
| Vaccine Administration | 2 | $420.00 | $0.00 | 6 |
| Grand Total | 318 | $331,908,451.90 | $132,057,685.50 | 125,678 |

Source: Exhibits 1C, 1H, 1L