Exhibit 25H(2)

