Exhibit 25H(3)

