Exhibit 25H(4)



**Chestatee Regional Hospital**
**Definitive and Presumptive Billed Amounts By Month/Year**
**BCBS, UHC, Aetna**

Total Definitive Billed: $9,791,854
Total Presumptive Billed: $313,953,122

| Month | Total Presumptive | Total Definitive |
|---|---|---|
| FEB-18 | $3,970,876 | $8,682 |
| JAN-18 | $8,515,468 | $91,416 |
| DEC-17 | $9,809,296 | $79,412 |
| NOV-17 | $10,277,316 | $286,206 |
| OCT-17 | $6,007,270 | $452,886 |
| SEP-17 | $26,596,604 | $353,964 |
| AUG-17 | $33,768,470 | $569,462 |
| JUL-17 | $22,094,299 | $281,389 |
| JUN-17 | $26,374,009 | $474,534 |
| MAY-17 | $31,851,313 | $1,912,072 |
| APR-17 | $21,038,072 | $230,669 |
| MAR-17 | $22,084,317 | $223,832 |
| FEB-17 | $19,269,852 | $2,156,811 |
| JAN-17 | $19,570,328 | $2,153,365 |
| DEC-16 | $20,075,538 | $173,879 |
| NOV-16 | $17,059,730 | $97,420 |
| OCT-16 | $12,193,710 | $64,382 |
| SEP-16 | $3,396,652 | $181,472 |

Source: Exhibits 1C, 1H, 1L