Exhibit 25H(5)

