Exhibit 25H(6)



**CHESTATEE REGIONAL HOSPITAL**
Combined Definitive and Presumptive, Billed and Paid
BCBS, UHC, Aetna

Total Definitive and Presumptive Billed: $323,744,976
Total Definitive and Presumptive Paid: $130,639,364

| Month | Total Paid both Definitive and Presumptive | Total Billed both Definitive and Presumptive |
|---|---|---|
| Feb-18 | $52,884 | $3,979,558 |
| Jan-18 | $3,399,852 | $8,606,884 |
| Dec-17 | $5,474,748 | $9,888,708 |
| Nov-17 | $2,964,677 | $10,563,522 |
| Oct-17 | $752,284 | $6,460,157 |
| Sep-17 | $3,313,491 | $26,950,568 |
| Aug-17 | $14,751,755 | $34,337,932 |
| Jul-17 | $12,882,388 | $22,375,689 |
| Jun-17 | $2,488,803 | $26,848,543 |
| May-17 | $9,795,094 | $33,763,385 |
| Apr-17 | $11,005,211 | $21,268,741 |
| Mar-17 | $9,619,803 | $22,308,149 |
| Feb-17 | $12,904,511 | $21,426,663 |
| Jan-17 | $12,348,890 | $21,723,693 |
| Dec-16 | $8,756,928 | $20,249,417 |
| Nov-16 | $10,923,366 | $17,157,150 |
| Oct-16 | $7,546,475 | $12,258,092 |
| Sep-16 | $1,658,206 | $3,578,124 |