Exhibit 25H(7)

**Chestatee Regional Hospital**
**Comparison Between Hospital And Reliance- BCBS and UHC**
**August 28, 2016 through February 28, 2018**

| Facility | Presumptive Billed | Presumptive Paid | Percentage of Paid to Billed | # of claim lines | Definitive Billed | Definitive Paid | Percentage of Paid to Billed | # of claim lines |
|---|---|---|---|---|---|---|---|---|
| **Chestatee** | **$308,963,472.04** | **$123,947,133.35** | **40%** | **91,839** | **$ 9,739,544.54** | **$ 4,451,568.35** | **46%** | **7,721** |
| Reliance Laboratory | $48,829,676.25 | $3,974,224.70 | 8% | 25,410 | $22,610,036.50 | $2,066,754.97 | 9% | 28,578 |

Source: Exhibits 1C, 1H, 1N, 1W