

Exhibit 25H(8)