

151 Farmington Avenue, RWA4
Hartford, CT  06156-7626

**Garrett Shohan**
**Sr. Investigator**
Special Investigations Unit
Phone: (732) 625-2557
Fax: (860) 975-9719

March 6, 2017

Putnam County Memorial Hospital
David Byrns, CEO
1926 Oak Street
Unionville, MO 63565

Case #:  20162733

Dear Mr. Byrns:

We have completed a review of claims submitted by your facility to Aetna under Tax Identification Number 43-0794461. Based on our review, we have identified a discrepancy which is outlined below.

Specifically, we believe that you are submitting claims for urine drug screening and other laboratory tests that were not performed at your facility but, rather, were performed at one or more independent reference laboratories.  We view this as a form of pass through billing, we believe such claims are improper and, it is our position that these circumstances constitute a pattern of abusive billing and give rise to a reasonable suspicion of fraud.  As such, effective immediately, Aetna will no longer reimburse you for Laboratory Services for non-patients; the Laboratory who performed the services will have to bill Aetna directly under their independent tax identification number.

If you disagree with our position regarding these billings, please submit a written explanation of the basis for your disagreement, provide a copy of all contracts Putnam County Memorial Hospital has with the Independent reference Laboratories, or any third parties relevant to such testing, along with any additional documents that support your position.

Should you disagree with the individual claim determination after this review, as always, you may pursue the claim further through the Aetna provider appeal process, or your patient may appeal by following the appeals process stated on the member's explanation of benefits form or as provided in the member's benefit plan.

If you have any questions, please contact me directly at (732) 625-2557 or email me at ShohanG@Aetna.com.

Thank you for your cooperation.

Sincerely,

Garrett Shohan
Sr. Investigator

cc: Sean Cleary, Sr. Director Network Management



151 Farmington Avenue, RWA4
Hartford, CT 06156-7626

**Garrett Shohan**
**Sr. Investigator**
Special Investigations Unit
Phone: (732) 625-2557
Fax: (860) 975-9719

March 6, 2017

Chestatee Regional Hospital
Aaron Durall, CEO
227 Mountain Drive
Dahlonega, GA 30533

Case #: 20162646

Dear Mr. Durall:

We have completed a review of claims submitted by your facility to Aetna under Tax Identification Number 81-3577160. Based on our review, we have identified a discrepancy which is outlined below.

Specifically, we believe that you are submitting claims for urine drug screenings that were not performed at your facility but, rather, were performed at one or more independent reference laboratories. We view this as a form of pass through billing, we believe such claims are improper and, it is our position that these circumstances constitute a pattern of abusive billing and give rise to a reasonable suspicion of fraud. As such, effective immediately, Aetna will no longer reimburse you for Laboratory Services for non-patients; the Laboratory who performed the services will have to bill Aetna directly under their independent tax identification number.

If you disagree with our position regarding these billings, please submit a written explanation of the basis for your disagreement, provide a copy of all contracts Chestatee Regional Hospital has with the Independent reference Laboratories, or any third parties relevant to such testing, along with any additional documents that support your position.

Should you disagree with the individual claim determination after this review, as always, you may pursue the claim further through the Aetna provider appeal process, or your patient may appeal by following the appeals process stated on the member's explanation of benefits form or as provided in the member's benefit plan.

If you have any questions, please contact me directly at (732) 625-2557 or email me at ShohanG@Aetna.com.

Thank you for your cooperation.

Sincerely,

Garrett Shohan
Sr. Investigator

cc: Cheryl Dixon, Network Manager