# DAILY INTAKE LOG

**DATE:** 7 - 1 - 16

**FROM:** Reliance

**# SPECIMENS:** 1-55 CB

**SCANNED TO BILLING BY:** CB

**ENTERED BY:** CB
Manually entered & ordered tests

DOJCGH_00000534632
DOJCGH_0000534632

Reliance

Laboratory Di...

81108
CALL,SABRINA
C:05-26-16 18:01 F          -93
E:07/01/16 18:58   T:07/01.18 58
FSCR,

), SC(ACSP)  -122826

93732

| Account: | 1125 MAINSTAY RECOVERY | Doctor: PENR Penunuri Rafael | NPI:1831270362 |
|---|---|---|---|
| | 8541 GARFIELD AVE | | |
| | FOUNTAIN VALLEY CA 92708 | | |
| | Phone:830-456-6340  FAX: | Phone:949-220-337  FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -122826 | Type: ACCOUNT | Date: 06-27-2016 Time: 19:28 |
| CALL, SABRINA | Med.Rec.#: CASA001983 | Sex: F |
| SYRACUSE UT 84075 | Phone: | DOB:      -1993 |
| Fasting: N        Stat: N | Collected: 06-26-2016 Time:16:28 | Age: 22 |

### Insurance Information

BlueCross BluseSheild
Policy: HLY84275885        Group: 0140014        Relation: Child        Employer:
CALL, ANSON
Address: _ _ _ _ _ _ _ _ _ _ 'SYRACUSE UT
Phone:                Gender: F                DOB:      -1957

### Diagnosis

F19.10  Other psychoactive substance a

93732
CALL,SABRINA
DOB:      -93      Sex:F
Date:06-26-16  13:33

### Medications Prescribed

Clonidine,

### Test Ordered

CH_FSCR FULL SCREEN                FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
_Sabrin Cl_        screening and testing as described herein

_____  e                _____  Date

_____                    _____
Physician Signature                        Date

*06-30-2016 13:33 Page: 1*

DOJCGH_00000534633
DOJCGH_0000534633

**Reliance**
Laboratory Testing, LLC

538?
Ph
Laboratory Direct
M

81109
PRINCE,WALTER
C:06-30-16 18 01 M   T:07/01 18 59
E:07/01/16 18:59   -92
FSCR.

SC(ACSP)

93414

| Account: 1058 SERENITY POINT RECOV | Doctor: 1437398831 JANAS ANTHONY NPI:1437398831 |
|---|---|
| 15140 16TH AVE | |
| MARNE MI 49435 | |
| Phone:616-209-0600  FAX:616-677-6196 | Phone:    FAX: |

### Patient Information

| Refer#: 93414 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:14 |
|---|---|---|
| PRINCE, WALTER | Med.Rec.#: 653897 | Sex: M |
| BOYDTON VA 23917 | Phone: 4342653890 | DOB:        1992 |
| Chart: 56665 | | |
| | SS:      7456 | Age: 24 |
| Fasting: N | Stat: N | Collected: 06-30-2016 Time:09:41 |

### Insurance Information

| ANTHEM BCBS | | | |
|---|---|---|---|
| Policy: NDRAN5534595 | Group: 003321865 | Relation: Self | Employer: |
| LAUREL PRINCE, | | | |
| Address: _ _ _ _ _ _ _ | BOYDTON VA 23917 | | |
| Phone: | Gender: | DOB:       ·1971 | |

### Diagnosis

| F14.20  Cocaine dependence | F11.20  Opioid dependence |
|---|---|

### Test Ordered

| CH_FSCR FULL SCREEN | REL-C CONFIRMATION |
|---|---|
| UA2 UA 24 Panel screen | |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA. Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

*06-30-2016 17:00 Page: 1*

DOJCGH_00000534634
DOJCGH_0000534634

**Reliance Lab Testing**



**Reliance** Laboratory Testing, LLC

5:                                          1

Laboratory Dir                                     C), SC(ACSP)



93506

81111
MCMULLEN,ERYN
C:C6-28-16 18:02 F      -89
E:07/01/16 19:00   T:07/01,19 00

Account: 1058 SERENITY POINT RECO\                          31 JANAS ANTHONY NPI:1437398831
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196                Phone:   FAX:

| Patient Information | | |
|---|---|---|
| Refer#: 93506 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:28 |
| MCMULLEN, ERYN | Med.Rec.#: 641808 | Sex: F |
| HILLSBOROUGH NC 27278 | Phone: | DOB:    -1989 |
| Chart: 55552 | | |
| | SS:    2658 | Age: 26 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:15:05 |

| Insurance Information | | |
|---|---|---|
| BCBS | | |
| Policy: YPPW16787410 | Group: 048100 | Relation: Self | Employer: |
| , | | |
| Address: | HILLSBOROUGH NC 27278 | |
| Phone: | Gender: | DOB:    -1989 |

| Diagnosis | |
|---|---|
| F10.20  Alcohol dependence | F12.20  Cannabis dependence |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____                    _____
Patient Signature                                  Date

_____                    _____
Physician Signature                                Date

DOJCGH_00000534635
DOJCGH_0000534635

**Reliance**
Laboratory Testing, LLC

538
Ph
Laboratory Direc
N

81113
CORSTANGE, JACOB
C:06-28-16 18:03 M
E:07/01/16 19:01        -94
T:07/01,19:01

SC(ACSP)

93361

| | |
|---|---|
| Account: 1058 SERENITY POINT RECOV<br>15140 16TH AVE<br>MARNE MI 49435<br>Phone:616-209-0600  FAX:616-677-6196 | Doctor:   1437398831 JANAS ANTHONY NPI:1437398831<br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: 93361<br>CORSTANGE, JACOB<br>          KALAMAZOO MI 49007<br>Chart: 55519 | Type: ACCOUNT<br>Med.Rec.#: 651672<br>Phone: | Date: 06-30-2016 Time: 10:00<br>Sex: M<br>DOB: __ __-1994 |
| | SS:       9167 | Age: 22 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:14:01 |

### Insurance Information

| | | | |
|---|---|---|---|
| UHC<br>Policy: 848064336<br>SCOTT CORSTANGE, | Group: 708497 | Relation: Self | Employer: |
| Address: | KALAMAZOO MI 49007 | | |
| Phone: | Gender: | DOB:       -1963 | |

### Diagnosis

F19.00  OTHER OR UNKNOWN USE DISORDER

### Test Ordered

CH_FSCR FULL SCREEN                    REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein


_____                    _____
Patient Signature                          Date


_____                    _____
Physician Signature                        Date

*06-30-2016 16:50 Page: 1*

**Reliance**
Laboratory Testing, LLC

53

F

Laboratory Dir

81114
STEWART,BRETT
C:06-29-16 18:04 M        -91
E:07/01/16 19:01    T:07/01,19:01

), SC(ACSP)

-123679

93674

---

Account: 1062 A FOREVER RECOVERY L                          J1 JANAS ANTHONY NPI:1437398831
163 NORTH AVE
BATTLE CREEK MI 49017
Phone:  FAX:269-964-7932                    Phone:  FAX:

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -123679 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:30 |
| STEWART, BRETT | Med.Rec.#: 650008 | Sex: M |
| LIVINGSTON LA 70754 | Phone: 2256632823 | DOB:      1991 |
| Chart: 56050 | | |
| SS:      2911 | | Age: 24 |
| Fasting: N    Stat: N | Collected: 06-29-2016  Time:11:07 | |

---

### Insurance Information

UHC
Policy: 990716538          Group: 7M7016          Relation: Self          Employer:
JAMES STEWART JR,
Address:                    LIVINGSTON LA 70754
Phone:          Gender:          DOB:      -1966

---

### Diagnosis

F10.20  Alcohol dependence          F11.20  Opioid dependence

---

### Test Ordered

CH_FSCR FULL SCREEN          UA2 UA 24 Panel screen

---

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                Date

93674
STEWART,BRETT    Sex:M
DOB:    -91      12:57
Date:06-29-16

_____          _____
Physician Signature              Date

*06-30-2016 12:57 Page: 1*

DOJCGH_00000534637
DOJCGH_0000534637

**Reliance**
Laboratory Testing, LLC

Laboratory

81116
DAVIS, JAMES
C:06-28-16 18:04 M
E:07/01/16 19:02

ng
3351
32
RCC), SC(ACSP)

93394

Account: 1058 SERENITY POINT RECOv
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600 FAX:616-677-6196

Doctor: 1437398831 JANAS ANTHONY NPI:1437398831

Phone: FAX:

| Patient Information | | |
|---|---|---|
| Refer#: 93394 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:10 |
| DAVIS, JAMES | Med.Rec.#: 649378 | Sex: M |
| ALBUQUERQUE NM 871( Phone: 9517045228 | | DOB: -1977 |
| Chart: 55558 | | |
| | SS: 6488 | Age: 39 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:15:10 |

| Insurance Information | | | |
|---|---|---|---|
| BCBS | | | |
| Policy: YIE987196425 | Group: 125421 | Relation: Self | Employer: |
| ASHLEY DAVIS, | | | |
| Address: | ALBUQUIERQUE NM 87109 | | |
| Phone: | Gender: | DOB: -1977 | |

| Diagnosis | |
|---|---|
| F11.20 Opioid dependence | F13.20 Sedative |
| F15.20 Other stimulant dependence | |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | REL-C CONFIRMATION |
| UA2 UA 24 Panel screen | |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA. Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above. This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date
*06-30-2016 16:59 Page: 1*

DOJCGH_00000534638
DOJCGH_0000534638

**Reliance**
Laboratory Testing, LLC

Laboratory I

||||||||||||||||
**81118**
MORALES,VICTORIA
C:06-28-16 18:05 F    -96
E:07/01/16 19:03    s

351
32
CC), SC(ACSP)

93436

T:07/01,19:03

Account: 1058 SERENITY POINT RECO▾
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196

Doctor.  1437398831 JANAS ANTHONY NPI:1437398831

Phone:   FAX:

| Patient Information | | |
|---|---|---|
| Refer#: 93436 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:16 |
| MORALES, VICTORIA | Med.Rec.#: 654088 | Sex: F |
| SAN ANTONIO TE 78213 | Phone: | DOB:     ·1996 |
| Chart: 55591 | | |
| SS:       9529 | | Age: 20 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:16:57 |

| Insurance Information | | | |
|---|---|---|---|
| UHC | | | |
| Policy: 912921623 | Group: 730727 | Relation: Self | Employer: |
| FLRENCITO JIMENEZ, | | | |
| Address: | SAN ANTONIO TX 78213 | | |
| Phone: | Gender: | DOB:     1968 | |

**Diagnosis**

F11.20  Opioid dependence

**Test Ordered**

CH_FSCR FULL SCREEN            REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                _____
Patient Signature                       Date

_____                _____
Physician Signature                     Date

*06-30-2016 17:02 Page: 1*

DOJCGH_00000534639
DOJCGH_0000534639

Reliance

Laboratory Director

81120
METHENY,ADAYA
C:06-26-16 18:06 F        .97
E:07/01/16 19:04      T:07/01/19:04

, SC(ACSP)

122824

93736

| Account: 1125 MAINSTAY RECOVERY | Doctor:   PENR Penunuri Rafael | NPI:1831270362 |
|---|---|---|
| 8541 GARFIELD AVE | | |
| FOUNTAIN VALLEY CA 92708 | | |
| Phone:830-456-6340  FAX: | Phone:949-220-337  FAX: | |

### Patient Information

| Refer#: -122824 | Type: ACCOUNT | Date: 06-27-2016 Time: 19:23 |
|---|---|---|
| METHENY, ADAYA | Med.Rec.#: MEAD001996 | Sex: F |
| ST LOUIS MO 63132 | Phone: | DOB:    1997 |
| Fasting: N          Stat: N | Collected: 06-26-2016  Time:16:22 | Age: 19 |

### Insurance Information

| United Healthcare | | | |
|---|---|---|---|
| Policy: 864324841 | Group: 717095 | Relation: Father | Employer: |
| METHENY, JAMES | | | |
| Address:          ST LOUIS MO 63132 | | | |
| Phone: | Gender: M | DOB:    -1971 | |

### Diagnosis

F19.10  Other psychoactive substance a

93736
METHENY,ADAYA
DOB:    -97       Sex:F
Date:06-26-16    13:36

### Medications Prescribed

NONE PRESCRIBED.

### Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this screening and testing as described herein
                                06-12-2016

_____ e          _____ Date

_____             _____
Physician Signature                 Date          Ordered by:Rafael Penunuri

*06-30-2016 13:35 Page: 1*

DOJCGH_00000534640
DOJCGH_0000534640

**Reliance**
Laboratory Testing, LLC

53
P
Laboratory Dire

, SC(ACSP)

93358

81122
HOLLINGSWORTH, KYLE
C:05-29-16 18:07 F      -91
E:07/01/16 19:05      T:07/01/19.05

| | |
|---|---|
| Account: 1058 SERENITY POINT RECOV<br>15140 16TH AVE<br>MARNE MI 49435<br>Phone:616-209-0600  FAX:616-677-6196 | Doctor:  1437398831 JANAS ANTHONY NPI:1437398831<br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: 93358<br>HOLLINGSWORTH, KYLE<br>, LOUISVILLE KY 40210 | Type: ACCOUNT<br>Med.Rec.#: 649162<br>Phone: 5023031764 | Date: 06-30-2016 Time: 09:59<br>Sex: F<br>DOB:    ·1991 |
| Chart: 55510<br>SS:      5994 | | Age: 24 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:13:49 |

### Insurance Information

| | | |
|---|---|---|
| BCBS of Illinois<br>Policy: 008668908          Group: 923382<br>AMY BOTTOM,<br>Address: _____ _ _____   LOUISVILLE KY 40210<br>Phone:               Gender: | Relation: Self<br><br>DOB:    ·1968 | Employer: |

### Diagnosis

F11.20  Opioid dependence

### Test Ordered

CH_FSCR FULL SCREEN                REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                         Date

_____          _____
Physician Signature                       Date

*06-30-2016 16:49 Page: 1*

DOJCGH_00000534641
DOJCGH_0000534641

**Reliance**
Laboratory Testing, LLC

Reliance Lab Testing

Laboratory Dire ), SC(ACSP)

**81124**
RAGLAND, ANDREW
C:05-29-16 18 08 M   I-80
E:07/01/16 19:06   T:07/01,19:06

| | |
|---|---|
| Account: 1049 WE CARE LLC | ara Michael   NPI:1144311044 |
| 2525 W. WOODLAND | |
| ANAHEIM CA 92801 | |
| Phone:714-821-1064  FAX:714-252-0173 | Phone:  FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123642 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:10 |
| RAGLAND, ANDREW | Med.Rec.#: RAAN001960 | Sex: M |
| | LOS ANGELES CA 9 Phone: | DOB: . . . .-1980 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:08:10 | Age: 35 |

### Insurance Information

anthem bc of ca
Policy: JQN590M83531  Group: 1X5Q00  Relation: Self  Employer:
RAGLAND, ANDREW
Address:  LOS ANGELES CA 90019
Phone:  Gender: M  DOB:  -1980

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

Pristiq,

### Test Ordered

CH_FSCR FULL SCREEN  FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

Patient Signature _____  Date _____

**93665**
RAGLAND, ANDREW
DOB:      80   Sex:M
Date:06-29-16   12:51

Physician Signature _____  Date _____

*06-30-2016 12:51 Page: 1*

DOJCGH_00000534642
DOJCGH_0000534642

# Reliance Lab Testing

**Reliance**
Laboratory Testing, LLC

53
F
Laboratory Dire

81126
ADAMS,ASHLEY
C:06-28-16 18 08 F     -91
E:07/01/16 19:06   T:07/01:19:06

93371

), SC(ACSP)

Account: 1058 SERENITY POINT RECOV
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196

1 JANAS ANTHONY NPI:1437398831

Phone:   FAX:

## Patient Information

| | | |
|---|---|---|
| Refer#: 93371 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:04 |
| ADAMS, ASHLEY | Med.Rec.#: 643604 | Sex: F |
| HELENA GA 31037 | Phone: | DOB:     -1991 |
| Chart: 55597 | | |
| SS:     7581 | | Age: 24 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:17:00 |

## Insurance Information

| | | |
|---|---|---|
| BCBS of Illinois | | |
| Policy: H49720625-00 | Group: | Relation: Self | Employer: |
| , | HELENA GA 31037 | | |
| Address: | | | |
| Phone: | Gender: | DOB:     -1991 | |

## Diagnosis

F19.00  OTHER OR UNKNOWN USE DISORDER

## Test Ordered

CH_FSCR FULL SCREEN                     UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                _____
Patient Signature                      Date

_____                _____
Physician Signature                    Date

*06-30-2016 16:55 Page: 1*

DOJCGH_00000534643
DOJCGH_0000534643

# Reliance Laboratory Testing

**Reliance**
Laboratory Testing, LLC

Laboratory D

81127
MAUGHERMAN, JULIE
C:06-29-16 19:09 F        -70
E:07/01/16 19:07    T:07/01:19:07

SC), SC(ACSP)     -123462

936716

| Account: | 1062 A FOREVER RECOVERY | 331 JANAS ANTHONY NPI:1437398831 |
|---|---|---|
| | 163 NORTH AVE | |
| | BATTLE CREEK MI 49017 | |
| | Phone:  FAX:269-964-7932 | Phone:   FAX: |

## Patient Information

| Refer#: -123462 | Type: ACCOUNT | Date: 06-29-2016 Time: 08:00 |
|---|---|---|
| MAUGHERMAN, JULIE | Med.Rec.#: 654003 | Sex: F |
| MUNCIE IN 47304 | Phone: | DOB:      -1970 |
| Chart: 55957 | | |
| | SS:     2142 | Age: 45 |
| Fasting: N | Stat: N | Collected: 06-29-2016 Time:07:56 |

## Insurance Information

| ANTHEM BCBS | | | |
|---|---|---|---|
| Policy: BAUAN5439531 | Group: 004007822 | Relation: Self | Employer: |
| Address: | MUNCIE IN 47304 | | |
| Phone: | Gender: | DOB:     -1970 | |

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

Patient Signature                           Date

93676
MAUGHERMAN, JULIE
DOB:C   -   -70    Sex:F
Date:06-29-16   12:58

Physician Signature                         Date

*06-30-2016 12:58 Page: 1*

DOJCGH_00000534644
DOJCGH_0000534644

# Reliance
Laboratory Testing, LLC

Laboratory Di...

81129
RILEY, GARRETT
C:06-28-16 18:10 M        -93
E:07/01/16 19:07    T:07/01, 19:08

93458

C), SC(ACSP)

---

Account: 1058 SERENITY POINT RECOV
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196

Doctor:  ...31 JANAS ANTHONY NPI:1437398831

Phone:   FAX:

---

## Patient Information

| | | |
|---|---|---|
| Refer#: 93458 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:21 |
| RILEY, GARRETT | Med.Rec.#: 654112 | Sex: M |
| FRENCH CREEK WV 26218 | Phone: | DOB:   -1993 |
| Chart: 55540 | | |
| | SS:   3873 | Age: 22 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:15:01 |

---

## Insurance Information

BCBS
Policy: WOW600113892   Group: 10000012   Relation: Self   Employer:
GEORGE RILEY,
Address:   FRENCH CREEK WV 26218
Phone:   Gender:   DOB:   )-1993

---

## Diagnosis

F19.00  OTHER OR UNKNOWN USE DISORDER

---

## Test Ordered

CH_FSCR FULL SCREEN                    REL-C CONFIRMATION
UA2 UA 24 Panel screen

---

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

Patient Signature                    Date

Physician Signature                  Date

*06-30-2016 17:02 Page: 1*

DOJCGH_00000534645
DOJCGH_0000534645

# Reliance Lab Testing

Reliance

Laboratory D                                                      51
                                                                 2
                                                          C), SC(ACSP)        -122850

**81130**
KATZ, JESSICA
C:06-28-16 18:10 F        -95
E:07/01/16 19:08    T:07/01,19.08

| | |
|---|---|
| Account: 1125 MAINSTAY RECOVERY<br>8541 GARFIELD AVE<br>FOUNTAIN VALLEY CA 92708<br>Phone:830-456-6340  FAX: | nunuri Rafael       NPI:1831270362<br><br>Phone:949-220-337  FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: -122350 | Type: ACCOUNT | Date: 06-27-2016 Time: 19:42 |
| KATZ, JESSICA | Med.Rec.#: KAJE001983 | Sex: F |
| BLOOMFIELD MI 48323 | Phone: | DOB:    -1995 |
| Fasting: N          Stat: N | Collected: 06-28-2016  Time:16:42 | Age: 21 |

## Insurance Information

| | | | |
|---|---|---|---|
| Blue Cross Blue Shield | | | |
| Policy: CXK833766821 | Group: 99215 | Relation: Child | Employer: |
| KATZ, ROHNDA | | | |
| Address: | BLOOMFIELD MI 48323 | | |
| Phone: | Gender: F | DOB:    -1962 | |

## Diagnosis

F19.10  Other psychoactive substance a

## Medications Prescribed

gabapentin, proponolol, Vistaril,

**93737**
KATZ, JESSICA
DOB:      -95    Sex:F
Date:06-28-16  13:36

## Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____  e                    _____
                                       Date

_____                       _____
Physician Signature                    Date

*06-30-2016 13:36 Page: 1*

DOJCGH_00000534646<br>DOJCGH_0000534646

Reliance

**81131**
CHANNEL, CHELSEA
C:06-28-16 18 11 F
E:07/01/16 19:09

Laboratory Dir

**93738**

), SC(ACSP)

| | |
|---|---|
| Account: 1125 MAINSTAY RECOVERY<br>8541 GARFIELD AVE<br>FOUNTAIN VALLEY CA 92708<br>Phone:830-456-6340  FAX: | Doctor:  PENR Penunuri Rafael    NPI:1831270362<br><br>Phone:949-220-337  FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -122361<br>CHANNEL, CHELSEA | Type: ACCOUNT<br>Med.Rec.#: CHCH001983 | Date: 06-27-2016 Time: 19:50<br>Sex: F |
| | GROVE CITY OH 43123    Phone: | DOB:    -1993 |
| Fasting: N | Stat: N    Collected: 06-28-2016 Time:16:50 | Age: 22 |

### Insurance Information

Anthem Blue Cross
Policy: YRF822M78832     Group: 173336     Relation: Child     Employer:
CHANNEL , JOHN
Address:                 GROVE CITY OH 43123
Phone:                 Gender: M     DOB:    -1960

### Diagnosis

F19.10  Other psychoactive substance a

**93738**
CHANNEL, CHELSEA
DOB:    -93   Sex:F
Date:06-28-16   13:37

### Medications Prescribed

gabapentin.

### Test Ordered

CH_FSCR FULL SCREEN              FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
screening and testing as described herein

_____        _____
                    e             Date

_____        _____
Physician Signature              Date

*06-30-2016 13:37 Page: 1*

DOJCGH_00000534647
DOJCGH_0000534647

# Reliance
Laboratory Testing, LLC

53
P
Laboratory Dire                    ), SC(ACSP)

81132
JULSON,THOMAS
C:05-28-16 19 12 M      -64
E:07/01/16 19 10    T:07/01,19:10

93512

| | |
|---|---|
| Account: 1058 SERENITY POINT RECOV<br>15140 16TH AVE<br>MARNE MI 49435<br>Phone:616-209-0600  FAX:616-677-6196 | Doctor:  1437398831 JANAS ANTHONY NPI:1437398831<br><br><br>Phone:   FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: 93512<br>JULSON, THOMAS<br>          MELBOURNE FL 32940<br>Chart: 55606 | Type: ACCOUNT<br>Med.Rec.#: 641336<br>Phone: | Date: 06-30-2016 Time: 10:29<br>Sex: M<br>DOB:       1964 |
| SS:        9419 | | Age: 51 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:17:05 |

## Insurance Information

| | | |
|---|---|---|
| ANTHEM BCBS<br>Policy: OVTAN6010785 | Group: 003330099 | Relation: Self | Employer: |
| Address:          . MELBOURNE FL 32940 | | |
| Phone: | Gender: | DOB:       1964 |

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

CH_FSCR FULL SCREEN                    REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____                    _____
Patient Signature                         Date

_____                    _____
Physician Signature                        Date

*06-30-2016 17:05 Page: 1*

DOJCGH_00000534648
DOJCGH_0000534648



# Reliance Lab Testing

Reliance
Laboratory Testing, LLC

Laboratory

81133

ADDEN, SHANE
C: 06-28-16  18:13 M      -91
E:07/01/16 19:11     T:07/01,19:11

3351
332
RCC), SC(ACSP)
is

93516

Account: 1058 SERENITY POINT REC
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196

3831 JANAS ANTHONY NPI:1437398831

Phone:  FAX:

## Patient Information

| | | |
|---|---|---|
| Refer#: 93516 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:30 |
| ADDEN, SHANE | Med.Rec.#: 641430 | Sex: M |
| BERWICK ME 03906 | Phone: | DOB:     -1991 |
| Chart: 55525 | | |
| SS:    1409 | | Age: 25 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:14:46 |

## Insurance Information

ANTHEM BCBS
Policy: XVG0355M20331     Group:
KELLY MCKINNON,
Address:                  BERWICK ME 03906
Phone:          Gender:     Relation: Self     Employer:     DOB: _ _ _ -1964

## Diagnosis

F11.20  Opioid dependence          F14.20  Cocaine dependence

## Test Ordered

CH_FSCR FULL SCREEN              REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature            Date

_____          _____
Physician Signature          Date

*06-30-2016 17:05 Page: 1*

DOJCGH_00000534649
DOJCGH_0000534649





**Reliance**
Laboratory Testing, LLC

Laboratory [ ]

81134
KING, BROOKS
C:06-28-16 18:14 F
E:07/01/16 19:12        -92
                    T:07/01,19 12

93523

?51
?2
CC), SC(ACSP)

Account: 1058 SERENITY POINT RECOV
          15140 16TH AVE
          MARNE MI 49435
          Phone:616-209-0600  FAX:616-677-6196

Doctor:   1437398831 JANAS ANTHONY NPI:1437398831

Phone:  FAX:

| Patient Information | | |
|---|---|---|
| Refer#: 93523 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:31 |
| KING, BROOKS | Med.Rec.#: 639983 | Sex: F |
| DALLAS TOWN PA 17313 | Phone: | DOB:    -1992 |
| Chart: 55642 | | |
| | SS:    6892 | Age: 24 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:19:11 |

| Insurance Information | | | |
|---|---|---|---|
| BCBS | | | |
| Policy: KSF840M78406 | Group: 174143M4A3 | Relation: Self | Employer: |
| RANDALL KING, | | | |
| Address: | RED LION PA 17356 | | |
| Phone: | Gender: | DOB:    1966 | |

**Diagnosis**

F11.20  Opioid dependence

**Test Ordered**

| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____

Patient Signature

_____

Date

_____

Physician Signature

_____

Date

*06-30-2016 17:07 Page: 1*

Reliance
Laboratory Testing, LLC

Laboratory D

81135
VAN HOY, LUKE
C: 06-28-16 18:15 M
E: 07/01/16 19:13    T:07/01,19:13    -88

Testing

SC(ACSP)

93833

Account: 1037 WESTWIND RECOVERY (ᴅ                           ᴊᴛerson Ryan        NPI:1669613816
         23135 Dolorosa St
         Woodland Hills CA 91367
         Phone:  FAX:
                                                  Phone:   FAX:

### Patient Information

| | | |
|---|---|---|
| Refer#: -123050 | Type: ACCOUNT | Date: 06-28-2016 Time: 10:55 |
| VAN HOY, LUKE | Med.Rec.#: VALU000101 | Sex: M |
| HARMONY NC 28634 | Phone: 7044503556 | DOB:   -1988 |
| Fasting: N            Stat: N | Collected: 06-28-2016  Time:07:55 | Age: 27 |
| | Room: 450355 | |

### Insurance Information

Blue Cross Blue shield of north carolina
Policy: YPIW16767108        Group: IADVTC          Relation: Self              Employer:
VAN HOY, LUKE
Address:                    HARMONY NC 28634
Phone: 7044503556          Gender: M              DOB:     -1988

### Diagnosis

F11.20  Opioid dependence              F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN                     FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
                        screening and testing as described herein
                                           06-28-2016




_____ e              _____
                                          Date

93833
VAN HOY, LUKE
DOB:       -88     Sex:M
Date:06-28-16  14:47

Physician Signature                       Date          Ordered by:Ryan Peterson

*06-30-2016 14:47 Page: 1*

DOJCGH_00000534651
DOJCGH_0000534651

# Reliance

**Reliance Laboratory Testing, LLC**

Laboratory

81136
RICE, COREY
C-05-28-16  18:16 M      -76
E-07/01/16  19:14   T-07/01.19:14

1351
32
(CC), SC(ACSP)
s

-421618-

93655

| Account: 1054 COASTAL RECOVERY | Miranda Raul | NPI:1407895006 |
|---|---|---|
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150  FAX:949-642-3441 | Phone:    FAX: | |

## Patient Information

| | | |
|---|---|---|
| Refer#: -121618 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:28 |
| RICE, COREY | Med.Rec.#: RICO001983 | Sex: M |
| ANAHEIM CA 92808 | Phone: 949-244-3864 | DOB:    -1976 |
| Fasting: N        Stat: N | Collected: 06-28-2016 Time:21:28 | Age: 40 |

## Insurance Information

Blue shield of California
Policy: XED905215720        Group: X0001004        Relation: Self        Employer:
RICE, COREY
Address:                          ANAHEIM CA 92808
Phone: 949-244-38        Gender: M        DOB:    -1976

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____                    _____
Patient Signature                          Date

93655
RICE, COREY
DOB:       -76    Sex:M
Date:06-28-16    12:44

_____                    _____
Physician Signature                        Date

*06-30-2016 12:44 Page: 1*

DOJCGH_00000534652
DOJCGH_0000534652

# Reliance Lab Testing

5387 NOB HILL ROAD SUNRISE FL 33351

**Reliance** Laboratory Testing, LLC

Laboratory Dii                    C), SC(ACSP)     -123638

81137
SAMPSON, SHANNON
C:06-29-16 18:17 F   1   -82
E:07/01/16 19:14     T:07/01,19:15 iara Michael          NPI:1144311044

Account: 1049 WE CARE LLC
2525 W. WOODLAND
ANAHEIM CA 92801
Phone:714-821-1064  FAX:714-252-0173          Phone:   FAX:

| Patient Information | | |
|---|---|---|
| Refer#: -123638 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:10 |
| SAMPSON, SHANNON | Med.Rec.#: SASH001961 | Sex: F |
| FULLERTON CA 92833 | Phone: | DOB:     -1982 |
| Fasting: N        Stat: N | Collected: 06-29-2016  Time:08:09 | Age: 33 |

| Insurance Information | | | |
|---|---|---|---|
| Anthem BC OFCA | | | |
| Policy: XDL007A68159 | Group: | Relation: Self | Employer: |
| SAMPSON, SHANNON | | | |
| Address: | FULLERTON CA 92833 | | |
| Phone: | Gender: F | DOB: . . . -1982 | |

### Diagnosis

F19.20 Other psychoactive substance d

### Medications Prescribed

Hydroxyzine, Lexapro, Lisinopril, Metformin, Trazadone,

### Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

Patient Signature _____        Date _____

93659
SAMPSON, SHANNON
DOB:      -82   Sex:F
Date:06-29-16   12:46

Physician Signature _____      Date _____

DOJCGH_00000534653
DOJCGH_0000534653

# Reliance
## Laboratory Testing, LLC

Laboratory Dire                                  ), SC(ACSP)

81139
SILVESTRE,EMILINE
C:06-28-16  19:17 F
E:07/01/16 19:15          T:07/01,19:15

---

| | | |
|---|---|---|
| Account: 1054 COASTAL RECOVERY INC | Doctor:   MINK Miranda Raul | NPI:1407895006 |
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150  FAX:949-642-3441 | Phone:   FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -121616 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:26 |
| SILVESTRE, EMILINE | Med.Rec.#: SIEM001898 | Sex: F |
| MIDLAND TX 79701 | Phone: 303-349-8366 | DOB:      -1990 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:21:26 | Age: 25 |

### Insurance Information

| | | |
|---|---|---|
| BlueCross BlueShield of Montana | | |
| Policy: YDD840202640    Group: X01970 | Relation: Child | Employer: |
| SILVESTRE, MIGUEL | | |
| Address:            MIDLAND TX 79701 | | |
| Phone: 303-349-83      Gender: F | DOB:      1961 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

Gabapentin Taper 300 mg po BID x 7 days, Trazadone,

### Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                     Date

93657
SILVESTRE,EMILINE
DOB:     -90   Sex:F
Date:06-28-16  12:45

_____          _____
Physician Signature                   Date

*06-30-2016 12:45 Page: 1*

DOJCGH_00000534654
DOJCGH_0000534654

**Reliance Laboratory Testing**

Reliance
Laboratory Testing, LLC

538
Ph
Laboratory Direc
M

81140
KEBLER, JACQUELYN
C:05-29-16 19:18 F          -94
E:07/01/16 19:16        T:07/01,19:16

SC(ACSP)

-123656

93060

Account:  1049 WE CARE LLC
2525 W. WOODLAND
ANAHEIM CA 92801
Phone:714-821-1064  FAX:714-252-0173

.d Michael          NPI:1144311044

Phone:   FAX:

| Patient Information | | |
|---|---|---|
| Refer#: -123656 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:19 |
| KEBLER, JACQUELYN | Med.Rec.#: KEJA001950 | Sex: F |
| WALNUT CA 91789 | Phone: | DOB:    ·1994 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:08:18 | Age: 22 |

### Insurance Information

ANTHEM BCBS
Policy: SEY855A66611     Group:              Relation: Self            Employer:
KEBLER, CURTIS
Address:                    WALNUT CA 91789
Phone:              Gender: F              DOB:      ·1994

### Diagnosis

F19.20  Other psychoactive substance d

### Test Ordered

CH_FSCR FULL SCREEN                              FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____
Patient Signature                          Date

_____                    _____
Physician Signature                        Date

93660
KEBLER, JACQUELYN
DOB:  -      -94   Sex:F
Date:06-29-16   12:47

Ordered by:Michael Bishara

*06-30-2016 12:47 Page: 1*

DOJCGH_00000534655
DOJCGH_0000534655

**Reliance** Laboratory Testing, LLC

538'
Ph
Laboratory Direc
N

81141
WHITE, MICHAEL
C:06-29-16 18:19 M
E:07/01/16 19:16        T:07/01:19:16

SC(ACSP)

-123657

Account: 1049 WE CARE LLC
2525 W. WOODLAND
ANAHEIM CA 92801
Phone:714-821-1064  FAX:714-252-0173

a Michael      NPI:1144311044

Phone:  FAX:

| **Patient Information** | | |
|---|---|---|
| Refer#: -123657 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:19 |
| WHITE, MICHAEL | Med.Rec.#: WHMI001923 | Sex: M |
| ANAHEIM CA 92801 | Phone: | DOB: -1967 |
| Fasting: N          Stat: N | Collected: 06-29-2016 Time:08:19 | Age: 49 |

| **Insurance Information** | | |
|---|---|---|
| anthem bc of ca | | |
| Policy: JQY176A69108     Group: | Relation: Self | Employer: |
| WHITE, MICHAEL | | |
| Address:          ANAHEIM CA 92801 | | |
| Phone:          Gender: M | DOB:     -1967 | |

**Diagnosis**

F19.20  Other psychoactive substance d

**Medications Prescribed**

Atenolol, Clonidine, Dicyclomine, gabapentin, Hydroxyzine, Methocarbamol, Norvasc, Tegratol, Trazadone,

**Test Ordered**

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

93661
WHITE, MICHAEL    Sex:M
-67          12:47
DOB:.06-29-16
Date:06-29-16

_____
Physician Signature

_____
Date

DOJCGH_00000534656
DOJCGH_0000534656

**Reliance**
Laboratory Testing, LLC

Laboratory Dire

81142
EATON,EDWARD
C:06-29-16 19:19 M      '-94     , SC(ACSP)
E:07/01/16 19:17      T:07/01,19:17

-123635-

93664

| Account: 1049 WE CARE LLC | Doctor:  BISM Bishara Michael | NPI:1144311044 |
|---|---|---|
| 2525 W. WOODLAND | | |
| ANAHEIM CA 92801 | | |
| Phone:714-821-1064  FAX:714-252-0173 | Phone:   FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123635 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:09 |
| EATON, EDWARD | Med.Rec.#: EAED001988 | Sex: M |
| WHITTIER CA 90604 | Phone: | DOB:       ·1994 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:08:09 | Age: 22 |

### Insurance Information

Anthem BC OFCA
Policy: 626766539-01
EATON, EDWARD

| Group: | Relation: Self | Employer: |
|---|---|---|
| Address:                . WHITTIER CA 90604 | | |
| Phone: | Gender: M | DOB:      ·1994 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Test Ordered

| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____
Patient Signature                          Date

_____                    _____
Physician Signature                        Date

93664
EATON,EDWARD
DOB:      -94      Sex:M
Date:05-29-16   12:49

Ordered by:Michael Bishara

*06-30-2016 12:49 Page: 1*

DOJCGH_00000534657
DOJCGH_0000534657

# Reliance Testing

**Reliance**
Laboratory Testing, LLC

Laboratory

351
32
CC), SC(ACSP)
s

93429

81146
LEBEOUF, Jenna
C:06-28-16 18:23 F
E:07/01/16 19:22   -97
FSCR.   T:07/01,19:22

Account: 1058 SERENITY POINT REC_
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196

8831 JANAS ANTHONY NPI:1437398831

Phone:   FAX:

| Patient Information | | |
|---|---|---|
| Refer#: 93429 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:16 |
| LEBEOUF, JENNA | Med.Rec.#: 653648 | Sex: F |
| MONTEGUT LA 70377 | Phone: 9852322903 | DOB:      -1997 |
| Chart: 55516 | | |
| | SS:       8660 | Age: 18 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:14:00 |

| Insurance Information | | | |
|---|---|---|---|
| BCBS | | | |
| Policy: XUP201589486 | Group: | Relation: Self | Employer: |
| , | | | |
| Address: | MONTEGUT LA 70377 | | |
| Phone: | Gender: | DOB:      -1997 | |

| Diagnosis | |
|---|---|
| F15.20  Other stimulant dependence | F12.20  Cannabis dependence |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | REL-C CONFIRMATION |
| UA2 UA 24 Panel screen | |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature                  Date

_____        _____
Physician Signature                Date

*06-30-2016 17:00 Page: 1*

DOJCGH_00000534658
DOJCGH_0000534658



Reliance   53

Laboratory Dir



81150
GUREWITSCH,NIVA
C:06-29-16 19:25 F
E:07/01/16 19:25       J--88
T:07/01,19 25

), SC(ACSP)   -123811

93730

---

Account: 1115 LEGACY FREEDOM (ASHE
900 HENDERSONVILLE RD STE 301
ASHEVILLE NC 28803
Phone:704-405-0908  FAX:

Doctor:   DIXL Dickson Loretta

Phone:   FAX:

NPI:1376513521

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -123811 | Type: ACCOUNT | Date: 06-29-2016 Time: 13:30 |
| GUREWITSCH, NIVA | Med.Rec.#: 1695 | Sex: F |
| ASHEVILLE NC 28803 | Phone: 4436103002 | DOB:      -1988 |
| SS:      6065 | | Age: 27 |
| Fasting: N   Stat: N | Collected: 06-29-2016 Time:13:18 | |

---

### Insurance Information

BCBS
Policy: PJN810 26 5937      Group: 1900503-MD10      Relation: Self      Employer:
GUREWITSCH ALLEN, EDITH
Address:
Phone:      Gender: F      DOB: 00-00-0000

---

### Diagnosis

F10.20 Alcohol dependence

---

### Medications Prescribed

Abilify, Buspar, Cymbalta, Prazosin, synthroid, Trazadone, Treximet, Vivitrol, Wellbutrin,

93730
GUREWITSCH,NIVA
DOB:      ı-88   Sex:F
Date:06-29-16  13:30

---

### Test Ordered

CH_FSCR FULL SCREEN      FSCR FULL SCREEN

---

**Req Comment:**
STATEMENT OF MEDICAL NECESSITY: 27 YEAR OLD FEMALE CLIENT PRESENTING WITH
F10.20 ALCOHOL USE DISORDER AND  SEVERE. CLIENT INDICATES THAT SHE HAS BEEN
ABSTINENT FOR 1 MONTH, 2 WEEKS, AND 6 DAYS. PRESCRIBED MEDICATIONS ARE
VIVITROL, TREXIMET, PRAZOSIN, TRAZADONE, BUSPAR, ABILIFY, CYMBALTA, WELLBUTRIN,
AND SYNTHROID.    URINE DRUG TESTING IS MEDICALLY NECESSARY FOR DIAGNOSTIC,
CLINICAL, AND THERAPEUTIC PURPOSES, TO DETECT THE USE OF PRESCRIPTION
MEDICATIONS AND ILLEGAL SUBSTANCES OF CONCERN FOR THE

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

*06-30-2016 13:30 Page: 1*

# Reliance
Laboratory Testing, LLC

Laboratory Di

81151
POIENCOT, THERESE
C:06-28-16 18:28 F        -97
E:07/01/16 19:25    T:07/01/19 25

g
51
2
C), SC(ACSP)

93362

---

Account: 1058 SERENITY POINT RECOV          Doctor:   1437398831 JANAS ANTHONY NPI:1437398831
15140 16TH AVE
MARNE MI 49435
Phone:616-209-0600  FAX:616-677-6196          Phone:   FAX:

## Patient Information

| | | |
|---|---|---|
| Refer#: 93362 | Type: ACCOUNT | Date: 06-30-2016 Time: 10:00 |
| POIENCOT, THERESE | Med.Rec.#: 554801 | Sex: U |
| THERIOT LA 70397 | Phone: | DOB:    -1997 |
| Chart: 55513 | | |
| SS:    3001 | | Age: 18 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:13:59 |

## Insurance Information

BCBS
Policy: XUP201598146      Group: 76124FF2          Relation: Self          Employer:
MARK POIENCOT,
Address:                  . THERIOT LA 70397
Phone:                    Gender:          DOB:    -1959

## Diagnosis

F11.20  Opioid dependence                     F12.20  Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN                     REL-C CONFIRMATION
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                     Date


_____          _____
Physician Signature                    Date

*06-30-2016 16:52 Page: 1*

DOJCGH_00000534660
DOJCGH_0000534660



**Reliance** Laboratory Testing, LLC

Laboratory Di

81154
CAPUTO,MICHAEL
C:06-28-16 18:29 M          -92
E:07/01/16 19:27      T:07/01,19.27

C), SC(ACSP)

| | |
|---|---|
| Account: 1071 SEA CHANGE SANTA MON<br>1831 WILSHIRE BLVD #C<br>SANTA MONICA CA 90403<br>Phone:888-823-3310  FAX:323-843-9800 | Doctor:   RODC COLLINS RODNEY     NPI:1700879061<br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123487<br>CAPUTO, MICHAEL | Type: ACCOUNT | Date: 06-29-2016 Time: 09:18 |
| SHIRLEY NE 11967 | Med.Rec.#: CAMI001814 | Sex: M |
| SS:      2416 | Phone: | DOB:       -1992 |
| Fasting: N      Stat: N | Collected: 06-28-2016  Time:18:17 | Age: 23 |

### Insurance Information

EMPIRE BLUE CROSS BLUE SH
Policy: CDKSC231083      Group: 720059      Relation: Child      Employer:
CAPUTO, SHERRY
Address:           SHIRLEY NE 11967
Phone:           Gender: F      DOB:      -1969

### Diagnosis

F11.20  Opioid dependence          F12.20  Cannabis dependence
F14.20  Cocaine dependence

### Medications Prescribed

Albuterol Inhaler, Trazadone,

### Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

**Int Comment:**
    MALE
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.   Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                          Date

93677
CAPUTO,MICHAEL
DOB:        -92      Sex:M
Date:06-28-16   13:01

*06-30-2016 13:01 Page: 1*

DOJCGH_00000534661
DOJCGH_0000534661

**Reliance**
Laboratory Testing. LLC

5387
Ph
Laboratory Direct
M

81155
JAMES,AUSTIN
C:06-29-16 18:30 M          -91
E:07/01/16 19:27   T:07/01,19:27

SC(ACSP)

-123770
93702

| | | |
|---|---|---|
| Account: 1031 OCEANFRONT RECOVERY<br>920 GLENNEYRE STREET, SUITE T<br>LAGUNA BEACH CA 92651<br>Phone:949-207-9899  FAX: | Doctor:  KAUE Kaufman Edward<br><br>Phone:949-207-989  FAX: | NPI:1205842549 |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123770<br>JAMES, AUSTIN | Type: ACCOUNT<br>Med.Rec.#: JAAU001842 | Date: 06-29-2016 Time: 12:34<br>Sex: M |
| COSTA MESA CA 92627 | Phone: | DOB:      -1991 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:09:34 | Age: 24 |

### Insurance Information

anthem blue cross of CA
Policy: TDOAN4191731
JAMES , KENNETH

| Address: | COSTA MESA CA 92627 | | Employer: |
|---|---|---|---|
| Phone: | Gender: M | DOB:      1959 | |

Group: 009230003     Relation: Father

### Diagnosis

F10.20  Alcohol dependence

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN                              FSCR FULL SCREEN

**Int Comment:**
 P
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____              _____
Patient Signature                     Date

93702
JAMES,AUSTIN
DOB        -91       Sex:M
Date:06-29-16   13:14

DOJCGH_00000534662
DOJCGH_0000534662







Testing

Reliance Laboratory Testing, LLC

53

F

Laboratory Director

81157
CERCEO, ANTHONY
C:06-29-16 18:30 M
E:07/01/16 19:28  T:07/01:19.28 :96

), SC(ACSP)

-123876

93699

| Account: 1031 OCEANFRONT RECOVERY | Doctor: | Kaufman Edward | NPI:1205842549 |
| 920 GLENNEYRE STREET, SUITE T | | | |
| LAGUNA BEACH CA 92651 | | | |
| Phone:949-207-9899  FAX: | | Phone:949-207-989  FAX: | |

## Patient Information

| Refer#: -123876 | | Type: ACCOUNT | Date: 06-29-2016 Time: 14:28 |
| CERCEO, ANTHONY | | Med.Rec.#: CEAN001995 | Sex: M |
| | FORT MYERS FL 33908 | Phone: 267-235-7275 | DOB:    -1996 |
| Fasting: N | Stat: N | Collected: 06-29-2016 Time:11:28 | Age: 19 |

## Insurance Information

| Independence BCBS | | | |
| Policy: EIZ121308438001 | Group: | Relation: Self | Employer: |
| CERCEO, ANTHONY | | | |
| Address: | | FORT MYERS FL 33908 | |
| Phone: 267-235-72 | Gender: M | DOB:    -1996 | |

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
screening and testing as described herein
06-29-2016

_____               _____
Patient Signature                         Date

93699
CERCEO, ANTHONY      Sex:M
DOB:    -96          13:13
Date:06-29-16

_____               _____
Physician Signature                       Date

Ordered by:Edward Kaufman

DOJCGH_00000534663

DOJCGH_0000534663

# Reliance
Laboratory Testing, LLC

Laboratory Di

81159
MCBREEN, COLLIN
C:06-28-16 18:31 M
E:07/01/16 19:29     T:07/01,19.29

C), SC(ACSP)

-123478

93693

| | |
|---|---|
| Account: 1071 SEA CHANGE SANTA MON | Doctor:   RODC COLLINS RODNEY    NPI:1700879061 |
| 1831 WILSHIRE BLVD #C | |
| SANTA MONICA CA 90403 | |
| Phone:888-823-3310  FAX:323-843-9800 | Phone:   FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: -123478 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:11 |
| MCBREEN, COLLIN | Med.Rec.#: MCCO001903 | Sex: M |
| SHORELINE WA 98133 | Phone: | DOB:    1993 |
| SS:      0795 | | Age: 22 |
| Fasting: N   Stat: N | Collected: 06-28-2016  Time:18:10 | |

## Insurance Information

Anthem Bluecross
Policy: TSTP10256974    Group: 0001000TST936    Relation: Self         Employer:
MCBREEN, COLLIN
Address:              SHORELINE WA 98133
Phone:           Gender: M           DOB:      -1993

## Diagnosis

| | |
|---|---|
| F11.20  Opioid dependence | F14.20  Cocaine dependence |
| F12.20  Cannabis dependence | |

## Medications Prescribed

gabapentin, Seroquel,

## Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____                    _____
Patient Signature                                  Date

93693
MCBREEN, COLLIN
DOB:    -  -93   Sex:M
Date:06-28-16   13:10

*06-30-2016 13:10 Page: 1*

DOJCGH_00000534664
DOJCGH_0000534664

**Reliance**
Laboratory Testing, LLC

Laboratory I

351
32
CC), SC(ACSP)

-123491

93694

81161
SMITH, TERRY
C:06-28-16 18:32 M       :-82
E:07/01/16 19:30       T:07/01 19:30

---

Account: 1071 SEA CHANGE SANTA M....          Doctor:  RODC COLLINS RODNEY       NPI:1700879061
1831 WILSHIRE BLVD #C
SANTA MONICA CA 90403
Phone:888-823-3310  FAX:323-843-9800          Phone:   FAX:

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -123491 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:20 |
| SMITH, TERRY | Med.Rec.#: SMTE001866 | Sex: M |
| CROYDON PA 18966 | Phone: 7868790180 | DOB:  1982 |
| SS:    4472 | | Age: 34 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:18:19 |
| | | Room: 879018 |

### Insurance Information

anthem bluecross
Policy: YXP123661647001   Group:              Relation: Self              Employer:
SMITH, TERRY
Address:            CROYDON PA 18966
Phone: 7868790180   Gender: M          DOB:    -1982

### Diagnosis

F11.20  Opioid dependence

### Medications Prescribed

Seroquel Quetiapine,

### Test Ordered

CH_FSCR FULL SCREEN            FSCR FULL SCREEN

**Int Comment:**
R
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein


_____          _____
Patient Signature                      Date

93694
SMITH, TERRY
DOB:    -82     Sex:M
Date:06-28-16  13:11

DOJCGH_00000534665
DOJCGH_0000534665

# Reliance Lab Testing
**Reliance** Laboratory Testing, LLC
5387 NOB HILL ROAD SUNRISE FL 33351

Laboratory Dire

), SC(ACSP)

-123493

**81164**
OTERO, VICTOR
C:06-28-16 18:35 M
E:07/01/16 19:32          90
                    T:07/01.19.32

Account: 1071 SEA CHANGE SANTA MO          LINS RODNEY      NPI:1700879061
1831 WILSHIRE BLVD #C
SANTA MONICA CA 90403
Phone:888-823-3310  FAX:323-843-9800          Phone:  FAX:

| Patient Information | | |
|---|---|---|
| Refer#: -123493 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:20 |
| OTERO, VICTOR | Med.Rec.#: OTVI001796 | Sex: M |
| HOLLAND PA 18966 | Phone: 786-879-0180 | DOB:    -1990 |
| SS:    4074 | | Age: 25 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:18:20 |
| | | Room: 879018 |

| Insurance Information | | |
|---|---|---|
| independence bc | | |
| Policy: YXO122808133001  Group: 10050139 | Relation: Self | Employer: |
| OTERO, VICTOR | | |
| Address:          HOLLAND PA 18966 | | |
| Phone: 786-879-01  Gender: M | DOB:    -1990 | |

### Diagnosis
F10.20  Alcohol dependence          . F11.20  Opioid dependence
F14.20  Cocaine dependence

### Medications Prescribed
Hydroxyzine, Keppra, Prozac, Remeron,

### Test Ordered
CH_FSCR FULL SCREEN          FSCR FULL SCREEN

**Int Comment:**
   R
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

**93691**
OTERO,VICTOR
DOB:   -   -90    Sex:M
Date:06-28-16    13:08

_____          _____
Patient Signature                    Date

*06-30-2016 13:08 Page: 1*

DOJCGH_00000534666
DOJCGH_0000534666

**Reliance** Laboratory Testing, LLC

Laboratory Director

81166
NORTON, DAKOTA
C:06-29-16 18:35 M
E:07/01/16 19:33

SC(ACSP)

-123869

93712

| | | |
|---|---|---|
| Account: 1031 OCEANFRONT RECOVERY | Doctor: KAUE Kaufman Edward | NPI:1205842549 |
| 920 GLENNEYRE STREET, SUITE T | | |
| LAGUNA BEACH CA 92651 | | |
| Phone:949-207-9899  FAX: | Phone:949-207-989  FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123869 | Type: ACCOUNT | Date: 06-29-2016 Time: 14:25 |
| NORTON, DAKOTA | Med.Rec.#: NODA001993 | Sex: M |
| ANDERSONVILLE TN 37705 | Phone: 405-274-2891 | DOB:        1994 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:11:25 | Age: 21 |

### Insurance Information

BCBS of TN
Policy: ZXS907094063          Group: 129800          Relation: Self          Employer:
NORTON, DAKOTA
Address:                          ANDERSONVILLE TN 37705
Phone: 405-274-28          Gender: M          DOB:          -1994

### Diagnosis

F10.20  Alcohol dependence

### Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
screening and testing as described herein
06-29-2016


_____          _____
Patient Signature                  Date


_____          _____
Physician Signature                Date

93712
NORTON, DAKOTA
DOB:        -94     Sex:M
Date:06-29-16  13:18

*06-30-2016 13:18 Page: 1*

DOJCGH_00000534667
DOJCGH_0000534667

**Reliance** Laboratory Testing, LLC

Laboratory Di

GROW, JESSE
81168
C:06-29-16 18:36 M
E:07/01/16 19:34    T:07/01,19:34    C), SC(ACSP)

-123870

93711

## Client Information

| | |
|---|---|
| Account: 1031 OCEANFRONT RECOVERY | Doctor:   KAUE Kaufman Edward    NPI:1205842549 |
| 920 GLENNEYRE STREET, SUITE T | |
| LAGUNA BEACH CA 92651 | |
| Phone:949-207-9899  FAX: | Phone:949-207-989  FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: -123870 | Type: ACCOUNT | Date: 06-29-2016 Time: 14:26 |
| GROW, JESSE | Med.Rec.#: GRJE001973 | Sex: M |
| AUBURN AL 36830 | Phone: 747-234-8742 | DOB:        1993 |
| Fasting: N        Stat: N | Collected: 06-29-2016  Time:11:25 | Age: 23 |

## Insurance Information

| | | | |
|---|---|---|---|
| BCBS Federal | | | |
| Policy: R58509121 | Group: | Relation: Father | Employer: |
| RUNION, BRETT | | | |
| Address: | AUBURN AL 36830 | | |
| Phone: 747-234-87 | Gender: M | DOB:        1969 | |

## Diagnosis

F10.20  Alcohol dependence

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
screening and testing as described herein
                                    06-29-2016

_____              _____
Patient Signature                Date

93711
GROW, JESSE
DOB:I       I-93    Sex:M
Date:C6-29-16    13:18

_____              _____
Physician Signature              Date          Ora

*06-30-2016 13:18 Page: 1*

DOJCGH_00000534668
DOJCGH_0000534668

**Reliance**
Laboratory Testing, LLC

538
Pr
Laboratory Director

81169
DAVIS, JEROME
C:06-29-16 18.37 M        .66
E:07/01/16 19:34   T:07/01,19:35

, SC(ACSP)

-123768

93709

| Account: 1031 OCEANFRONT RECOVERY | Doctor:  KAUE Kaufman Edward | NPI:1205842549 |
|---|---|---|
| 920 GLENNEYRE STREET, SUITE T | | |
| LAGUNA BEACH CA 92651 | | |
| Phone:949-207-9899  FAX: | Phone:949-207-989  FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123768 | Type: ACCOUNT | Date: 06-29-2016 Time: 12:33 |
| DAVIS, JEROME | Med.Rec.#: DAJE001983 | Sex: M |
| CINCINNATI IA 45211 | Phone: 513-675-1733 | DOB:      -1966 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:09:33 | Age: 50 |

### Insurance Information

| | | |
|---|---|---|
| ANTHEM BCBS | | |
| Policy: WRY741M58792     Group: 201045A011 | Relation: Self | Employer: |
| DAVIS, JEROME | | |
| Address: _.__ _..... _.. CINCINNATI IA 45211 | | |
| Phone: 513-675-17     Gender: M | DOB:      ·1966 | |

### Diagnosis

F10.20  Alcohol dependence

### Test Ordered

| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein



_____                    _____
Patient Signature                          Date

93709
DAVIS, JEROME
DOB:       -66      Sex:M
Date:06-29-16    13:17

_____                    _____
Physician Signature                        Date

Ordered by:Edward Kaufman

*06-30-2016 13:17 Page: 1*

DOJCGH_00000534669
DOJCGH_0000534669

# Reliance Laboratory Testing

**Reliance**
Laboratory Testing, LLC

Laboratory D

81171
GRAHAM, CONNOR
C: 06-29-16 18:37 M
E: 07/01/16 19:35      .93      T: 07/01, 19:35

-123875
93706

| | | |
|---|---|---|
| Account: 1031 OCEANFRONT RECOVE. | Kaufman Edward | NPI:1205842549 |
| 920 GLENNEYRE STREET, SUITE T | | |
| LAGUNA BEACH CA 92651 | | |
| Phone:949-207-9899  FAX: | Phone:949-207-989  FAX: | |

## Patient Information

| | | |
|---|---|---|
| Refer#: -123875 | Type: ACCOUNT | Date: 06-29-2016 Time: 14:28 |
| GRAHAM, CONNOR | Med.Rec.#: GRCO001955 | Sex: M |
| BETHANY CT 06524 | Phone: 203-213-7565 | DOB:    -1993 |
| Fasting: N          Stat: N | Collected: 06-29-2016  Time:11:28 | Age: 22 |

## Insurance Information

| | | |
|---|---|---|
| ANTHEM BCBS | | |
| Policy: XGC0515M20511     Group: | Relation: Father | Employer: |
| GRAHAM, KEVAN | | |
| Address:              BETHANY CT 06524 | | |
| Phone: 203-213-75     Gender: M | DOB:      ·1963 | |

## Diagnosis

F10.20  Alcohol dependence

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this screening and testing as described herein
06-29-2016

_____          _____
Patient Signature                Date

_____          _____
Physician Signature              Date          C

93706
GRAHAM, CONNOR
DOB:      -93      Sex:M
Date:06-29-16    13:16

*06-30-2016 13:16 Page: 1*

DOJCGH_00000534670
DOJCGH_0000534670

# Reliance
Laboratory Testing, LLC

Laboratory Dir

81173
BRANDON, JEFFREY
C:06-29-16 18:38 M        I-91
E:07/01/16 19:36        T:07/01, 19:36

-123874

93700

), SC(ACSP)

| Account: 1031 OCEANFRONT RECOVERY | Doctor: KAUE Kaufman Edward | NPI:1205842549 |
| 920 GLENNEYRE STREET, SUITE T | | |
| LAGUNA BEACH CA 92651 | | |
| Phone:949-207-9899  FAX: | Phone:949-207-989   FAX: | |

### Patient Information

| Refer#: -123874 | Type: ACCOUNT | Date: 06-29-2016 Time: 14:28 |
| BRANDON, JEFFREY | Med.Rec.#: BRJE001993 | Sex: M |
| DAYTONA BEACH FL 32119 | Phone: 386-679-9141 | DOB:      -1991 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:11:27 | Age: 25 |

### Insurance Information

| Cigna | | | |
| Policy: 102711861 | Group: 00615249 | Relation: Self | Employer: |
| BRANDON, JEFFREY | | | |
| Address: | DAYTONA BEACH FL 32119 | | |
| Phone: 386-679-91 | Gender: M | DOB:      -1991 | |

### Diagnosis

F10.20  Alcohol dependence

### Test Ordered

CH_FSCR FULL SCREEN                     FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
screening and testing as described herein
                                06-29-2016

_____          _____
Patient Signature                Date


_____          _____
Physician Signature              Date

93700
BRANDON, JEFFREY  Sex: M
DOB:      -1991       13:13
C: 06-29-16

DOJCGH_00000534671
DOJCGH_0000534671

# Reliance
Laboratory Testing, LLC

**Testing**

Laboratory C                                                        SC), SC(ACSP),

81174
RICCI, MARK
C 06-28-16  18:39 M
E 07/01/16  19:36        -91
1:07/01,19.36

-123486-

93x090

---

Account: 1071 SEA CHANGE SANTA MON                          COLLINS RODNEY      NPI:1700879061
        1831 WILSHIRE BLVD #C
        SANTA MONICA CA 90403
        Phone:888-823-3310  FAX:323-843-9800          Phone:  FAX:

---

## Patient Information

| | | |
|---|---|---|
| Refer#: -123486 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:17 |
| RICCI, MARK | Med.Rec.#: RIMA001918 | Sex: M |
| WESTCHESTER PA 19382 | Phone: | DOB:  -1991 |
| SS:  6118 | | Age: 24 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:18:17 |

---

## Insurance Information

Cigna
Policy: U22166487        Group:              Relation: Self          Employer:
RICCI, MARK
Address:        WESTCHESTER PA 19382
Phone:          Gender: M           DOB:     -1991

---

## Diagnosis

F13.20 Sedative                    F11.20  Opioid dependence
F15.20 Other stimulant dependence

---

## Medications Prescribed

gabapentin, Lexapro, Propanolol, Robaxin, Trazadone,

---

## Test Ordered

CH_FSCR FULL SCREEN                FSCR FULL SCREEN

---

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

93690
RICCI, MARK
DOB:     -91    Sex:M
Date:06-28-16  13:08

Patient Signature                    Date

DOJCGH_00000534672
DOJCGH_0000534672

**Reliance** Laboratory Testing, LLC

R
5387
Ph
Laboratory Direc
N

81176
FLORENTINO,TIMOTHY
C:06-28-16 18:39 M                    -91
E:07/01/16 19:37     T:07/01,19:37

SC(ACSP)

-123492
93685

Account: 1071 SEA CHANGE SANTA MON
1831 WILSHIRE BLVD #C
SANTA MONICA CA 90403
Phone:888-823-3310  FAX:323-843-9800

Client information.

Doctor:   RODC COLLINS RODNEY      NPI:1700879061

Phone:   FAX:

### Patient Information

| | | |
|---|---|---|
| Refer#: -123492 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:20 |
| FLORENTINO, TIMOTHY | Med.Rec.#: FLTI001918 | Sex: M |
| WEARE NH 03281 | Phone: | DOB:      -1991 |
| SS:      5569 | | Age: 25 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:18:20 |

### Insurance Information

Anthem Bluecross
Policy: UEM982248791    Group: 0040406046       Relation: Self          Employer:
FLORENTINO, TIMOTHY
Address:                 WEARE NH 03281
Phone:                   Gender: M          DOB:      -1991

### Diagnosis

F13.20  Sedative                    F11.20  Opioid dependence

### Medications Prescribed

gabapentin, Trazadone, Zoloft,

### Test Ordered

CH_FSCR FULL SCREEN                  FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

93685
FLORENTINO,TIMOTHY
DOB:         -91     Sex:M
Date:06-28-16     13:05

_____                    _____
Patient Signature                          Date

_____                    _____
Physician Signature                        Date
                                   06-30-2016 13:05 Page: 1

DOJCGH_00000534673
DOJCGH_0000534673



**Reliance**
Laboratory Testing, LLC

Laboratory Dir

81178
HAWKINS JR  JAMES
C:06-28-16 18:40 M
E:07/01/16 19:37

-71
T:07/01,19:38  C), SC(ACSP)

-123479

93682

## Client Information

Account: 1071 SEA CHANGE SANTA MON
1831 WILSHIRE BLVD #C
SANTA MONICA CA 90403
Phone:888-823-3310  FAX:323-843-9800

Doctor:  RODC COLLINS RODNEY     NPI:1700879061

Phone:   FAX:

## Patient Information

Refer#: -123479
HAWKINS JR., JAMES
                  LEXINGTON KY 40517

Fasting: N            Stat: N

Type: ACCOUNT                    Date: 06-29-2016 Time: 09:12
Med.Rec.#: HAJA001959           Sex: M
Phone:                          DOB: ___ -1971
Collected: 06-28-2016  Time:18:11   Age: 44

## Insurance Information

ANTHEM BCBS
Policy: XTD850M84886     Group: 1X2900         Relation: Self        Employer:
HAWKINS JR., JAMES
Address:              LEXINGTON KY 40517
Phone:               Gender: M         DOB:      -1971

## Diagnosis

F11.20  Opioid dependence          F10.20  Alcohol dependence

## Medications Prescribed

gabapentin, Hydroxyzine, Lidocaine 2% Mucosal Gel, Trazadone,

## Test Ordered

CH_FSCR FULL SCREEN               FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA. Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                          Date

93682
HAWKINS JR., JAMES
DOB:      -71   Sex:M
Date:06-28-16  13:03

_____          _____
Physician Signature                        Date

*06-30-2016 13:03 Page: 1*

DOJCGH_00000534674
DOJCGH_0000534674

**Reliance**
Laboratory Testing, LLC

Laboratory D

SPIEGEL,CODY
81180
C:06-28-16  19:40 M        -94
E:07/01/16  19:38      T:07/01  19:38

| Account: 1054 COASTAL RECOVERY INC | Doctor:   MIKK Miranda Raul | NPI:1407895006 |
| --- | --- | --- |
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150  FAX:949-642-3441 | Phone:   FAX: | |

### Patient Information

| | | |
| --- | --- | --- |
| Refer#: -121620 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:30 |
| SPIEGEL, CODY | Med.Rec.#: SPCO001943 | Sex: M |
| IRVINE CA 92614 | Phone: 949-689-6143 | DOB:        -1994 |
| Fasting: N          Stat: N | Collected: 06-28-2016  Time:21:29 | Age: 22 |

### Insurance Information

Blue shield of California
| Policy: XEK900042726 | Group: | Relation: Self | Employer: |
| --- | --- | --- | --- |
| SPIEGEL, CODY | | | |
| Address: | IRVINE CA 92614 | | |
| Phone: 949-689-61 | Gender: M | DOB:        1994 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |
| --- | --- |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature                            Date

93646
SPIEGEL,CODY
DOB:        -94      Sex:M
Date:06-28-16    12:41

_____        _____
Physician Signature                          Date

*06-30-2016 12:41 Page: 1*

DOJCGH_00000534675
DOJCGH_0000534675

# Reliance
Laboratory Testing, LLC

538
Ph
Laboratory Dire

81182
FRANCO, SIMON
C:06-28-16 18:41 M        -91
E:07/01/16 19:39    T:07/01,19:39

, SC(ACSP)

-123489

93679

| Client Information | |
| --- | --- |
| Account: 1071 SEA CHANGE SANTA MON<br>1831 WILSHIRE BLVD #C<br>SANTA MONICA CA 90403<br>Phone:888-823-3310  FAX:323-843-9800 | Doctor:   RODC COLLINS RODNEY      NPI:1700879061<br><br>Phone:   FAX: |

## Patient Information

| | | |
| --- | --- | --- |
| Refer#: -123489<br>FRANCO, SIMON<br>        LOS ANGELES CA 90068<br>       SS: | Type: ACCOUNT<br>Med.Rec.#: FRSI001796<br>Phone: 510-499-7336 | Date: 06-29-2016 Time: 09:19<br>Sex: M<br>DOB:       -1991<br>Age: 25 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:18:18<br>Room: 499733 |

## Insurance Information

Blue shield of California
Policy: XEK902662504      Group: X000100      Relation: Self      Employer:
FRANCO, SIMON
Address:      LOS ANGELES CA 90068
Phone: 510-499-73      Gender: M      DOB:      -1991

## Diagnosis

F11.20  Opioid dependence      F15.20  Other stimulant dependence

## Medications Prescribed

Abilify, Benzonatate, Ibuprofen, Lamictal, Lexapro, Naproxen, Prazosin, Trazadone,

## Test Ordered

CH_FSCR FULL SCREEN      FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

93679
FRANCO, SIMON
DOB:       -91
Date:06-28-16   Sex:M
13:02

_____      _____
Patient Signature      Date

_____      _____
Physician Signature      Date
*06-30-2016 13:01 Page: 1*

DOJCGH_00000534676
DOJCGH_0000534676



**Reliance** Laboratory Testing, LLC

Laboratory

81183
PLUMER,BRYAN
C 06-28-16 18:42 M
E 07/01/16 19:39

91
I:07/01,19 39 IS

ng
3351
332
RCC), SC(ACSP)

-123477

93689

| | |
|---|---|
| Account: 1071 SEA CHANGE SANTA MON<br>1831 WILSHIRE BLVD #C<br>SANTA MONICA CA 90403<br>Phone:888-823-3310  FAX:323-843-9800 | Doctor:  RODC COLLINS RODNEY    NPI:1700879061<br><br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123477<br>PLUMER, BRYAN<br><br>SS:<br>Fasting: N | SUMMERVILLE SC 29485 | Type: ACCOUNT<br>Med.Rec.#: PLBR001921<br>Phone:<br><br>Collected: 06-28-2016 Time:18:09 | Date: 06-29-2016 Time: 09:10<br>Sex: M<br>DOB:      ·1991<br>Age: 24 |

Stat: N

### Insurance Information

CIGNA
Policy: U2730180203     Group: 3207016     Relation: Self     Employer:
PLUMER, BRYAN
Address:            SUMMERVILE SC 29485
Phone:      Gender: M      DOB:      -1991

### Diagnosis

F13.20 Sedative          F11.20  Opioid dependence
F14.20 Cocaine dependence

### Medications Prescribed

Clonidine, gabapentin, Hydroxyzine, Robaxin, Trazadone,

### Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were easblished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

Patient Signature          Date

93689
PLUMER,BRYAN
DOB:       -91   Sex:M
Date:06-28-16  13:07

DOJCGH_00000534677
DOJCGH_0000534677



**Reliance**
Laboratory Testing, LLC

Laboratory Dir



81185
CLARK,MICHAEL
C:06-28-16 18:42 M         -94
E:07/01/16 19:40   T:07/01,19:40

93688

---

Account: 1071 SEA CHANGE SANTA MON
1831 WILSHIRE BLVD #C
SANTA MONICA CA 90403
Phone:888-823-3310  FAX:323-843-9800

Doctor:   RODC COLLINS RODNEY      NPI:1700879061

Phone:   FAX:

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -123488 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:18 |
| CLARK, MICHAEL | Med.Rec.#: CLMI001875 | Sex: M |
| ALEXANDRIA VA 22308 | Phone: | DOB:  1994 |
| SS: | | Age: 21 |
| Fasting: N | Stat: N | Collected: 06-28-2016  Time:18:18 |

---

### Insurance Information

anthem bluecross
Policy: WLUAN4051406    Group:          Relation: Child          Employer:
CLARK, LAURENCE
Address:          ALEXANDRIA VA 22308
Phone:          Gender: M          DOB:     -1952

---

### Diagnosis

| | |
|---|---|
| F10.20  Alcohol dependence | F11.20  Opioid dependence |
| F14.20  Cocaine dependence | F12.20  Cannabis dependence |

---

### Medications Prescribed

Trazadone,

---

### Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

---

**Int Comment:**
    MALE
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My si-
acknowledges that I have read, understood, and agree to the
consent to drug screening and testing as described herein

93688
CLARK,MICHAEL
DOB      1-94      Sex M
Date:06-28-16      13:07

---

Patient Signature                    Date

DOJCGH_00000534678
DOJCGH_0000534678

**Reliance**
Laboratory Testing, LLC

Laboratory Dire...                                          ), SC(ACSP)

81187
GAUTHIER, JEREMY
C:06-28-16 18:43 M          -90
E:07/01/16 19:41       T:07/01,19 41

-121633
93653

| Account: 1054 COASTAL RECOVERY INC | Doctor: MIRR Miranda Raul | NPI:1407895006 |
|---|---|---|
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150 FAX:949-642-3441 | Phone: FAX: | |

### Patient Information

| Refer#: -121633 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:53 |
|---|---|---|
| GAUTHIER, JEREMY | Med.Rec.#: GAJE001944 | Sex: M |
| LONG BEACH CA 90803 | Phone: 860-308-3780 | DOB: -1990 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:21:53 | Age: 25 |

### Insurance Information

Anthem Bluecross
Policy: VXD893M84805    Group:              Relation: Self              Employer:
GAUTHIER, JEREMY
Address:                 LONG BEACH CA 90803
Phone: 860-308-37        Gender: M           DOB:        1990

### Diagnosis

F19.20 Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN                          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA. Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                    Date

93653
GAUTHIER,JEREMY
DOB:      -90    Sex:M
Date:06-28-16  12:43

_____          _____
Physician Signature                  Date

*06-30-2016 12:43 Page: 1*

DOJCGH_00000534679
DOJCGH_0000534679

**Reliance**
Laboratory Testing, LLC

Laboratory Direc

538
Ph

, SC(ACSP)

81189
PRICKETT, AUSTIN
C 05-28-16 18:44 M   -95
E 07/01/16 19:41   T:07/01,19:41

121634
93644

| Account: 1054 COASTAL RECOVERY INC | Doctor: MIRR Miranda Raul | NPI:1407895006 |
|---|---|---|
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150  FAX:949-642-3441 | Phone:   FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -121634 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:54 |
| PRICKETT, AUSTIN | Med.Rec.#: PRAU001836 | Sex: M |
| COSTA MESA CA 92626 | Phone: 334-202-3049 | DOB: ( .1995 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:21:54 | Age: 20 |

### Insurance Information

Blue Cross Blue Shield Of Alabama

| Policy: R58365712 | Group: | Relation: Child | Employer: |
|---|---|---|---|
| SHIELDS, JASON | | | |
| Address: | DEATSVILLE AL 36022 | | |
| Phone: | Gender: M | DOB:   1970 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein


_____          _____
Patient Signature                 Date

93644
PRICKETT, AUSTIN   Sex:M
DOB:   -95        12:40
Date:06-28-16

_____          _____
Physician Signature               Date

*06-30-2016 12:39 Page: 1*

DOJCGH_00000534680
DOJCGH_0000534680

**Reliance**
Laboratory Testing, LLC

Laboratory Di

81190
THRASHER,DIANA
C:06-29-16 18:44 F
E:07/01/16 19:42     T:07/01,19:42   94

C), SC(ACSP)

-123615

93675

| | |
|---|---|
| Account: 1062 A FOREVER RECOVERY D<br>163 NORTH AVE<br>BATTLE CREEK MI 49017<br>Phone:  FAX:269-964-7932 | Doctor:   1437398831 JANAS ANTHONY NPI:1437398831<br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123615<br>THRASHER, DIANA | Type: ACCOUNT<br>Med.Rec.#: 651131 | Date: 06-29-2016 Time: 11:00<br>Sex: F |
| OKLAHOMA CITY OK 73115 | Phone: | DOB:    -1994 |
| Chart: 56029 | | |
| SS: . . . . . . . . . | | Age: 21 |
| Fasting: N    Stat: N | Collected: 06-29-2016  Time:10:55 | |

### Insurance Information

| | | | |
|---|---|---|---|
| BCBS<br>Policy: YUQ927898261 | Group: OS1602 | Relation: Self | Employer: |
| Address: | OKLAHOMA CITY OK 73115 | | |
| Phone: | Gender: | DOB:      1994 | |

### Diagnosis

| | |
|---|---|
| F12.10  Cannabis abuse | F15.20  Other stimulant dependence |

### Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____
Patient Signature                         Date

_____
Physician Signature                       Date

93675
THRASHER,DIANA
DOB:  -  -94      Sex:F
Date:06-29-16    12:58

*06-30-2016 12:58 Page: 1*

DOJCGH_00000534681
DOJCGH_0000534681

**Reliance**
Laboratory Testing, LLC

5387 |
Pho
Laboratory Director
Me

81191
SOUCIE,TERRY
C:06-28-16 18:45 M
E:07/01/16 19:42

.61
T:07/01,19:42

iC(ACSP)

-121623-

93054

| | | |
|---|---|---|
| **Account:** 1054 COASTAL RECOVERY INC | Doctor:   MIRR Miranda Raul | NPI:1407895006 |
| 1651 PLACENTIA AVE SUITE F | | |
| COSTA MESA CA 92627 | | |
| Phone:949-642-4150  FAX:949-642-3441 | Phone:   FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: -121623 | Type: ACCOUNT | Date: 06-26-2016 Time: 00:31 |
| SOUCIE, TERRY | Med.Rec.#: SOTE001786 | Sex: M |
| COSTA MESA CA 92627 | Phone: 4082060219 | DOB:     -1961 |
| Fasting: N     Stat: N | Collected: 06-28-2016  Time:21:31 | Age: 54 |

### Insurance Information

anthem bluecross
Policy: VXD264M83950     Group:          Relation: Self          Employer:
SOUCIE, TERRY
Address: _____ : COSTA MESA CA 92627
Phone: 4082060219     Gender: M          DOB:     -1961

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                 Date

93654
SOUCIE,TERRY
DOB:     -61     Sex:M
Date:06-28-16   12:44

_____          _____
Physician Signature               Date

*06-30-2016 12:44 Page: 1*

DOJCGH_00000534682
DOJCGH_0000534682

# Reliance Laboratory Testing

**Reliance**
Laboratory Testing, LLC

Laboratory Di...

81193
SUTTON, JONATHAN
C:06-28-16 18:45 M
E:07/01/16 19:43   T:07/01/19 43   -81

-123482
93078

), SC(ACSP)

| | |
|---|---|
| Account: 1071 SEA CHANGE SANTA MC | JLLINS RODNEY    NPI:1700879061 |
| 1831 WILSHIRE BLVD #C | |
| SANTA MONICA CA 90403 | |
| Phone:888-823-3310  FAX:323-843-9800 | Phone:   FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: -123482 | Type: ACCOUNT | Date: 06-29-2016 Time: 09:12 |
| SUTTON, JONATHAN | Med.Rec.#: SUJO001790 | Sex: M |
| SANTA BARBARA CA 93120 | Phone: | DOB:    -1981 |
| SS: | | Age: 35 |
| Fasting: N | Stat: N | Collected: 06-28-2016 Time:18:12 |

## Insurance Information

ANTHEM BCBS OF CA
Policy: VXB392A68364     Group:          Relation: Self          Employer:
SUTTON, JONATHAN
Address:          SANTA BARBARA CA 93120
Phone:          Gender: M          DOB:     1981

## Diagnosis

| | |
|---|---|
| F11.20  Opioid dependence | F15.20  Other stimulant dependence |

## Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were easblished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                Date

_____          _____
Physician Signature              Date

93678
SUTTON, JONATHAN
DOB:(   -81   Sex:M
Date:06-28-16  13:01

Ordered by:RODNEY COLLINS

*06-30-2016 13:01 Page: 1*

DOJCGH_00000534683
DOJCGH_0000534683

**Reliance**
Laboratory Testing, LLC

R
5387
Phc
Laboratory Direct
M

81195
DAVIS,LAUREN
C:06-29-16 18:46 F
E:07/01/16 19:44    -91
T:07/01,19:44

SC(ACSP)

-123473

93673

| Account: 1062 A FOREVER RECOVERY D | Doctor: 1437398831 JANAS ANTHONY NPI:1437398831 |
|---|---|
| 163 NORTH AVE | |
| BATTLE CREEK MI 49017 | |
| Phone: FAX:269-964-7932 | Phone: FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123473 | Type: ACCOUNT | Date: 06-29-2016 Time: 08:30 |
| DAVIS, LAUREN | Med.Rec.#: 652963 | Sex: F |
| GREENFIELD IN 46140 | Phone: | DOB: ·1991 |
| Chart: 55981 | | |
| SS: | | Age: 25 |
| Fasting: N | Stat: N | Collected: 06-29-2016 Time:08:14 |

### Insurance Information

ANTHEM BCBS
| Policy: CJX881M56055 | Group: 00111619 | Relation: Self | Employer: |
|---|---|---|---|
| MICHAEL DAVIS, | | | |
| Address: _____ GREENFIELD IN 46140 | | | |
| Phone: | Gender: | DOB: ·1969 | |

### Diagnosis

F10.20 Alcohol dependence

### Test Ordered

| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |
|---|---|

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA. Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above. This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                    Dat

93673
DAVIS,LAUREN
DOB:    -91    Sex:F
Date:06-29-16  12:56

_____          _____
Physician Signature                  Date

*06-30-2016 12:56 Page: 1*

DOJCGH_00000534684
DOJCGH_0000534684

# Reliance Lab Testing

**Reliance** Laboratory Testing, LLC

5387 NOB HILL ROAD

Laboratory Dire

), SC(ACSP)

-123632

81197
KEISTER, CATHERINE
C:06-29-16 18:47 F
E:07/01/16 19:45
T:07/01/19:45

Account: 1049 WE CARE LLC
2525 W. WOODLAND
ANAHEIM CA 92801
Phone:714-821-1064 FAX:714-252-0173

Phone:   FAX:

a Michael        NPI:1144311044

| Patient Information | | |
|---|---|---|
| Refer#: -123632 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:09 |
| KEISTER, CATHERINE | Med.Rec.#: KECA001988 | Sex: F |
| IRVINE CA 92623 | Phone: | DOB:        1990 |
| Fasting: N       Stat: N | Collected: 06-29-2016 Time:08:08 | Age: 26 |

| Insurance Information | | | |
|---|---|---|---|
| Anthem BC OFCA | | | |
| Policy: JQN724M85060 | Group: 1X5Q00 | Relation: Self | Employer: |
| KEISTER, CATHERINE | | | |
| Address:       IRVINE CA 92623 | | | |
| Phone: | Gender: F | DOB:       '-1990 | |

| Diagnosis |
|---|
| F19.20  Other psychoactive substance d |

| Medications Prescribed |
|---|
| Strattera, |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein


_____        _____
Patient Signature                 Date

93666
KEISTER, CATHERINE
DOB:        -90    Sex:F
Date:06-29-16  12:51

_____        _____
Physician Signature               Date

*06-30-2016 12:51 Page: 1*

DOJCGH_00000534685
DOJCGH_0000534685

# Reliance Lab Testing

Reliance
Laboratory Testing, LLC

5387 ___ ROAD SUNRISE FL 33351

Laboratory Direc

SC(ACSP)

81199
COLLIEN KEVIN
C:06-29-16 18:49 M
E:07/01/16 19:45
T:07/01,19:45     -80

---

**Account:** 1062 A FOREVER RECOVERY D
163 NORTH AVE
BATTLE CREEK MI 49017
Phone:  FAX:269-964-7932

JANAS ANTHONY NPI:1437398831

Phone:    FAX:

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -123681 | Type: ACCOUNT | Date: 06-29-2016 Time: 11:30 |
| COLLIEN, KEVIN | Med.Rec.#: 648826 | Sex: M |
| FOND DU LAC WI 54935 | Phone: 9209042776 | DOB: __ __ 1980 |
| Chart: 56065 | | |
| SS: | | Age: 35 |
| Fasting: N | Stat: N | Collected: 06-29-2016 Time:11:12 |

### Insurance Information

ANTHEM BCBS
Policy: WZLR36465555        Group: 000WZL834        Relation: Self        Employer:
,
Address:                    . FOND DU LAC WI 54935
Phone:              Gender:                    DOB:        -1980

### Diagnosis

F11.20  Opioid dependence                    F14.20  Cocaine dependence

### Test Ordered

CH_FSCR FULL SCREEN                    UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance
specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

---

Patient Signature                    Date

93669
COLLIEN KEVIN     Sex:M
DOB: __-__-80     12:54
Date:06-29-16

---

Physician Signature                    Date

*06-30-2016 12:54 Page: 1*

DOJCGH_00000534686
DOJCGH_0000534686

**Reliance**
Laboratory Testing, LLC

Laboratory I

81201
SMALE, NICHOLAS
C:06-29-16 18:48 M
E:07/01/16 19:46

94
T:07/01.19:46

351
32
CC), SC(ACSP)

-123534

93672

| | |
|---|---|
| Account: 1062 A FOREVER RECOVERY D<br>163 NORTH AVE<br>BATTLE CREEK MI 49017<br>Phone:  FAX:269-964-7932 | Doctor:    ...: ...8831 JANAS ANTHONY NPI:1437398831<br><br><br>Phone:   FAX: |

### Patient Information

| | | |
|---|---|---|
| Refer#: -123534<br>SMALE, NICHOLAS | Type: ACCOUNT<br>Med.Rec.#: 653097 | Date: 06-29-2016 Time: 10:31<br>Sex: M |
| POTTSTOWN PA 19464 | Phone: 4843008697 | DOB:      -1994 |
| Chart: 56023 | | |
| SS: . | | Age: 21 |
| Fasting: N | Stat: N | Collected: 06-29-2016  Time:10:23 |

### Insurance Information

| | | | |
|---|---|---|---|
| BCBS | | | |
| Policy: ZAR104632894001 | Group: 02522475 | Relation: Self | Employer: |
| JODI WELLER, | | | |
| Address: | POTTSTOWN PA 19464 | | |
| Phone: | Gender: | DOB:      -1969 | |

### Diagnosis

F11.20  Opioid dependence

### Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | UA2 UA 24 Panel screen |

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
These assays have not been cleared or approved by the FDA.  Assays performance specifications were esablished by this testing laboratory
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature                          Date

_____          _____
Physician Signature                        Date

93672
SMALE, NICHOLAS  Sex:M
DOB: - - -94      12:55
Date:06-29-16

*06-30-2016 12:55 Page: 1*

DOJCGH_00000534687
DOJCGH_0000534687