# DAILY INTAKE LOG

DATE: 5-2-16

FROM: Reliance

# SPECIMENS: 72   5-2-16   MM

SCANNED:

ENTERED:

1

DOJCGH_00000319369
DOJCGH_0000319369



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63334

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor:   1982647434 WANG EMMA        NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91043
ARROWSMITH, LORI
                SOUTH BEND IN 46628
Chart: 34287

Type: ACCOUNT
Med.Rec.#: 572817
Phone:

Date: 04-26-2016 Time: 22:20
Sex: F
DOB:        1961

                SS:
Fasting: N        Stat: N

Collected: 04-27-2016  Time:08:37

Age: 54

## Insurance Information

BCBS of Illinois
Policy: U03231682        Group: 33944        Relation: Self        Employer:

Address:        SOUTH BEND IN 46628
Phone:        Gender:        DOB:        1961

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

CH_FSCR FULL SCREEN        UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature        Date

_____        _____
Physician Signature        Date

Ordered by:EMMA WANG

DOJCGH_00000319370
DOJCGH_0000319370



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



91064  63335

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:  1982647434 WANG EMMA     NPI:1982647434

Phone:  FAX:

## Patient Information

Refer#: -91061
RUNNION, DAN

WEST PALM BEACH FL 33417

Chart: 34347

Type: ACCOUNT
Med.Rec.#: 557618
Phone: 5612361358

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:       1962

SS:

Fasting: N

Stat: N

Collected: 04-27-2016  Time:08:53

Age: 53

## Insurance Information

ANTHEM BCBS
Policy: RNGAN6829096     Group: 006000505     Relation: Self     Employer:

Address:          WEST PALM BEACH FL 33417
Phone:        Gender:          DOB:     1962

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

CH_FSCR FULL SCREEN          UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

Patient Signature                                 Date

Physician Signature                               Date

Ordered by:EMMA WANG

04-28-2016 10:35 Page: 1

DOJCGH_00000319371
DOJCGH_0000319371



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351

Phone:855.725.8378 FAX: 954.741.0832

Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)

Medical Director: Dr. Corine Munnings



-90870

63730

## Client Information

Account: 1072 WESTWIND (NORMANDIE)
910 N NORMANDIE AVE
LOS ANGELES CA 90029

Phone: FAX:

Doctor: PETR Peterson Ryan

NPI:1669613816

Phone: FAX:

## Patient Information

Refer#: -90870-
DOWNING, MICHAEL

VALLEY VILLAGE CA 91607

Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: DOMI001786
Phone:
Collected: 04-26-2016 Time:12:26

Date: 04-26-2016 Time: 15:27
Sex: M
DOB:          -1966
Age: 49

## Insurance Information

CIGNA- GREAT WEST
Policy: 102597967          Group: 0080600          Relation: Self          Employer:
DOWNING, MICHAEL
Address:                    VALLEY VILLAGE CA 91607
Phone:                     Gender: M          DOB: . . . . .-1966

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____

Patient Signature                         Date

_____          _____

Physician Signature                       Date

DOJCGH_00000319372
DOJCGH_0000319372



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63343

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor:   1982647434 WANG EMMA        NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91060
WEAVER, JUSTIN

Chart: 34371

FISHERS IN 46037

SS:

Fasting: N                    Stat: N

Type: ACCOUNT
Med.Rec.#: 541269
Phone: 3179357682

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:        -1990

Collected: 04-27-2016  Time:08:59

Age: 25

## Insurance Information

BCBS of Illinois
Policy:                    Group:                    Relation: Self                    Employer:

Address: SAME
Phone:                    Gender:                    DOB:        -1969

## Diagnosis

F11.20  Opioid dependence

F12.20  Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN

UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____

Patient Signature                    Date

_____

Physician Signature                    Date

Ordered by:EMMA WANG

DOJCGH_00000319373
DOJCGH_0000319373



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



91062  63339

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: 91062
SALSGIVER, LAKEN
VANCEBURG KY 41179
Chart: 34350
SS:
Fasting: N      Stat: N

Type: ACCOUNT
Med.Rec.#: 555535
Phone: 6065415906

Date: 04-26-2016 Time: 22:20
Sex: F
DOB:      -1993

Collected: 04-27-2016 Time:08:53

Age: 22

## Insurance Information

BCBS of Illinois
Policy: 511876489829      Group: 233252201
ROBERT SALSGIVER,
Address:            VANCEBURG KY 41179
Phone:            Gender:            DOB:      -1969

Relation: Self            Employer:

## Diagnosis

F11.20  Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN            UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein


Patient Signature

Date


Physician Signature

Date


Ordered by:EMMA WANG

04-28-2016 10:36 Page: 1

DOJCGH_00000319374
DOJCGH_0000319374



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



90869  63738

## Client Information

Account: 1072 WESTWIND (NORMANDIE)          Doctor:  PETR Peterson Ryan          NPI:1669613816
910 N NORMANDIE AVE
LOS ANGELES CA 90029
Phone:  FAX:                                          Phone:  FAX:

## Patient Information

Refer#: -90869                          Type: ACCOUNT                    Date: 04-26-2016 Time: 15:25
BROWN, JAMES                            Med.Rec.#: BRJA001786            Sex: M
                LOS ANGELES CA 90029    Phone:                           DOB:        -1989
Fasting: N          Stat: N            Collected: 04-26-2016 Time:12:25  Age: 26

## Insurance Information

Blue shield of California
Policy: XEK904994866          Group: X0001000          Relation: Self          Employer:
BROWN, JAMES
Address:                    : LOS ANGELES CA 90029
Phone:          Gender: M          DOB:          1989

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein


_____          _____
Patient Signature                        Date


_____          _____
Physician Signature                      Date



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63737

---

## Client Information

Account: 1072 WESTWIND (NORMANDIE)
910 N NORMANDIE AVE
LOS ANGELES CA 90029
Phone:  FAX:

Doctor:  PETR Peterson Ryan

NPI:1669613816

Phone:  FAX:

---

## Patient Information

Refer#: 90875
STEELY, ASHLEY
VILLA RICA GA 30180
SS:

Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: STAS001786
Phone: 2057041477

Date: 04-26-2016 Time: 15:34
Sex: M
DOB:          -1990
Age: 26

Collected: 04-26-2016  Time:12:33

---

## Insurance Information

UNITED HEALTHCARE
Policy: KPQ82009121          Group: P20171          Relation: Child          Employer:
STEELY, ASHLEY
Address:                    VILLA RICA GA 30180
Phone:                      Gender: F          DOB:     -1990

---

## Diagnosis

F19.20  Other psychoactive substance d

---

## Medications Prescribed

NONE PRESCRIBED,

---

## Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

---

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____
Patient Signature                              Date

DOJCGH_00000319376
DOJCGH_0000319376



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63338

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: 91056
HELM, ALEX
　　　　　NATICK MA 01760
Chart: 34326

SS:
Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: 548059
Phone:

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:   -1987

Collected: 04-27-2016 Time:08:49

Age: 28

## Insurance Information

UHC
Policy: 872100110          Group:

Relation: Self               Employer:

Address:          NATICK MA 01760
Phone:          Gender:          DOB:   1987

## Diagnosis

F11.20  Opioid dependence          F12.20  Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN          UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

Ordered by:EMMA WANG

04-28-2016 10:36 Page: 1

DOJCGH_00000319377
DOJCGH_0000319377



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351

Phone:855.725.8378 FAX: 954.741.0832

Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)

Medical Director: Dr. Corine Munnings



| Client Information | | |
|---|---|---|
| Account: 1063 WESTWIND RECOVERY (L | Doctor:   PETR Peterson Ryan | NPI:1669613816 |
| 1254 LODI PLACE | | |
| LOS ANGELES CA 90038 | | |
| Phone:800-223-5759   FAX:323-380-7420 | Phone:   FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: 91081 | Type: ACCOUNT | Date: 04-26-2016 Time: 23:46 |
| HALL, ADAM | Med.Rec.#: HAAD001719 | Sex: M |
| LANCASTER CA 93534 | Phone: 323-606-2084 | DOB:      -1990 |
| Fasting: N        Stat: N | Collected: 04-26-2016 Time:20:45 | Age: 26 |

### Insurance Information

Healthnet ppo
Policy: R10751675          Group:                    Relation: Self              Employer:
HALL, ADAM
Address:              . LANCASTER CA 93534
Phone: 323-606-20        Gender: M              DOB:        1990

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN                          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____

Patient Signature                                   Date

_____                    _____

Physician Signature                                 Date

Ordered by:Ryan Peterson

*04-28-2016 13:38 Page: 1*

DOJCGH_00000319378
DOJCGH_0000319378

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63712

| Client Information | |
|---|---|
| Account: 1021 BEACHES RECOVERY SER<br>1909 BEACH BLVD. SUITE #202<br>JACKSONVILLE FL 32250<br>Phone:  FAX: | Doctor:   DEMA DECARVALHO MARCUS NPI:1427213727<br><br>Phone:  FAX: |

## Patient Information

| | | |
|---|---|---|
| Refer#: 63712<br>BARTON, JOSHUA | <br>NASHVILLE TN 47448<br>SS: | Type: ACCOUNT<br>Med.Rec.#: 2016-62<br>Phone: 8125852739 | Date: 04-28-2016 Time: 14:13<br>Sex: M<br>DOB:        1977<br>Age: 38 |
| Fasting: N | Stat: N | Collected: 04-27-2016 Time:09:23 | |

## Insurance Information

BCBS of Massachusetts
Policy: BSC981005639          Group: 008038601          Relation: Self          Employer:
BARTON , CHRISTIE
Address:
Phone:                          Gender: M                      DOB:      -1978

## Diagnosis

F11.20 Opioid dependence                    F10.20  Alcohol dependence
F14.20 Cocaine dependence                   F31.73  Bipolar disorder

## Medications Prescribed

Clonidine, Herbal Cranberry, Inderal Propranolol, Lioresal Baclofen, Oleptro Trazodone, Oral Fluid Drug Screen,
Seroquel Quetiapine Fumarate, Tums Calcium Carbonate,

## Test Ordered

CH_FSCR FULL SCREEN                         FSCR FULL SCREEN

**Req Comment:**
```
   STATEMENT OF MEDICAL NECESSITY: 38 YEAR OLD MALE CLIENT PRESENTING WITH F11.20
   OPIOID USE DISORDER,  SEVERE, F10.20 ALCOHOL USE DISORDER,  SEVERE, F14.20
   COCAINE USE DISORDER, AND  MODERATE. CLIENT INDICATES THAT HE HAS BEEN
   ABSTINENT FOR 6 DAYS. PRESCRIBED MEDICATIONS ARE OLEPTRO TRAZODONE, PROPANOLOL,
   LAMICTAL, BUSPAR BUSPIRONE, AND SEROQUEL QUETIAPINE FUMARATE.    URINE DRUG
   TESTING IS MEDICALLY NECESSARY FOR DIAGNOSTIC, CLINICAL, AND THERAPEUTIC
   PURPOSES, TO DETECT THE USE OF PRESCRIPT
```
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

DOJCGH_00000319379
DOJCGH_0000319379



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63634

| Client Information | | |
|---|---|---|
| Account: 1063 WESTWIND RECOVERY (L | Doctor:  PETR Peterson Ryan | NPI:1669613816 |
| 1254 LODI PLACE | | |
| LOS ANGELES CA 90038 | | |
| Phone:800-223-5759  FAX:323-380-7420 | Phone:   FAX: | |

### Patient Information

| | | |
|---|---|---|
| Refer#: 01080 | Type: ACCOUNT | Date: 04-26-2016 Time: 23:44 |
| LEONARD, SCOTT | Med.Rec.#: LESC001776 | Sex: M |
| LOS ANGELES CA 90038 | Phone: 516-319-3554 | DOB:    -1995 |
| SS: | | Age: 20 |
| Fasting: N | Stat: N | Collected: 04-26-2016 Time:20:44 |

### Insurance Information

UNITED HEALTHCARE OXFORD

| | | | |
|---|---|---|---|
| Policy: 616588704 | Group: HH00501 | Relation: Self | Employer: |
| LEONARD, SCOTT | | | |
| Address: | LOS ANGELES CA 90038 | | |
| Phone: 516-319-35 | Gender: M | DOB:    1995 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

| | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____

Patient Signature                    Date


_____          _____

Physician Signature                  Date

*04-28-2016 13:39 Page: 1*

DOJCGH_00000319380
DOJCGH_0000319380




# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

63637

## Client Information

Account: 1063 WESTWIND RECOVERY (L
1254 LODI PLACE
LOS ANGELES CA 90038
Phone:800-223-5759  FAX:323-380-7420

Doctor:  PETR Peterson Ryan           NPI:1669613816

Phone:  FAX:

## Patient Information

Refer#: -91073
HUNTER, SEAN
LOS ANGELES CA 90038
Fasting: N          Stat: N

Type: ACCOUNT            Date: 04-26-2016 Time: 23:09
Med.Rec.#: HUSE001743      Sex: M
Phone: 909-215-7073         DOB:   -1982
Collected: 04-26-2016 Time:20:09   Age: 33

## Insurance Information

Health Net PPO
Policy: R10650081          Group: 97702A          Relation: Self          Employer:
HUNTER, SEAN
Address:           LOS ANGELES CA 90038
Phone: 909-215-70      Gender: M          DOB:      -1982

## Diagnosis

F19.20 Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                FSCR FULL SCREEN

```
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein
```

```
_____          _____
Patient Signature                        Date



_____          _____
Physician Signature                      Date
```

Ordered by:Ryan Peterson

*04-28-2016 13:40 Page: 1*

DOJCGH_00000319381
DOJCGH_0000319381



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351

Phone:855.725.8378 FAX: 954.741.0832

Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)

Medical Director: Dr. Corine Munnings



| Client Information | | |
|---|---|---|
| Account: 1026 TARAVAL HOUSE | Doctor:  CEBL Cervantes Blanca | NPI:1003134263 |
| 2475 23RD AVENUE | | |
| SAN FRANCISCO CA 94116 | | |
| Phone:  FAX: | Phone:  FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: 91099 | Type: ACCOUNT | Date: 04-27-2016 Time: 02:25 |
| ANDERECK, KIRSTEN | Med.Rec.#: ANKI001833 | Sex: F |
| SAN FRANCISCO CA 94116 | Phone: | DOB:  -1985 |
| SS: | | Age: 30 |
| Fasting: N | Stat: N | Collected: 04-26-2016 Time:23:24 |

| Insurance Information | | | |
|---|---|---|---|
| BCBS FL | | | |
| Policy: X0001000 | Group: | Relation: Self | Employer: |
| ANDERECK, KIRSTEN | | | |
| Address: | SAN FRANCISCO CA 94116 | | |
| Phone: | Gender: F | DOB:  -1985 | |

| Diagnosis |
|---|
| 3049  UNSPECIFIED DRUG DEPENDENCE |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

Samples: URINE

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____

Patient Signature                              Date

_____                    _____

Physician Signature                            Date

Ordered by:Blanca Cervantes

*04-28-2016 14:04 Page: 1*

DOJCGH_00000319382
DOJCGH_0000319382



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63642

| Client Information | | |
|---|---|---|
| Account: 1063 WESTWIND RECOVERY (L | Doctor:  PETR Peterson Ryan | NPI:1669613816 |
| 1254 LODI PLACE | | |
| LOS ANGELES CA 90038 | | |
| Phone:800-223-5759   FAX:323-380-7420 | Phone:  FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: 91083 | Type: ACCOUNT | Date: 04-27-2016 Time: 00:33 |
| GRAYSON, PAULO | Med.Rec.#: GRPA001823 | Sex: M |
| LOS ANGELES CA 90038 | Phone: 310-892-0535 | DOB:          1985 |
| Fasting: N          Stat: N | Collected: 04-26-2016 Time:21:33 | Age: 30 |

| Insurance Information | | |
|---|---|---|
| Blue shield of California | | |
| Policy: XEK904724079          Group: X0001000 | Relation: Self | Employer: |
| GRAYSON, PAULO | | |
| Address:          LOS ANGELES CA 90038 | | |
| Phone: 310-892-05          Gender: M | DOB:          1985 | |

| Diagnosis |
|---|
| F19.20  Other psychoactive substance d |

| Medications Prescribed |
|---|
| NONE PRESCRIBED, |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                          Date

_____          _____
Physician Signature                       Date

*04-28-2016 13:42 Page: 1*                                          Ordered by:Ryan Peterson

DOJCGH_00000319383
DOJCGH_0000319383



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



15

00867   63743

| Client Information | | |
|---|---|---|
| Account: 1072 WESTWIND (NORMANDIE)<br>910 N NORMANDIE AVE<br>LOS ANGELES CA 90029<br>Phone:  FAX: | Doctor:  PETR Peterson Ryan<br><br>Phone:  FAX: | NPI:1669613816 |

### Patient Information

Refer#: 00867
BOYLE-DAHL, MATTHEW
       LOS ANGELES CA 90029
Fasting: N      Stat: N

Type: ACCOUNT      Date: 04-26-2016 Time: 15:23
Med.Rec.#: BOMA001866      Sex: M
Phone:      DOB:  ·1986
Collected: 04-26-2016 Time:12:22      Age: 29

### Insurance Information

Blue shield of California
Policy: XEN900205199    Group: X0001000      Relation: Self      Employer:
BOYLE-DAHL, MATTHEW
Address:      : LOS ANGELES CA 90029
Phone:      Gender: M      DOB:    1986

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN         FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature           Date

_____        _____
Physician Signature        Date

DOJCGH_00000319384
DOJCGH_0000319384



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



## Client Information

Account: 1072 WESTWIND (NORMANDIE)
910 N NORMANDIE AVE
LOS ANGELES CA 90029
Phone: FAX:

Doctor: PETR Peterson Ryan          NPI:1669613816

Phone: FAX:

## Patient Information

Refer#: -90877
DELALOZA, NELSON
ALTADENA CA 91001
Fasting: N          Stat: N

Type: ACCOUNT          Date: 04-26-2016 Time: 15:35
Med.Rec.#: DENE001786          Sex: M
Phone: 6262720207          DOB:      -1987
Collected: 04-26-2016 Time:12:35          Age: 28

## Insurance Information

anthem bluecross
Policy: XDP391A78830          Group: 1156SD          Relation: Self          Employer:
DELALOZA, NELSON
Address:          ALTADENA CA 91001
Phone: 6262720207          Gender: M          DOB:      -1987

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____          _____
Patient Signature          Date

_____          _____
Physician Signature          Date

DOJCGH_00000319385
DOJCGH_0000319385



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63631

| Client Information | | |
|---|---|---|
| Account: 1063 WESTWIND RECOVERY (L<br>1254 LODI PLACE<br>LOS ANGELES CA 90038<br>Phone:800-223-5759   FAX:323-380-7420 | Doctor:   PETR Peterson Ryan<br><br>Phone:   FAX: | NPI:1669613816 |

| Patient Information | | |
|---|---|---|
| Refer#:  -91078<br>GRAND, ROSS<br>            WESTFORD MA 01886<br>Fasting: N            Stat: N | Type: ACCOUNT<br>Med.Rec.#: GRRO001768<br>Phone: 978-888-8945<br>Collected: 04-26-2016  Time:20:41 | Date: 04-26-2016 Time: 23:42<br>Sex: M<br>DOB:       1991<br>Age: 25 |

| Insurance Information | | |
|---|---|---|
| CIGNA<br>Policy: U5045190701            Group: 3332095<br>GRAND, CARLA<br>Address:            WESTFORD MA 01886<br>Phone: 978-888-89            Gender: F | Relation: Other<br><br><br>DOB:      1959 | Employer: |

| Diagnosis |
|---|
| F19.20  Other psychoactive substance d |

| Medications Prescribed |
|---|
| NONE PRESCRIBED, |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____            _____
Patient Signature            Date

_____            _____
Physician Signature            Date

Ordered by:Ryan Peterson

*04-28-2016 13:37 Page: 1*

DOJCGH_00000319386
DOJCGH_0000319386

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings


-91055  63323

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:  1982647434 WANG EMMA       NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91055
GILL, VICTOR

Chart: 34323

HENDERSON NC 27537

SS:

Fasting: N                Stat: N

Type: ACCOUNT
Med.Rec.#: 547470
Phone: 9196727298

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:      -1990

Collected: 04-27-2016  Time:08:48

Age: 25

## Insurance Information

BCBS of Illinois
Policy: W212153807          Group: 070099205400001     Relation: Self            Employer:
ALMICE FOLY-GILL,
Address:                    HENDERSON NC 27537
Phone:              Gender:              DOB:      -1969

## Diagnosis

F10.20  Alcohol dependence              F12.20  Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN              UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

Ordered by:EMMA WANG

DOJCGH_00000319387
DOJCGH_0000319387



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63345

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91058
KIBE, PIUS

COLUMBUS OH 43229

Chart: 34332

SS:

Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: 557793
Phone:

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:      -1993

Age: 22

Collected: 04-27-2016  Time:08:50

## Insurance Information

UHC
Policy: 924933776          Group: 0741964
JESSICA KIBE,
Address:          COLUMBUS OH 43229
Phone:          Gender:          DOB:      1987

Relation: Self          Employer:

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

CH_FSCR FULL SCREEN          UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

Patient Signature                          Date

Physician Signature                          Date

Ordered by:EMMA WANG

*04-28-2016 10:39 Page: 1*

DOJCGH_00000319388
DOJCGH_0000319388



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63344

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor: 1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91003
SHAW, VICTORIA
WEATHERFORD TX 76087
Chart: 34353
SS
Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: 553064
Phone:

Date: 04-26-2016 Time: 22:20
Sex: F
DOB:       -1995

Collected: 04-27-2016  Time:08:54

Age: 20

## Insurance Information

UHC
Policy: 957124508        Group: 182569
EARL T RHODES,
Address:          BEAR DE 19701
Phone:          Gender:

Relation: Self          Employer:

DOB:      -1969

## Diagnosis

F13.20  Sedative              F11.20  Opioid dependence
F12.20  Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN              UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature                    _____
                                     Date

_____
Physician Signature                  _____
                                     Date

04-28-2016 10:39 Page: 1          Ordered by:EMMA WANG

DOJCGH_00000319389
DOJCGH_0000319389

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



21
-91048
63333

| Client Information | | |
|---|---|---|
| Account: 1057 CHOICES RECOVERY (LS 3606 EAST JEFFERSON BLVD SOUTH BEND IN 46615 Phone:989-539-5350 FAX:574-217-7776 | Doctor: 1982647434 WANG EMMA Phone: FAX: | NPI:1982647434 |

## Patient Information

| | | |
|---|---|---|
| Refer#: -91048 BURCH, ROBERT SAINT PARIS OH 43072 Chart: 34302 | Type: ACCOUNT Med.Rec.#: 548394 Phone: | Date: 04-26-2016 Time: 22:20 Sex: M DOB: -1974 |
| Fasting: N | SS: Stat: N | Collected: 04-27-2016 Time:08:41 | Age: 42 |

## Insurance Information

BCBS of Illinois
Policy: 500055025165        Group: 476172200        Relation: Self        Employer:

Address:        SAINT PARIS OH 43072
Phone:        Gender:        DOB:        -1974

## Diagnosis

F11.20  Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN        UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or disclosure of this information is subject to penalty under applicable law If you received this information in error, you must notify the sender at once and return the information

I hereby consent and agree to give specimen of my urine to the facility designated by my doctor as described above.  This specimen shall be used to detect the presence of drugs and / or alcohol in my biological system. My signature below acknowledges that I have read, understood, and agree to the content in this consent to drug screening and testing as described herein

Patient Signature        Date

Physician Signature        Date

Ordered by:EMMA WANG

04-28-2016 10:34 Page: 1

DOJCGH_00000319390
DOJCGH_0000319390

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



91047

63325

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:  1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91047
BRINKLEY, WILLIAM
ROLLA MO 65401
Chart: 34299

SS:
Fasting: N            Stat: N

Type: ACCOUNT
Med.Rec.#: 552823
Phone: 5732289487

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:   -1981

Collected: 04-27-2016 Time:08:41

Age: 34

## Insurance Information

UHC
Policy: 933309729       Group: 0713416      Relation: Self       Employer:
,
Address: '              ROLLA MO 65401
Phone:                  Gender:             DOB:    -1981

UHC
Policy: 933309729       Group:              Relation: Self       Employer:
,
Address:                ROLLA MO 65401
Phone:                  Gender:             DOB:    -1981

## Diagnosis

F11.20  Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN                UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____
Patient Signature                          Date

*04-28-2016 10:29 Page: 1*

DOJCGH_00000319391
DOJCGH_0000319391

# Reliance Laboratory Testing

**Reliance** Laboratory Testing, LLC

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



---

### Client Information

| | |
|---|---|
| Account: 1073 WESTWIND (SYCAMORE) | Doctor:  PETR Peterson Ryan          NPI:1669613816 |
| 313 S SYCAMORE AVE | |
| LOS ANGELES CA 90036 | |
| Phone:818-599-4230  FAX: | Phone:   FAX: |

---

### Patient Information

| | | |
|---|---|---|
| Refer#: -90791 | Type: ACCOUNT | Date: 04-26-2016 Time: 13:08 |
| JACQUIN, JEANETTE | Med.Rec.#: JAJE001803 | Sex: F |
| PALATINE IL 60067 | Phone: | DOB:      -1982 |
| Fasting: N         Stat: N | Collected: 04-26-2016 Time:10:07 | Age: 34 |

---

### Insurance Information

| | | | |
|---|---|---|---|
| BCBS of IL | | | |
| Policy: XOQ890492496 | Group: I62008 | Relation: Self | Employer: |
| JACQUIN, JEANETTE | | | |
| Address: | PALATINE IL 60067 | | |
| Phone: | Gender: F | DOB:      -1982 | |

---

### Diagnosis

F19.20  Other psychoactive substance d

---

### Medications Prescribed

NONE PRESCRIBED,

---

### Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

---

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein


_____          _____
Patient Signature                     Date


_____          _____
Physician Signature                   Date


                                          Ordered by:Ryan Peterson
                    *04-28-2016 14:26 Page: 1*

DOJCGH_00000319392
DOJCGH_0000319392

# Reliance Laboratory Testing



5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

63726

| Client Information | | |
|---|---|---|
| Account: 1073 WESTWIND (SYCAMORE) | Doctor: PETR Peterson Ryan | NPI:1669613816 |
| 313 S SYCAMORE AVE | | |
| LOS ANGELES CA 90036 | | |
| Phone:818-599-4230  FAX: | Phone:   FAX: | |

**Patient Information**

| | | |
|---|---|---|
| Refer#: 91251 | Type: ACCOUNT | Date: 04-27-2016 Time: 10:33 |
| MOON, HWA IN | Med.Rec.#: MOHW001864 | Sex: F |
| EVERETT WA 98204 | Phone: | DOB:   ·1985 |
| Fasting: N | Stat: N | Collected: 04-27-2016 Time:07:33 | Age: 31 |

**Insurance Information**

| | | |
|---|---|---|
| PREMERA BLUE CROSS | | |
| Policy: 101670486 | Group: 1100015 | Relation: Self | Employer: |
| MOON, HWA IN | | |
| Address: EVERETT WA 98204 | | |
| Phone: | Gender: F | DOB   ·1985 |

**Diagnosis**

F19.20  Other psychoactive substance d

**Medications Prescribed**

NONE PRESCRIBED,

**Test Ordered**

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                Date

_____          _____
Physician Signature              Date

Ordered by:Ryan Peterson

*04-28-2016 14:25 Page: 1*

DOJCGH_00000319393
DOJCGH_0000319393



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63685

| Client Information | | |
|---|---|---|
| Account: 1027 CRESCENT HEIGHTS HOU | Doctor: CEBL Cervantes Blanca | NPI:1003134263 |
| 428 N CRESCENT HEIGHTS BLVD | | |
| LOS ANGELES CA 90048 | | |
| Phone:800-563-1215  FAX: | Phone:  FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: -90830 | Type: ACCOUNT | Date: 04-26-2016 Time: 13:32 |
| MARKOVSKY, TESS | Med.Rec.#: MATE000087 | Sex: F |
| LOS ANGELES CA 9004 Phone: | | DOB:        -1990 |
| Fasting: N | Stat: N | Collected: 04-26-2016  Time:10:32 | Age: 25 |

| Insurance Information | | | |
|---|---|---|---|
| bcbs of south carolina | | | |
| Policy: ZCS39238482 | Group: | Relation: Other | Employer: |
| MARKOVSKY, BARRY | | | |
| Address: | COLUMBIA SC 29205 | | |
| Phone: | Gender: M | DOB:      -1956 | |

| Diagnosis |
|---|
| 3049  UNSPECIFIED DRUG DEPENDENCE |

| Medications Prescribed |
|---|
| NONE PRESCRIBED, |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____

Patient Signature                             Date


_____                    _____

Physician Signature                           Date

Ordered by:Blanca Cervantes

*04-28-2016 13:59 Page: 1*

DOJCGH_00000319394
DOJCGH_0000319394



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63688

| Client Information | | |
|---|---|---|
| Account: 1026 TARAVAL HOUSE | Doctor:   CEBL Cervantes Blanca | NPI:1003134263 |
| 2475 23RD AVENUE | | |
| SAN FRANCISCO CA 94116 | | |
| Phone:  FAX: | Phone:   FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: -91091 | Type: ACCOUNT | Date: 04-27-2016 Time: 01:55 |
| OWEN, JAMES | Med.Rec.#: OWJA000086 | Sex: M |
| SAN FRANCISCO CA 94116 | Phone: | DOB:      -1982 |
| Fasting: N          Stat: N | Collected: 04-26-2016 Time:22:54 | Age: 33 |

## Insurance Information

Health Net PPO
Policy: R10738793          Group: 97806Q          Relation: Self          Employer:
OWEN, JAMES
Address                    SAN FRANCISCO CA 94116
Phone:                     Gender: M               DOB:      -1982

## Diagnosis

3049  UNSPECIFIED DRUG DEPENDENCE

## Medications Prescribed

NONE PRESCRIBED, Suboxone,

## Test Ordered

FSCR FULL SCREEN

Samples: URINE
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                    Date

_____          _____
Physician Signature                  Date

*04-28-2016 14:00 Page: 1*

DOJCGH_00000319395
DOJCGH_0000319395

# Reliance Laboratory Testing



5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

## Client Information

Account: 1063 WESTWIND RECOVERY (L
1254 LODI PLACE
LOS ANGELES CA 90038
Phone:800-223-5759   FAX:323-380-7420

Doctor:   PETR Peterson Ryan          NPI:1669613816

Phone:   FAX:

## Patient Information

Refer#: 91079
GARRETT, NICHOLAS
           LOS ANGELES CA 90038
Fasting: N              Stat: N

Type: ACCOUNT                Date: 04-26-2016 Time: 23:43
Med.Rec.#: GANI001838            Sex: M
Phone: 503-298-3162            DOB:        -1990
Collected: 04-26-2016 Time:20:42      Age: 25

## Insurance Information

PREMERA BCBS
Policy: INB100400596        Group: 000INB9360001001      Relation: Child            Employer:
GARRETT, DONALD
Address:               BULLHEAD AZ 86439
Phone: 503-298-31        Gender: M              DOB:        -1959

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

Ordered by:Ryan Peterson

*04-28-2016 13:41 Page: 1*



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:   1982647434 WANG EMMA        NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -91045

BERNHARDT, CHRISTIAN `CJ`
     KENOSHA WI 53142
Chart: 34293

Type: ACCOUNT
Med.Rec.#: 548191
Phone:

Date: 04-26-2016 Time: 22:20

Sex: M

DOB:   -1994

SS:
Fasting: N        Stat: N

Collected: 04-27-2016  Time:08:39

Age: 21

## Insurance Information

UHC
Policy: 948181423        Group: 714945
ANNETTE BERNHARDT,
Address:        . KENOSHA WI 53142
Phone:        Gender:        DOB:   -1969

Relation: Self        Employer:

## Diagnosis

F11.20  Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN        UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

Ordered by:EMMA WANG

*04-28-2016 10:38 Page: 1*

DOJCGH_00000319397
DOJCGH_0000319397

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63742

| Client Information | | |
|---|---|---|
| Account: 1072 WESTWIND (NORMANDIE) | Doctor:  PETR Peterson Ryan | NPI:1669613816 |
| 910 N NORMANDIE AVE | | |
| LOS ANGELES CA 90029 | | |
| Phone:  FAX: | Phone:   FAX: | |

## Patient Information

Refer#: -91092
SHEPARD, WESLEY
LAURENCEVILLE GA 30043
Fasting: N       Stat: N

Type: ACCOUNT
Med.Rec.#: SHWE001870
Phone:
Collected: 04-26-2016  Time:22:55

Date: 04-27-2016 Time: 01:55
Sex: M
DOB:        .1991
Age: 25

## Insurance Information

Blue cross blue shield health care plan of ge
Policy: XKT641A64972      Group: A15382       Relation: Self       Employer:
SHEPARD, WESLEY
Address:               LAURENCEVILLE GA 30043
Phone:        Gender: M        DOB:      .1991

## Diagnosis

F19.20  Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature           Date

_____        _____
Physician Signature         Date

DOJCGH_00000319398
DOJCGH_0000319398



# Reliance Laboratory Testing



5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: 00893
JOHNSON, DEON
          CHICAGO IL 60649
Chart: 34242

Type: ACCOUNT
Med.Rec.#: 590658
Phone: 3126900987

Date: 04-26-2016 Time: 16:20
Sex: M
DOB:      -1971

SS:
Fasting: N          Stat: N

Collected: 04-26-2016 Time:16:15

Age: 45

## Insurance Information

BCBS
Policy: CBA000142257      Group: P12709
RUSCHELLE JACKSON,
Address:            CHICAGO IL 60645
Phone:              Gender:          DOB:      -1970

Relation: Self            Employer:

## Diagnosis

F11.20  Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN
UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature                      _____
                                        Date

_____
Physician Signature                    _____
                                        Date

Ordered by:EMMA WANG

04-28-2016 10:38 Page: 1

DOJCGH_00000319399
DOJCGH_0000319399

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



| Client Information | | |
|---|---|---|
| Account: 1065 TAYLOR RECOVERY (TRE<br>5715 LAVENDER ST<br>HOUSTON TX 77026<br>Phone:832-468-4522  FAX:8323285109 | Doctor:  HAUD Hauser Donald<br><br>Phone:   FAX: | NPI:1316990674 |

## Patient Information

| | | |
|---|---|---|
| Refer#: -90934<br>GRAY, ERIC<br><br>HOUSTON TX 77026 | Type: ACCOUNT<br>Med.Rec.#: GRER001762<br>Phone: | Date: 04-26-2016 Time: 17:48<br>Sex: M<br>DOB:      -1987 |
| Fasting: N | Stat: N | Collected: 04-26-2016  Time:16:42 | Age: 28 |

## Insurance Information

BCBS OF TEXAS
Policy: ZGP827900518          Group: 113569          Relation: Self          Employer:
GRAY, ERIC
Address: !                        HOUSTON TX 77026
Phone:                    Gender: M          DOB:       !-1987

## Diagnosis

F19.20  Other psychoactive substance d

## Test Ordered

CH_FSCR FULL SCREEN                    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____

Patient Signature                              Date

_____                    _____

Physician Signature                              Date

Ordered by:Donald Hauser

DOJCGH_00000319400
DOJCGH_0000319400

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63576

| Client Information |
|---|
| Account: 1076 WESTWIND (APPIAN)  Doctor: PETR Peterson Ryan  NPI:1669613816 |
| 8908 APPIAN WAY |
| LOS ANGELES CA 90046 |
| Phone:818-599-4230  FAX:  Phone:  FAX: |

| Patient Information |
|---|
| Refer#: 63576  Type: ACCOUNT  Date: 04-28-2016 Time: 13:00 |
| BRYARS, JOHN  Med.Rec.#: BRJO001797  Sex: M |
| MISSION VIEJO CA 92692  Phone:  DOB:  -1988 |
| SS:  Age: 27 |
| Fasting: N  Stat: N  Collected: 04-26-2016 Time:23:31 |

| Insurance Information |
|---|
| Health Net CA & OR |
| Policy: R10596657MM1  Group: 978FDV  Relation: Self  Employer: |
| BRYARS, JOHN |
| Address:  MISSION VIEJO CA 92692 |
| Phone:  Gender: M  DOB:  1988 |

| Diagnosis |
|---|
| F19.20  Other psychoactive substance d |

| Medications Prescribed |
|---|
| NONE PRESCRIBED, |

| Test Ordered |
|---|
| CH_FSCR FULL SCREEN  FSCR FULL SCREEN |

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____
Patient Signature                              Date

_____                    _____
Physician Signature                            Date

*04-28-2016 16:05 Page: 1*

DOJCGH_00000319401
DOJCGH_0000319401



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63741

| Client Information | | |
|---|---|---|
| Account: 1072 WESTWIND (NORMANDIE) | Doctor:   PETR Peterson Ryan | NPI:1669613816 |
| 910 N NORMANDIE AVE | | |
| LOS ANGELES CA 90029 | | |
| Phone:  FAX: | Phone:   FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: -90862 | Type: ACCOUNT | Date: 04-26-2016 Time: 15:46 |
| MONROE, JACOB | Med.Rec.#: MOJA001850 | Sex: M |
| KINGMAN AZ 86409 | Phone: | DOB:       -1996 |
| SS: | | Age: 19 |
| Fasting: N     Stat: N | Collected: 04-26-2016 Time:12:43 | |

| Insurance Information | | | |
|---|---|---|---|
| Cigna | | | |
| Policy: | Group: | Relation: Mother | Employer: |
| VERNETTI, TAMMY | | | |
| Address: | KINGMAN AZ 86409 | | |
| Phone: | Gender: F | DOB:  -1966 | |

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

NONE PRESCRIBED,

### Test Ordered

CH_FSCR FULL SCREEN                           FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____              _____

Patient Signature                            Date

_____              _____

Physician Signature                          Date



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63332

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:   1982647434 WANG EMMA       NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: 01067
TRIMAKAS, JOHN
               OAK LAWN IL 60453
Chart: 34365
               SS:
Fasting: N      Stat: N

Type: ACCOUNT
Med.Rec.#: 532330
Phone: 7086255329

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:    -1996

Collected: 04-27-2016 Time:08:58

Age: 20

## Insurance Information

UHC
Policy: 901166422       Group: 228733       Relation: Self       Employer:

Address:       OAK LAWN IL 60453
Phone:       Gender:       DOB:    1969

## Diagnosis

F11.20 Opioid dependence

## Test Ordered

CH_FSCR FULL SCREEN       UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

Patient Signature       Date

Physician Signature       Date

Ordered by:EMMA WANG

04-28-2016 10:33 Page: 1

DOJCGH_00000319403
DOJCGH_0000319403



# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



## Client Information

Account: 1072 WESTWIND (NORMANDIE)
910 N NORMANDIE AVE
LOS ANGELES CA 90029
Phone:  FAX:

Doctor:  PETR Peterson Ryan

NPI:1669613816

Phone:  FAX:

## Patient Information

Refer#: 30871
CUADROS, MICHELLE
          MONTEBELLO CA 90406
Fasting: N          Stat: N

Type: ACCOUNT
Med.Rec.#: CUMI001870
Phone:
Collected: 04-26-2016  Time:12:27

Date: 04-26-2016 Time: 15:28
Sex: M
DOB:      -1981
Age: 34

## Insurance Information

CIGNA
Policy: 44438675301          Group: 3333868
CUADROS, MICHELLE
Address:          MONTEBELLO CA 90406
Phone:          Gender: M          DOB:      1981

Relation: Self          Employer:

## Diagnosis

F19.20 Other psychoactive substance d

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63328

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350  FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#:
BARTLETT, BRADLEY
          UTICA KY 42376
Chart: 34290

Type: ACCOUNT
Med.Rec.#: 562769
Phone:

Date: 04-26-2016 Time: 22:20
Sex: M
DOB:     -1984

SS:
Fasting: N            Stat: N

Collected: 04-27-2016 Time:08:39

Age: 32

## Insurance Information

UHC
Policy: 9584177917        Group: 7U8591        Relation: Self        Employer:

Address:              UTICA KY 42376
Phone:               Gender:              DOB:      1984

## Diagnosis

F11.20 Opioid dependence                 F10.20 Alcohol dependence
F12.20 Cannabis dependence

## Test Ordered

CH_FSCR FULL SCREEN                 UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above. This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature

_____
Date

_____
Physician Signature

_____
Date

04-28-2016 10:32 Page: 1              Ordered by:EMMA WANG

DOJCGH_00000319405
DOJCGH_0000319405




# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

**63330**

## Client Information

Account: 1057 CHOICES RECOVERY (LS
3606 EAST JEFFERSON BLVD
SOUTH BEND IN 46615
Phone:989-539-5350   FAX:574-217-7776

Doctor:   1982647434 WANG EMMA      NPI:1982647434

Phone:   FAX:

## Patient Information

Refer#: -
FLORES, RODRIGO
          LOS ANGELES CA 90005
Chart: 34314

Type: ACCOUNT
Med.Rec.#: 562937
Phone:

Date: 04-26-2016 Time: 22:20

Sex: M

SS:

Fasting: N          Stat: N

DOB:   -1982

Collected: 04-27-2016 Time:08:46

Age: 34

## Insurance Information

BCBS of Illinois
Policy: W118933480
RODRIGO FLORES,
Address:        LOS ANGELES CA 90005
Phone:          Gender:

Group: 724679-012-00061     Relation: Self          Employer:

DOB:   -1969

## Diagnosis

F10.20  Alcohol dependence

## Test Ordered

CH_FSCR FULL SCREEN          UA2 UA 24 Panel screen

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____
Patient Signature                    _____
                                     Date

_____
Physician Signature                  _____
                                     Date

Ordered by:EMMA WANG

04-28-2016 10:33 Page: 1

DOJCGH_00000319406
DOJCGH_0000319406



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



| Client Information | | |
|---|---|---|
| Account: 1073 WESTWIND (SYCAMORE) | Doctor: PETR Peterson Ryan | NPI:1669613816 |
| 313 S SYCAMORE AVE | | |
| LOS ANGELES CA 90036 | | |
| Phone:818-599-4230  FAX: | Phone:  FAX: | |

| Patient Information | | |
|---|---|---|
| Refer#: 91258 | Type: ACCOUNT | Date: 04-27-2016 Time: 10:34 |
| VANA, BRITTANY | Med.Rec.#: VABR001836 | Sex: F |
| CLEVELAND OH 44125 | Phone: | DOB:  1990 |
| Fasting: N | Stat: N | Collected: 04-27-2016 Time:07:34 | Age: 25 |

| Insurance Information | | | |
|---|---|---|---|
| CIGNA | | | |
| Policy: 058191077 | Group: 3339021 | Relation: Self | Employer: |
| VANA, BRITTANY | | | |
| Address: | CLEVELAND OH 44125 | | |
| Phone: | Gender: F | DOB:  1990 | |

| Diagnosis |
|---|
| F19.20 Other psychoactive substance d |

| Medications Prescribed |
|---|
| NONE PRESCRIBED, |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |

```
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein
```

_____          _____

Patient Signature                        Date


_____          _____

Physician Signature                      Date


*04-28-2016 14:17 Page: 1*                    Ordered by:Ryan Peterson

DOJCGH_00000319407
DOJCGH_0000319407

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



| Client Information | | |
|---|---|---|
| Account: 1049 WE CARE LLC | Doctor:   BISM Bishara Michael | NPI:1144311044 |
| 2525 W. WOODLAND | | |
| ANAHEIM CA 92801 | | |
| Phone:714-821-1064   FAX:714-252-0173 | Phone:   FAX: | |

### Patient Information

Refer#: 91304
COVILLE, DAKOTA
    LAKE TAPPS WA 98391
Fasting: N      Stat: N

Type: ACCOUNT    Date: 04-27-2016 Time: 11:10
Med.Rec.#: CODA001864    Sex: M
Phone:    DOB:    1993
Collected: 04-27-2016  Time:08:10    Age: 22

### Insurance Information

BCBS of Washington
Policy: ALK600497884    Group:    Relation: Self    Employer:
COVILLE, DAKOTA
Address:    LAKE TAPPS WA 98391
Phone:    Gender: M    DOB:  ·1993

### Diagnosis

F19.20  Other psychoactive substance d

### Medications Prescribed

Zyprexa,

### Test Ordered

CH_FSCR FULL SCREEN    FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____

Patient Signature          Date

_____

Physician Signature        Date

DOJCGH_00000319408
DOJCGH_0000319408



# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63417

| Client Information |
|---|

Account: 1012 LIFE SOLUTIONS OUTPA          Doctor:   1811915028 Robinson Deborah NPI:1811915028
901 NORTHPOINT PARKWAY SUITE 304
WEST PALM BEACH FL 33407
Phone:855-454-3376   FAX:855-454-3376          Phone:   FAX:

| Patient Information |
|---|

Refer#: -91756                                          Type: ACCOUNT                     Date: 04-28-2016 Time: 09:25
MIRE, CHRISTOPHER                                Med.Rec.#: 2016-9553                  Sex: M
              WEST PALM BEACH FL 33406      Phone: 1-504-272-8857               DOB:            1993
Fasting: N                    Stat: N                    Collected: 04-27-2016 Time:21:01     Age: 22

| Insurance Information |
|---|

CIGNA B.H.
Policy: YPHW16786671          Group: 000029          Relation: Self                    Employer:
BUCK, ANNE
Address:
Phone:                        Gender: M              DOB: 00-00-0000

| Diagnosis |
|---|

F19.99  Other psychoactive substance u

| Medications Prescribed |
|---|

benadryl, Prazosin,

| Test Ordered |
|---|

CH_FSCR FULL SCREEN                                      FSCR FULL SCREEN

**Req Comment:**
```
   STATEMENT OF MEDICAL NECESSITY: 22 YEAR OLD MALE PATIENT PRESENTING WITH F19.99
   OTHER PSYCHOACTIVE SUBSTANCE USE AND  UNSPECIFIED WITH UNSPECIFIED PSYCHOACTIVE
   SUBSTANCE-INDUCED DISORDER.   URINE DRUG TESTING IS MEDICALLY NECESSARY FOR
   DIAGNOSTIC, CLINICAL, AND THERAPEUTIC PURPOSES, TO DETECT THE USE OF
   PRESCRIPTION MEDICATIONS AND ILLEGAL SUBSTANCES OF CONCERN FOR THE PURPOSE OF
   ASSESSMENT AND TREATMENT AND TO MONITOR COMPLIANCE WITH THE MEDICATION PROTOCOL
   OF THE PROGRAM.
```
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____                    _____

Patient Signature                              Date

DOJCGH_00000319409
DOJCGH_0000319409

# Reliance Laboratory Testing

5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63452

| Client Information | | |
|---|---|---|
| Account:  1071 SEA CHANGE SANTA MON<br>1831 WILSHIRE BLVD #C<br>SANTA MONICA CA 90403<br>Phone:888-823-3310  FAX:323-843-9800 | Doctor:  RODC COLLINS RODNEY<br><br>Phone:   FAX: | NPI:1700879061 |

## Patient Information

Refer#: -91122

CONDER, ERICK

SANTA FE SPRINGS CA 90670

SS:

Fasting: N    Stat: N

Type: ACCOUNT
Med.Rec.#: DOER001790
Phone:

Collected: 04-26-2016  Time:02:52

Date: 04-27-2016 Time: 05:52
Sex: M
DOB: ·1986
Age: 29

## Insurance Information

Healthnet ppo
Policy: R10655790    Group:
DOUGLAS, ERICK
Address:        SANTA FE SPRINGS CA 90670
Phone:        Gender: M

Relation: Self        Employer:

DOB:    1986

## Diagnosis

F15.20  Other stimulant dependence

## Test Ordered

CH_FSCR FULL SCREEN        FSCR FULL SCREEN

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____        _____
Patient Signature            Date

_____        _____
Physician Signature          Date

Ordered by:RODNEY COLLINS

*04-28-2016 11:25 Page: 1*

DOJCGH_00000319410
DOJCGH_0000319410



# Reliance Laboratory Testing



5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings

## Client Information

Account: 1025 HIGHLAND HOUSE
308 SOUTH HIGHLAND AVENUE
LOS ANGELES CA 90036
Phone:609-668-0473  FAX:

Doctor:  CEBL Cervantes Blanca          NPI:1003134263

Phone:  FAX:

## Patient Information

Refer#: 00047
FRANK, ZACHARY
                    LOS ANGELES CA 90036
Fasting: N          Stat: N

Type: ACCOUNT                Date: 04-26-2016 Time: 18:17
Med.Rec.#: FRZA000071          Sex: M
Phone:                        DOB:      -1989
Collected: 04-26-2016 Time:15:16    Age: 26

## Insurance Information

ANTHEM BCBS OF CA
Policy: XDP800849219     Group: 275958M621     Relation: Self          Employer:
FRANK, ZACHARY
Address:                    LOS ANGELES CA 90036
Phone:          Gender: M          DOB:      -1989

## Diagnosis

3049  UNSPECIFIED DRUG DEPENDENCE

## Medications Prescribed

NONE PRESCRIBED,

## Test Ordered

CH_FSCR FULL SCREEN          FSCR FULL SCREEN

Samples: URINE

WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information

I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein

_____          _____
Patient Signature                    Date

_____          _____
Physician Signature                 Date

*04-28-2016 14:06 Page: 1*

DOJCGH_00000319411
DOJCGH_0000319411

# Reliance Laboratory Testing
5387 NOB HILL ROAD SUNRISE FL 33351
Phone:855.725.8378 FAX: 954.741.0832
Laboratory Director: Mohamed Remtulla PhD., C(NRCC), SC(ACSP)
Medical Director: Dr. Corine Munnings



63498

| Client Information | | | |
|---|---|---|---|
| Account: 1042 BEL AIR TREATMENT BY | | Doctor:   AMIA Aminzadeh Arastou | NPI:1063566842 |
| 600 N Sepulveda blvd | | | |
| Los Angeles CA CA | | | |
| Phone:8006654769   FAX: | | Phone:   FAX:  · | |

| Patient Information | | |
|---|---|---|
| Refer#: 63498 | Type: ACCOUNT | Date: 04-28-2016 Time: 11:42 |
| BISS, CAITLYN | Med.Rec.#: BICA001888 | Sex: F |
| BEDFORD NH 03110 | Phone: | DOB:      -1991 |
| Fasting: N          Stat: N | Collected: 04-26-2016 Time:16:31 | Age: 24 |

| Insurance Information | | | |
|---|---|---|---|
| Cigna | | | |
| Policy: 44211302301 | Group: 3207016 | Relation: Child | Employer: |
| BISS, WILLIAM | | | |
| Address: | BEDFORD NH 03110 | | |
| Phone: | Gender: M | DOB:      ·1960 | |

| Diagnosis |
|---|
| F19.20  Other psychoactive substance d |

| Test Ordered | |
|---|---|
| CH_FSCR FULL SCREEN | FSCR FULL SCREEN |
| REL-C CONFIRMATION | |

```
WARNING: You have received confidential healthcare information. Wrongful use or
disclosure of this information is subject to penalty under applicable law
If you received this information in error, you must notify the sender at once and
return the information


I hereby consent and agree to give specimen of my urine to the facility designated
by my doctor as described above.  This specimen shall be used to detect the
presence of drugs and / or alcohol in my biological system. My signature below
acknowledges that I have read, understood, and agree to the content in this
consent to drug screening and testing as described herein
```

_____          _____

Patient Signature                    Date


_____          _____

Physician Signature                  Date


Ordered by:Arastou Aminzadeh

*04-28-2016 16:06 Page: 1*

DOJCGH_00000319412
DOJCGH_0000319412