```
ISA*00*          *00*          *30*221345        *30*ZIRMED         *161013*0901*^*00501*000000180*1*P*:~GS*HC*221345*ZIRMED*20161013*0901*1*X*005010X223A2~ST*837*000000180*005010X223A2~BHT*0019*00*000000180*20161013*0901*CH~NM1*41*2*Chestatee Regional Hospital*****46*221345~PER*IC*CRH CRH*TE*9547468232~NM1*40*2*OFFICE ALLY LLC*****46*ZIRMED~HL*1**20*1~PRV*BI*PXC*282NR1301X~NM1*85*2*Chestatee Regional Hospital*****XX*1700883246~N3*227 Mountain Drive~N4*Dahlonega*GA*305331606~REF*EI*813577160~PER*IC*LOCNIKAR,STEVEN*TE*9547468232~HL*2*1*22*0~SBR*P*18*700406******CI~NM1*IL*1*UPSHAW*PEYTON****MI*9118772604~N3*                         N4*MESA*AZ*85206~DMG*D8*1998      *F~NM1*PR*2*UNITED HEALTH CARE*****PI*87726~N3*PO BOX 31350~N4*SALT LAKE CITY*UT*84130~CLM*00014232001460*4804***14:A:1**A*Y*Y~DTP*434*RD8*20161003-20161003~DTP*096*TM*1000~CL1*2*9*01~HI*ABK:F1120~HI*ABJ:F1120~NM1*71*1*LOCNIKAR*STEVEN****XX*1184932782~NM1*77*2*Chestatee Regional Hospital~N3*227 Mountain Dr~N4*Dahlonega*GA*305331606~LX*1~SV2*0300*HC:G0479*4804*UN*1.00~DTP*472*D8*20161003~REF*6R*0001423201~HL*3*1*22*0~SBR*P*18*700406******CI~NM1*IL*1*UPSHAW*PEYTON****MI*9118772604~N3*1                         ~N4*MESA*AZ*85206~DMG*D8*1998      *F~NM1*PR*2*UNITED HEALTH CARE*****PI*87726~N3*PO BOX 31350~N4*SALT LAKE CITY*UT*84130~CLM*00014218001460*4804***14:A:1**A*Y*Y~DTP*434*RD8*20161006-20161006~DTP*096*TM*1000~CL1*2*9*01~HI*ABK:F1120~HI*ABJ:F1120~NM1*71*1*LOCNIKAR*STEVEN****XX*1184932782~NM1*77*2*Chestatee Regional Hospital~N3*227 Mountain Dr~N4*Dahlonega*GA*305331606~LX*1~SV2*0300*HC:G0479*4804*UN*1.00~DTP*472*D8*20161006~REF*6R*0001421801~SE*59*000000180~GE*1*1~IEA*1*000000180~
```

```
ISA*00*          *00*          *30*GIVEN BY PAYOR *30*BHS-963116116
*170120*2014*^*00501*000000325*1*P*:~GS*HC*GIVEN BY PAYOR*BHS-963116116*20170120*2014*1*X*005010X223A2~ST*837*000000325*005010X223A2~BHT*0019*00*000000325*20170120*2014*CH~NM1*41*2*Chestatee Regional Hospital*****46*GIVEN BY PAYOR~PER*IC*CRH CRH*TE*9547468232~NM1*40*2*BEACON*****46*BHS-963116116~HL*1**20*1~PRV*BI*PXC*282NR1301X~NM1*85*2*Chestatee Regional Hospital*****XX*1700883246~N3*227 Mountain Drive~N4*Dahlonega*GA*305331606~REF*EI*582141082~PER*IC*TOMASULO,JOANNE*TE*9547468232~HL*2*1*22*0~SBR*P*18*0021313******CI~NM1*IL*1*CURTIS*STEVEN****MI*YRN764M55352~N3*                ~N4*COLUMBUS*OH*43202~DMG*D8*1980     *M~NM1*PR*2*BCBS OF GA*****PI*SB601~N3*PO BOX 105557~N4*ATLANTA*GA*30348~CLM*00043845005962*2700***14:A:1**A*Y*Y~DTP*434*RD8*20170103-20170103~DTP*096*TM*1000~CL1*2*9*01~HI*ABK:F1020~HI*ABJ:F1020~NM1*71*1*TOMASULO*JOANNE****XX*1285770883~NM1*77*2*Chestatee Regional Hospital~N3*227 Mountain Dr~N4*Dahlonega*GA*305331606~LX*1~SV2*0300*HC:80307*2700*UN*1.00~DTP*472*D8*20170103~REF*6R*0004384501~HL*3**20*1~PRV*BI*PXC*282NR1301X~NM1*85*2*Chestatee Regional Hospital*****XX*1700883246~N3*227 Mountain Drive~N4*Dahlonega*GA*305331606~REF*EI*582141082~PER*IC*KOKARAM,CANDACE*TE*9547468232~HL*4*3*22*0~SBR*P*18*******CI~NM1*IL*1*MOYNAHAN*CONNOR****MI*CDW960004393~N3                 ~N4*HOPKINTON*MA*01748~DMG*D8*1994     *M~NM1*PR*2*BCBS OF GA*****PI*SB601~N3*PO BOX 105557~N4*ATLANTA*GA*30348~CLM*00043602005232*2700***14:A:1**A*Y*Y~DTP*434*RD8*20161230-20161230~DTP*096*TM*1000~CL1*2*9*01~HI*ABK:F1120~HI*ABJ:F1120~HI*ABF:F1420*ABF:F1320~NM1*71*1*KOKARAM*CANDACE****XX*1346279411~NM1*77*2*Chestatee Regional Hospital~N3*227 Mountain Dr~N4*Dahlonega*GA*305331606~LX*1~SV2*0300*HC:G0479*2700*UN*1.00~DTP*472*D8*20161230~REF*6R*0004360201~HL*5**20*1~PRV*BI*PXC*282NR1301X~NM1*85*2*Chestatee Regional Hospital*****XX*1700883246~N3*227 Mountain Drive~N4*Dahlonega*GA*305331606~REF*EI*582141082~PER*IC*PEVNY,JACQUELINE*TE*9547468232~HL*6*5*22*0~SBR*P*18*00247435******CI~NM1*IL*1*STIEBEL*JACK****MI*JWC645A65993~N3*                ~N4*ST LOUIS*MO*63109~DMG*D8*1995     M~NM1*PR*2*BCBS OF GA*****PI*SB601~N3*PO BOX 105557~N4*ATLANTA*GA*30348~CLM*00043556004077*2700***14:A:1**A*Y*Y~DTP*434*RD8*20170102-20170102~DTP*096*TM*1000~CL1*2*9*01~HI*ABK:F1920~HI*ABJ:F1920~HI*ABF:Z79899~NM1*71*1*PEVNY*JACQUELINE****XX*1114098431~NM1*77*2*Chestatee Regional Hospital~N3*227 Mountain Dr~N4*Dahlonega*GA*305331606~LX*1~SV2*0300*HC:80307*2700*UN*1.00~DTP*472*D8*20170102~REF*6R*0004355601~SE*98*000000325~GE*1*1~IEA*1*000000325~
```