# Urine Drug Testing For All Hospitals

| Location | Definitive Test Count | Presumptive Test Count |
|---|---:|---:|
| Campbellton-Graceville Hospital, Inc. | 1,676,631 | 35,274 |
| Chestatee Regional Hospital | 8,247 | 94,121 |
| Putnam County Memorial Hospital | 921,742 | 23,136 |
| Regional General Hospital Williston | 1,123,299 | 22,161 |