Message

| | |
|---|---|
| **From:** | Hull, Mary [mary_hull@uhc.com] |
| **Sent:** | 9/2/2016 7:54:23 AM |
| **To:** | Ludwig, Debra K [debra.ludwig@optum.com] |
| **CC:** | Tobin, Kelly [kelly.b.tobin@uhc.com] |
| **Subject:** | DETECTS case # 84613 Cambellton-Graceville Hospital |

Good Morning Ladies!
Here is the DETECTS number for the Florida Hospital provider Dave Popik was talking about yesterday at the HFPP. This is one I would definitely escalate. Thanks, Mary

Mary A. Hull RN, CCS-P, AHFI
Associate Director
Payment Integrity/Fraud
UnitedHealthcare
Mary_Hull@uhc.com
p. (952) 202-2785

*Our* **United Culture.**
❆ Integrity ❆ Compassion ❆ Relationships ❆ Innovation ❆ Performance

---

**From:** Hull, Mary
**Sent:** Tuesday, August 30, 2016 12:08 PM
**To:** Brodnick, Michael A
**Cc:** Buck, Kelly L
**Subject:** RE: FWA Help

Just FYI... The DETECTS number for reference is 84613. I included the email and the workbook in the submission. Thanks!

Mary A. Hull RN, CCS-P, AHFI
Associate Director
Payment Integrity/Fraud
UnitedHealthcare
Mary_Hull@uhc.com
p. (952) 202-2785

*Our* **United Culture.**
❆ Integrity ❆ Compassion ❆ Relationships ❆ Innovation ❆ Performance

---

**From:** Hull, Mary
**Sent:** Monday, August 29, 2016 10:08 AM
**To:** Brodnick, Michael A
**Cc:** Buck, Kelly L
**Subject:** RE: FWA Help

Hi Mike,
As highlighted below, it looks like this hospital is trying to reinvent themselves as a "Medical Detoxification Center". [Redacted]
Redacted                                                                    Right now my team

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

has been pulled into a high profile project for [ Redacted ] so my resources are maxed. I will include your email and report into the [ ] referral and they may be reaching out too if there are any questions. Thanks!


Mary A. Hull RN, CCS-P, AHFI
Associate Director
Payment Integrity/Fraud
UnitedHealthcare
Mary_Hull@uhc.com
p. (952) 202-2785


*Our* United Culture.
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance


# Campbellton-Graceville Hospital May Get a Second Chance to Stay Open

Published 04/20 2015 07:27PM

Monday is the day the Campbellton-Graceville Hospital expected to cease operations and close their doors.

However, over the course of the weekend, hope for the future has been restored.

Since last Wednesday more than half a dozen organizations have reached out to the rural hospital.

Each one expressing interest in owning, or operating, the facility.

These organizations focus on keeping rural health care facilities open for the community.

The hospital is currently 1.5 million dollars in debt.

Currently the hospital has transferred all swing bed patients to other health care facilities, and the Emergency Room remains open.

The hospital is home to 90 full, and part-time, employees.

Annual payroll totals 5 million dollars, which creates a larger economic impact within the community.

While the long term future of the facility is still hazy, the hospital plans to keep the doors open this week while decisions are made.

"We will keep it open at least through this week, Said Hospital Director, H.D. Cannington.

"And that will give these companies time, if they are really interested, to get everything together and give our attorneys a chance to look at it. Then we will give our board a chance to look at the different proposals and go from there. Things are looking up."


# Campbellton-Graceville Hospital Under New Management

May 19, 2015


HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**JACKSON COUNTY--** The Campbellton-Graceville Hospital is off life support. It's officially back open and under new management

"Everybody was a little bit nervous and there was a lot of emotions," said Licensed Practical Nurse Margie Gillette. "The atmosphere has changed in that it's a more uplifting atmosphere because we won't have to worry about our jobs anymore. We'll have security."

After facing $1.5 million in debt and nearly closing last month, People's Choice Hospital out of Chicago recently stepped in and gave the hospital new life. Officials say it'll take about 90 to 180 days before everything is wrapped up, but they're already making big changes including adding new technology.

"We immediately realized that here's a great opportunity to, you know, save a place where it isn't as bad as usually we walk into," explained PCH Vice President of Hospital Information Systems Jorge Perez. "So the opportunity was fantastic. Plus it's a great facility."

A facility that now has some new technology like this robot.

"We're able to dial in remotely and the doctor's able to make his assessments and do all his follow-ups and review the patient for his care," Perez explained.

Right now hospital staff are being trained on the new robots. Perez says they will have about seven or eight total, and says this new technology has a number of benefits.

"Now we'll be able to bring cardiologist, GI, medical oncologist. It also opens the opportunity for us to hire more people because hopefully we'll have more patients," Perez said.

People's Choice Hospital is also looking at other devices to install at the hospital.

Perez says they're dealing with the debt the hospital is facing. He says they're negotiating a payment term with the IRS and seeing if they can get some of the penalties reversed.

People's Choice Hospital says they'll invest about $2 million into the hospital over the next four to six months. Cambellton-Graceville's CEO, HD Cannington, is no longer with the hospital

# 03 Mar New Lab at CGH Brings in $299,000 in January

By: Samantha Angerbrandt

Source: Graceville News

'The Campbellton-Graceville Hospital (CGH) held its monthly board meeting on Monday, February 29, 2016. The board, which consists of Alice Pate, Pat Pelham, and Linda Wheatley, were all present. The meeting included updates on the hospital staff, finances, and the continuing changes as the hospital continues on its road to revitalization...'

'The meeting started with Vice President of Operations, Peggy Moore, informing the board and audience that several new programs have been implemented at the hospital. Nurses are now following up with Emergency Room patients one to two days after their visit to CGH to check not he patient and how they are doing....'

'Moore also informed the board that the hospital was working on getting employees insurance options back which will now include more than one plan for them to choose from. Moore hopes the new benefits will be implemented by April 1...'

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

'Moore also enthusiastically announced to the board the the Emergency Room Patient Surveys that were sent out are coming back with great results. As of Monday, February 29, 2016, 30% of surveys were returned with no poor results mentioned. Moore stated that the majority of survey returned gave the ER an excellent rating…'

'The meeting continued with Peggy Moore discussing the upcoming department changes to CGH. She started by saying that the new lab, which is now screening drug tests has become a great success and brought in new jobs. She then began discussing the newest addition to the hospital, which will be opening this month, the hospital's new medical detoxification program. The program will be called Life Solutions. The Medical Detoxification Therapy will admit patients into CGH from 4 to 14 days as they work on ridding their bodies of drug and alcohol dependence.…'

'The Campbellton-Graceville Hospital Board Meeting continued with an exciting update on finances. The hospital is catching up on years of accumulated debt as they finally start seeing the light at the end of the tunnel…'

'The board was also asked about the back taxes owed to the IRS. The three seemed very happy to state that over $250,000 in back taxes has been paid to the IRS and the hospital has just over $50,000 left to pay, a huge accomplishment for one year…'

'The meeting concluded on a high note as the hospital continues its revitalization…'

http://www.cghospital.org/category/hospital-news/

# CGH moving forward despite legal woes

Posted Jun 28, 2016

By JENNIFER RICH

GRACEVILLE — The company that saved Campbellton-Graceville Hospital from closing its doors the day before it was set to close a year ago was court ordered to relinquish all financial management and not set foot on hospital property last week.

Circuit Court Judge William Wright signed an emergency temporary injunction filed by Attorney Michelle Jordan on behalf of the hospital against the management company People's Choice Hospital (PCH).

"I was given information from inside the hospital that caused significant concern," said Jordan. "Within the last 45 days, there have been significant wire transfers from the hospital's bank account into accounts associated with People's Choice Hospital."

The hospital Board of Directors held an emergency meeting June 22 to go over what transpired over the past couple months to prompt Jordan to file the injunction. The filing sought to remove PCH President Seth Guterman, PCH Vice President of Strategic Business Growth Chris Alise, the hospital's Chief Financial Officer Edith Mears and Jorge Perez from having signatory access to the hospital's bank accounts.

Perez was briefly appointed as Chief Executive Officer of the hospital by PCH when it took over operations, but left the position to remain involved in providing the hospital with third party billing services through Empower, a company originally founded by Guterman.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

The hospital's current involvement in litigation is twofold. First, the injunction filed by Jordan was spurred by what Mears stated in an affidavit. She was directed on two occasions to wire payments of $750,000 and $506,430 to PCH accounts. Perez said in a separate affidavit he witnessed Mears make a large wire transfer he knew to be fraudulent.

The court determined in the injunction that PCH was wrongfully taking hospital funds with intent to deprive the hospital of the funds and for its own use. It stated PCH was likely to attempt to dispose of or hide traced funds and thereby prohibited PCH from accessing the hospital's general operating account at Peoples Bank in Graceville.

In a second motion filed by the hospital, PCH is accused of breaching its management agreement, failing to comply with public records laws and misappropriating hospital funds. Other concerns outlined fears that the hospital, a facility that employs about 100 people, would potentially close due to the financial impact of PCH's actions and that public interest would suffer if the publicly funded hospital continued to be run by PCH.

The hospital voted to turn over management of the facility to PCH in April last year and agreed to pay the company a management fee of $30,000 per month, but the company was wiring out way more money for undetermined reasons. Jordan met repeated resistance from PCH and Mears when requesting financial records.

The other side of the hospital's legal troubles involve Reliance Laboratory, which sued the hospital for close to $4.4 million the hospital owed for lab services. Jordan and the board spoke with the lab's attorney who called in during the meeting.

"PCH didn't want to pay us and that's what led us down this road," the lab's attorney said. He added they were under the opinion that PCH was acting unlawfully in withholding the hospital's money.

Mears said in the meeting she was directed by PCH not to pay Reliance because the lab did not have proper documentation to support services it was billing the hospital for. PCH withheld $4.4 million when claims for only about 140 patients were not fully documented.

The board passed several motions to begin ironing out the finances. The board voted to add members Pat Pelham and Heston Hicks as signatories on the hospital's accounts, along with Chief Nursing Officer Peggy Moore and to have Mears reinstated on the accounts.

Mears confirmed the hospital had $4.4 million available to pay Reliance, so the board passed a motion to pay the lab. The board passed motions to name Moore as interim CEO, to pay Jordan $13,000 for unpaid service fees and an additional $10,000 to retain her services for the litigation with PCH.

By the end of the meeting, the board felt it was headed in the right direction to move forward and acknowledged PCH's involvement is ultimately what kept the hospital open last year.

"At the end of the day, it doesn't make any difference what they did if you have a contract with an entity that won't work with you, will not respond to you and will not provide input for the board. The board is the governing body. When the board can't get information to help manage the hospital, you have a problem," said Hicks.

**Michael A Brodnick**   |   Northeast, HCE Trend Management, United Healthcare
T 240-632-8147   |   M 781-801-2989   |   mbrodnick@uhc.com

**From:** Hull, Mary
**Sent:** Friday, August 19, 2016 5:45 PM

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**To:** Brodnick, Michael A
**Cc:** Buck, Kelly L
**Subject:** RE: FWA Help

I just found it on the last tab of the report! Holy Smokes!

Mary A. Hull RN, CCS-P, AHFI
Associate Director
Payment Integrity/Fraud
UnitedHealthcare
Mary_Hull@uhc.com
p. (952) 202-2785


*Our* United Culture.
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

---

**From:** Hull, Mary
**Sent:** Friday, August 19, 2016 5:40 PM
**To:** Brodnick, Michael A
**Cc:** Buck, Kelly L
**Subject:** RE: FWA Help

Wow Michael! You really did stumble onto something here. This is a 25 bed hospital! Let me take a closer look at this and I'll let you know what I find. Do you already have the full claim detail report? If so, can you send it along?

Thanks!!

Mary A. Hull RN, CCS-P, AHFI
Associate Director
Payment Integrity/Fraud
UnitedHealthcare
Mary_Hull@uhc.com
p. (952) 202-2785


*Our* United Culture.
■ Integrity ■ Compassion ■ Relationships ■ Innovation ■ Performance

---

**From:** Brodnick, Michael A
**Sent:** Friday, August 19, 2016 10:38 AM
**To:** Hull, Mary
**Cc:** Buck, Kelly L
**Subject:** FWA Help

Good morning Mary,

Our HCE trend team may have tripped across a FWA case and was hoping that you could take a look at some of the information and see if there's something there.

- TIN: 596139709
- MPIN: 60758

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

- Name:  CAMPBELLTON-GRACEVILLE HOSPITAL
- **Issue:**  A whole lot of drug testing and screening tests being billed, ~96% of the $40 million of allowed dollars is for Lab.  NOTE:  The allowed dollars for 2015 is $2 million and 2016 (thru July) is already $40 million.  The hospital seems to be located in Florida, but has had a checkered past.  We have a data set (attached) with just 10 of the members that had high-frequency of claims at CAMPBELLTON-GRACEVILLE HOSPITAL and then pulled <u>all</u> claims for these 10 members between January 1, 2015 and July 31, 2016.

| FINC_ARNG_DESC | CO_ID_RLLP | 2015 | 2016 |
|---|---|---|---|
| ASO | UNIPRISE | $848,971 | $17,081,819 |
| | UNITED HEALTHCARE | $748,025 | $9,677,859 |
| FULLY INSURED | UNIPRISE | $4,481 | $395,814 |
| | UNITED HEALTHCARE | $547,575 | $12,901,673 |
| MP/MMP | UNIPRISE | $0 | $21,810 |
| | UNITED HEALTHCARE | $6,956 | $342,850 |
| (blank) | UNITED HEALTHCARE | $0 | $13,086 |
| Grand Total | | $2,156,008 | $40,434,911 |

- For example, a member will go to CAMPBELLTON-GRACEVILLE HOSPITAL 49 times between February 21, 2016 and June 14, 2016  and had an average of 19 lab tests performed.  However, we are not seeing anything that has to do with Counseling or anything that helps with Substance Abuse.

| Procs | PROC_CD | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CCV_SRVC_DT | 80320 | 80324 | 80335 | 80336 | 80345 | 80346 | 80348 | 80349 | 80350 | 80353 | 80355 | 80356 |
| 2/21/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 2/23/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 2/25/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 2/28/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 2/29/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/2/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/6/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/8/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/10/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/13/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/14/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/16/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/20/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/22/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/24/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/28/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/30/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 3/31/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/3/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/5/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/7/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/11/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/13/2016 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4/16/2016 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4/19/2016 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 4/21/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/22/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/26/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 4/28/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/1/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/3/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/5/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/10/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/12/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/15/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/17/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/19/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/22/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/24/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/26/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/29/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 5/31/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/2/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/5/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/7/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/9/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/12/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 6/14/2016 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| **Grand Total** | 49 | 49 | 46 | 3 | 49 | 49 | 49 | 49 | 49 | 49 | 3 | 49 |

| 80358 | 80363 | 80364 | 80365 | 80366 | 80368 | 80369 | 82542 | 82570 | 83789 | 83992 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 21 |
| 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 21 |
| 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 21 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|----|
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 19 |
| **49** | **46** | **3** | **49** | **3** | **49** | **49** | **49** | **49** | **49** | **49** | **937** |

**Michael A Brodnick**  Northeast, HCE Trend Management, United Healthcare
T 240-632-8147  |  M 781-801-2989  |  mbrodnick@uhc.com

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY