| Message | |
|---|---|
| From: | Slattery, William T [william_slattery@uhc.com] |
| Sent: | 2/9/2017 3:08:14 PM |
| To: | Tobin, Kelly [kelly.b.tobin@uhc.com]; Somrock, Jason C [jason_somrock@uhc.com] |
| CC: | Loney, Matthew [matthew_loney@uhc.com] |
| Subject: | FW: Top Facility TINs with CPT codes |
| Attachments: | Top Facility TINs w CPT_02.09.17.xlsx |

Kelly,

I wanted to forward over information regarding some of the hospitals that discussed this week. The data from HCE is seeing extremely large increase from 2015 Q3 FI to 2016 Q3 FI. The data show the CPT codes increase and what they are billing as either a tox hospital with the G0477 to G0483 codes or overall testing which appears to be wellness (cardiac panels). In addition, you can see if a provider is % of charge based on payment at the code level as the discount is the same. Most appear to have around a 20% discount.

| Hospital Name | Current Discount from Charges | Main Type of Testing |
|---|---|---|
| CAMPBELLTON-GRACEVILLE HOSPITAL | 75% | Wellness |
| CHESTATEE REGIONAL HOSPITAL | 73% | Toxicology |
| Redacted | | |
| REGIONAL GENERAL HOSPITAL WILLISTON | 11% | Wellness |

Let me know if you have any questions.

The data is only fully insured totals.

Bill

**From:** Kemp, Michelle
**Sent:** Thursday, February 09, 2017 2:44 PM
**To:** Slattery, William T
**Cc:** Dunlea, Stephanie
**Subject:** Top Facility TINs with CPT codes

Bill,

Per our discussion earlier this week, I'm attaching a file that shows the Facility TINs with the largest increase in spend Q316 over Q315 with CPT added. The most interesting is Chestatee Regional Hospital where 97% of the allowed in Q3 2016 is in one CPT – G0479.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

UHC_004208
DOJCGH_0001660694