### Message

| | |
|---|---|
| **From:** | Rodriguez, Manuel B [manuel_b_rodriguez@uhc.com] |
| **Sent:** | 9/6/2017 4:49:09 PM |
| **To:** | Tobin, Kelly [kelly.b.tobin@uhc.com] |
| **Subject:** | RE: New Hospital Cases |
| **Attachments:** | Redacted |
| | Redacted  2017.09.06.2017.Audit_Letter_Regional General Williston.docx |

Kelly,

Attached please find the DRAFT audit letters for new hospitals. I have not yet RAT STATS for the cases but will be glad to do so if we would like to collect records at the time of the visit. Also, I left the proposed onsite dates as blank for now.

Thank you for your help,
Manny

---

**From:** Tobin, Kelly
**Sent:** Tuesday, September 05, 2017 9:13 PM
**To:** Rodriguez, Manuel B; Shaffer, Heather M; Webb, David A
**Subject:** New Hospital Cases

Good Morning-

Can each of you send me an update on current status of the DRAFT-audit letters you have created (or are working on) for the new hospitals you have?
I will be setting meetings with each of you for Friday to review the status of the drafts and the cases so we can discuss our next steps. Thank you all again for the work you do every day!!

| Case | Investigator | State | Case Name |
|---|---|---|---|
| 11036 | David | Florida | 1.) Campbellton-Graceville Hospital |
| | | | **Redacted** |
| 11041 | David | Georgia | 6.) Chestatee Regional Hospital |
| 11042 | Manny | Florida | 7.) Regional General Williston |
| 11066 | Heather | Missouri | 8.) Putnam County Memorial |

Kelly Tobin, AHFI, CFE
UnitedHealthcare | Investigations
Director, SIU | UnitedHealthcare Compliance
9800 Health Care Lane-Minnetonka-MN-55343
Direct: 952-931-5408 | Fax: 952-931-5265
kelly.b.tobin@uhc.com | unitedhealthgroup.com

This message is confidential and may contain information that is privileged or protected from disclosure under applicable law. It is intended solely for the individual or entity to whom it is addressed. If you receive this message in error, please notify the sender immediately, and delete and destroy the original message. This message does not necessarily express the corporate opinion of UnitedHealthcare and does not serve to bind UnitedHealthcare to any order or contract unless supported by an explicit written agreement. The sender and this organization accept no responsibility for any damage caused by a virus inadvertently transmitted by this message.



Special Investigations Unit
9800 Health Care Lane
MN006-W800
Minnetonka, MN 55343

September 6, 2017

Devaiah Pagidipati
Chief Executive Officer
Regional General Williston
125 SW 7th Street
Williston, Florida 32696

Re: *Request For Information Pursuant to Section 4.10 of the Facility Participation Agreement with UnitedHealthcare Insurance Company*

Dear Dr. Pagidipati:

This letter requests records concerning certain laboratory services claims submitted to UnitedHealthcare (UHC) by Regional General Williston.

Regional General Williston has billed UnitedHealthcare $3,171,990.41 in laboratory services in 2016, which indicates a significant increase from $2,195.47 in 2015.

Pursuant to Section 4.10 (the Maintenance of and access to records section) of the Facility Participation Agreement between UnitedHealthcare Insurance Company and Regional General Williston, UnitedHealthcare Special Investigations Unit (SIU) requests that the following records be provided within 14 days:

1. Produce all contracts or agreements between Regional General Williston and/or any of their employees, representatives or affiliates (collectively, "You"), and a third party signed on or after August 2014 for any of the following: (1) Laboratory management services (2) Laboratory consulting services; (3) Laboratory broker services; (4) Laboratory equipment leasing; (5) Laboratory equipment purchases for any single item charge that exceeds $10,000; (6) Licensing of Laboratory equipment, tests, or testing; or (7) Laboratory specimen collection or processing.

2. Produce all records reflecting any payments, goods, services, or other items of value You have received from or provided to any of the third parties for which a contract or agreement was provided pursuant to Request 1.

3. Produce copies of all informational, marketing, or promotional materials You have made available to UHC members from January 1, 2015, through August 31, 2017 that describe

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

      laboratory tests, laboratory testing, or laboratory services for which You have billed UHC.

4. Produce copies of all versions of laboratory requisition forms (including the front and back of all forms) that You have used from January 1, 2015 through August 31, 2017.

5. Produce copies of all versions of laboratory reporting forms (including the front and back of all forms) that You have used from January 1, 2015 through August 31, 2017.

6. Produce copies of all versions of all outpatient admission forms (including the front and back of all forms) You have used from January 1, 2015 through August 31, 2017.

7. Identify all phlebotomists and/or other person(s) who currently perform or have performed phlebotomy, specimen collection, or similar services billed by You or any party set forth in Request 1 with which you contract from January 1, 2015 through August 31, 2017.  The list should include the name, address, and telephone number of each phlebotomist and/or specimen collector, as well as the time period that they worked on your premises.

8. For each phlebotomist and/or specimen collector listed in response to request 7, produce any and all contracts relating to the terms on which such phlebotomist and/or specimen collector is or was employed, retained and/or paid by You or any party set forth in Request 1 with which you contract.

9. Produce all records relating to any patient complaints You have received from January 1, 2015 through August 31,, 2017 relating to laboratory services, including but not limited to complaints concerning the quality and/or cost of services.

10. Produce all records of audits or other evaluation techniques You have conducted or received that assess laboratory services ordering, laboratory test processing, or reporting of laboratory test results since October 2014 – Present.

11. Produce all applicable policies, procedures, standards of conduct, and training materials You have used from January 1, 2015 through August 31, 2017 that address any the following topics: (1) Laboratory specimen collection; (2) Laboratory specimen processing; (3) Laboratory specimen storage; (4) Medical necessity and/or appropriateness of orders for laboratory services; (4) Laboratory test utilization monitoring; (5) Laboratory compliance plan; (6) Health care practitioner referrals for laboratory testing; (7) Outpatient admissions for laboratory services; (8) Outpatient admission privileges; and (9) Patient billing, including but not limited to collection of patient copayment, deductible, or coinsurance amounts and waiver of patient copayment, deductible, or coinsurance amounts.

12. Produce copies of Your records that provide documentation of the following information for each relevant month: (1) the number of UHC members admitted to Your

Page 3

> hospital on an outpatient basis each month from January 1, 2015 to present; (2) Your attempts to collect patient copayment, deductible, or coinsurance amounts for laboratory services billed to UHC from January 1, 2015 to August 31, 2017; (3) All waivers You authorized for UHC member patient copayment, deductible, or coinsurance amounts for laboratory services from January 1, 2015 to August 31, 2017 and associated amounts for each waiver; and (4) Amount You collected each month for patient copayment, deductible, or coinsurance amounts for laboratory services billed to UHC from January 1, 2015 to August 31, 2017.

13. Provide medical records for the patients on the enclosed claim list to verify adherence to standard billing practices. Please furnish a copy of all documentation for each date of service or period of time for the members listed within the Medical Records Attestation enclosed below. An example of acceptable documentation includes, but is not limited to:

    | Test Results | Physician Orders | Standing Orders |
    |---|---|---|
    | Laboratory Requisitions | Pathology Reports | Correspondence |

    Should your medical records use any non-standard abbreviations, please provide a reference key so we may accurately interpret your documentation. Additionally, please also provide the patient's initial intake form and documentation of the initial visit/consultation, regardless of the date range specified in the enclosed claim list.

Finally, the SIU seeks to perform an onsite audit of Regional General Williston the afternoon of BLANK or morning of BLANK, to include a review of the laboratory, facilities and interview of all relevant Regional General Williston employees. Please confirm your availability for time.

Records should be sent to:

Kelly Tobin
UnitedHealthcare Special Investigations
9800 Health Care Lane 006-W800
Minnetonka, Minnesota 55343

Please contact me if you have any questions: kelly.b.tobin@uhc.com or (952) 931-5408 and I will route your question appropriately.


Sincerely,


Kelly Tobin

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
UHC_004316
DOJCGH_0001660802