**Message**

| | |
|---|---|
| **From**: | Webb, David A [david_webb@uhc.com] |
| **Sent**: | 9/6/2017 1:40:00 PM |
| **To**: | Tobin, Kelly [kelly.b.tobin@uhc.com] |
| **Subject**: | RE: New Hospital Cases |

Kelly,

Draft Audit letters for Cambellton-Graceville, [Redacted], and Chestatee are completed and in the case folder under "correspondence."

---

**From:** Tobin, Kelly
**Sent:** Tuesday, September 05, 2017 9:13 PM
**To:** Rodriguez, Manuel B; Shaffer, Heather M; Webb, David A
**Subject:** New Hospital Cases

Good Morning-

Can each of you send me an update on current status of the DRAFT-audit letters you have created (or are working on) for the new hospitals you have?
I will be setting meetings with each of you for Friday to review the status of the drafts and the cases so we can discuss our next steps. Thank you all again for the work you do every day!!

| Case | Investigator | State | Case Name |
|---|---|---|---|
| 11036 | David | Florida | 1.) Campbellton-Graceville Hospital |
| | | | **Redacted** |
| 11041 | David | Georgia | 6.) Chestatee Regional Hospital |
| 11042 | Manny | Florida | 7.) Regional General Williston |
| 11066 | Heather | Missouri | 8.) Putnam County Memorial |

Kelly Tobin, AHFI, CFE
UnitedHealthcare | Investigations
Director, SIU | UnitedHealthcare Compliance
9800 Health Care Lane-Minnetonka-MN-55343
Direct: 952-931-5408 | Fax: 952-931-5265
kelly.b.tobin@uhc.com | unitedhealthgroup.com

This message is confidential and may contain information that is privileged or protected from disclosure under applicable law. It is intended solely for the individual or entity to whom it is addressed. If you receive this message in error, please notify the sender immediately, and delete and destroy the original message. This message does not necessarily express the corporate opinion of UnitedHealthcare and does not serve to bind UnitedHealthcare to any order or contract unless supported by an explicit written agreement. The sender and this organization accept no responsibility for any damage caused by a virus inadvertently transmitted by this message.

***Our* United Culture. The way forward.**
❉ Integrity ❉ Compassion ❉ Relationships ❉ Innovation ❉ Performance