

Special Investigations Unit
9800 Health Care Lane
MN006-W800
Minnetonka, MN 55343

October 3, 2017

David Byrns
Chief Executive Officer
Putnam County Memorial Hospital
1926 Oak Street
Unionville, MO 63565

      Re:    *Request For Information Pursuant to Section 4.10 of the Facility*
             *Participation Agreement with UnitedHealthcare Insurance Company*

Dear Mr. Byrns:

This letter requests records concerning certain laboratory services claims submitted to UnitedHealthcare (UHC) by Putnam County Memorial Hospital.

    (1) Putnam County Memorial Hospital claims to UnitedHealthcare for laboratory services have increased since the 4th quarter of 2016. From January 1, 2015 through September 30, 2016, the total paid amount was $23,970.77, which increased in the 4th quarter of 2016 to $3,684,557.96. The current paid amount for 2017 through August 31, 2017 is $15,459,142.99.

Pursuant to Section 4.10 (the Maintenance of and access to records section) of the Facility Participation Agreement between UnitedHealthcare Insurance Company and Putnam County Memorial Hospital, UnitedHealthcare Special Investigations Unit (SIU) requests that the following records be provided within 14 days:

    1.  Produce all contracts or agreements between Putnam County Memorial Hospital and/or any of their employees, representatives or affiliates (collectively, "You"), and a third party signed on or after January 2016 for any of the following: (1) Laboratory management services (2) Laboratory consulting services; (3) Laboratory broker services; (4) Laboratory equipment leasing; (5) Laboratory equipment purchases for any single item charge that exceeds $10,000; (6) Licensing of Laboratory equipment, tests, or testing; or (7) Laboratory specimen collection or processing

CONFIDENTIAL            UHC-PCMH-000130

DOJCGH_0001031622

2. Request #1 includes, but is not limited to,  all contracts or agreements between You and Practice Plus, Hospital Partners, Inc. Hospital Lab Partners, LLC and/or subcontracted laboratories

3. Produce all records reflecting any payments, goods, services, or other items of value You have received from or provided to any of the third parties for which a contract or agreement was provided pursuant to Requests 1 and 2.

4. Produce any marketing material provided to You by Practice Plus, Hospital Partners, Inc. and/or Hospital Lab Partners, LLC.

5. Produce copies of all informational, marketing, or promotional materials You have made available to UHC members from January 1, 2016, through August 31, 2017 that describe laboratory tests, laboratory testing, or laboratory services for which You have billed UHC.

6. Produce copies of all versions of laboratory requisition forms (including the front and back of all forms) that You have used from January 1, 2016, through August 31, 2017.

7. Produce copies of all versions of laboratory reporting forms (including the front and back of all forms) that You have used from January 1, 2016, through August 31, 2017.

8. Produce copies of all versions of all outpatient admission forms (including the front and back of all forms) You have used from January 1, 2016, through August 31, 2017.

9. Identify all phlebotomists and/or other person(s) who currently perform or have performed phlebotomy, specimen collection, or similar services billed by You or any party set forth in Requests 1 and 2 with which you contracted from January 1, 2016, through August 31, 2017. The list should include the name, address, and telephone number of each phlebotomist and/or specimen collector, as well as the time period that they worked on your premises.

10. For each phlebotomist and/or specimen collector listed in response to request 10, produce any and all contracts relating to the terms on which such phlebotomist and/or specimen collector is or was employed, retained and/or paid by You or any party set forth in Requests 1 and 2 with which you contract.

11. Produce all records relating to any patient complaints You have received from January 1, 2016, through August 31, 2017 relating to laboratory services, including but not limited to complaints concerning the quality and/or cost of services.

Page 3

12. Provide the date upon which Your Unionville, Missouri lab began processing lab specimens.

13. Produce all records of audits or other evaluation techniques You have conducted or received that assess laboratory services ordering, laboratory test processing, or reporting of laboratory test results since October 2016.

14. Produce all applicable policies, procedures, standards of conduct, and training materials You have used from January 1, 2016, through August 31, 2017 that address any the following topics: (1) Laboratory specimen collection; (2) Laboratory specimen processing; (3) Laboratory specimen storage; (4) Medical necessity and/or appropriateness of orders for laboratory services; (4) Laboratory test utilization monitoring; (5) Laboratory compliance plan; (6) Health care practitioner referrals for laboratory testing; (7) Outpatient admissions for laboratory services; (8) Outpatient admission privileges; and (9) Patient billing, including but not limited to collection of patient copayment, deductible, or coinsurance amounts and waiver of patient copayment, deductible, or coinsurance amounts.

15. Produce copies of Your records that provide documentation of the following information for each relevant month: (1) the number of UHC members admitted to Your hospital on an outpatient basis each month from January 1, 2016, through August 31, 2017; (2) Your attempts to collect patient copayment, deductible, or coinsurance amounts for laboratory services billed to UHC from January 1, 2016, through August 31, 2017; (3) All waivers You authorized for UHC member patient copayment, deductible, or coinsurance amounts for laboratory services from January 1, 2016, through August 31, 2017 and associated amounts for each waiver; and (4) Amount You collected each month for patient copayment, deductible, or coinsurance amounts for laboratory services billed to UHC January 1, 2016, through August 31, 2017.

Records should be sent to:

Attn. Kelly Tobin
HS-11066
UnitedHealthcare Special Investigations
9800 Health Care Lane 006-W800
Minnetonka, Minnesota 55343

Please contact me if you have any questions: heather_m_rickards@uhc.com or (763) 321-2994 and I will route your question appropriately.


Sincerely,

DOJCGH_0001031624

Page 4

*Heather Rickards*

Heather Rickards

CONFIDENTIAL