UnitedHealth  NOV 0 1 2017

# Mark S. Thomas
**Florida Bar Board Certified in Health Law**

**THOMAS HEALTH LAW GROUP, PA**
Mark@ThomasHLG.com
855.629.7101 (email facsimile)

Gainesville Office:
5200 SW 91st Terrace, Suite 101-B
Gainesville, Florida 32608
352.372.9990 (telephone)

Santa Rosa Beach Office:
P.O. Box 611193
Rosemary Beach, Florida 32461
850.510.0031 (telephone)

October 25, 2017

**COURIER**

Kelly Tobin
HS-11066
UnitedHealthcare Special Investigations
9800 Health Care Lane 006-W800
Minnetonka, MN 55343

RE:   Audit Letter of October 3, 2017

Investigator Tobin, I represent Putnam County Memorial Hospital ("PCMH"), and this letter and its enclosures is in response to the enclosed letter to PCMH of October 3, 2017 from Heather Rickards.

First, PCHM requested an extension of time for the completion of the production until October 31, 2017, pursuant to my enclosed letter of October 18, 2017.

Second, please find the enclosed requested production. Please note that PCMH does not have any documents to produce in response to requests 4, 5, 11, and 15.

Please do contact me should you have any questions. Thank you very much.

Sincerely,

*/Mark S. Thomas/*

Mark S. Thomas
Legal Counsel for Putnam County Memorial Hospital

Enclosures

cc:   Jorge Perez

1

Sue Ann Varner

| | |
|---|---|
| From: | Susan Clark |
| Sent: | Tuesday, October 10, 2017 11:19 AM |
| To: | Sue Ann Varner |
| Cc: | David Basa; Gayle Pickens |
| Subject: | Item #12 for United Health Care |

#12

Lab began with the hospital. Toxicology lab started to process specimen on Feb 10, 2017.

(our last specimen's processed were on August 18, 2017 and after that point we have been performing reference lab processing.)

**Sue Clark**
*Lab Data Entry Clerk*
1926 Oak St
Unionville, MO 63565
Ph: 660-947-2411 ext. 2443
Fax: 660-947-7376

*"Perform from the heart! Aim to do your best to serve above and beyond without expecting fame."*

Confidentiality Notice: This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain privileged and/or confidential information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by replying to this message and destroy all original copies.