Message
---

**From:** Shohan, Garrett [/O=AETNA/OU=AETNAUS/CN=RECIPIENTS/CN=A787746]
**Sent:** 10/19/2016 3:09:36 PM
**To:** Johnson, Monyette V [/O=AETNA/OU=AETNAUS/cn=Recipients/cn=A728987]
**CC:** Thomas-Vanover, Deidra [/O=AETNA/OU=AETNAUS/cn=Recipients/cn=A618491]
**Subject:** CGH / Regional / Doctors

Hi Monyette,

The three Hospitals in your market involved in this drug testing scheme are Campbellton-Graceville, Regional Memorial and Doctors. CGH is certainly driving the exposure and we are aware that they have a relationship with the Consulting firm (Peoples Choice). Doctors was brought to my attention just today, by an OIG agent as we are working with OPM-OIG.

I can go after CGH and Regional for the inappropriate coding for a portion of the amount paid, but that is not going to put a stop to this. CGH and Regional are trending towards code sets Aetna does cover for Urine Drug Screens, and very large Blood Panels. Aetna limits Urine Drugs screens to 8 per patient per year, this was mainly because of the abuse in the Substance Abuse Treatment Centers. However, we are now seeing samples coming from all over the U.S. from pain clinics, obgyn offices and PCP's.

Regional General Williston Tin: 461027216, Doctors Tin: 596031176, Campbellton Tin: 596139709

| Source | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016Q3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **461027216** | | | | | | | | | | | | |
| A_ACAS | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,106 | $10,380 | $2,609 | $100,570 | **$114,665** |
| A_HMO | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,017 | $54 | $3,743 | $4,591 | **$9,405** |
| AE_FL | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $900 | $1,100 | $5,488 | $0 | **$7,488** |
| CO_FL | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,592 | **$1,592** |
| Yr Ttl | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,023 | $11,534 | $11,840 | $106,753 | |
| | | | | | | | | | | | | **$133,150** |

| Source | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016Q3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **596031176** | | | | | | | | | | | | |
| A_ACAS | $14,790 | $40,433 | $95,884 | $65,750 | $21,014 | $8,212 | $9,312 | $15,784 | $17,401 | $37,364 | $32,494 | **$358,438** |
| A_HMO | $12,559 | $1,935 | $1,303 | $432 | $3,388 | $1,638 | $408 | $724 | $639 | $4,985 | $12,388 | **$40,399** |
| AE_FL | $0 | $0 | $0 | $0 | $0 | $226 | $0 | $1,153 | $0 | $789 | $0 | **$2,168** |
| CO_FL | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $727 | **$727** |
| Yr Ttl | $27,349 | $42,368 | $97,187 | $66,182 | $24,402 | $10,076 | $9,720 | $17,661 | $18,040 | $43,138 | $45,609 | |
| | | | | | | | | | | | | **$401,732** |

| Source | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016Q3 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **596139709** | | | | | | | | | | | | |
| A_ACAS | $9,810 | $11,264 | $15,216 | $13,693 | $2,975 | $18,094 | $23,921 | $35,459 | $8,422 | $19,145 | $5,693,579 | **$5,851,578** |
| A_HMO | $0 | $816 | $85 | $0 | $0 | $2,065 | $0 | $0 | $482 | $1,163 | $148,567 | **$153,178** |
| CO_FL | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $539 | **$539** |
| Yr Ttl | $9,810 | $12,080 | $15,301 | $13,693 | $2,975 | $20,159 | $23,921 | $35,459 | $8,904 | $20,308 | $5,842,685 | |
| | | | | | | | | | | | | **$6,005,295** |

Garrett Shohan
Sr. Investigator
Aetna Special Investigations Unit
151 Farmington Avenue, RWA4
Hartford, CT 06156
Phone: 732-625-2557
Fax: 860-975-9719