Message
**From:** Shohan, Garrett [/O=AETNA/OU=AETNAUS/CN=RECIPIENTS/CN=A787746]
**Sent:** 4/27/2017 12:06:14 PM
**To:** Dixon, Cheryl [/O=AETNA/OU=AETNAUS/cn=Recipients/cn=A746205]
**Subject:** RE: Chestatee Regional Hospital

Thanks!!

---

**From:** Dixon, Cheryl
**Sent:** Thursday, April 27, 2017 7:57 AM
**To:** Shohan, Garrett
**Cc:** Kiefer, Mariellen; Westbrook, Michael J
**Subject:** RE: Chestatee Regional Hospital

Shohan, it does have the language you are referencing.

---

**From:** Shohan, Garrett
**Sent:** Thursday, April 27, 2017 7:55 AM
**To:** Dixon, Cheryl
**Cc:** Kiefer, Mariellen; Westbrook, Michael J
**Subject:** RE: Chestatee Regional Hospital

Can you please provide me with this contract with Durall? I assume it has the language regarding billing for Reference Labs being excluded? We should move to term it for breach if that is the case, but that is up to you.

---

**From:** Dixon, Cheryl
**Sent:** Thursday, April 27, 2017 7:52 AM
**To:** Shohan, Garrett
**Cc:** Kiefer, Mariellen; Westbrook, Michael J
**Subject:** RE: Chestatee Regional Hospital

We do have a contract in place with Durall. I will let Cary know and move to start termination. Their old tin is out of network at this time.

---

**From:** Shohan, Garrett
**Sent:** Thursday, April 27, 2017 7:46 AM
**To:** Dixon, Cheryl
**Cc:** Kiefer, Mariellen; Westbrook, Michael J
**Subject:** FW: Chestatee Regional Hospital
**Importance:** High

Hi Cheryl,

Since I placed the flag on Chestatee and we started to deny claims they are now submitting claims for Urine Drug Screens under their old tin 582141082, claims are coming in on Paper with a lab report allegedly from Chestattee Hospital. This Lab report is Identical to the ones that we have received from Reliance Laboratory, other than the name at the top of the report; even the lab tech initials are the same.

Chestatee has retained counsel that I am familiar with and I assume they are going to argue that they are performing the services. I recommend that the Network move to immediately terminate this contract, in fact, do we even have a contract that is valid since Mr. Durall Purchased this Hospital and changed tins?

Please let me know the Networks decision as soon as possible.

CONFIDENTIAL

AETNA00001007
DOJCGH_0001549466