UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-86(S1)-TJC-JBT

JORGE PEREZ, et al.

## UNITED STATES' RESPONSE TO DEFENDANT SEAN PORTER'S MOTION FOR LEAVE TO SUPPLEMENT

On October 27, 2022, Defendant Sean Porter filed a motion to supplement his motion for judgment of acquittal by submitting the trial transcript of FBI Forensic Accountant Kimberly Henderson. (Doc. 853.) Porter represented that the Government opposed the motion because, during the hearing on October 27, Porter's counsel attempted to discuss the matter with AUSA Duva and was informed that the Government would object. The Government submits this filing for the sole purpose of making clear that the Government does not object to Porter's submission of the transcript. Had Porter's counsel indicated that this is what he wanted consent for, of course the Government would have readily said yes. Instead, Porter's counsel indicated during a break at the October 27 hearing only that he wished to supplement the previously-filed motion, which suggested that he intended to raise new arguments for a judgment of acquittal. Whether through lack of clarity or miscommunication, the Government did not understand that Porter merely wanted to submit the transcript. Thus, the motion is not opposed by the Government.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Tysen Duva*
TYSEN DUVA
Assistant United States Attorney
Florida Bar No. 0603511
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Tysen.Duva@usdoj.gov


GLENN S. LEON
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By: */s/ Gary A. Winters*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
GARY A. WINTERS (FL Bar # A5501852)
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Tel: (202) 598-2382
Email: Gary.Winters@usdoj.gov
           James.Hayes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2022, a true and correct copy of the foregoing was filed and served on all counsel via the CM/ECF system.

/s/ Gary A. Winters
GARY A. WINTERS
Trial Attorney
Criminal Division, Fraud Section
