UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:20-cr-86-TJC-JBT

AARON DURALL,
CHRISTIAN FLETCHER,
NEISHA ZAFFUTO, and
AARON ALONZO

## NOTICE TO THE COURT REGARDING FORFEITURE

The United States of America gives notice to the Court that it is not seeking the forfeiture of any directly traceable assets as to defendants Aaron Durall, Christian Fletcher, Neisha Zaffuto, and Aaron Alonzo. Instead, upon conviction of any of the alleged counts, the United States will seek an order of forfeiture for the proceeds—or in the case of the money laundering counts, an order of forfeiture for the amount of the involved in property—from each convicted defendant. The assets identified in the Bill of Particulars and Amended Bill of Particulars, (Docs. 603, 607, & 756), are substitute assets that would be sought for forfeiture to partially satisfy any such order of forfeiture. Since the Court has held,[1] consistent with Fed. R. Crim. P. 32.2(b)(1)(A) and Eleventh Circuit law, that the defendants are not entitled to a jury determination of the amount of any order of forfeiture for proceeds (or involved in

---

[1] The Court held that the sums of money subject to forfeiture, either as money judgments or substitute assets, do not reflect specific property that would allow for a jury consideration of those sums. Trial Transcript Volume XXI, pg.13.

property), the United States will not be filing special forfeiture jury instructions or proposed forfeiture jury verdict forms.

        Respectfully Submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/ Mai Tran*
      MAI TRAN
      Assistant United States Attorney
      Florida Bar Number 100982
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone (904) 301-6301
      E-mail: mai.tran2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

        *s/ Mai Tran*
        MAI TRAN
        Assistant United States Attorney