**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA
v.
AARON DURALL                                CASE NO. 3:20-cr-86-TJC-JBT
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Brian T. Rafferty (Aaron Durall) |
| Gary A. Winters | Steven H. Sadow (Christian Fletcher) |
| James V. Hayes | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Andrew Bonderud (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN,**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield          Court Reporter: Shannon Bishop
Interpreter: Etienne van Hissenhoven

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

**Government's Exhibits:** 109, 110

**Defendant Durall's Exhibits:** 100, 110,120,130,140,150,600, 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 41C, 3, 4, 250

**Defendant Durall's Witnesses:** Daniel Simao, Jose Salazar, Aaron Durall

Jury recessed, to report back at 8:45 a.m. on March 15, 2023.

**DATE:** March 14, 2023                **TIME:** 8:57 a.m. –5:01 p.m.
                                         (Recess 12:25 p.m. – 1:34 p.m.)