UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

AARON DURALL  　　　　　　　　　CASE NO. 3:20-cr-86-TJC-JBT
CHRISTIAN FLETCHER
NEISHA ZAFFUTO
AARON ALONZO

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Andrew Tysen Duva | Brian T. Rafferty (Aaron Durall) |
| Gary A. Winters | Steven H. Sadow (Christian Fletcher) |
| James V. Hayes | Vince Citro (Christian Fletcher) |
| | Joshua Sabert Lowther (Neisha Zaffuto) |
| | Andrew Bonderud (Aaron Alonzo) |

**HONORABLE TIMOTHY J. CORRIGAN,
UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Kerri Hatfield　　　Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

Defendant Durall's closing argument.
Defendant Fletcher's closing argument.
Defendant Zaffuto's closing argument.
Defendant Alonzo's closing argument.
Government's rebuttal.

Jury commenced deliberations.

Court provided lunch for the 12 deliberating jurors and the 4 alternate jurors who is required to remain in the courthouse until the jury reaches a verdict.

**Court Exhibit** – 3 (See "Jury Notes" docket entry.)

Jury recessed, to report back at 8:15 a.m. on March 21, 2023.

**DATE:** March 20, 2023  **TIME:**  8:26 a.m. –12:30 p.m.
 4:05 p.m. – 4:15 p.m.
 5:11 p.m. – 5:15 p.m.